IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Kelly Dawsey,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group",<br>　　　　　　Defendants. | C.A. 7:22-cv-03738-TMC-KFM<br><br>RETURN OF SERVICE |

This is to certify that the Summons, Complaint and Plaintiff's Responses to Local Rule 26.01 Interrogatories were served on Defendant BMW Manufacturing Co., LLC, by United States Mail, certified mail, restricted delivery, return receipt requested. Attached is a copy of the PS Form 3811 showing that service was accepted at the following address on December 15, 2022:

　　BMW Manufacturing Co., LLC
　　c/o CT Corporation Systems, Registered Agent
　　2 Office Park Court, Suite 103
　　Columbia, SC 29223

Respectfully submitted this 19th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　s/ Brian P. Murphy
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian P. Murphy, Fed. I.D. No. 6405
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff.

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400
Fax:　 (864) 240-9292