IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Kelly Dawsey,<br><br>        Plaintiff,<br><br>v.<br><br>Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group",<br><br>        Defendants. | )<br>)<br>) 7:22-03738-TMC-KFM<br>)<br>)<br>)<br>) Plaintiff's ID of Expert Witness<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to paragraph 5 of DE 39, Plaintiff discloses as follows:

Name, address and telephone number of expert witness:

    John E. Gibson, Jr., CPA/ABV, CVA
    Elliott Davis
    355 South Main Street, Greenville, SC
    864.370.5617

I have provided a copy of a written report containing the information required by Rule 26(a)(2)(B).   [Dawsey 2843-72]. The report is preliminary based on information known at the time of issuance.   Plaintiff will provide an updated report prior to any deposition of Mr. Gibson and will also update the numbers when a trial date is determined.

Respectfully submitted this 19th day of May 2023.

                                               s/ Brian P. Murphy_____
                                              Brian P. Murphy
                                              Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400