IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KELLY DAWSEY, | ) |
|           Plaintiff, | ) |
|      v. | ) C.A. No. 7:22-cv-3738-TMC-KFM |
| BAYERISCHE MOTOREN WORKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC, | ) **CONSENT SECOND AMENDED SCHEDULING ORDER** |
|           Defendants. | ) |

      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case.

1. A conference of the parties pursuant to Fed. R. Civ. P. 26(f) ("Rule 26(f) conference") shall be held no later than 20 days from the date of the original conference and scheduling order. At conference the parties shall confer concerning all matters set forth in Fed. R. Civ. P. 26(f) and whether the schedule set forth in this order is appropriate.

2. No later than fourteen (14) days after the Rule 26(f) conference the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. No later than fourteen (14) days after the Rule 26(f) conference the parties shall file a Rule 26(f) Report using the form from the court's website. With this Report, counsel for each party shall file and serve a statement certifying that counsel has (1) discussed the availability of mediation with the party; (2) discussed the advisability and timing of mediation with opposing counsel; and advise the court whether the parties agree to mediation. Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report.  **Amended Joint 26(f) Report Filed February 22, 2023.  LR 26.03s filed February 15, 2023 (BMW MC), February 22, 2023 (BMW AG), and February 23, 2023 (Plaintiff). ADR/Mediation Statement filed February 15, 2023.**

4. Motions to join other parties and amend the pleadings (Fed. R. Civ. P. 16(b)(1)) shall be filed no later than **June 26, 2023.**

5. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by

Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **July 25, 2023** (Fed. R. Civ. P. 26(a)(2)).

6. Defendants shall each file and serve a document identifying by full name, address, and telephone number each person whom it expects to call as an expert at trial and certifying that a written report prepared and signed by any expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **August 24, 2023** (Fed. R. Civ. P 26(a)(2)).

7. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **January 9, 2024.** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8. Discovery shall be completed no later than **January 23, 2024.** Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

    **(Plaintiff and Defendants may, with consent of all counsel, conduct discovery up to the time of trial, provided the deadlines in this order are not affected and at their own risk**.)

9. Mediation shall be completed in this case on or before **February 2, 2024**. See Judge Cain's Mediation Order filed on January 9, 2023, for mediation requirements [ECF Doc. 13].

10. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **February 16, 2024.**

11. This case is subject to being called for jury selection and/or trial the later of ninety (90) days after dispositive motions have been resolved or on or after **April 5, 2024.** Once a specific jury selection and trial date are scheduled, a NOTICE will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs and marking of exhibits.

**A request for a continuance of the trial date must be agreed to and signed by the party and his attorney requesting and/or consenting to the continuance.**

**The court directs the parties' attention to Local Rule 7.00, which governs motion practice. Hearings on motions are not automatic. The court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion within fourteen (14) days of the date the motion was filed. If no such response in opposition is filed, the court will assume that the party consents to the court's granting the motion.**

2

**Any motions pending on the date of the Bar Meeting will be heard at the Bar Meeting and you should be prepared to argue them at that time.**

**NOTICE: You are expected to be available for trial of this case during the month of April 2024 unless the court notifies you of a later date. If you presently have a conflict during the month of April, notify the court in writing within seven (7) days of the date of this order. You will not be excused without leave of court.**

**IT IS SO ORDERED.**

                                        s/Kevin F. McDonald
                                        United States Magistrate Judge

September 22, 2023
Greenville, South Carolina