IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

|  |  |
|---|---|
| KELLY DAWSEY,<br><br>    Plaintiff,<br><br> v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP,"<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 7:22-cv-03738-TMC-KFM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT BMW MANUFACTURING CO. LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

  COMES NOW Defendant BMW Manufacturing Co., LLC ("BMW MC"), by and through its undersigned counsel, and moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff asserts causes of action for national origin discrimination, race discrimination, and sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000, *et seq.*, and a cause of action for race discrimination pursuant to 42 U.S.C. § 1981.

  As set forth in detail in the supporting Memorandum in Support of Defendant BMW Manufacturing Co., LLC's Motion for Summary Judgment, which is fully incorporated herein by reference, BMW MC is entitled to summary judgment on all causes of action asserted by Plaintiff in this litigation. This Motion is further supported by the following exhibits being filed herewith:

  Exhibit A:  Deposition Excerpts of Plaintiff

  Exhibit B:  Deposition Excerpts of Robert Engelhorn

-1-

Exhibit C:    Deposition Excerpts of Christine Petrasch

Exhibit D:    Deposition Excerpts of Scott Medley

Exhibit E:    Deposition Excerpts of Eva Burgmeier

Exhibit F:    Deposition Excerpts of Sherry McCraw

Exhibit G:    Deposition Excerpts of Sherrill Miller

Exhibit H:    Deposition Excerpts of Kathryn Keiser

Exhibit I:    Deposition Excerpts of Corey Epps

WHEREFORE, Defendant BMW MC respectfully requests that the Court grant its Motion for Summary Judgment and enter judgment as a matter of law in favor of BMW MC on all of Plaintiff's causes of action.

Respectfully submitted this the 16th day of February, 2024.

By: *s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*