# EXHIBIT A

*Deposition Excerpts of Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
CASE NO.  7:22-cv-03738-TMC-KFM

Kelly Dawsey,

     Plaintiff,

 vs.

Bayerische Motoren Werke
Aktiengesellschaft and BMW
Manufacturing Co., LLC,
collectively d/b/a "BMW Group",

     Defendants.

_____

VIDEOTAPED DEPOSITION OF KELLY DAWSEY

_____

DATE TAKEN:            August 30, 2023

TIME BEGAN:            9:41 a.m.

TIME ENDED:            7:03 p.m.

LOCATION:              Stephenson & Murphy, LLC
                       207 Whitsett Street
                       Greenville, South Carolina  29601

REPORTED BY:           Traci L. Barr, RPR

VIDEOTAPED BY:         Brandon Dufala

_____

EXPEDITE COURT REPORTING, LLC
Traci L. Barr & Associates
Post Office Box 25882
Greenville, South Carolina 29616
info@expeditereporting.com
(864) 509-0914

1   Q.   And you're also saying the vice presidents?

2   A.   Correct.

3   Q.   All right.  So maybe this will help us as we go.

4        At BMW Manufacturing, the president would be a

5        level I, right?

6   A.   Correct.

7   Q.   And the VPs would be level IIs, right?

8   A.   In most cases.

9   Q.   When you were the section manager for compensation

10       and organization from 2000 to 2011, what level were

11       you?

12  A.   I was a function level IV.

13  Q.   What was your personal grade, ma'am?

14  A.   I -- I would have to look back at my SAP record to

15       match the dates in my personal grade.

16  Q.   Okay.  Well, without precise accuracy or precision,

17       do you recall your personal grade ranges during

18       those years?

19  A.   I would be 8 or 9.

20  Q.   Okay.  All right.  So the next job says, section

21       manager, human resources operation.

22       Is that the official title at BMW Manufacturing,

23       ma'am?

24  A.   At that time, yes.

25  Q.   Okay.  In what department is that?

```
1    A.    That is TX-62.

2    Q.    Okay.  What was your function level?

3    A.    Function level IV.

4    Q.    Personal grade?

5    A.    Again, I'd have to check my record, but 8 or 9.

6    Q.    Okay.  Why did you move?

7    A.    I was told that moving laterally to this position

8          would help in my rounding out of my experience and

9          potentially could assist in future advancement.

10   Q.    Would you agree with me, at BMW Manufacturing, that

11         -- that employees are encouraged to move jobs from

12         time to time?

13   MR. MURPHY:  Object to the form.

14   THE DEPONENT:  In my experience, some employees are

15         encouraged to move.

16                    EXAMINATION RESUMED

17   BY MR. MOODY:

18   Q.    All right.  So would you agree with me that some

19         employees are encouraged to move jobs from time to

20         time?

21   A.    Some employees, yes.

22   Q.    Okay.  And would you agree with me that moving jobs

23         helps round out employees in their experience and

24         helps them for future advancement?

25   MR. MURPHY:  Object to the form.
```

1    Q.   Well, you were in that position from January 2015.

2         How did you change jobs?

3    A.   So I then moved to manager, HR planning,

4         compensation and benefits, organization, associate

5         wellbeing, and medical facility.

6    Q.   All right.  And how did that come about?  Did you

7         put in for another job?

8    A.   I was approached by Johannes Trauth.

9    Q.   Okay.  Who is Johannes Trauth?

10   A.   He was the vice president of human resources.

11   Q.   Tell me about that, when you said you were

12        approached by Johannes Trauth.

13   A.   So he said there would be a vacancy in TX-60, and

14        he wanted me to move.

15   Q.   What was your response?

16   A.   So after we talked about the whys and the details

17        of the position, the details of the offer, I

18        received a letter with the details, and I agreed to

19        move.

20   Q.   What were the whys?

21   MR. MURPHY:  I'm sorry.  What was the question?

22   MR. MOODY:  What were the whys?  She said, "after we

23        talked about the whys."

24   MR. MURPHY:  Okay.

25                    EXAMINATION RESUMED

```
1    A.    I would have to look at the letter to confirm.

2    Q.    Who was the predecessor in this role?

3    A.    To the best of my knowledge, Moritz Kippenberger.

4    Q.    Moritz Kippenberger?

5    A.    Yes.

6    MR. MURPHY:  Moritz.

7    THE DEPONENT:  Moritz.

8                      EXAMINATION RESUMED

9    BY MR. MOODY:

10   Q.    Where is Moritz Kippenberger from, to your

11         knowledge?

12   A.    Germany.

13   Q.    So you were replacing someone from Germany?

14   A.    Yes.

15   MR. MOODY:  All right.  We've been going a little over an

16         hour.  I think now is a good time to take a quick

17         break.

18   THE VIDEOGRAPHER:  The time is 10:48.  We are off the

19         record.

20             (Recess taken.)

21   THE VIDEOGRAPHER:  The time is 11:02.  We are back on the

22         record.

23                      EXAMINATION RESUMED

24   BY MR. MOODY:

25   Q.    All right.  Ms. Dawsey, we had a brief break.  I
```

1   A.   Based on the work I've done.

2   Q.   And at this time, you were an expert based upon the

3        work you had done predominantly at BMW, right?

4   A.   Work done at BMW and Westinghouse Savannah River

5        Site.

6   Q.   The job you did for five years right out of

7        college?

8   A.   Correct.

9   Q.   Okay.  So when you say "expertise," you don't have

10       a certification that says you're an expert in HR,

11       do you?

12  A.   I have the SHRM SCP certification.

13  Q.   Is that a certification that says you're an expert?

14  A.   It's a certification that says I've mastered those

15       functional areas of HR.

16  Q.   OKAY.  All right.  So -- and we'll look at the

17       resume that you communicated to the recruiter just

18       to verify that she didn't change any of these

19       words.  We'll look at that later.  Okay?

20       Let's go to the next exhibit.

21       And as we're going to the next exhibit, Ms. Dawsey,

22       you were in that TX-60 role from February of 2015

23       until you resigned on January 3, and your last day

24       of work of January 14, 2021, at BMW, right?

25  A.   Correct.

```
 1              there.
 2              But you would agree with me that as far as this
 3              document that you produced to us, that it's the
 4              personal grade that determines salary, bonus, and
 5              benefits, correct?
 6      MR. MURPHY:  Object to the form.
 7      THE DEPONENT:  As of the time of publication of this
 8              documentation.
 9                          EXAMINATION RESUMED
10      BY MR. MOODY:
11      Q.     Is that a yes?
12      A.     It is the personal grade that determines salary,
13              bonus, and benefits.
14      Q.     Thank you, ma'am.
15      MR. MURPHY:  Wait.  Object to --
16      MR. MOODY:  I didn't ask a question.  She -- are you
17              objecting to her answer?
18      MR. MURPHY:  No.  I --
19      MR. MOODY:  Okay.
20      MR. MURPHY:  -- was trying to get it in, but --
21      MR. MOODY:  Okay.  Thank you.
22                          EXAMINATION RESUMED
23      BY MR. MOODY:
24      Q.     Let's go, ma'am, to Dawsey 299.
25              Do you see where it says, how will these changes
```

| | | |
|---|---|---|
| 1 | Q. | All right.  So the folks in TX-61, you're listed on |
| 2 | | this page, as well as Mr. Medley, who is here, is |
| 3 | | listed. |
| 4 | | So we have TX-60 is you, Kelly Dawsey, function |
| 5 | | level III.  Do you see that? |
| 6 | A. | I do. |
| 7 | Q. | TX-61 is Corey Epps.  Got him listed as function |
| 8 | | level IV. |
| 9 | A. | Correct. |
| 10 | Q. | TX-62 is Michelle Keith.  She's function level IV. |
| 11 | | TX-65 is Paul -- how do you say his last name? |
| 12 | A. | Sinanian. |
| 13 | Q. | -- Sinanian, who is function level IV, and then |
| 14 | | TX-64 is Scott Medley, who is a function level III. |
| 15 | | Do you see that? |
| 16 | A. | Yes. |
| 17 | Q. | Also in those bubbles, we have that -- the G11. |
| 18 | | Does that stand for personal grade, ma'am? |
| 19 | A. | Yes, to the best of my knowledge. |
| 20 | Q. | Okay.  For you, your -- your picture, as well as |
| 21 | | that bubble describing you, is circled in red, and |
| 22 | | if you look to the far right, it says four or five |
| 23 | | years in position, correct? |
| 24 | A. | Mine is cut off.  I can't -- |
| 25 | Q. | Well, maybe you can -- these are landscaped. |

```
 1          those two pages together?
 2   MR. MOODY:  I can fix them.  Yeah, I'll fix them for you,
 3          as long as Ms. Traci is fine with it.
 4                  (Exhibit Number 10 marked for
 5          identification.)
 6                  EXAMINATION RESUMED
 7   BY MR. MOODY:
 8   Q.     All right.  I think this is going to help us with
 9          the personal grade.
10          Do you see that the date of this document, which is
11          Dawsey 85, Exhibit 10, that as of March 20, 2017,
12          that you were receiving a new personal grade to a
13          personal grade of 11?  Do you see that, ma'am?
14   A.     Yes.
15   Q.     And that your result of this personal grade
16          promotion was also an increase in your base salary
17          to $178,000, right?
18   A.     Yes.
19   Q.     And as a result of your increase in personal grade,
20          effective April 2, 2017, that your bonus multiplier
21          went from 2.85 to 3.25.  Do you see that?
22   A.     Yes.
23   Q.     And as we just saw on Exhibit 9, your bonus could
24          be significant, couldn't it?
25   A.     How do you define significant?
```

```
 1              exhibit.  I think this is Exhibit 17.
 2   MR. MOODY:  I'll stop talking so you can mark.  I
 3              apologize.  You're so good.
 4                   (Exhibit Number 17 marked for
 5              identification.)
 6                   EXAMINATION RESUMED
 7   BY MR. MOODY:
 8   Q.    All right.  Ms. Dawsey, we talked about Mr. Medley
 9         and -- when we were talking about the succession
10         planning and the fact that he was TX-64.
11         This is document BMW MC 707, and this is just a
12         snapshot of his personal grades.
13         And TX-64, is that an LL or an EL when we're
14         talking about levels?
15   A.    64 would be LL.
16   Q.    Okay.
17   A.    Leadership level.
18   Q.    All right.  So was 64 ever graded, ma'am?
19   A.    64's function level IV was changed when Scott
20         Medley moved from 61 to 64 because Christina wanted
21         that level to follow Scott.
22   Q.    Was 64 ever graded, was my question?
23   A.    I would have to look back in the grading notes.
24   Q.    All right.  So if the grading notes indicate that
25         64 wasn't ever graded, would that mean it was an
```

```
1          ungraded position?

2   MR. MURPHY:  Object to the form.

3   THE DEPONENT:  It would mean that the German grading

4          circle did not review the content of the job for a

5          formal grade.

6                      EXAMINATION RESUMED

7   BY MR. MOODY:

8   Q.     All right.  And, ma'am, you were responsible for

9          grading at BMW Spartanburg, correct?

10  A.     I was responsible for facilitating that through the

11         German grading circle.

12  Q.     And you didn't facilitate that through the German

13         grading circle, as you describe it, for position

14         TX-64, right?

15  A.     I did not facilitate grading for TX-64.

16  Q.     Thank you, ma'am.

17         So as you've testified, Scott Medley was a

18         leadership level III in position TX-64, right?

19  A.     Correct.

20  Q.     And as we look at his printout here, as of the time

21         that you were still at BMW before you resigned in

22         '21, it looks like your salary, with the most

23         recent compensation change, started to near his

24         annual salary, didn't it?

25  A.     Can you ask the question again?
```

```
1    Q.    Now, ma'am, you've made some allegations in this --
2          in this case regarding that there are people that
3          are -- were favored because of their race.
4          Is the person you're referring to Corey Epps?
5    A.    Yes.
6    Q.    All right.  So as we look at this printout, BMW MC
7          709, Corey Epps made $168,814.37 as his actual
8          earnings in 2021.
9          What was your salary in 2021, ma'am?
10   MR. MURPHY:  Object to the form.
11   THE DEPONENT:  As of 7/4/2021, 202,450, reflective of
12         function level III, PG-11.
13                   EXAMINATION RESUMED
14   BY MR. MOODY:
15   Q.    Okay.  So as of the date of the printout we're
16         looking at, Mr. Epps is the same personal grade but
17         makes less than a $170,000, whereas you're above
18         $200,000, right?
19   A.    What is missing from this sheet is his function
20         level IV.
21   Q.    All right.  Ma'am, I didn't ask you if a function
22         level IV was missing.
23         I asked you that Mr. Epps was making less than
24         $170,000 and you're making more than $200,000 in
25         2021, right?
```

| | | |
|---|---|---|
| 1 | A. | Mr. Epps is making 168,814.37. |
| 2 | Q. | And you're making more than $200,000? |
| 3 | A. | Correct. |
| 4 | Q. | And yet, you claim in your lawsuit that he is |
| 5 | | favored above you, right? |
| 6 | A. | I claimed that he was treated favorably. |
| 7 | Q. | All right.  So how was he treated more favorably |
| 8 | | than you, ma'am, when you're making 30-some |
| 9 | | thousand dollars more than he is? |
| 10 | A. | He received a personal grade promotion beyond |
| 11 | | normal procedure and guidelines -- |
| 12 | Q. | Okay.  And -- |
| 13 | A. | -- I was asked to implement. |
| 14 | Q. | All right.  And you received two personal grade |
| 15 | | promotions in one year and seven months. |
| 16 | | So what was the time period of his personal grade |
| 17 | | promotions? |
| 18 | A. | I would have to see his printout to answer that. |
| 19 | Q. | Well, ma'am, you claimed discrimination, and I want |
| 20 | | to know specifically what your claim is regarding |
| 21 | | Mr. Epps. |
| 22 | MR. MURPHY:  Object to the form. | |
| 23 | EXAMINATION RESUMED | |
| 24 | BY MR. MOODY: | |
| 25 | Q. | What -- |

```
 1   A.    As I said, he was promoted in personal grade
 2         outside of normal procedures and guidelines.
 3   Q.    What are normal procedures and guidelines?  What
 4         you determine?
 5   A.    No.  These are guidelines established some from
 6         Germany and others locally.
 7   Q.    Okay.  What specific guidelines were violated with
 8         his personal grade promotion?
 9   A.    Corey was on a function level IV position.  Request
10         was to go to a PG-11, and a IV 11 did not exist.
11   Q.    And where is this written?
12   A.    There is a personal grade guidelines document where
13         it's written.
14   Q.    What is the date of the personal grade guideline
15         document that you're referring to?
16   A.    I -- I would have to see it.
17   Q.    Well, I'd have to see it, too.  That's why I'm
18         asking you what's the date.
19         What -- is it not the document we looked at
20         previously?
21   MR. MURPHY:  Object to the form.
22                    EXAMINATION RESUMED
23   BY MR. MOODY:
24   Q.    Is it the document we looked at previously?
25   A.    No.  That document is 2001, and there has been
```

| | | |
|---|---|---|
| 1 | | iterations -- |
| 2 | Q. | Okay. |
| 3 | A. | -- since that document. |
| 4 | Q. | So do you know when the last iteration is? |
| 5 | A. | I don't.  I would have to see the document. |
| 6 | Q. | Okay.  And what is the title of this document? |
| 7 | A. | Personal Grade Promotion Guidelines. |
| 8 | Q. | Personal Grade Promotion Guidelines. |
| 9 | | And you say there is a document, Personal Grade |
| 10 | | Promotion Guidelines, and he was promoted to a |
| 11 | | personal grade 11, and he was a function level IV? |
| 12 | A. | There is -- there is also an e-mail documenting my |
| 13 | | concerns to Christina. |
| 14 | Q. | Okay.  And what did Christina tell you about your |
| 15 | | concerns? |
| 16 | A. | Christina told me that Corey was moving to a |
| 17 | | function level III and it was okay. |
| 18 | Q. | Okay.  So your superior told you it was okay? |
| 19 | A. | Yes, she did. |
| 20 | Q. | All right.  And so since your superior told you it |
| 21 | | was okay, you still maintained that guidelines were |
| 22 | | broken? |
| 23 | A. | Yes. |
| 24 | Q. | And those guidelines are contained in this alleged |
| 25 | | document entitled Personal Guidelines -- Personal |

1      how it impacted me.

2                    EXAMINATION RESUMED

3   BY MR. MOODY:

4   Q.   It had no impact on you, in fact, did it?

5   MR. MURPHY:  Same objection.

6   THE DEPONENT:  It did have an impact on me.

7                    EXAMINATION RESUMED

8   BY MR. MOODY:

9   Q.   What's the impact on you?

10  A.   One, for my job, I was not able to do my job and

11       uphold the standard.  And two, he was treated

12       differently.  If you look at my history and others,

13       time, level personal grade to function level, all

14       of those things matter, and he was treated

15       differently.

16  Q.   He didn't have any benefit above you, ma'am.

17       You're alleging that somehow BMW --

18  MR. MURPHY:  No, now you're just arguing.

19                    EXAMINATION RESUMED

20  BY MR. MOODY:

21  Q.   -- engaged in --

22  MR. MURPHY:  You're not asking a question.

23  MR. MOODY:  Let me ask the question.

24  MR. MURPHY:  You're getting loud, and you're not asking

25       questions.  She's answered your question.

```
1    BY MR. MOODY:
2    Q.   Did you suffer any specific damages as a result of
3         your allegation that Corey Epps was treated
4         differently?
5    A.   Can you --
6    MR. MURPHY:  Same objection.
7    THE DEPONENT:  Can you define damages?
8                     EXAMINATION RESUMED
9    BY MR. MOODY:
10   Q.   Yes, ma'am.
11        Did you have a loss of wages?
12   A.   We've reviewed my wages.
13   Q.   And I asked you a question.
14        Did you have a loss of wages?
15   A.   No.
16   Q.   Did you have a loss of benefits?
17   A.   No.
18   Q.   Did you have any specific monetary loss as a result
19        of you alleging Corey Epps was treated differently?
20   A.   I have indicated my reasons Corey was treated
21        differently.  I was responsible for upholding
22        standards across the facility.  I was not able to
23        do that.
24   Q.   Is the answer to my question, no, I didn't have any
25        money loss?
```

```
 1    MR. MURPHY:  Object to the form.
 2                    EXAMINATION RESUMED
 3    BY MR. MOODY:
 4    Q.    That's all I asked.
 5    A.    We have looked over my history.
 6    Q.    And did you have --
 7    A.    There is not a loss.
 8    Q.    Thank you, ma'am.
 9          Did Ms. Petrasch discipline you as a result of you
10          sending an e-mail objecting to Corey Epps receiving
11          this exception?
12    A.    No.
13    MR. MOODY:  We'll take a lunch break now.
14    THE VIDEOGRAPHER:  The time is 12:54.  We are off the
15          record.
16              (Recess taken.)
17    THE VIDEOGRAPHER:  The time is 1:52.  We are back on the
18          record.
19                    EXAMINATION RESUMED
20    BY MR. MOODY:
21    Q.    All right.  Ms. Dawsey, I hope you enjoyed the
22          lunch break.
23          You -- as before, you didn't have any discussions
24          with anybody about the substance of your testimony,
25          correct?
```

1           Sherry McCraw, she's female, right?

2    A.     Yes.

3    Q.     What's her race?

4    A.     I don't assume that I know people's races, but I

5           would say white.

6    Q.     Okay.  What's her national origin?

7    A.     Again, I don't know for sure, but I would say

8           American.

9    Q.     What's her age?

10   A.     I don't know.

11   Q.     You don't know?

12   A.     I don't know.

13   Q.     Okay.  When did you find out that Sherry McCraw

14          would become TX-6?

15   A.     On September 15, 2021.

16   Q.     And what was -- tell me about September 15, 2021,

17          and you found out that she was going to be TX-6.

18          How did you find out?  Where were you?  All those

19          kind of nice questions.

20   A.     Christina was traveling, and she sent me a text to

21          call her, and at -- towards the end of the day,

22          after I got a free spot in my schedule, I called

23          her.

24   Q.     Okay.  How did the conversation go?

25   A.     She told me that she had had a long discussion with

1        Dr. Engelhorn the night before and that it had been

2        decided that TX-6 would be a local, Sherry, and

3        that there was a rule when TX-6 vice president of

4        HR was a local, that there needed to be a German in

5        the next line.

6   Q.   What did you say?

7   A.   Of course, I was surprised.  Not at Sherry as vice

8        president.  But then, of course, I went to, there

9        is guidelines, and they will implement the

10       guidelines according to what it says, and I

11       accepted what she gave me.

12  Q.   What guidelines did you go to?

13  A.   The expat guidelines we just reviewed.

14  Q.   The ones you put together?

15  MR. MURPHY:  Object to the form.

16  THE DEPONENT:  The guidelines that Johannes Trauth

17       developed and I did the PowerPoint.

18                    EXAMINATION RESUMED

19  BY MR. MOODY:

20  Q.   Yes, ma'am.

21       And you did all the typing and put the information

22       together on the PowerPoint, right?

23  A.   Yes, I did.

24  Q.   All right.  So did you object to Ms. Petrasch at

25       all?

1    A.    I did.  Many times I objected to an international

2          coming in.

3    Q.    Okay.  Specific occasions where you objected, give

4          me details.

5    A.    So I had a weekly info-share with her, and this

6          discussion came up almost every time.  I would

7          venture to say every time the discussion came up, I

8          expressed concern for the business, et cetera, so I

9          can't say a hundred percent of the time, but every

10         opportunity I got, I let her know I did not agree.

11   Q.    All right.  Concern for the business.  What was

12         your concern for the business?

13   A.    Human resources was, at that point, having a very

14         heavy load.  We also had a new president coming in,

15         which put a heavy load on HR, and I was concerned

16         that a German, who had no US experience, would set

17         us back.

18   Q.    All right.  So that's concern for the business.

19         And you said, et cetera.  What do you mean by et

20         cetera?  I just need to know what that means,

21         ma'am.

22   A.    So at that point, she didn't indicate to me what

23         role the German was coming to, so it was -- it was

24         more of concern that, one, there was slotting for

25         the first line based on nationality, and that

1        conversation ended.

2    Q.    So you say you expressed a concern about first line

3          slotting based upon nationality.  Is that what you

4          --

5    A.    She said TX-6 VP local, next line, there is a rule

6          that there has to be a German.

7    Q.    And -- and did you ask her to point out the rule

8          for you?

9    A.    I did not.

10   Q.    Okay.  And in your experience, you were not aware

11         of a written rule that the next line, there had to

12         be an international, correct?

13   A.    Yes.  It's written in the expat guidelines.

14   Q.    In the one that you put together?

15   MR. MURPHY:  Object to the form.

16                    EXAMINATION RESUMED

17   BY MR. MOODY:

18   Q.    Other than what you put together, are you aware of

19         any kind of written rule?

20   A.    I am not.

21   Q.    Thank you, ma'am.

22         Sherry McCraw, would you agree with me that she was

23         qualified to be a level II leader at Spartanburg?

24   A.    Are you asking my opinion?

25   Q.    Yeah.  I'm asking if you would agree that she's

Q.   Okay.  So that was 61 was going to -- going to move
     to a function level III?

A.   Correct.

Q.   Okay.  What's the -- what's the next arrow?

A.   Johannes Trauth -- it says Jay Tee, Johannes Trauth
     waiting to move recruiting and reclass to function
     level IV.  That was referring to TX-64.  She said
     the only way to help and fix and stabilize is you
     take over TX-61 because Sherry will take the
     associate position and you can balance and help and
     influence TX-60.

Q.   What does "Sherry will take the associate position"
     mean?

A.   These are Christina's words.  I -- I --

Q.   Okay.

A.   I can't speculate on that.

Q.   Well, you wrote it down.  So what did "Sherry will
     take" --

A.   I wrote it down.

Q.   What will [sic] "Sherry take the associate position
     mean"?

MR. MURPHY:  Object to the form.

THE DEPONENT:  My -- my opinion of what Christina's words
     were is that Sherry would always side with the
     associate and not on some of the hard business

```
 1    Q.    All right.  So what did the meaning "where we were

 2          before" -- what kind of time reference does

 3          "before" mean in your mind?

 4    A.    Again, I can't speculate to potentially she was

 5          saying before she got there.

 6    Q.    Okay.  And there is a reference in the -- the side

 7          there.  What does that say right there, ma'am?

 8    A.    I asked her if we knew who the German was that was

 9          coming.

10    Q.    Okay.

11    A.    And she answered.

12    Q.    And then you -- you had the next statement you

13          wrote is what?

14    A.    The only way to get a local TX-6 is to have an

15          international TX-60 to be a bridge to Germany.  It

16          is already discussed with T and P and it's done.

17    Q.    And you say Ms. Petrasch said that?

18    A.    Ms. Petrasch said that to me.

19    Q.    What does "bridge to Germany" mean, ma'am?

20    MR. MURPHY:  Object to the form.

21    THE DEPONENT:  Again, I can't interpret her words, but --

22                    EXAMINATION RESUMED

23    BY MR. MOODY:

24    Q.    Well, do you --

25    A.    -- my --
```

```
 1           was going to be in function level III in the next
 2           12 months, right?
 3   A.      Yes.
 4   Q.      Thank you, ma'am.
 5                   (Exhibit Number 38 marked for
 6           identification.)
 7                       EXAMINATION RESUMED
 8   BY MR. MOODY:
 9   Q.      This is Exhibit 38.  This is 441.  This is an
10           e-mail from Christina Petrasch to you on October 1.
11           Do you see that, ma'am, down at the bottom?
12   A.      Yes.
13   Q.      All right.  And the subject is, promotion of Corey
14           Epps, right?
15   A.      Yes.
16   Q.      And it says, dear Kelly, Corey Epps' promotion
17           grade 10 to grade 11, October of 2021, was
18           discussed and confirmed in SMM Portfolio Round
19           April 2021.
20           And he had been promoted to grade 10 in September
21           of 2020, so it had been a year, hadn't it?
22   A.      September '20 --
23   Q.      Yes, ma'am.
24   A.      -- was the G-10 promotion.
25   Q.      Right.  And we're now in October of '21, right?
```

1    A.    And it would be one year, yes.

2    Q.    Yeah.  So he had met the year, right?

3    A.    There -- there wasn't a year guideline.  A year was

4          extraordinarily fast.

5    Q.    Okay.  And you had been promoted extraordinarily

6          fast in the past, correct?

7    A.    Are you asking my opinion?

8    Q.    No, it's not your opinion because we have testimony

9          that you had two personal grade promotions in a

10         period of one year and seven months.  Right?

11   A.    I had two personal grade promotions, yes.

12   Q.    And the period was a year and seven months?

13   A.    Yes.

14   Q.    Thank you.

15         And your boss instructs you to go ahead with his

16         paperwork and realization, correct?

17   A.    Correct.

18   Q.    And at the top of that e-mail, we see that Ms.

19         Petrasch is communicating with Sherry McCraw about

20         this promotion as well, right?

21   A.    Yes.

22                    (Exhibit Number 39 marked for

23         identification.)

24                    EXAMINATION RESUMED

25   BY MR. MOODY:

```
1    A.    I -- I could not confirm if I had a position or not
2          because she told me I needed to look for another
3          job.
4    MR. MOODY:  All right.  Let's go to the next one.
5                    (Exhibit Number 40 marked for
6          identification.)
7                    EXAMINATION RESUMED
8    BY MR. MOODY:
9    Q.    Ma'am, I want to show you what we've marked as 40.
10         This is a TX-6 November 11, 2021, meeting.  It's a
11         TX-6 management workshop, as you can see from the
12         agenda.
13         Do you recall this workshop on November 11, ma'am?
14   A.    I do.
15   Q.    All right.  So do you see item number 11 in the
16         agenda?
17   A.    Yes.
18   Q.    It says, TX and TX-4 addresses the changes in the
19         TX-6 organization.
20   A.    Yes.
21   Q.    Who is TX?
22   A.    Dr. Engelhorn.
23   Q.    Who is TX-4?
24   A.    Sherry McCraw.
25   Q.    Okay.  And it's -- it's an hour, is the allotted
```

```
 1          time for that, right?
 2    A.    Yes.
 3    Q.    Did it take the entire hour?
 4    A.    I don't remember.
 5    Q.    Okay.  And as a result of the changes in the
 6          organization, there was a PowerPoint presentation
 7          put up on the screen in the Dogwood room, right?
 8    A.    Yes.
 9                    (Exhibit Number 41 marked for
10          identification.)
11                    EXAMINATION RESUMED
12    BY MR. MOODY:
13    Q.    Ms. Dawsey, what's been marked as 41, does it look
14          like the presentation, 502 through 515?
15    MR. MURPHY:  502 through -- I have 248 through --
16    MR. MOODY:  It's the same thing, I think.
17          He's got 248.
18    MR. MURPHY:  My Bates numbers are 248 through 262.
19                    EXAMINATION RESUMED
20    BY MR. MOODY:
21    Q.    Is it 248 that you're looking at?
22    A.    Yes.
23    Q.    Okay.  My bad.  You're right.  There were two in
24          here, and this is the one that's landscaped so you
25          can see it better.
```

```
 1              Petrasch?
 2   A.   Yes.
 3   Q.   And then the direct reports to Christina Petrasch?
 4   A.   Yes.
 5   Q.   That would be the people listed on this slide,
 6        correct?
 7   A.   Correct.
 8   Q.   All right.  So you see on 258, it indicates that
 9        Scott Medley, starting 2 of '22, is going to the
10        project, right?
11   A.   Yes.
12   Q.   Did you have any input on this slide?
13   A.   The base of the slide, the boxes with the content,
14        was created for other purposes, and I had input.
15        Christina worked on these slides for the
16        presentation --
17   Q.   Okay.  Let's go --
18   A.   -- if I recall correctly.
19   Q.   -- to the next page.  You see 259?
20   A.   Yes.
21   Q.   And you see that your picture is under TX-64,
22        right?
23   A.   I do.
24   Q.   And you see those topics and functional areas that
25        you would be responsible for?
```

```
1    A.    I do.

2    Q.    Was that put on the screen?

3    A.    Yes.

4    Q.    And so you saw that in the midst of your

5          colleagues, right?

6    A.    I did.

7    Q.    Did you make any objections about you being at

8          TX-64 on November 11?

9    A.    Not in that workshop.

10   Q.    All right.  Let's go to the next slide, 260.

11         Eva Burgmeier is -- her picture is under TX-60,

12         right?

13   A.    Yes.

14   Q.    Was that slide put on the screen?

15   A.    Yes, it was.

16   Q.    Did you make any objections on November 11 with

17         your colleagues about Eva Burgmeier being in TX-60?

18   A.    Not in that workshop.

19   Q.    Have you ever worked with Eva Burgmeier?

20   A.    I had minimal interaction when she was central HR.

21         She e-mailed me for my profile, my picture,

22         prepping for, I think, their personnel day, but

23         other than that, no.

24   Q.    What did you think of her?

25   A.    I -- I didn't have an opinion of her.  I didn't
```

```
1              know her.

2    Q.    Okay.  Was she qualified to be TX-60?

3    A.    My opinion was she was less qualified.  She didn't

4          have ERISA benefits, US experience, US automotive

5          industry experience.  So once -- once I saw her

6          background, I -- I thought less qualified than me

7          for this job.

8                     (Exhibit Number 42 marked for

9          identification.)

10                     EXAMINATION RESUMED

11   BY MR. MOODY:

12   Q.    Ma'am, I've showed you what's marked as Exhibit 42.

13         It looks like this is an e-mail.  Do you know what

14         the date of this e-mail is?  I want to make sure

15         that we're in agreement.

16   A.    12/10/21.

17   Q.    All right.  So this is December 10, '21, and this

18         is an e-mail from Christina Petrasch to several

19         folks, and you're copied on it.

20         Do you know what the purpose of this e-mail is,

21         ma'am?

22   A.    She was aligning on the TX-6 meeting for

23         communication on the organization.

24   Q.    And that meeting was to occur on December 13,

25         right?
```

```
 1   A.    I don't see that in here.

 2   Q.    Well, it says Monday.

 3   MR. MURPHY:  Under B, 1B --

 4   MR. MOODY:  Yeah.

 5   MR. MURPHY:  -- is that what you're referring to?

 6   MR. MOODY:  Yeah.

 7                   EXAMINATION RESUMED

 8   BY MR. MOODY:

 9   Q.    Do you see that?  Marlyn will send out the meeting

10         for Monday, 8:30 to 9.  Same title.  Kelly and

11         Scott will have the pre-info for their teams on

12         Monday, 8 to 8:15.  Do you see that, ma'am?

13   A.    I do see that.

14   Q.    Did you have a pre-info meeting for your team on

15         Monday from 8 to 8:15?

16   A.    I -- I had a pre-info for my team.

17   Q.    Uh-huh.

18   A.    And yes, if it is accurate, it would have been

19         12/13.

20   Q.    Thank you, ma'am.

21         What did you tell your team on 12/13 at --

22   A.    Just --

23   Q.    -- 8 to 8:15?

24   A.    Just what we had been told, who - who -- that there

25         was a change, that we were getting a German in
```

```
 1              TX-60, and where she had placed everybody.
 2    Q.   And she, being who?
 3    A.   Christina.
 4    Q.   And did you tell your team you were going to 64?
 5    A.   I would have shown the slide.
 6    Q.   All right.  Did you tell the team you were going to
 7         64?
 8    A.   I would have shown the slide where I was told I was
 9         going.
10    Q.   Okay.  So as of December 13, you told -- you showed
11         the slide to your team that you had been told
12         you're going to 64, right?
13    A.   Yes.
14                   (Exhibit Number 43 marked for
15         identification.)
16                   EXAMINATION RESUMED
17    BY MR. MOODY:
18    Q.   Ms. Dawsey, this has been marked as Exhibit 43.
19         On the front, there is an e-mail from Christina
20         Petrasch to you and Scott Medley, and it says, dear
21         both, here is the reduced PowerPoint in case you
22         need this for Monday morning.
23         Is this the PowerPoint that you showed to your
24         team?
25    A.   Again, this -- this start August 19, I just don't
```

```
1    A.    Correct.

2    Q.    Thank you, ma'am.

3          Before we broke, we were talking about the -- the

4          all TX-6 meeting that was occurring on Monday,

5          December 13.

6          Do you recall us talking about that before the

7          break?

8    A.    I think we were talking about the TX-60 premeeting.

9    Q.    Okay.  We were.

10         And the premeeting was for -- with TX-60, which you

11         held with your team, was before the TX-6 all

12         meeting, correct?

13   A.    Correct.

14   Q.    All right.  So in that all -- in the premeeting,

15         you testified you showed your team the

16         organizational chart starting February of '22,

17         right?

18   A.    Correct.

19   Q.    And did -- in the all TX-6 meeting on December 13,

20         did Christina Petrasch show the PowerPoint to the

21         entire TX-6 department?

22   A.    To the best of my recollection, she did.

23   Q.    And when she showed it to the entire TX-6

24         department, did it indicate that you were going to

25         TX-64?
```

```
1    A.    Yes, it did.

2    Q.    All right.  Thank you, ma'am.

3          Now, you have a claim of sex discrimination in this

4          case.

5          How do you allege that you were discriminated

6          against on the basis of sex?

7    MR. MURPHY:  Object to the form.

8    THE DEPONENT:  So, again, I'm not an attorney, but in my

9          view, I was treated differently because TX-64, per

10         Christina, was being downgraded to function level

11         IV, and when the males moved, their levels were

12         protected, and when I am moved, I am going to have

13         a downgrade.

14                     EXAMINATION RESUMED

15   BY MR. MOODY:

16   Q.    All right.  Ma'am, so it's -- it's personal grade

17         that determines salary, bonus, and benefits, right?

18   A.    It's function level that determines the band of

19         compensation salary.  Personal grade determines

20         placement in the band.

21   Q.    All right, ma'am.  So you wouldn't be downgraded in

22         your personal -- your personal grade, right?

23   MR. MURPHY:  Object to the form.

24   THE DEPONENT:  Yeah, I -- I can't speculate because I had

25         no -- I had no offer.  I had no letters, like all
```

```
1                      EXAMINATION RESUMED
2    BY MR. MOODY:
3    Q.    Thank you, ma'am.
4          All right.  Is there any other basis for your
5          claims of sex discrimination other than you were
6          allegedly told that that position would -- would be
7          a function level IV position?
8    MR. MURPHY:  Object to the form.
9    THE DEPONENT:  Again, I'm not an attorney, and I am
10         leaving all of that up to my attorney, but
11         protection of a level for a male and not a
12         protection of a level for a female, to me, is --
13         does -- doesn't -- that's not right, in my opinion.
14                     EXAMINATION RESUMED
15   BY MR. MOODY:
16   Q.    And it didn't happen, though, did it, ma'am?
17   MR. MURPHY:  Object to the form.
18   THE DEPONENT:  What happened was when Scott moved to
19         TX-64, he was a function level III.
20                     EXAMINATION RESUMED
21   BY MR. MOODY:
22   Q.    Okay.  And you never moved to TX-64, did you?
23   A.    I did not.
24   Q.    And when you left the company, TX-64 was an
25         ungraded position, wasn't it?
```

1    A.    TX-64 had not been formally graded in the
2          structure, and I'd have to see SAP to know what was
3          locally in for that position.
4    Q.    Okay.  So what you're alleging is -- that you would
5          allegedly be -- the position would allegedly be
6          downgraded in the future never happened, did it?
7    MR. MURPHY:  Object to the form.
8    THE DEPONENT:  I -- I can't speculate on what happened
9          after I left.
10                    EXAMINATION RESUMED
11   BY MR. MOODY:
12   Q.    All right, ma'am.  Well, let's talk about your
13         guidelines, your personal grade guideline alignment
14         system that you put together.
15         Do you remember that?
16   A.    I do.
17   Q.    So let's -- let's speculate a little bit.
18         Even if TX-64 and the function level were
19         downgraded to IV, as you said, you had personal
20         grade protection for a period of time, didn't you?
21   MR. MURPHY:  Object to the form.
22   THE DEPONENT:  I can't speculate, so if you can reframe
23         the question, I will answer it.
24                    EXAMINATION RESUMED
25   BY MR. MOODY:

```
1    A.    Yes.
2    Q.    All right.  And the initial e-mail that we received
3          from Ms. Miller -- and I don't believe we received
4          from you -- was an e-mail from Greg Dawsey on
5          Wednesday, September 8, at 4:43 in the morning.
6          Do you see that, ma'am, on --
7    A.    I do.
8    Q.    -- document 1?
9    A.    Yes.
10   Q.    All right.  So your husband sent your information
11         to a recruiter on Wednesday, September 8.  Is that
12         what this e-mail reflects, ma'am?
13   A.    Yes.
14   Q.    All right.  So why is your husband sending your
15         resume on September 8 to a recruiter?
16   MR. MURPHY:  Object to the form.
17   THE DEPONENT:  Because my husband is supportive of me.
18                       EXAMINATION RESUMED
19   BY MR. MOODY:
20   Q.    Okay.  And were you dissatisfied with BMW
21         Manufacturing in early September of 2021?
22   A.    So communications were chaotic.  It was this.  It
23         was that.  And I started really praying hard about
24         what my positions should be, what I should do, and
25         very ironically, my husband met Sherrill Miller at
```

```
 1              a job because she was the neighbor of an elderly
 2              woman that he was working on her house.
 3     Q.      Do you think that is ironic, or was that an answer
 4              to prayer?
 5     A.      I -- I believe in divine intervention.
 6     Q.      All right.
 7     A.      And so, at this point, I am of the opinion looking
 8              to see what is out there is something that I should
 9              do.
10     Q.      I understand, and I appreciate that.
11              So the records on page 5 indicate that you had a
12              virtual meeting with Sherrill Miller on Friday,
13              September 10.
14              Do you recall having a virtual meeting, ma'am?
15     MR. MURPHY:  Which page are you on?
16     MR. MOODY:  5.
17                      EXAMINATION RESUMED
18     BY MR. MOODY:
19     Q.      It's on 5.  I think you've gone too far maybe.
20              Do you see that e-mail from September 13?  It was a
21              pleasure to meet with you on Friday.
22     A.      That's page 1.
23     Q.      Is it page 1?  It says page 5 on mine.  It's page
24              5.
25     MR. MURPHY:  Bates number 5.
```

```
 1    MR. MOODY:  Yeah.

 2    THE DEPONENT:  Oh, oh, oh, I'm sorry.  I'm sorry.  Okay.

 3                        EXAMINATION RESUMED

 4    BY MR. MOODY:

 5    Q.    Do you see that, ma'am?

 6    A.    Yes, I do.

 7    Q.    So a virtual meeting on Friday, September 10.

 8          And this is an e-mail on September 13 where you had

 9          talked about companies that you are interested in

10          pursuing.  You refer to "through my initial

11          search".

12          When did you start your initial search, ma'am?

13    A.    So this would have been after she and I talked on

14          Friday, over the weekend.

15    Q.    Okay.  So you didn't start before Friday, September

16          10?

17    A.    No.

18    Q.    All right.  And you refer to "cultural and fit",

19          and you're looking for change orientation and

20          leadership that is focused on collaborative

21          business results versus personal agendas.

22          What is -- what are the personal agendas that you

23          are referencing?

24    A.    Where are you?

25    Q.    On what you wrote right there.
```

```
 1   Q.    Okay.  So I think I get your difference.
 2         The companies interested in pursuing, you did that
 3         the weekend?
 4   A.    What do you mean?
 5   Q.    You said you put this together on the weekend?
 6   A.    Yes.
 7   Q.    And the companies not interested in pursuing, you
 8         put that together on the weekend as well?
 9   A.    Yes.
10   Q.    All right.  So this recruiting arrangement, you
11         actually wrote a check to Sherrill Miller, didn't
12         you?
13   A.    I did.
14   Q.    And it's the 15th of September that you received a
15         service agreement from her, right?
16   A.    I will have to verify that.
17   Q.    Well, it's in the e-mails, ma'am, and
18         unfortunately, I don't have a lot of --
19   MR. MURPHY:  What page are you on?
20   MR. MOODY:  Huh?
21   MR. MURPHY:  What page are you on?
22   MR. MOODY:  On what?  The 15th of September on the
23         service agreement?  It's one of her e-mails.
24   THE DEPONENT:  Wednesday, September 15, yes.  Please find
25         attached the service agreement.
```

```
 1            September 16.
 2    Q.     That's correct.
 3           And you wrote a check for $1500 to Ms. Miller; is
 4           that correct?
 5    A.     Correct.
 6    Q.     Or her organization, Morse and Savage.  All right.
 7           So as of September 16, you had written a check for
 8           the recruiter, right?
 9    A.     Correct.
10    Q.     Now, these e-mails within Ms. Miller and/or some
11           that you provided to us gave us insight into your
12           activities that you are asking this recruiter, what
13           are you doing on my behalf.
14           Like, for instance, the week of September 22, on
15           document 23, you have an update from her that she's
16           reached out to AVX, Bosch, DartPoints, Shaw, ABB,
17           and Hubbell, right?
18    A.     Yes.
19    Q.     Now, Hubbell was one of the companies that you said
20           to -- you're not interested in pursuing.
21           Did you correct Ms. Miller and say, I'm not
22           interested in Hubbell?
23    A.     Yes.
24    Q.     When did -- do you recall if you did that
25           immediately, or was that several months later?
```

1    A.    I -- I don't recall, but I would think I did it

2          immediately.

3    Q.    Okay.  And additional companies that she mentioned

4          were Plastic Omnium, Sealed Air, EJ -- E&J Gallo,

5          Henkel, Hilti, Stryker, and Siemens.

6          Those are all big companies, aren't they?

7    A.    I'm not familiar with E&J Gallo or Henkel or Hilti

8          or Stryker.

9    Q.    Okay.

10   A.    But the others, yes.

11   Q.    All right.  So let's go over to 25, Bates number

12         25.  This is a September 30 update, and she tells

13         you that you have interest.  However, salary hasn't

14         aligned.

15         What were your salary expectations, ma'am?

16   A.    I -- I don't recall that I gave her a number, but I

17         told her where I was and that I would -- I would

18         have to consider, and her -- her goal was to get

19         either at or close -- as close as she could to

20         where I was.

21   Q.    All right.  On document 28, ma'am, on September 30

22         as well, you send an e-mail to her about a lead and

23         ask her to reach out to them ASAP or provide some

24         guidance if I need to contact them via LinkedIn.

25         And you say, there has been some positive

```
 1              developments.
 2              What does that mean, there has been some positive
 3              developments?
 4  A.    I -- I don't -- I don't know.
 5  Q.    Okay.  You have no recollection of what you meant
 6        by saying, there have been some positive
 7        developments?
 8  A.    Yeah, I don't know if this means LinkedIn, that I
 9        contacted somebody on LinkedIn.  There was -- I
10        can't speculate on that.
11  Q.    Okay, ma'am.  There is also a discussion about
12        Shriners on page 38.  On page 47, she changed your
13        resume to reference healthcare experience, and on
14        47, there is a salary being sought in the range of
15        110 to 125.  Do you see that?
16  MR. MURPHY:  Object to the form.
17              Are you on 38 or 47?
18  MR. MOODY:  47.
19  MR. MURPHY:  What was 38?
20  MR. MOODY:  That was the Shriners reference.
21  MR. MURPHY:  What's the question?
22                        EXAMINATION RESUMED
23  BY MR. MOODY:
24  Q.    47, do you see --
25  MR. MURPHY:  Does she see 47?
```

```
 1                    EXAMINATION RESUMED
 2    BY MR. MOODY:
 3    Q.    -- the healthcare background aspect, ma'am?
 4    A.    Yes.
 5    Q.    And do you see that Kelly seeks salary of 110 to
 6          125?
 7    A.    Where?
 8    Q.    We're on page 47, ma'am.  You're on page 38.
 9          That's the difference.  Go to page 47.  All right.
10          Are you with me now?  Kelly has the following
11          healthcare background.  And do you see --
12    A.    Yes.
13    Q.    -- where it says, Kelly seeks salary of 110 to 125?
14    A.    I do.
15    Q.    All right.  This is in October, October 5, to be
16          exact, where this is being communicated in your
17          summary --
18    A.    Yes.
19    Q.    -- correct?
20    A.    Correct.
21    Q.    All right.  If you will page on over to 52.
22          Do you see this is now November 10, and there has
23          been a three-week tailspin due to Ms. Miller being
24          sick?  Do you see that, ma'am?
25    A.    I do.
```

```
 1    Q.    And do you see -- do you recall her update

 2          regarding all these positions that she was

 3          advocating for you?

 4    A.    I see it here, yes.

 5    Q.    And she's telling you about the market, right?

 6    A.    What do you mean, telling me about the market?

 7    Q.    The -- the market for positions.

 8          Pretty substantial update?

 9    A.    It's an update, yes.

10    MR. MURPHY:  Object to the form.

11                      EXAMINATION RESUMED

12    BY MR. MOODY:

13    Q.    I'm sorry, ma'am?

14    A.    It's an update, yes.

15    Q.    Okay.

16    A.    I don't know about market -- I don't understand

17          that.

18    Q.    All right.  On 58 -- let's look at 58 real quick.

19          Do you see where Ms. Miller -- or Ms. Morse says,

20          Kelly Dawsey, a local Greenville woman, dedicated

21          to her passion of human resources, seeking her

22          next, but last home to hang her hat, so to speak?

23    A.    Yes.

24    Q.    Is that information that you had provided to the

25          recruiter, that you were just seeking to -- your
```

```
 1              next destination and your last destination?
 2   A.   What we talked about is if it was the right
 3        destination, it could be.
 4   Q.   All right.
 5   A.   But these -- these are her words.
 6   Q.   Okay, ma'am.  So you met with Bosch on November 30,
 7        right?
 8   A.   I had a virtual -- a virtual discussion with Bosch.
 9   Q.   And I think the date around that was November 30.
10        And I also recall, from discovery, that you said
11        you spoke with Bosch again in 2022.
12        When did you speak with Bosch in 2022?
13   A.   I don't recall 2022.
14   Q.   All right.  Well, that -- that was just something
15        you provided to us.
16        So other than this November discussion with Bosch,
17        did you have any additional discussions with Claude
18        Bray?
19   MR. MURPHY:  Sorry?
20   MR. MOODY:  Claude Bray.
21   MR. MURPHY:  Oh, Claude.
22   THE DEPONENT:  I think we had a follow-up where he shared
23        with me he chose an internal candidate.  I don't
24        recall if that was him talking to me or he talked
25        to Sherrill and Sherrill passed that over.  I don't
```

```
 1        recall.  I did get feedback that he -- he went with
 2        an internal candidate.
 3                      EXAMINATION RESUMED
 4   BY MR. MOODY:
 5   Q.   All right.  Let's go to page 70, ma'am.
 6        And this is a letter you wrote on March 1, correct?
 7   A.   Yes.
 8   Q.   The second paragraph, it states, most recently, I
 9        made the career decision to change companies, and
10        this is where I became acclimated with Morse and
11        Savage.
12        These are your words, right?
13   A.   Yes, they are.
14   Q.   All right.  Let's go to the next.
15                      (Exhibit Number 45 marked for
16        identification.)
17                      EXAMINATION RESUMED
18   BY MR. MOODY:
19   Q.   Ma'am, I'm -- this is Exhibit 45.  It's Dawsey 2814
20        to 2819.  I think some of these are inclusive of
21        what Ms. Miller provided to us.  I'm just marking
22        those for comparison and utilization in this case
23        as we move forward.
24        Let's go to the next one.
25                      (Exhibit Number 46 marked for
```

1              identification.)

2    MR. MURPHY:  46?

3    MR. MOODY:  Yes, sir.

4                        EXAMINATION RESUMED

5    BY MR. MOODY:

6    Q.    And, Ms. Dawsey, I don't have any questions about

7          this one either.  I think we talked about this

8          agreement.  It was page 16 of the -- one of the

9          prior exhibits.  This is Dawsey 2746.  We're just

10         going to mark it as Exhibit 46.

11         It's the service agreement that you paid Morse and

12         Savage $1500, right?

13   A.    Correct.

14               (Exhibit Number 47 marked for

15         identification.)

16                        EXAMINATION RESUMED

17   BY MR. MOODY:

18   Q.    The next one is, I think, your check you

19         referenced.  I just want to get it in the record.

20         Ms. Dawsey, Exhibit 47 is Dawsey 2747.  Is this the

21         check you testified about previously, ma'am?

22   A.    Yes, it is.

23   Q.    And it's written on September 16?

24   A.    Yes, it is.

25   MR. MURPHY:  While we're on the record, I would like to

```
1   BY MR. MOODY:
2   Q.    All right.  This is going to be 2801 through 2813.
3   MR. MURPHY:  49; is that right?
4   MR. MOODY:  Yes, sir, it's 49.
5                     EXAMINATION RESUMED
6   BY MR. MOODY:
7   Q.    All right.  Ms. Dawsey, these are -- these are
8         documents we received from you, Dawsey 2801 through
9         2813.
10        You remember producing them to us, right?
11  A.    I do.
12  Q.    All right.  And this is -- this is a group of
13        documents you produced from Madewell -- or e-mails
14        with Madewell Concrete, right?
15  A.    Correct.
16  Q.    All right, ma'am.  And just for purposes of time,
17        it's going to be difficult to go through all of
18        these, but the earliest e-mail you produced to us
19        indicates that on November 30, there is an e-mail
20        about having a meeting, and eventually, on Friday,
21        December 3, there was a meeting at, I think, Court
22        Street.
23        Do you recall that meeting?
24  A.    I do.
25  MR. MURPHY:  What page are you on?
```

```
 1    MR. MOODY:  2811.  I'm not asking her about a specific
 2         document.  I'm not asking her about a specific
 3         document.  I'm just asking generic stuff, Mr.
 4         Murphy, so we can move.
 5    MR. MURPHY:  Okay.  But you're prefacing your questions
 6         with a lot of facts, and I'm trying to figure out
 7         where they're coming from.
 8    MR. MOODY:  From me.
 9                    EXAMINATION RESUMED
10    BY MR. MOODY:
11    Q.   So who was present at the meeting on December 3,
12         ma'am?
13    A.   Sara, Kevin, Dan, and Kelly.
14    Q.   All right.  So who is Sara?
15    A.   Sara is a Madewell recruiter.
16    Q.   Who is Kevin, you said?
17    A.   Uh-huh, Kevin.
18    Q.   Who is that?
19    A.   Is owner, Madewell Concrete.
20    Q.   And who is Dan?
21    A.   Dan was CFO.
22    Q.   All right.  So you're meeting with the recruiter
23         and, I think, the top two executives of Madewell
24         Concrete?
25    A.   Yes.
```

```
 1    Q.   What was the purpose of your meeting, ma'am?

 2    A.   This was an interview, as noted on 2811.

 3    Q.   Okay.  So it was an interview?

 4    A.   Uh-huh.

 5    Q.   And successful interview?

 6    A.   Can you define successful?

 7    Q.   Did you view it as a successful interview?

 8    A.   I thought it was a very good discussion, yes.

 9    Q.   All right.  So did you like them?

10    A.   I did.

11    Q.   Did you receive a job offer from them?

12    A.   I did.

13    Q.   When did you receive the job offer from them,

14         ma'am?

15    A.   To the best of my recollection, Monday was a verbal

16         offer.

17    Q.   The 6th?

18    A.   Monday would have been, yes, the 6th.

19    Q.   Okay.

20    A.   And then I -- I'd have to look at the letter, but I

21         think the written came shortly thereafter as well.

22    Q.   All right.  And do you recall by Wednesday telling

23         them that the offer looked solid?

24    A.   I did.

25    Q.   Okay.  And when did you accept the offer?
```

```
 1   A.   So per this document, 2810, please accept this
 2        written confirmation as a follow-up to the verbal
 3        as given on Friday, December 10, 2021, as my
 4        acceptance of the job offer from Madewell Concrete.
 5   Q.   All right, ma'am.  So as of Friday, December 10,
 6        you had accepted a job with Madewell Concrete,
 7        right?
 8   A.   Correct.
 9   Q.   And this is before your meeting at BMW on Monday,
10        December 13?
11   A.   Which meeting?
12   Q.   The ones we talked about.
13   A.   The December 13 communication meeting?
14   Q.   Yes, ma'am.
15   A.   Yes.
16   Q.   Where you testified about how you had the
17        premeeting with your team?
18   A.   Yes.
19   Q.   And then you had a whole organization meeting with
20        TX-6 --
21   A.   Yes.
22   Q.   -- after that?
23        And Christina -- you showed slides, and Christina
24        showed slides?
25   A.   Yes.
```

1    Q.   With you being at TX-64?

2    A.   Yes.

3    Q.   And did you tell anybody that you had accepted a

4         job with Madewell Concrete the previous Friday?

5    A.   "Anybody" defined as what?

6    Q.   At BMW.

7    A.   No.

8    Q.   Why not?

9    A.   Because I didn't think it was any of their

10        business.

11   Q.   Okay.  All right.  So in your letter on 2810, you

12        reference, I would like to give my formal two-week

13        notice to my current employer on Monday, January 3,

14        2022, and to start with Madewell Concrete on

15        Monday, January 31.

16        Do you see that, ma'am?

17   A.   I do.

18   Q.   And that was due to the approaching holidays and

19        yearend benefits earned.

20        What yearend benefits earned are you referring to,

21        ma'am?

22   A.   Vacation time that I would have taken.

23   Q.   Okay.  And it also refers to an RIA payment as

24        well, doesn't it?

25   A.   In this context, I wasn't thinking of the RIA.  It

```
 1   Q.    Okay.  And that's before you began work at
 2         Madewell, correct?
 3   A.    Correct.
 4   Q.    Now --
 5               (Exhibit Number 53 marked for
 6         identification.)
 7   THE COURT REPORTER:  I'll fix it later.
 8   MR. MOODY:  That's okay.  Roll Tide.
 9               EXAMINATION RESUMED
10   BY MR. MOODY:
11   Q.    So this is Exhibit 53.  It's BMW MC 433 and 434.
12         Do you see that, ma'am?
13   A.    I do.
14   Q.    All right.  So this looks to be on January 3 at --
15         2022.  Do you see that?
16   A.    I do.
17   Q.    Do you know what time zone is referenced there,
18         ma'am?
19   A.    GMT.
20   Q.    Okay.  And so you sent this on January 3, 4:41 p.m.
21         Would that be Eastern, GMT plus 1?
22   A.    So I sent it from America.
23   Q.    Yes, ma'am.
24   A.    Christina was in Germany.
25   Q.    Oh, okay.
```

```
1    A.    So I'm thinking this is her conversation.
2    Q.    All right.  So do you recall what time you sent
3          this e-mail that the subject is Kelly G. Dawsey,
4          BMW MC resignation letter?  Do you recall what time
5          you sent it?
6    A.    Well, 4:41 p.m.
7    Q.    Eastern?
8    A.    I -- I can't -- I can't confirm.
9    Q.    Okay.
10   A.    It was -- it was -- I talked to her verbally, and
11         then I followed up with an e-mail, but the time of
12         day, I -- I don't know.  That confuses me.
13   Q.    All right.  So -- but it's a BMW MC resignation
14         letter, right?
15   A.    Correct.
16   Q.    And in your e-mail, you say, as per our discussion
17         earlier today.  Thank you for your time while you
18         are away.
19         Your boss was in Germany, right?
20   A.    She was -- she was away.
21   Q.    And she was -- she was ending her assignment in the
22         United States shortly after this, right?
23   A.    My understanding is she ended in March.
24   Q.    Okay.  So she was ending her assignment in the
25         United States.
```

```
1              On the same day you resigned, Tiranda Frost

2         resigned?

3    A.   Correct.

4    Q.   And Lakeia Harris had resigned prior to that as

5         well, right?

6    A.   Correct.

7    Q.   And that left zero people in benefits in your

8         department, correct?

9    A.   Correct.

10   Q.   And you had brought Kathy Keiser in at some point

11        to assist your department, right?

12   A.   Correct.

13   Q.   And let me -- did you send this resignation letter

14        to BMW AG?

15   A.   No.  I sent it directly to my supervisor.

16   Q.   Okay.  Why didn't you send it to BMW AG?

17   A.   Because I sent it to my supervisor.

18   Q.   And your supervisor is BMW MC, right?

19   A.   My supervisor is Christina Petrasch.

20   Q.   Who was with BMW MC, correct?

21   A.   Who was vice president human resources BMW MC.

22   Q.   Thank you, ma'am.

23        And all your paychecks that you received were from

24        BMW MC, right?

25   A.   Correct.
```

```
1    Q.   Your benefits, BMW MC, right?

2    A.   Correct.

3    Q.   Your bonuses, BMW MC?

4    A.   Correct.

5              (Exhibit Number 54 marked for

6         identification.)

7                   EXAMINATION RESUMED

8    BY MR. MOODY:

9    Q.   Ma'am, I'm going to show you what is Exhibit 54,

10        and it's BMW MC document 435.

11        Is this your resignation letter that you attached

12        to the prior e-mail we just discussed?

13   A.   Yes, it is.

14   Q.   All right.  And did you write the contents of this

15        letter?

16   A.   I did.

17   Q.   All right.  And you say, written notification of my

18        employment resignation from BMW Manufacturing

19        Company, LLC, right?

20   A.   Yes.

21   Q.   And then you say, as is customary and professional

22        in the United States, I am providing a two-week

23        notice prior to my resignation date.

24        Do you, as a 20-plus year employee of BMW

25        Manufacturing, view it as professional to provide a
```

| | | |
|---|---|---|
| 1 | | resignation notice on January 3 saying that my last |
| 2 | | day of work will be Friday, January 14? |
| 3 | A. | After the way I was treated, absolutely. |
| 4 | Q. | Okay.  As a SHRM-certified professional, do you |
| 5 | | view it as being professional to provide a |
| 6 | | resignation notice with, essentially, 11 days? |
| 7 | A. | As is -- as I stated, customary and professional in |
| 8 | | the United States is a two-week notice. |
| 9 | Q. | Even for someone at your level? |
| 10 | A. | Even for someone at my level. |
| 11 | Q. | All right.  Was Eva Burgmeier even at work at BMW |
| 12 | | Manufacturing as of January 3? |
| 13 | A. | Eva had been on a look-and-see trip.  I don't |
| 14 | | recall the dates.  But I had worked with her over |
| 15 | | the time she was not working at the plant.  She was |
| 16 | | on a look-and-see. |
| 17 | Q. | So the answer is, no, she had not reported to work |
| 18 | | at BMW MC as of January 3? |
| 19 | A. | Yeah, I don't -- I don't know her report date. |
| 20 | Q. | Okay.  And BMW MC allowed you to continue to work |
| 21 | | through the requested date of what you told them, |
| 22 | | January 14, correct? |
| 23 | A. | In the office, yes. |
| 24 | Q. | Yes, ma'am. |
| 25 | | And did you tell people at BMW Manufacturing that |

```
 1          God had opened a door for you?
 2   A.     I did.
 3   Q.     Did you tell people that over the holidays you were
 4          approached with a new job?
 5   A.     Potentially, I did.
 6   Q.     Did you tell anybody that you had accepted that job
 7          on Friday, December 10?
 8   A.     Not that I recall.
 9   Q.     In this period of time that you were employed at
10          BMW through January 14 of 2022, did you have
11          discussions with Robert Engelhorn about your
12          departure?
13   A.     I did.
14   Q.     Tell me what was said.
15   A.     So he returned from his holidays and scheduled a
16          meeting with me, and he wanted to know why I was
17          leaving.
18   Q.     What did you tell him?
19   A.     I told him that I thought the way that I was
20          treated was wrong, I thought displacing me for a
21          German was wrong, and I had chosen to leave.
22   Q.     Okay.  Did you tell him anything else?
23   A.     I -- I think that was the crux of it.
24   Q.     Okay.  So --
25   A.     Oh, no, no, no.  I did.  I asked him if he knew
```

|   |   |                                                      |
|---|---|------------------------------------------------------|
| 1 |    | from the computer?                                  |
| 2 | A. | I -- I don't have access to wipe the data --        |
| 3 | Q. | Okay.                                               |
| 4 | A. | -- that I'm aware of.                               |
| 5 | Q. | Ma'am, you've claimed that -- in your complaint     |
| 6 |    | that you have been discriminated on the basis of    |
| 7 |    | national origin.  What -- what is the basis of that |
| 8 |    | claim?                                              |
| 9 | A. | So the basis of that claim -- I am not an attorney. |
| 10 |   | I will leave all of that up to Brian.  But I can    |
| 11 |   | tell you from my view.  I was told by my boss that  |
| 12 |   | I was being moved because a German had to be in     |
| 13 |   | TX-60, and there were guidelines set to paper that  |
| 14 |   | indicated slotting based on national origin, and    |
| 15 |   | they were followed.                                 |
| 16 | Q. | Okay.  And you resigned from BMW Manufacturing      |
| 17 |   | prior to any movement of the TX-60 position, right? |
| 18 | A. | What do you mean, any movement?                     |
| 19 | Q. | When you resigned, you were TX-60, weren't you?     |
| 20 | A. | I was.                                              |
| 21 | Q. | So there was no movement of your position at the    |
| 22 |   | time you resigned, correct?                         |
| 23 | A. | I had been told I was moving and that I would be    |
| 24 |   | demoted to function level IV.                       |
| 25 | Q. | I mean, function level IV -- you used the word      |

1        "demoted".

2        Did someone specifically use the term "demoted" to

3        you?

4  A.    So a function level IV is lower than a function

5        level III.

6  Q.    Ma'am, my question was, did someone use the term

7        "demoted" to you?

8  A.    I -- I can't say for sure, but function level III

9        to IV is a demotion, a downgrade.

10 Q.    But in your own notes, you say, potentially.  You

11        didn't say that you were getting downgraded.

12        Correct?

13 MR. MURPHY:  Object to the form.

14 THE DEPONENT:  Correct.

15                    EXAMINATION RESUMED

16 BY MR. MOODY:

17 Q.    Thank you.

18        Is there anything else that you --

19 MR. MOODY:  I'm sorry, Ms. Barr.

20              (Exhibit Number 56 marked for

21        identification.)

22                    EXAMINATION RESUMED

23 BY MR. MOODY:

24 Q.    Exhibit 56 is BMW 124.

25        Do you have any other contentions of national

1                          CERTIFICATE

2          I, the undersigned, Traci L. Barr, RPR, Notary

3     Public in and for the State of South Carolina, do

4     hereby certify that the deposition of KELLY DAWSEY

5     was taken on the 30th day of August, 2023, that the

6     within deponent was sworn to tell the truth, and

7     that the foregoing is an accurate transcription of

8     the testimony taken under oath; that all exhibits

9     entered herein are attached hereto (if requested by

10    counsel) and made a part of this deposition.

11         I further certify that I am neither counsel

12    nor solicitor to any of the parties in said suit,

13    nor interested in the event of the cause.

14         In witness whereof, I have hereunto set my

15    hand and seal this 13th day of September, 2023.

16

17         _____

18         Traci L. Barr, RPR

19         Notary Public for South Carolina

20         My Commission Expires:  4/24/29

21

22

23

24

25



**MORSE & SAVAGE**
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

## KELLY G. DAWSEY, SHRM-SCP

864-245-1207
kdawsey@charter.net

## Human Resources Manager

**Visionary HR leader known for engaging all levels of the organization towards critical business initiatives. Progressive, decisive, innovative and contributes bottom-line results by translating organization objectives into tangible results.**

**Key Strengths**

- Strategic Planning
- Effective Leadership
- Project Management
- Productivity Improvement
- Customer Relations

- HR Start-Up
- Budgeting / Forecasting Change Management
- Healthcare Medical Facilities Management
- Talent Development

Achievements include developing peak performing human resources programs & initiatives that support business strategy, productivity, and profitability. Expertise in all generalist HR areas including recruitment, HRIS, training/development, wage & salary program development and administration, benefits development andadministration, and talent development programs such as succession planning.

**Professional Certification and Education**
Senior Professional in Human Resources (SHRM-SCP)
Clemson University, BS Administrative Management

**Current External Work**
HR Board-Clemson University

**EXHIBIT**
Dawsey
3

## Professional Experience

**Since February 2015**            **BMW Manufacturing Co., LLC**        **Greer, SC**
**Manager HR Planning, Compensation & Benefits, Organization & Associate Wellbeing-Medical Facilities Management**

Manage the HR Planning department (6 functional areas, 15 employees) including Compensation, Benefits, Organization, HR Planning, the Associate Family Health Center and Wellbeing programs at BMW Plant Spartanburg.



**MORSE & SAVAGE**
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com **864.341.1108**

- **Compensation & Benefits:** Manage the multi-million-dollar **Total Rewards** program for Plant Spartanburg. Including the development of the strategic HR plan for future years, ensuring compliance with US Legal requirements, while balancing Associate Satisfaction. Plan covers approx. 22,000 covered lives.
- **Organization:** Oversight and local **Organizational Development** with corporate guidelines and ensuring accuracy of implementation. Management of the organizational structure in **SAP**, including the inputs for **Job Grading**, as well as Associate placement within the structure. Compliance with US legal law, including Government Subcontractor **AAP** compliance.
- **HR Planning:** Management of the **Long- and Short-Range HR Planning** area ensuring accurate input to long-range development evaluations with regards to topics that have HR impact. Manages the Integrated Management System **ISO Compliance, Target Development**, Reporting and **Budget** management.
- **Associate Family Health Center:** Management and oversight of the operational and future strategy topics for the Plant Spartanburg **On-Site Integrated Medical / Health Center**.
- **Wellbeing:** Manage the holistic **Wellbeing** programs offered to Associates and Family members.

**November 2011 – January 2015          BMW Manufacturing Co., LLC          Greer, SC**

**Section Manager, Human Resources Operations**

Managed the HR Operations department (5 functional areas, 16 employees) including: management and accountability of the multi-million dollar bi-weekly payroll and time management functions for 5,000 plus employees.

- **Payroll & Time Management:** Accountable to the P&L for payroll financial activity through Payroll Administration as well as the Payroll Accounting functions.
- **Corporate Compliance:** Ensured Corporate Compliance on HR Operations legal topics from I-9 administration to annual fiduciary audits as well as Internal Control process procedures because of Sarbanes Oxley compliance.
- **HR Associate Service Center:** Led the launch project of the HR Associate Service Center from planning, development, staffing, training, software as a service implementation, through go-live and stabilization. Contributed to the corporate bottom-line by bundling HR administrative tasks and creating resource efficiency.
- **Human Resources Information System:** Manage the HR Modules of SAP. Manage the business system requirements changes as well as ensuring upgrades and future system changes were planned, tested, and implemented accurately without disruption to the business.
- **Project HRI (Human Resources International) Leader:** Managed the cross-functional BMW US entity project in coordination with the parent company in Germany to implement standard HR processes and standard SAP HRIS functionality across the US.

**May 2000 – October 2011          BMW Manufacturing Co., LLC          Greer, SC**
**Section Manager, Compensation & Organization**

Managed the strategic and operational compensation and organization functions (2 functional areas, 4 employees)

- **Compensation Management:** Developed and managed compensation programs by balancing the competitiveness of the packages with the fixed costs / bottom line results to BMW. Ensured compensation program compliance with federal and state laws and competitiveness for employee attraction, retention, and motivation.
- **Short-term and Long-range Structural & Financial Planning:** Conducted planning for compensation programs including base pay and incentive bonus programs.
- **Senior Leadership Consultant:** Led BMW Senior Leaders in compensation and organization



**MORSE & SAVAGE**

DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

initiativesincluding structure adjustment recommendations and implementation.
- **HR Data Integrity:** Ensured data integrity of compensation and organization data for BMW within SAP(HRIS System).

**September 1998 – April 2000**   **BMW Manufacturing Co., LLC**   **Greer, SC**
**Coordinator, Human Resources**
Managed the Employee Relations function for a department with 1,000 associates including exempt & nonexempt personnel. Supervised 2 employee relations representatives.
- HR consultant to line management from first line supervision to the department Vice President.
- Business Partner to the department management in performing salary and succession planning.
- Conflict resolution.
- Ensuring Human Resource compliance with ISO 9000 and 14000.

**June 1995- August 1998**   **BMW Manufacturing Corporation**   **Greer, SC**
**Employee Relations Representative** for 700 employees.
- Employee concern investigations/resolutions.
- Policy development & policy interpretation.
- Employee advocate and management resource.
- Plant Start-Up Team.

**June 1990- May 1995**   **Westinghouse Savannah River Site**   **Aiken, SC**
**Human Resources Manager, Human Resources Representative, Recruiter**

BMW MC 000115



BMW
Manufacturing Corp.
Human Resources

Implementation of
Exempt Grading,
Salary, Bonus and
Benefits Structure

Associate Motivation     Growth Opportunity     Reward for Performance     Career Enhancement     Flexibility

EXHIBIT
Dawsey
4

**BMW Group Wide HR Philosophy:**
Corporate success is driven by its Associates. It is Associates who will be
the deciding success factor driving future competitiveness.

**BMW MC Plant Vision:**
To be the best customer driven plant.

To support this vision and HR philosophy, focus must be on the associates
who will drive corporate success and help BMW to remain competitive.

---

These are just a few of the rewards that you will enjoy from the new Exempt Grading, Salary, Bonus
and Benefits Structure being introduced at BMW MC. Through the new structure, your performance
will be supported, strengthened and rewarded with the introduction of function levels, a determination
based on associate function, and personal grades, a determination based on individual performance.



Dawsey 0292

**Dear Associate,**

As Professor Milberg stated in a speech here at Plant Spartanburg, "we are in the midst of a very interesting time." While we strive to maintain our edge, the market place for our product continues to change, our competition continues to change, and for us to remain competitive, we have been changing as well. Compared with only a few years ago, we have grown in size, we have changed our culture to place more emphasis on individuality, we have matured, and we can proudly say that we have become a significant player in the BMW plant network. BMW is successful not just because it is committed to technical excellence, but also because it recognizes that people are one of the most important ingredients for business success.

Now, to meet the requests of our associates, the challenges ahead, and to more closely align with corporate systems, we are changing our exempt structure to be centered around the individual, to provide more growth opportunities, and to provide enhanced rewards for performance. **BMW's Personnel Strategy** provides a foundation for the structure we are adopting to enable everyone to make his or her contribution to the success of the business.

At the heart of BMW's approach to running the business is the goal of **becoming more efficient**. Efficiency can be increased in two ways—**improving performance and reducing costs**. Both sides of the equation are important, but BMW's long-term approach is to focus on improving performance, not just reducing costs.

The strategy is based on the assumption that people can only contribute to the success of the business if they:

- have the ability to perform
- have the willingness to perform
- have the opportunity to perform

To ensure that associates are able, willing, and have the opportunity to perform, our focus will be on:

- securing **associate potential** in the long term through human resource planning and development
- building **leadership and cooperation** through team and process oriented ways of working together
- deploying **personnel systems and structures** that enable and motivate associates to perform at their best

You have witnessed many changes over the last couple of years to personnel systems and structures, which support this strategy. For example, the bonus program is now linked to achievement of performance targets, and exempt associates now have an individual performance bonus element. Both changes were made to create personnel systems which motivate people to perform at their best. The goal of the new exempt structure is to provide rewards and recognition for associates who perform at high levels and take the initiative to learn, grow, and develop.

In the pages that follow, the new exempt structure will be revealed. I encourage you to read on to learn about this exciting change.

Sincerely,

Kathleen Wall

Kathleen Wall
VP Human Resources

1

Dawsey 0293

## Why a New Structure?

Because it is your performance that drives our future competitiveness, we will continue to move toward a performance and reward system. With the new structure, there is not only a close link between pay and performance but also the possibility of being rewarded for outstanding performance by being promoted while doing the same job and receiving added benefits. This system increases our flexibility for rewarding associates and allows you increased career advancement opportunities.

## Foundations of the New BMW Exempt Structure

To promote personal initiative, achievement of targets, and personal performance, the new structure provides for separation of the grading of the job (Function Level) and the grading of the individual (Personal Grade). Also, the new structure defines two career paths: Supervisory/Management and Technical/Professional; each career path has job titles which are determined by function level and by which career path you have chosen.

## What is Function Level?

Within the new structure, a Function Level (FL) has been and will continue to be determined for each position. The function level of the position is based upon an evaluation of responsibility and accountability of the position and its overall role within BMW MC. BMW MC has placed its existing positions within seven function levels by benchmarking our positions with BMW AG, conducting interviews with associates and their supervisors, conducting job evaluations, and comparing functions within our plant. Each function level is identified by a roman numeral—I through VII and by a corresponding job title.

| | |
|---|---|
| **FL I** | Executive level responsibility for the plant. |
| **FL II** | Executive level responsibility for multiple departments and/or functional areas. |
| **FL III** | Management level responsibility for multiple functional areas and/or leads a single functional area with full operational responsibility. Typically manages multiple direct reports who have managerial responsibility. |
| **FL IV** | Manages one or several functional areas or works highly independently on very specialized tasks. |
| **FL V** | Performs work of a highly complex nature with limited supervision. Work typically requires advanced technical and/or specialized knowledge and skills. May supervise or coordinate activities of exempt associates. |
| **FL VI** | Performs work of an operational nature under general supervision. Work typically requires technical and/or specialized knowledge and skills. May supervise non-exempt associates. |
| **FL VII** | Performs work of a standardized nature under direct supervision. Generally follows established procedures. |

2

Dawsey 0294

## What Do My Career Path Options Look Like?

| Function Level | *Supervisory/Management Career Path Titles | **Technical/Professional Career Path Titles |
|---|---|---|
| FL I | President | N/A |
| FL II | Vice President / General Manager | N/A |
| FL III | Department Manager | Advisor |
| FL IV | Section Manager | Lead Specialist |
| FL V | Assistant Manager | Senior Specialist |
| FL VI | Section Leader | Specialist |
| FL VII | N/A | Associate Specialist |

\* You will be in the supervisory/management career path if you supervise associates or if you manage a function.
\*\* The term "specialist" may be substituted with other terms meaningful to the department, i.e. Engineer, Analyst, Buyer, etc.

## What Will My Title Be?

As shown in the information above, job titles will be a generic classification based on function level and career path. Based on the area in which you work, you will also have a position title indicating the more specific description of the duties you perform.

For example, a function level IV within the Supervisory/Management Career Path in the Assembly X5 manufacturing area would be, Section Manager Assembly X5. A function level V within the Technical/Professional Career Path in the Analysis Center would be, Senior Engineer Analysis Center or Senior Engineering Specialist Analysis Center.

In the future, the position title will be the information that is used on business cards.

3

Dawsey 0295

Dawsey 0296

## How Do I Choose a Career Path?

As you determine your career path, remember that there are different skills and competencies that are required for each function level. Your professional goal may be to stay with one path or to cross over into a different career path; regardless of your decision, you must continue to develop your skills and build on them to prepare yourself for future opportunities. Below are the established guidelines for the education and experience level typically required for each function level. Specific requirements for each job may be higher or lower depending on the job.

### Supervisory/Management Career Path

| Function Level | Job Title | Typical Education/Experience | **Time in Function Level for In-Line Promotion |
|---|---|---|---|
| II | General Manager | Senior Management Approval at this level | Senior Management Approval at this level |
| III | Department Manager | Senior Management Approval at this level | Senior Management Approval at this level |
| IV | Section Manager | BA/BS Degree or *equivalent or assessment center recommendation + 6 years of related experience including 4 years of supervisory/project leadership experience | Minimum 2-4 years |
| V | Assistant Manager | BA/BS Degree or *equivalent or assessment center recommendation + 4 years of related experience including 2 years of supervisory/project leadership experience | Minimum 2-4 years |
| VI | Section Leader | AS Degree or *equivalent or assessment center recommendation + 1 year of related experience including supervisory/project or team leadership experience | Minimum 2-4 years |
| VII | N/A | N/A | N/A |

### Technical/Professional Career Path

| Function Level | Job Title | Typical Education/Experience | **Time in Function Level for In-Line Promotion |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| III | Advisor | Senior Management Approval at this level | Senior Management Approval at this level |
| IV | Lead Specialist | BA/BS Degree or *equivalent + 6 years of related experience including 4 years of project leadership experience | Minimum 2-4 years |
| V | Senior Specialist | BA/BS Degree or *equivalent + 4 years of related experience | Minimum 2-4 years |
| VI | Specialist | AS Degree or *equivalent + 1 year of related experience | Minimum 2-4 years |
| VII | Associate Specialist | AS Degree or * equivalent | 1 year |

* 1 year of related experience per one year of education for equivalency calculation

** Activity outside of the established guideline requires Organization Review Committee (ORC) approval

4

## What is Personal Grade?

Within the new structure, a personal grade has been and will continue to be determined for each exempt associate. The personal grade of the associate is based upon the associate's performance within their position, the performance being assessed using the Portfolio process. For example: an associate who exceeds the requirements of the position and has shown sustained high performance may be at a higher personal grade than an associate who doesn't fully meet the requirements of the same position or is new to the position. Each associate has been assigned a personal grade based on their history of portfolio/performance assessment scores and their function level. Each personal grade is identified by a number—2 through 15.

It is the personal grade that determines salary, bonus and benefits; therefore, it is your performance that determines your reward. For salary calculation purposes, a market value will be determined based on function level and movement toward or above the market value will be determined by your personal grade.

In the future, it will be determined through the Portfolio process if and when your Personal Grade (PG) should change.

## What Does the New Structure Look Like?

| Supervisory/Management Career Path | Technical/Professional Career Path | Function Level | *Personal Grade |
|---|---|---|---|
| President | N/A | I | 15 |
|  |  |  | 14 |
| VP / General Manager | N/A | II | 13 |
|  |  |  | 12 |
| Department Manager | Advisor | III | 11 |
|  |  |  | 10 |
| Section Manager | Lead Specialist | IV | 9 |
|  |  |  | 8 |
| Assistant Manager | Senior Specialist | V | 7 |
|  |  |  | 6 |
| Section Leader | Specialist | VI | 5 |
|  |  |  | 4 |
| N/A | Associate Specialist | VII | 3 |
|  |  |  | 2 |

* Lower entry level personal grades may be assigned when associates are new to their position.

Dawsey 0297

## What does the new structure look like in comparison to the previous structure?



| Previous Structure | New Structure Function Level (FL) | New Structure Personal Grade (PG) Range as of August 27, 2001 |
|---|---|---|
| President | I | |
| Vice President | II | Requires Additional Approval |
| | III | 9, 10, 11, 12 |
| Manager | IV | 7, 8, 9, 10 |
| Coordinator | V | 5, 6, 7, 8 |
| | VI | 4, 5, 6, 7 |
| Staff | VII | 2, 3, 4, 5 |

In this comparison, you can see that the new structure allows for increased promotional opportunities as well as the option to broaden your knowledge base through movement within function levels.

The new structure will allow BMW MC to focus more on the individual performance level of associates not only through promotions in jobs and between jobs but also by recognizing those performing at higher levels and taking on added responsibilities within their existing function.

6

Dawsey 0298

## How will these changes affect me?

**Promotions:** Promotions will be obtained through changes in function level as well as changes in personal grade. Beginning this year, your performance will be assessed in comparison with others in the same personal grade and function level. Sustained excellent performance over several years may then lead to a promotion to a higher personal grade following the process below:

- Your manager proposes the promotion during the portfolio round and your performance score supports a promotion.
- The portfolio round members and Human Resources agree to the promotion proposal.
- Relevant customers verify the portfolio round recommendation.
- The Organization Review Committee approves the proposal at the time of the promotion.

Changes in function level may occur following the process below:

- The job function changes as responsibilities increase and are documented on a revised Job Function Data Sheet.
- The manager of the function requests that the job be evaluated.
- Human Resources conducts an evaluation of the job and verifies the appropriate function level.
- You meet the requirements for the new function level as outlined.
- The Organization Review Committee approves the proposal at the time of the function level change.

**Salary Structure:** With the introduction of the new structure, new salary guidelines will be introduced. There will not be any formal salary bands corresponding to job title; instead the salary structure will be based on the competitive market values of the positions allowing the high performers and higher personal grades to obtain pay at a level above the competitive market value of the position. Salary changes could occur with an increase in personal grade or with changes in your function level depending upon where you are against market value for the position.

**Benefits:** Benefits will be linked to your personal grade not your function level. The following summarizes the benefit levels based on personal grade.

| Personal Grade | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime Eligibility | | | | | | | * | * | * | * | * |
| Vehicles | 540 +Lease | 540 +Lease | 525 +Lease | 330 | 325 | 325 | Lease | Lease | Lease | Lease | Lease |
| Life Insurance | 3x Annual Salary | 3x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary |
| Plant Bonus | Plant Bonus element remains 1/2 of the non-exempt bonus percentage result. | | | | | | | | | | |
| Individual Bonus | Individual bonus target percentages increase with personal grade. Individual bonus payments are not guaranteed and are based on your performance level assessed in the portfolio round. | | | | | | | | | | |

Changes from previous structure are indicated in bold.
* If applicable.

Dawsey 0299

## When will these changes be effective?

**Promotions and Salary Changes:** Promotions and changes in salary as a result of the implementation of this new structure will be effective on August 27, 2001. The salary changes will be reflective in your paycheck on September 7, 2001. Changes as a result of the implementation of the new structure will not affect your ability to move through the Job Opportunity System.

The majority of associates will not receive monetary increases as a result of the implementation of the new structure. The new structure is designed to allow for future increases in salary based on individual performance.

**Title Changes:** The new title structure will be effective on August 27, 2001. On this date, all titles will be changed in SAP Human Resources to reflect the titles presented in this brochure.

**Benefit Changes:** All benefit changes will be effective on August 27, 2001.

If your personal grade assignment in the new structure is lower than the benefit level that you have today, you will continue to receive the same benefit level that you are currently receiving. If based on your new personal grade, your benefit level is higher than the benefit level that you have today, you will receive the higher benefit effective August 27, 2001. If you have a pending vehicle order, you will be able to change your order to the higher benefit level providing your order has not been filed or locked out in the Vehicle Ordering System. If you have been assigned a vehicle, you can change your vehicle with your next order.

**Bonus Change:** Effective date of the bonus change is January 1, 2001, to be paid in February 2002.

**Portfolio Round Change:** In the Portfolio Round discussions to be held in October 2001, your performance will be assessed compared to other associates with the same personal grade and function level.

**Signature Authority:** Signature Authority will be tied to function level. It will be delegated by the Vice President, as needed, using the following guidelines:

Function Level  V     $5,000

Function Level  IV    $5,000 or $50,000 (depending on the necessity of the function)

Function Level  III   $50,000

6

Dawsey 0300

One of the core points of our new exempt structure is "performance and reward." The new structure enables BMW MC to strengthen that link to ensure that performance and reward will be closely aligned. Now there is not only a closer link between pay and performance but also the possibility of being rewarded for outstanding performance by being promoted while doing the same job function or by being promoted to a different job function. To quote again Professor Milberg, "we see our associates not as a cost factor, but rather as a factor crucial to success. It is our task as a successful enterprise to provide the necessary foundation for this philosophy." These exciting changes to our structure bring BMW MC one step closer to this philosophy.



Document Produced in Native Format



CONFIDENTIAL



# PERSONNEL DEVELOPMENT.
# POTENTIAL CANDIDATES (FL II).




CONFIDENTIAL

### FL II Validated Candidates




TX-2
Chad Johnson
FL III
Validated June 2018

### FL II Watch List - Confirmed June 2021



TX-4
Kavit Antani
FL III
(TX-44 Effective
6/2020)

# PERSONNEL DEVELOPMENT.
# POTENTIAL CANDIDATES (FL III).





CONFIDENTIAL

| Validated Candidates (2019) | Validated Candidates (2020) | Validated Candidates (2021) |
|---|---|---|









## PERSONNEL DEVELOPMENT.
## SUCCESSION PLANNING (TX-2).





TX-2 VP
Karl Loessl



2021 TX Succession Planning Summary | TX-61 | June 2021

Page 5



# PERSONNEL DEVELOPMENT.
## SUCCESSION PLANNING (TX-4).





TX-4 VP
Sherry McCraw



# PERSONNEL DEVELOPMENT.
## SUCCESSION PLANNING (TX-5).









PERSONNEL DEVELOPMENT.
SUCCESSION PLANNING (TX-7).

Document Produced in Native Format



BMW_MC_000636

# TX-6 Organizational overview – New structure SINCE 12/2019.





**Human Resources**

**Christine Petrasch**

| HR Planning, Steering | HR Management, Employee Relations | HR Services | Recruiting, Health Mgt., Occup. Safety, Gastro | Talent Programs, Training |
|---|---|---|---|---|
|  |  |  |  |  |
| **Kelly Dawsey** | **Corey Epps** | **Michelle Keith** | **Scott Medley** | **Paul Simanian** |

**HR Planning, Steering** / -HR Planning, Steering, -Compensation & Organization, -Benefits (Active/Retiree), -Associate Family Health Center, -Associate Wellbeing, -OFCCP Compliance

**HR Management, Employee Relations** / -HR Business Developer, -Employee Relations/Associate Engagement, -Performance Management, -Talent Management/Succession Planning

**HR Services** / -HR Service Center, -Domestic & International Payroll & Payroll Accounting, -Time Management, -HRIS, -HR VPS Management, -HR Digitalization

**Recruiting, Health Mgt., Occup. Safety, Gastro** / -Domestic & International Recruiting, -International Associate Relations, -Occupational Health Management, -Occupational Safety Management, -Food Services

**Talent Programs, Training** / -Leadership & Professional Development, -Technical Training & Development, -Talent Development Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

TX-60 Leadership Turnover | TX-60 | January 2022

# TX-60 – PLANNING, STEERING, COMPENSATION AND BENEFITS, GRADING.



## HR Planning & Steering

Plant Core Headcount Steering , Planning & Reporting

HR Reporting

**Strategic Workforce Planning**

**Planning and Steering of the TX-6 Department:**

- Budget / Headcount / Invest / Target Management
- Audit-, Risk-, Quality-Management / Cre8
- Labor Cost / Dynaplan / Sustainability Report
- Associate Survey / UA/BA Evaluations / KapFlex / HR Projects.

## Compensation & Organization

**Overall steering of:**

- Compensation Programs which balances internal equity and market competitiveness by performing salary surveys
- Annual salary & bonus planning
- Personal Grades promotions
- Job Evaluation (Grading)
- Organizational Development and Structural Implementation in MCP SAP
- Reporting for OFCCP Compliance.



TX-60

## Benefits



Plant Spartanburg offers a range of benefits to the Associates which are designed to make their work and life balanced (Active & Retiree):

- Health & Welfare (BMW Self Insured Health Plan)
- Pension / 401K
- Voluntary Benefits (Life Insurance, Legal Assistance, etc.)
- Associate Assistance Program
- Education Assistance.

## Associate Family Health Center



The Associate Family Health Center, is a private medical office located at the BMW Manufacturing campus.

The facility is owned by BMW and managed by Premise Health, a contract medical company, to provide health services to associates and their families this includes Medical / Dental / Vision / Prescription Drug (on-site pharmacy) and Preventive Care.

**Key Statistics:**
– Approx. 22,000 eligible population / approx. 100,000 Pharmacy Prescriptions annually.
– 98% patient satisfaction / Number of Premise Health Associates: 60.

## ASSOCIATE FAMILY HEALTH CENTER OVERVIEW.

The AFHC has been open for operation since January 8, 2013 and is an accredited Patient Centered Medical Home which features several different lines of service. Associates and their families save approximately 25% of the cost of community providers. The AFHC experiences approximately 31,000 annual visits.

**Primary Care** - which includes Wellness Coaching and Physical Therapy
- 19,000 visits to Primary Care annually with 5,500 unique patients
- Wellness Coaching covers the following conditions – hyperlipidemia, hypertension, smoking, asthma, nutrition, and weight management
- 7,000 encounters in Physical Therapy annually

**Pharmacy**
- 100,000 scripts filled annually
- Realizes a Generic Dispensing Rate of 85%
- Manages the diabetes condition management program with over 350 patients. A1C outcomes are always well over the 75th percentile of HEDIS measures
- Clinical Pharmacist manages the Transitions of Care program

**Dental**
- 7,000 provider visits annually

**Vision**
- 5,000 provider visits annually

## TX-60. PLANNING, STEERING, COMPENSATION AND BENEFITS, GRADING.



**MAIN FUNCTIONS.**
- Health, Welfare & Retirement Benefits Development, Planning and Compliance
- Human Resources Planning
- Compensation Program / Plan Development and Administration
- Organization Governance

- Associate Family Health Center Management and Optimization
- Off Work Health and Wellbeing Initiative & Program Management
- Government Subcontractor Compliance Governance
- Zero Defect Supply Chain Project

P:\60_HR\01_HR_Planning\01_Admin\0106_Documentation\Team Board\TX-60 Organization Chart                    December 2021

## PLANT10 INDIRECT CORE HC AS OF 09/2020.
## SPLIT IN TX / NON-TX AND TX PER FUNCTION CATEGORY.



**BMW GROUP**

Plant Spartanburg



| | |
|---|---|
| **Date:** | March 20, 2017 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TS-60 |

**RE: Salary Pay Statement**

As a result of your 2016 performance, it is with great pleasure the following personal grade promotion and increase to your base salary is communicated and is effective April 02, 2017.

| | |
|---|---|
| **Current Personal Grade:** | 10 |
| **New Personal Grade:** | 11 |
| **Current Annualized Base Salary:** | $ 167,670.02 |
| **New Annualized Base Salary:** | $ 178,000.00 |

The summary of benefit changes by personal grade is below.

| PERSONAL GRADE | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 |
|---|---|---|---|---|---|---|---|---|
| VEHICLES | According to BMW Vehicle Administration Policy | | | | | | | |
| LIFE INS. | 2x | 2x | 2x | 2x | 2x | 2x | 2x | 2x |
| Plant Bonus | Plant Bonus element remains at 1/2 of the non-exempt bonus percentage result. | | | | | | | |
| Individual Bonus | Individual bonus target percentages increase with personal grade. Individual bonus payments are not guaranteed and are based on performance level assessed in the portfolio round. | | | | | | | |
| Individual Bonus Multiplier | 4.00 | 3.25 | 2.85 | 2.40 | 2.00 | 1.80 | 1.60 | 1.45 |

Associates who have a personal grade of 9 and above are also eligible for a monthly gas allotment payment of $130.00 per month. This gas allotment will be paid on the first pay date that falls within a given calendar month.

The gas allotment and new base salary will be reflected in your **April 14, 2017** pay statement.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com



EXHIBIT
Dawsey
10

**BMW Manufacturing Co., LLC**
**Job Function Data Sheet**

| | | |
|---|---|---|
| Position: 70001004 | Revision Date: 05/01/2019 | Approved JFDS |
| Job Title: Department Manager | | |
| Position Title: Dept Mgr Health,Safety, Cafe Americas | | |
| Function Level: III | | |
| Department Code: TX-64 | | |
| Department Name: Health Mgmt, Occup Safety, Food Services | | |
| Supervisor Name: Christine Petrasch | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Leads and develops the Safety, Health and Food Services for
the Americas region, including defining and developing strategies and
policies for the work environment, health, occupational safety,
ergonomics and food services in collaboration with Work Environment and
Health (HWE), as well as the relevant site HR departments.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve
the positions key objectives.**

Develops overall regional strategy for Health and Work Environment
(HWE).
Develops and oversees the implementation of strategic global and
regional HWE concepts.
Evaluates HWE programs and concepts for regional and BMW Group
compliance, modifying processes, programs and procedures as necessary.
Steers the Occupational Health, Safety and Food Services teams.
Oversees the performance of safety audits in nonmanufacturing locations.
Assesses and steers the service providers for cafeteria services.
Oversees the kitchen and cafeteria, as well as all equipment.
Steers renovation and build projects for the cafeteria services.
Acts as Management of Change under OHSAS 18001 requirements, including
leading objectives and programs for continuous improvement.
Strategic and operational lead for personnel at startup facilities in
Brazil and Mexico.
Establishes and develops the HWE team for the Brazil and Mexico
locations.
Assists in the design of services (content, RFP and provider selection)
and facilities, both the cafeteria and medical clinics.
Manages department budget planning and forecasting.
Performs other duties as assigned by management.

**III. Position Competencies**

A) Education

Printed Copies are uncontrolled



TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 1 of  3

CONFIDENTIAL

BMW MC 000319

**Position: 70001004**        **Revision Date: 05/01/2019**        **Approved JFDS**

BA/BS degree in Operations/Management and/or Safety Engineering. MA/MS degree (preferred).

**B) Experience**

10+ years of professional experience to include Business, Operations, Management and/or Safety Engineering, as well as progressive leadership experience.
5+ years of Supervisory experience, preferably in an automotive manufacturing environment.

**C) Training**

Per applicable BMW training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years budget planning and forecasting.
5+ years applying problem solving skills.
3+ years using communication skills addressing all levels of the organization.
3+ years working with computers.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg (60%)
Other Regional Locations (40%)

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Walks throughout a manufacturing facility ("C")
Works in a open office setting  ("F")
Operates computers or other office equipment  ("F")
Sits or stands for prolonged periods of time ("F")
Travels foreign and domestically ("F")

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works shifts or variable hours ("O")
Wears protective clothing or gear such as respiratory protection, etc.

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 2 of  3

CONFIDENTIAL        BMW MC 000320

**Position: 70001004**　　　**Revision Date: 05/01/2019**　　　Approved JFDS

("O")
Exposed to potentially dangerous situations or unusual environmental
stress ("O")
Exposure to extreme heat and cold ("O")
Exposed to loud noises  ("O")
Performs work in a normal office setting ("F")
Walks throughout a manufacturing environment ("F")

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 3 of  3

CONFIDENTIAL

BMW MC 000321

**To:** Engelhorn Robert, TX[Robert.Engelhorn@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-09-23T16:58:07Z
**Importance:** Normal
**Subject:** FW: PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx
**Received:** 2021-09-23T16:58:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx

Robert – fuer dich zur Info.

Gruesse Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** Petrasch Christine, TX-6
**Sent:** Thursday, September 23, 2021 12:56 PM
**To:** Koepnick Claudia, PM-6 <Claudia.Koepnick@bmw.de>; Burgmeier Eva, PM-62 <Eva.Burgmeier@bmw.de>
**Subject:** PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx

Hallo Ihr beiden,

Anbei meine ueberarbeitete Variante – lasst mich wissen, ob das fuer Euch i.O. ist.
Aber bitte mit Planstand angeben und am Montag darauf hinweisen, dass die lokalen Gespraeche erst nach Bestaetigung von Eva stattfinden.

Und bitte absolut um Vertraulichkeit bitten – keiner meiner Mitarbeiter kennt hierzu einen Stand. Gespraeche fuehre ich erst nach P Kreis ab naechster Woche.

Gruesse Christine



Document Produced in Native Format

CONFIDENTIAL

## TX-6 & TX-60 Info-Share Documentation
### Wednesday, September 29, 2021

**Attendees:**

| | |
|---|---|
| Kelly Dawsey | |
| Christine Petrasch | |
| | |

| Agenda Item: | Notes: |
|---|---|
| ✓ TX FC II Meeting | FC II with TX 10/7 |
| ✓ Signature for Benefits Mail Box | Premise Health EHS Tool Agreement |
| ✓ 10/8 TX Strategy Talk Eff Enabler / CWF PLT | VACATION |
| No IPP Planning prepared for HRNC | Did Corey brief you? |
| Rich Everly $600 Short on RIA | Earnings sent from BM were incorrect. |
| de Gunter Thumser Ok to Proceed? | 2/22 → German. Only ← |
| ✓ VSP Mailings Friday | |
| Knudt at AFHC | |
| | |
| T Circle | MC 10/11; FC II 10/18; Vorhalt 10/25 |
| | |
| | |
| | |
| | |

**List of Open Points:**

| Item | Responsible | Due | Status |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT
Dawsey
35

Dawsey 2659



- Stay
OOH/JOV = Diversity

9/30/21

↳ Scott to Project for 2 years -
↳ Corey to TX-64
  - move out of i year to Soze.

TX-60 & TX-61 feel FLⅢ

↳ JT waiting to move Rec. & reclass to FLⅢ

"Only way to help & fix & stabilize is you take over TX-61"
b/c Slavy will take the associate position & you can
balance & help & influence TX-60."

Eva Behmann?

Slavy will fall back where we were before.

Only want to get local TX-6 is have an itl. TX-60
  to be a bridge to Germany. Already discussed
  w/ T + P & Des Dose.

"Was there any consideration to the people in the future?
  No, they don't care.

  - Reacting to TX-65          -

Doesn't know if Slavy knows about this!

Dawsey 2660

*Sent mtge prod. to CP.*

| TX-6 & TX-60 Info-Share Documentation | |
|---|---|
| Monday, October 4, 2021 | |

| Attendees: | | |
|---|---|---|
| Kelly Dawsey | | |
| Christine Petrasch | | |
| | | |

| Agenda Item: | Notes: |
|---|---|
| TX-6 FC II with TX on 10/7 | add TX FC II; Vorhalt review and T External Hire Requests rest of 2021 |
| ✓ TX-60 Manager Proxy Signature | |
| CWF PLT Tomorrow ~~5:00~~ 3:00 | |
| ✓ SMM = Miscellaneous VST | TX-7 Indirect MC Guidance |
| OOO: Thursday PM & Friday | |
| : Next week Tuesday PM – Friday, SCMA HR meeting | |
| HR Capacity: 1:00-2:00 / Thursday details    –9 in HRM + P+5 | |
| Think about positions | |
| Ⓐ Ⓑ   IX-1 = TV-54 / TX-14  Me in these roles; MV-7 until of '22. — [re: Bettina's job] | |
| Let me know what you want | ~ TX-71 Controlling (& TX-72), PI |
| Take this second | Let me know that we need to do + where I can push |

| List of Open Points: | | | |
|---|---|---|---|
| Item | Responsible | Due | Status |
| IPP Planning in HRNC Preview | | | |
| Knudt at AFHC | | | |
| T Circle | | | MC 10/11; FC II 10/18; Vorhalt 10/25 |
| | | | |
| | | | |
| | | | |
| | | | |

*Do ask show any fam for dad for easy yr closing*

I just got off of the plane w/ Germany on HR Personal
Development. I said good, I leave a couple to
topics let me review the, finally & I'll let you
update. I reviewed business topics.

The she said, there was another meeting of Shay &
She is now saying that she doesn't want the "older"
experienced" talent to stay in HR when she takes
over. She says it's a shame that Kelly did not
move over a set experience in another too slow.
I responded that I was told by Plame that I need
to move to HR Services to be considered & I did
that & now here we are that my experience should
have been outside of HR. I said "you know this
too, they make up the rules to fit the situation at
hand & she said, "yes": Because of this, you need
to take this seriously, & look around, even as track to
HR, for another job. Let me know what you want to do
Do not show any Fear because honestly, they don't
deserve you! The said look at MN, 9, TX-9
PI,

6    CP = 7000096 z
60   KB = 7000096L
C1   CC = 700098, 1
C4   SM = 7000100Y8   6C = 7000479 1 (Dft)
65   PS = 7000755

Dawsey 2662

**To:**     Koepnick Claudia, PM-6[Claudia.Koepnick@bmw.de]
**From:**     Petrasch Christine, TX-6
**Sent:**     2021-10-01T18:03:33Z
**Importance:**     Normal
**Subject:**     PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6_v3.pptx
**Received:**     2021-10-01T18:03:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6_v3.pptx

…wie erwartet – hier die von Sherry entschiedene Version.

…. sie will noch nicht einmal mit unserer langjaehrigen TX-6 Assistenz arbeiten….

Bitte mache die Eva fix und bitte lasse uns mit dem Assignment prozess – geplanter Starttermin waere bereits der 1.01.

Gruesse christine



EXHIBIT
Dawsey
36

Document Produced in Native Format

CONFIDENTIAL

## NACHFOLGEPLANUNG TX-60, TX-61.



CONFIDENTIAL

# CURRENT TX-6 ORGANIZATIONAL OVERVIEW. DATE 10/2021.



**TX-6**
**Human Resources**

Christine Petrasch

| TX-60 | TX-61 | TX-62 | TX-64 | TX-65 |
|---|---|---|---|---|
| **HR Planning, Steering** | **HR Management, Employee Relations** | **HR Services** | **Recruiting, Health Mgt., Occup. Safety, Gastro** | **Talent Programs, Training** |
| Kelly Dawsey | Corey Epps | Michelle Keith | Scott Medley | Paul Sinanian |
| -HR Planning, Steering | -HR Business Developer | -HR Service Center | -Domestic & International Recruiting | -Leadership & Professional Development |
| -Compensation & Organization | -Employee Relations/Associate Engagement | -Domestic & International Payroll & Payroll Accounting | -International Associate Relations | -Technical Training & Development |
| -Benefits (Active/Retiree) | -Performance Management | -Time Management | -Occupational Health Management | -Talent Development Program Management |
| -Associate Family Health Center | -Talent Management/Succession Planning | -HRIS | -Occupational Safety Management | (EOMDP, GLDP, Student Programs, RPM, Tech Scholars) |
| -Associate Wellbeing | | -HR VPS Management | -Food Services | |
| -OFCCP Compliance | | -HR Digitalization | | |

**CONFIDENTIAL**

# TX-6 HR PROJECT (2 YEARS WITH STARTING DATE 01/2022 ).

**BMW Manufacturing Co., LLC  Task, Competence, Responsibility:**
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

**Responsibility**

-Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal managing through volatility, uncertainty, complexity and ambiguity (VUCA).
-Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.
-Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free environment at BMW MC is maintained.
-Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements.  Works as a consultant to all entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.
-Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

| Competence | Task |
|---|---|
| -BA/BS degree in Business, Engineering or a 4 year applicable field of study.<br>-10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.<br>-Leadership experience, preferably in an automotive manufacturing environment.<br>-Strategic, Operational planning and implementation skills.<br>-Project Management and implementation experience.<br>-Advanced communication skills addressing all levels of the organization.<br>-Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.<br>-Excellent communication skills and ability to manage at all levels within BMW MC.<br>-Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future. | -Developing an updated BMW MC Issue Free strategy and operational program that ensures the maintenance of the union free environment.<br>-Conducts a gap analysis in all relevant topics (i.e. leadership, policies, legal compliance) to the updated strategy that serves as the basis for the creation of the action plan / Issue Free Strategy Roadmap.<br>-Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.<br>-Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).<br>-Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.<br>-Provides direction and guidance on inter-country Workforce Transfers and business area entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).<br>-Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.<br>-Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community. |

| Creation Date | 05/24/2021 | Valid From | To be confirmed | Comments | |
|---|---|---|---|---|---|
| Creator | Kelly | | Dawsey | | TX-60 |
| Participant Business | | | | | |
| Reviewer | Christine | | Petrasch | | TX-6 |

PE-Tag im P-Kreis | PM-6 | Juli 2021

Seite 3

Work in progress – we also will add Workforce Development – get qualified WF here in SC together with state/ governmental affairs.

**Cc:**    Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]
**To:**    Sanders Monique, TX-61[Monique.Sanders@bmwmc.com]
**From:**    Petrasch Christine, TX-6
**Sent:**    2021-09-13T21:18:33Z
**Importance:**    Normal
**Subject:**    Re: Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine
**Received:**    2023-03-01T23:10:36Z

Ok - we will talk about that tomorrow! There is a rule in Germany, if there is a position within next 12 month on the horizon - it is no problem! So all should be good!

Sent from my iPhone


> On Sep 13, 2021, at 5:06 PM, Sanders Monique, TX-61
> <Monique.Sanders@bmwmc.com> wrote:
>
>
> Christine,
>
> In speaking with Kelly, there are some challenges with promoting Corey into G11.
> - The G10 promotion was in September 2020
> - The position is not currently graded as a FL III. This would be the first FL IV direct report to be promoted to G11.
>
>
> @Kelly, please advise of next steps if Christine wants to move forward.
>
> Kind Regards,
> Monique

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Monday, September 13, 2021 2:25 PM
**To:** Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com>
**Subject:** RE: Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine

Ok super

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com



Web: http://www.bmwusfactory.com

**From:** Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com>
**Sent:** Monday, September 13, 2021 2:00 PM
**To:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Subject:** RE: Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine

I am checking TX-60 on this and I will follow-up with you.

Kind Regards,
Monique

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Monday, September 13, 2021 12:04 PM
**To:** Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com>
**Subject:** Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**To:**     'Sherry McCraw'[Sherry.Coonse-McCraw@bmwmc.com]
**From:**    Petrasch Christine, TX-6
**Sent:**    2021-10-01T13:32:03Z
**Importance:**    Normal
**Subject:**    FW: Promotion Corey Epps
**Received:**       2021-10-01T13:32:00Z

FYI too

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: <u>Christine.Petrasch@bmwmc.com</u>
Web: <u>http://www.bmwusfactory.com</u>

**From:** Petrasch Christine, TX-6
**Sent:** Friday, October 1, 2021 8:13 AM
**To:** Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com>
**Cc:** Engelhorn Robert, TX <Robert.Engelhorn@bmwmc.com>; Koepnick Claudia, PM-6
<Claudia.Koepnick@bmw.de>
**Subject:** Promotion Corey Epps

Dear Kelly,

Corey Epps Promotion G10 to G11 (October 2021) was discussed and confirmed in SMM Portfolio
Round April 2021.
Corey will take over a FE III within the next 12 months! Therefore – please go ahead with his
paperwork and realization.

PM-6 is informed!

Thanks Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: <u>Christine.Petrasch@bmwmc.com</u>
Web: <u>http://www.bmwusfactory.com</u>



EXHIBIT
Dawsey
38



# BMW Plant 10 HR REORGANISATION.

Org-Development 2019.

TX-6, August 2019

BMW GROUP

THE NEXT 100 YEARS

CONFIDENTIAL



BMW MC 000248



EXHIBIT
Dawsey
41

CONFIDENTIAL

Slide 1

PCT1

Petrasch Christine, TX-6, 8/19/2019

BMW MC 000249

# WHY ARE WE CHANGING THE HR ORGANISATION?



1. Integration TX-64 Function Health, Safety and Foodservice into TX-6. (May 2019)

2. Implementation HR Businesspartner Function to strengthen HR role for technology . Drive Leadership and Learning Culture transformation.

3. Define Career development path within HR for local development. Introduce HR qualification landscape to ensure solid HR Knowledge.

4. Implement local and regional Digitalisationteam. (Collaboration US entities, MX, ZA). Drive digital Transformation for innovative and efficient HR processes..

5. Strengthen Leadplant role for HR. (Collaboration TX and ZA)

CONFIDENTIAL

Substructure TX-6 | August 2019

BMW MC 000250

Seite 2

# HOW WILL THIS NEW ORGANISATION BE ACHIEVED?



**1** Strengthen Governance Role for all HR topics. Establish digitalization Lead Role within TX-62.

**2** Implement HR Business-partner Role to have one point of contact for Management and ensure HR Governance within the Technologies.

**3** Disciplinary leadership within the local HR Organisation to support local development and HR Succession planning.

**4** Bundle HR Operational topics to support the "Issues free Strategy".

CONFIDENTIAL

Substructure TX-6 | August 2019



CONFIDENTIAL

# TX-6 Organizational overview - New structure SINCE 12/2019.

## Human Resources
### TX-6
Christine Petrasch


### HR Planning, Steering
#### TX-60
Kelly Dawsey


-HR Planning, Steering
-Compensation & Organization
-Benefits (Active/Retiree)
-Associate Family Health Center
-Associate Wellbeing
-OFCCP Compliance

### HR Management, Employee Relations
#### TX-61
Corey Epps

-HR Business Developer
-Employee Relations/Associate Engagement
-Performance Management
-Talent Management/Succession Planning

### HR Services
#### TX-62
Michelle Keith


-HR Service Center
-Domestic & International Payroll & Payroll Accounting
-Time Management
-HRIS
-HR VPS Management
-HR Digitalization

### Recruiting, Health Mgt., Occup. Safety, Gastro
#### TX-64
Scott Medley


-Domestic & International Recruiting
-International Associate Relations
-Occupational Health Management
-Occupational Safety Management
-Food Services

### Talent Programs, Training
#### TX-65
Paul Sinanian

-Leadership & Professional Development
-Technical Training & Development
-Talent Development Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

Plant Spartanburg HR | TX-6 | October 2020

**CONFIDENTIAL**

BMW MC 000253

# FOCUS - HR BUSINESS PARTNER ON "EYE-LEVEL" WITH TECHNOLOGIES.

| 1 Personnel Planning / -Steering | 2 Personnel Development | 3 Talent Management / Recruiting | 4 Organizational Development / -Change | 5 Local Talent Development | 6 Leadership / Culture transformation |
|---|---|---|---|---|---|
| • Competence restructuring (ramp-up /-down, transfer, steering of replacement of fluctuation, CWF...) <br> • Labor costs transparency / steering <br> • Management capacity steering | • Competence realignment- cross- divisional (Strategic Workforce Planning) <br> • Implementation of Expert Career <br> • Salary planning within technology | • Creation of talent transparency <br> • Talent pool development <br> • Onboarding / Touch Points <br> • Cross-divisional talent development and staffing | • Higher proactive involvement of TX-6x in Organizational change and development | • Domestic talent strategy realization <br> • EXPAT-Strategy steering <br> • Succession planning | • Follow Up Process SL <br> • Follow Up Process SM <br> • Driving Mobilization <br> • Leadership transformation within technology <br> • Support projects like property damage etc. |

Reduction from SIX to ONE Face to our "Customer" (Technologies)!

HR "Backbone" to ensure efficient and stable work environment

**Clear HR Structure and Competence**
- TX-6x, Role definition, e.g. strategic business partner on "eye-level", cultural transformation, enhancement of leadership culture, shaping organization change, digital competency
- Assessment and development of HR (on top of HRM and Personnel Services)

**HR Digitalization - innovative HR IT**
- Collaboration on requirement management HR IT-Strategy and target picture
- Integration with Global HRIS, e.g. TMS

**Efficient HR Services**
HR Platform
- Multi-Channel-Communication strategy, ex. mobile app, eServices
- HR Services >NEXT
- Automatization / Process Optimization

**HR Process Improvement**
- Business Structure Analysis
- Continuous Improvement of HR Process, e.g. Portfolio and Succession Planning

CONFIDENTIAL

BMW MC 000254

CONFIDENTIAL

# NEW SIGNIFICANT CHANGES ARE AHEAD OF US?

**1**   Covid situation as accelerator for Workforce Changes! Tight labor market, Covid management, Supply situation.

**2**   Governmental impact or external influences on Business leads to increasing uncertainty. Tax, pro Union trend, Shortage Resources

**3**   <u>Future Generation Needs are different!</u>

**4**   Transition - Strategic Workforce development along the whole Employee Journey.

CONFIDENTIAL

Substructure TX-6 | August 2019

BMW MC 000256

Seite 3



# HR Challenges Future Workforce / Part T/TX Target Review

## 11/2021.

### WORKFORCE VOLATILITY AND UNCERTAINTY REQUIRE AGILITY AND FLEXIBILITY IN WORKFORCE STEERING.

Holistic Steering Needed for Overall Target Success (i.e. 25% CPU by 2025).

Volatility Created Major Workforce Challenges Starting in 2020 and Continuing in 2021.



Workforce Measures are Identified with Contribution to CPU Targets.
Focus on Holistic Mindset Supported by Flexible Processes of Global Direction and Local Adaptation.

**Transformation Project "Needs of Future Workforce" along the entire Employee Journey!**

CONFIDENTIAL

Substructure TX-6 | August 2019

BMW MC 000257

Seite 9

# TX-6 Organizational overview – Changes starting date 02/22.



**Human Resources**
TX-6
Christine Petrasch

**HR Planning, Steering**
TX-60
Kelly Dawsey

- HR Planning, Steering
- Compensation & Organization
- Benefits (Active/Retiree)
- Associate Family Health Center
- Associate Wellbeing
- OFCCP Compliance

**HR Management, Employee Relations**
TX-61
Corey Epps

- HR Business Developer
- Employee Relations/Associate Engagement
- Performance Management
- Talent Management/Succession Planning

**HR Services**
TX-62
Michelle Keith

- HR Service Center
- Domestic & International Payroll & Payroll Accounting
- Time Management
- HRIS
- HR VPS Management
- HR Digitalization

**Recruiting, Health Mgt., Occup. Safety, Gastro**
TX-64
Scott Medley

- Domestic & International Recruiting
- International Associate Relations
- Occupational Health Management
- Occupational Safety Management
- Food Services

**Talent Programs, Training**
TX-65
Paul Sinanian

- Leadership & Professional Development
- Technical Training & Development
- Talent Development
- Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

**TX-6 Project**

"Normal next - Tomorrows Workforce"

- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

Plant Spartanburg HR | TX-6 | October 2020

CONFIDENTIAL

# TX-6 Organizational overview – Changes starting date 02/22.



**Human Resources**
TX-6
Christine Petrasch

**TX-6 Project**
Scott Medley

"Normal next - Tomorrows Workforce"
- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

---

**HR Planning, Steering**
TX-60

**HR Management, Employee Relations**
TX-61
Corey Epps

**HR Services**
TX-62
Michelle Keith

**Recruiting, Health Mgt., Occup. Safety, Gastro**
TX-64
Kelly Dawsey

**Talent Programs, Training**
TX-65
Paul Sinanian

**HR Planning, Steering**
-Compensation & Organization
-Benefits (Active/Retiree)
-Associate Family Health Center
-Associate Wellbeing
-OFCCP Compliance

**HR Business Developer**
-Employee Relations/Associate Engagement
-Performance Management
-Talent Management/Succession Planning

**HR Service Center**
-Domestic & International Payroll & Payroll Accounting
-Time Management
-IRIS
-HR VPS Management
-HR Digitalization

**Domestic & International Recruiting**
-International Associate Relations
-Occupational Health Management
-Occupational Safety Management
-Food Services

**Leadership & Professional Development**
-Technical Training & Development
-Talent Development Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

---

CONFIDENTIAL

BMW MC 000259

# TX-6 Organizational overview – Changes starting date 02/22.



**Human Resources**
TX-6
Christine Petrasch

**HR Planning, Steering**
TX-60
Eva Burgmeier

- HR Planning, Steering
- Compensation & Organization
- Benefits (Active/Retiree)
- Associate Family Health Center
- Associate Wellbeing
- OFCCP Compliance

**HR Management, Employee Relations**
TX-61
Corey Epps

- HR Business Developer
- Employee Relations/Associate Engagement
- Performance Management
- Talent Management/Succession Planning

**HR Services**
TX-62
Michelle Keith

- HR Service Center
- Domestic & International Payroll & Payroll Accounting
- Time Management
- HRIS
- HR VPS Management
- HR Digitalization

**Scott Medley**
TX-6 Project

"Normal next - Tomorrows Workforce" (2 Years)

- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

**Recruiting, Health Mgt., Occup. Safety, Gastro**
TX-63
Kelly Dawsey

- Domestic & International Recruiting
- International Associate Relations
- Occupational Health Management
- Occupational Safety Management
- Food Services

**Talent Programs, Training**
TX-65
Paul Sinanian

- Leadership & Professional Development
- Technical Training & Development
- Talent Development
- Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

Plant Spartanburg HR | TX-6 | October 2020

**CONFIDENTIAL**

**BMW MC 000260**

CONFIDENTIAL

Substructure TX-6 | August 2019

# Eva Burgmeier.



### Eva Burgmeier

Date of birth:    21st October 1976
Place of birth:   Regensburg
Nationality:      german
Marital status:   married, two daughters

## Work experience

**04.2004 – present BMW AG**

**10.2019 – present    Head of HR Management A, P Division, Foundations, BKK M-B, G-B**

**02.2019 – 09.2019  Head of Planning and Steering Plant Regensburg TU-6-S**

**09.2015 – 01.2019  Expert Planning and Steering Plant Dingolfing TD-6-S**

08.2014 – 08.2015 parental leave

**04.2013 – 07.2014  Expert HR Management Development Total Vehicle PM-51**

08.2012 – 03.2013 parental leave

**07.2011 – 05.2012  Head of HR Management Retail Outlet Region South/Bavaria PM-420**

**08.2009 – 06.2011  Expert HR Management A Division, Foundations PM-52**

**11.2007 – 07.2009  Head of Grading E Division PZ-P-3**

**07.2005 – 10.2007  Specialist Grading Development Powertrain, Driving Experience, Body, Exterior, Interior, Software, Electronics PZ-42**

**05.2004 – 06.2005  Specialist HR Management Development Driving Experience PM-50**

### Education

**Study of personnel development**
10.2004 – 12.2007  Technical University Kaiserslautern, Master of Arts (grade: 1.8)

**Study of law**
06.2004       2nd state examination (honors exam: 6.75 points)
04.2002 – 06.2004  legal traineeship, Regensburg
11.1997 – 01.2002  University Regensburg, 1st state examination (honors exam: 8.5 points)

**School**
09.1997 – 07.1997  high school Seligenthal, graduation (grade: 2.0)
09.1994 – 06.1995  Foothill High School, Pleasanton, Kalifornien, USA
09.1983 – 07.1997  elementary school Seligenthal, Landshut

BMW MC 000261

Seite
13

Project letter – "Normal next – Tomorrows Workforce" needs to be *Work in Progress* finalized and aligned with all input from TX, P, T strategy topics/targets

# Input TX Workshop

THE BMW GROUP EMPLOYEE JOURNEY

**BMW Manufacturing Co., LLC  Task, Competence, Responsibility:**
TX-6; Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

**Responsibility**

**Competence**

| | | Task |
|---|---|---|

| | | Valid From | To be continued | Comments |
|---|---|---|---|---|
| **Creation Date** | 03/24/2021 | | | |
| **Creator** | Kelly | Destiny | | |
| **Participant Decisions** | Christine | French | TX-6 | |
| **Reviewer** | | | TX-6 | |

CONFIDENTIAL

January 3, 2022

BMW Manufacturing Co., LLC
Attention: Christine Petrasch, VP Human Resources
1400 Highway 101 South
Greer, SC

Christine,

Please accept this as written notification of my employment resignation from BMW Manufacturing Co., LLC. As is customary and professional in the United States, I am providing a two-week notice prior to my resignation date.

Therefore, my last day of work with BMW MC will be Friday, January 14, 2022.

Sincerely,

Kelly G. Dawsey

EXHIBIT
Dawsey
54

BMW_MC_000435