```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF SOUTH CAROLINA
 2                      SPARTANBURG DIVISION
                  CASE NO.  7:22-cv-03738-TMC-KFM
 3

 4   Kelly Dawsey,

 5        Plaintiff,

 6    vs.

 7   Bayerische Motoren Werke
     Aktiengesellschaft and BMW
 8   Manufacturing Co., LLC,
     collectively d/b/a "BMW Group",
 9
          Defendants.
10

11   _____

12               DEPOSITION OF EVA BURGMEIER

13   _____

14

     DATE TAKEN:        January 10, 2024
15
     TIME BEGAN:        9:58 a.m.
16
     TIME ENDED:        3:19 p.m.
17
     LOCATION:          Jackson Lewis, PC
18                      15 South Main Street, Suite 700
                        Greenville, South Carolina  29601
19
     REPORTED BY:       Traci L. Barr, RPR
20

21   _____

22              EXPEDITE COURT REPORTING, LLC
23             Traci L. Barr & Associates
                   Post Office Box 25882
24          Greenville, South Carolina 29616
               info@expeditereporting.com
25                    (864) 509-0914
```

```
 1   APPEARANCES:

 2

 3   BRIAN P. MURPHY, ESQUIRE
     Stephenson & Murphy, LLC
 4   207 Whitsett Street
     Greenville, South Carolina  29601
 5   Brian@stephensonmurphy.com
     (864) 370-9400
 6
        .........On behalf of the Plaintiff
 7

 8   D. RANDLE MOODY, II, ESQUIRE
     Jackson Lewis, LLP
 9   15 South Main Street, Suite 700
     Greenville, South Carolina  29601
10   Randy.moody@jacksonlewis.com
     (864) 232-7000
11
      and
12
     ELLISON F. McCOY, ESQUIRE
13   Jackson Lewis, PC
     15 South Main Street
14   Suite 700
     Greenville, South Carolina  29601
15   Mccoye@jacksonlewis.com
     (864) 232-7000
16
        .........On behalf of Defendant BMW Manufacturing, LLC
17

18   KURT M. ROZELSKY, ESQUIRE
     Spencer Fane, LLP
19   27 Cleveland Street, Suite 201
     Greenville, South Carolina  29601
20   Krozelsky@spencerfane.com
     (864) 906-7694
21
        .........On behalf of Defendant BMW AG
22

23   ALSO ATTENDING:  Paul Lindemann, Brian Church

24

25
```

```
1    Q.    Okay.  When did you live in the states?

2    A.    1994, 1995.

3    Q.    Okay.  That was in California?

4    A.    Yes.

5    Q.    Did your family live here?

6    A.    No.  I attended high school and graduated from high

7          school in California and spent a year with a host

8          family in California.  It was an American family.

9    Q.    Okay.  Were you what we often refer to as an

10         exchange student?

11   A.    Yes.

12   Q.    Okay.

13   A.    I don't like the word exchange because no one

14         visited us, and so it's not really exchange.  It's

15         a very one-sided way of an exchange, but yes.

16   Q.    Okay.  And I understand.  That's a term I'm

17         familiar with, but I understand what you're saying.

18         After you graduated from high school, did you go

19         back to Germany?

20   A.    Yes.

21   Q.    And you're from Germany, correct?

22   A.    Yes.

23   Q.    All right.  Other than that one year in high school

24         that you spent in the states, did you ever live in

25         the United States prior to taking the TX-60 job in
```

```
 1          Spartanburg?
 2    A.    No, I have not.
 3    Q.    And is BMW the only company that you worked for?
 4    A.    In Germany, no, because I've worked for the German
 5          Bavarian government because part of the law degree,
 6          after you graduate from the university, you have
 7          two years of practical service, and that's where
 8          you're employed with the government.
 9    Q.    Okay.  We'll talk about that a little bit later.
10          Other than being employed by the Bavarian
11          government, have you worked for anybody in your
12          adult life other than BMW?
13    A.    No.
14          I mean, you're not counting high school jobs or
15          something, correct?
16    Q.    Correct.
17    A.    Okay.  No.  I mean, technically, I was employed by
18          the University of Regensburg while I was -- after I
19          graduated there, but that was during my practical
20          years.  That's something maybe that was employer
21          that paid me, too.
22    Q.    Okay.  During your deposition, at any point in
23          time, if I'm asking you a question and you
24          remembered something from a prior question or you
25          want to clarify, you have every right to do that.
```

|     |    |                                                        |
|-----|----|--------------------------------------------------------|
| 1   |    | sharing, so you interact, but I am -- was not          |
| 2   |    | responsible for any decisions outside of Munich.       |
| 3   | Q. | Prior to taking the TX-60 job in Spartanburg, had      |
| 4   |    | you ever visited the United States while working       |
| 5   |    | for BMW?                                               |
| 6   | A. | What do you mean with picking the TX-60 job?           |
| 7   | Q. | Taking -- you got the TX-60 job in Spartanburg         |
| 8   |    | starting in early '22, correct?                        |
| 9   | A. | Correct.                                               |
| 10  | Q. | Okay.  Prior to that time, when you were in these      |
| 11  |    | jobs that we just reviewed on Exhibit Number 1, did    |
| 12  |    | you ever visit the United States?                      |
| 13  | A. | I have visited the United States.                      |
| 14  | Q. | Okay.  As part of work or --                           |
| 15  | A. | No.  Leisure, vacation.                                |
| 16  | Q. | Had you ever been to the Spartanburg plant before      |
| 17  |    | you took the TX-60 job?                                |
| 18  | A. | No.  Oh, yes, on the look-and-see trip that was        |
| 19  |    | prior to taking over the job.                          |
| 20  | Q. | Okay.  We'll go through that.                          |
| 21  |    | So you visited once before you took the position?      |
| 22  | A. | Exactly.                                               |
| 23  | Q. | Okay.  And do you get your salary today from BMW AG    |
| 24  |    | or from BMW MC?                                        |
| 25  | A. | From BMW MC.                                            |

1    Q.    Okay.  And do all of your benefits come from BMW
2          MC?
3    MR. ROZELSKY:  Objection to form.
4    THE DEPONENT:  I know that there are payments from AG due
5          to some tax reasons because I have to file two tax
6          reports.  I'm still taxed in Germany, but I'm also
7          taxed in the US, so that's a very complex payroll
8          topic from a technical standpoint that I cannot
9          explain.  That's why we have support from Ernst &
10         Young in this case to file the tax reports, but my
11         salary is paid by BMW MC because I'm employed by
12         BMW MC right now.
13                        EXAMINATION RESUMED
14   BY MR. MURPHY:
15   Q.    Okay.  But you still pay taxes in Germany?
16   A.    Yes.
17   Q.    Your medical coverage, do you have any medical
18         coverage through Germany?
19   A.    Yes.
20   Q.    Okay.
21   A.    But it is not employee provided.  That's -- health
22         insurance is not employee provided in Germany.
23         It's a private decision or personal decision to
24         have health insurance and what kind of health
25         insurance you have.  It has nothing to do with the

```
 1              employer.
 2   Q.    Okay.  Do you have any health insurance through
 3         BMW MC?
 4   A.    No.
 5   Q.    Let's talk about the HR department in Spartanburg
 6         today.
 7         Are you still in TX-60?
 8   A.    Yes.
 9   Q.    Okay.  Who is in TX-61 today?
10   A.    Michelle Bounds.
11   Q.    And in TX-62?
12   A.    Kathy Keiser.
13   Q.    TX-64?
14   A.    Neil Gilmore.
15   Q.    TX-65?
16   A.    Paul Sinanian.
17   Q.    And TX-66?
18   A.    Oh, sorry.  Neil Gilmore is 66, and 64 is Scott
19         Medley.  Sorry.
20   Q.    Okay.  And you are a function level III?
21   A.    I am a PG11.  As far as I know, the positions are
22         not graded.  That's what we found out in this whole
23         process in digging in all the topics.  A function
24         has never been graded, as far as I know.
25   Q.    You're saying TX-60 has never been graded?
```

```
 1              that none of the positions are graded?
 2    A.    No.  They're not interested in grading at all.
 3              It's only about content and structure.  Grading is
 4              none of their business, basically.
 5    Q.    So the answer is, no, you didn't tell anybody in
 6              FO?
 7    A.    No, no, no.
 8    Q.    And you didn't tell anybody in the P circle?
 9    A.    No.
10    Q.    How did you learn about the position of TX-60 in
11              Spartanburg in terms of it being an opportunity for
12              you?
13    A.    Speaking about TX-60 must have been sometime end of
14              September, beginning of October, that I had a
15              discussion with Christina Petrasch that she said
16              they would have a project and need to pull Scott
17              Medley -- or want to offer this project to Scott
18              Medley opening up a position, that these positions
19              would be filled with Kelly Dawsey, leaving an open
20              position for 60, and since I was an international
21              candidate and was open for international assignment
22              with BMW wherever, she offered me the job.
23    Q.    This was a phone conversation?
24    A.    Yes.
25    Q.    Okay.  And was that phone conversation the first
```

```
 1          you heard that there was an opportunity within HR
 2          in Spartanburg?
 3     A.   No, but speaking of TX-60, yes.
 4     Q.   Okay.  Let's back up, then.
 5          When did you first have discussions with anybody
 6          about a possible opening in HR in Spartanburg?
 7     A.   A possible opening.  Early September, I had a call
 8          with Dr. Engelhorn, and I had an introduction
 9          meeting with him early in July just discussing that
10          I was interested in an international assignment,
11          but we did not specifically talk about options in
12          Spartanburg.  We were just talking and if I would
13          be interested if some options would open up.  We
14          had a follow-up meeting in September.
15     Q.   A what, ma'am?
16     A.   A follow-up meeting.
17     Q.   A follow-up meeting.  Okay.
18     A.   Because then, at that time, he was already here.
19          There was a Skype meeting, and he mentioned that
20          Christina Petrasch, the HRVP at that time, would
21          end her international assignment in the next year.
22          Did not talk about specific time frame.  And that
23          he favors to having a domestic local backfilling of
24          this position because we had great experience in
25          China with this structure, and if there would be an
```

| | | |
|---|---|---|
| 1 | | opportunity -- and there might be an opportunity to |
| 2 | | some changes in TX-6 themselves, if I would be |
| 3 | | interested in coming over to Spartanburg.  We did |
| 4 | | not talk about TX-60 specifically.  That was later, |
| 5 | | and that was Christina mentioned, with this |
| 6 | | project, pulling Kelly over to 64 and opening up |
| 7 | | 60. |
| 8 | Q. | Okay.  The follow-up meeting you had was by Skype, |
| 9 | | you said? |
| 10 | A. | Yes.  The follow-up meeting with Dr. Engelhorn was |
| 11 | | Skype. |
| 12 | Q. | So he was here in Spartanburg, and you were in |
| 13 | | Germany? |
| 14 | A. | Yes. |
| 15 | Q. | Okay.  And the September meeting introduction you |
| 16 | | had, where did that occur? |
| 17 | A. | You mean the introduction meeting with Dr. |
| 18 | | Engelhorn? |
| 19 | Q. | Yes, ma'am. |
| 20 | A. | That was in July.  That took place at Plant Munich, |
| 21 | | because he was the Plant Munich leader at the time, |
| 22 | | in one of the meeting rooms close to his office. |
| 23 | Q. | Okay.  So Dr. Engelhorn was the Plant Munich -- |
| 24 | A. | Yes, plant leader Plant Munich, but it was already |
| 25 | | announced that he would take over Plant Spartanburg |

1      as of September 1.

2  Q.  Did Dr. Engelhorn explain to you why having a

3      domestic or local employee backfill the vice

4      president position had anything to do with why he'd

5      be interested in you?

6  A.  We did not -- in this July meeting, we did not talk

7      about he being interested in me or he offering me a

8      job.  It was introduction meeting because I was

9      interested in an international assignment, and he

10     knew he would go to Spartanburg, and if there would

11     have been some opportunity later, it was a chance

12     to meet in person.

13 Q.  Right.  I understood, and I should have been more

14     clear.  I was talking about the follow-up Skype

15     meeting.

16 A.  Okay.

17 Q.  He told you that Christina would end her

18     international assignment, and he favors to bring a

19     domestic or local to backfill the vice president

20     position.

21     Did he tell you what that had to do with interest

22     in you coming to Spartanburg?

23 A.  I think it was just information, the other

24     information that there might be some changes

25     reporting to the HRVP.  That was more the topic,

```
 1              that there might be an opportunity to offer me one
 2              of the positions, and he also mentioned that it's
 3              quite crucial for an HR department to have someone
 4              who has a very good network with all the production
 5              network partners, not only AG but globally.  That
 6              is what I had from my past functions and
 7              experiences.
 8    Q.    What was the word you used?
 9    MR. ELLISON:  Globally.
10    MR. MURPHY:  Globally.  Okay.
11    THE DEPONENT:  Yes.  So just having a good production
12              network to all the colleagues would be an asset and
13              a bridge.
14                        EXAMINATION RESUMED
15    BY MR. MURPHY:
16    Q.    Now, in your prior positions with BMW, did you work
17              in any country other than Germany?
18    A.    No.
19    Q.    And you did not work in any organization other than
20              HR?
21    A.    What do you mean, organization?  The plant HR
22              functions report to our production board member and
23              not to HR.
24    Q.    But all your jobs have been HR jobs?
25    A.    Correct.  That's correct.  Correct.
```

```
 1    MR. ELLISON:  Object to the form.

 2         You can answer, Eva.

 3    THE DEPONENT:  Yes.  I talked to a lot of people

 4         eventually.  I mean, my family, first of all.  Also

 5         my manager that I reported to at that time.

 6                        EXAMINATION RESUMED

 7    BY MR. MURPHY:

 8    Q.   And who was that?

 9    A.   Claudia Koepnick.

10    Q.   Okay.  Anyone else?

11    A.   I mean, later, I informed my team about it,

12         obviously.  Friends.  Yeah.  You talk to a lot of

13         people, insurance in Germany, neighbors who take

14         care of your house.  You talk to hundreds of people

15         about it, basically, yes.

16    Q.   You used the term a while back "international

17         candidate."  What does that mean?

18    A.   International candidate means that you go on a

19         temporary assignment.  For example, in my case, I

20         had a BMW AG contract.  I was not a US BMW

21         employee, and I took over a temporary assignment at

22         BMW MC.  That's why I'm international.  If someone

23         from MC takes over a position for certain time

24         frame anywhere else in a BMW entity outside of the

25         US, this would be an international as well.
```

```
 1   Q.    Okay.  Do you have a contract with BMW MC?

 2   A.    No.  We don't have contract at BMW MC.

 3   Q.    Okay.  When you say a "temporary assignment," for

 4         how long do you anticipate being at Spartanburg?

 5   A.    Overall, three years.

 6   Q.    When you say "overall three years," what do you

 7         mean?

 8   A.    I mean, it's three years exactly.  From 1st of

 9         February 2022 until 1st of January 2025.  That's

10         the time span as of now.

11   Q.    And what's your plan, then, after January 31st,

12         2025?

13   MR. ELLISON:  Object to the form.

14         You can answer.

15   THE DEPONENT:  I don't have a plan yet.  My -- my old

16         employer, BMW AG, has to take me back and offer me

17         a job.  That's what they have to do, but I could

18         work outside of BMW AG as well within the BMW

19         company.

20                    EXAMINATION RESUMED

21   BY MR. MURPHY:

22   Q.    Okay.  Why does --

23   A.    I don't have a plan.

24   Q.    I'm sorry.  I didn't mean to interrupt you.

25         Why do you say BMW AG has to take you back?
```

A.    That is part of the contract I have from BMW AG,
      that I don't have a contract for the three years,
      but as of 1st of February 2023, I will have a
      BMW AG contract again.

Q.    2023 or 2025?

A.    2025.  Sorry.  1st of February 2025.  It's a rehire
      guarantee.

Q.    Okay.  And you got that guarantee when you came to
      BMW MC in 2022?

A.    Yes.

Q.    Did anyone within BMW talk to you about any other
      possible jobs in Spartanburg other than TX-60?

A.    No.  We have never spoken about specific jobs.
      Only specific job we have ever talked about was
      TX-60.

Q.    Who decided on the three-year length of time that
      you would be employed at BMW MC?

A.    I don't know.

Q.    Were you informed of it?  Did you ask for it?

MR. ELLISON:  Object to the form.

      You can answer, Eva.

THE DEPONENT:  It was offered to me this way, so I didn't
      question it.

                    EXAMINATION RESUMED

BY MR. MURPHY:

```
 1            courses in American law?
 2   A.    No.
 3   Q.    At Technical University -- how do you say that last
 4         way?
 5   A.    Kaiserslautern.
 6   Q.    Did you take any courses in American law?
 7   A.    No.
 8   Q.    At University Regensburg, did you take any courses
 9         in human resources or personnel development in the
10         United States?
11   A.    No.
12   Q.    At Technical University Kaiserslautern, did you
13         take any courses in personnel development or human
14         resources in the United States?
15   A.    No.
16   Q.    Did you take specific law courses at University?
17   A.    In Germany?
18   Q.    Yes.
19   A.    What do you mean with specific law courses?
20   Q.    Well, I have a little bit of an understanding,
21         supposedly, how it works there, but the United
22         States, you go to undergrad, you go to a college
23         for four years, then you go to a specific law
24         school.
25   A.    Okay.
```

```
1              with a company, labor law related, the rotation
2              program to get experience.
3    Q.    But all of these experiences relate to German law?
4    A.    Correct.
5    Q.    Or Bavarian law?
6    A.    Correct.
7    Q.    Is there a difference between Bavarian law and
8              German law?
9    A.    I mean, it's overarching German law, but there are
10             very specifics.  For example, what police officers
11             can do and can't do, that's a Bavarian law, for
12             example.  What houses you can build, that's also
13             Bavarian law.
14   Q.    All right.
15   MR. MURPHY:  I think this is probably a good time for a
16             lunch break.
17                     (Recess taken.)
18                   EXAMINATION RESUMED
19   BY MR. MURPHY:
20   Q.    I'm going to ask you about a system.  I believe
21             it's spelled E-R-A, the ERA system.
22   A.    Yes.
23   Q.    Tell us what that is, please.
24   A.    The ERA system?  That's the wage structure for
25             tariff functions.
```

```
 1   Q.   The what structure?
 2   A.   Wage.  It has qualification requirements.  So every
 3        ERA -- there is ERA 1 through ERA 12, and every 1
 4        through 12 has a certain requirement regarding
 5        qualification, and it goes along with wage.
 6   Q.   Okay.  And this is a system used in Germany,
 7        correct?
 8   A.   Yes.
 9   Q.   Okay.  And who creates the 1 through 12 levels?
10   A.   The union, in an agreement with the companies that
11        are unionized.  So IG Metall in this case.
12   Q.   And that's the union that represents the BMW
13        employees in Germany?
14   A.   The Works Council -- the elected Works Council in a
15        company represents the associates of this company,
16        not the union itself.
17   Q.   Represents the associates in the company, you said?
18   A.   Yes.
19             (Exhibit Numbers 2 and 3 marked for
20        identification.)
21                     EXAMINATION RESUMED
22   BY MR. MURPHY:
23   Q.   Ms. Burgmeier, I've put in front of you Exhibit
24        Number 2, which is BMW MC 306 through 309, and I'm
25        referring to those little numbers in the right-hand
```

1   Q.   And do you see that the position title changed?

2   A.   Yes.

3   Q.   Do you know why?

4   A.   No.

5   Q.   Do you see that in both, the department is

6        designated as function level III?

7   A.   I can see that, yes.

8   Q.   Do you know where that came from?

9   A.   No.

10  Q.   Prior to becoming TX-60, did you have any

11       experience in maintaining knowledge or

12       understanding of US regulations?

13  A.   No.

14  Q.   Prior to becoming TX-60, did you have any

15       experience in maintaining current knowledge or

16       understanding of South Carolina regulations?

17  A.   No.

18  Q.   Prior to becoming TX-60, did you have any

19       experience in maintaining current knowledge and

20       understanding of new developments and laws

21       regarding human resources in the United States?

22  A.   No.

23  Q.   Prior to becoming TX-60, did you have any

24       experience in maintaining current knowledge and

25       understanding of new developments and laws

1           regarding human resources in South Carolina?

2      A.    No.

3      Q.    Prior to becoming TX-60, did you have any

4            experience in government and labor legal and

5            government reporting requirements for the United

6            States?

7      MR. ELLISON:  Object to the form.

8            You can answer.

9      THE DEPONENT:  No.

10                    EXAMINATION RESUMED

11     BY MR. MURPHY:

12     Q.    Prior to becoming TX-60, did you have any

13           experience in directing the preparation of

14           information requested or required for compliance

15           with United States or South Carolina laws?

16     A.    No.

17     Q.    Prior to becoming TX-60, did you have any

18           experience in designing, evaluating, and modifying

19           policies to make sure that programs are competitive

20           and in compliance with legal requirements of the

21           United States or South Carolina?

22     A.    No.

23     Q.    Prior to becoming TX-60, did you have any

24           experience in obtaining cost-effective employee

25           serving benefits, monitoring national benefits

```
 1              environment for options and cost savings in the

 2              United States?

 3    A.        No.

 4    Q.        Prior to becoming TX-60, did you have any

 5              experience in complying with all reporting

 6              requirements of relevant government rules and

 7              regulations, including ERISA?

 8    A.        No.

 9    Q.        Prior to becoming TX-60, did you have any

10              experience in leading competitive market research

11              to establish pay practices and pay bands that help

12              to recruit and retain top talent staff in either

13              the United States or South Carolina?

14    A.        No.

15    Q.        Prior to becoming TX-60, did you have any

16              experience in leading competitive market research

17              -- strike that.

18              Prior to becoming TX-60, did you have any

19              experience in contributing to the development of

20              new compensation strategies through creative input

21              combined with data analysis and a deep

22              understanding of the company's future challenges to

23              the extent it related to any compensation

24              strategies related to the United States or South

25              Carolina?
```

```
1    A.    No.

2    Q.    Are you a member of SHRM?

3    A.    Yes.  All TX-6 associates are.

4    Q.    All what?

5    A.    All TX-6 associates are.

6    Q.    Okay.  Do you have any SHRM certifications?

7    A.    No.

8    Q.    When did you become a member of SHRM?

9    A.    After I took over TX-60, in the first few months.

10         I don't recall the exact date, but I think it was

11         May 2022.

12   Q.    Do you have certifications from any other US HR

13         networks?

14   A.    No.

15   Q.    Are you a member of any other US HR networks?

16   A.    No.

17   Q.    What is ERISA?

18   A.    It's Employment Retirement Income Security Act.

19   Q.    Had you ever dealt with ERISA prior to becoming

20         TX-60 --

21   A.    No.

22   Q.    -- in Spartanburg?

23   A.    No.

24   Q.    You anticipated the question correctly, but just

25         let me finish it because she can only get one of us
```

```
 1            down at the time.
 2    A.      I'm sorry.
 3    Q.      I appreciate it.
 4            Have you had any experience dealing with OFCCP?
 5    A.      Yes.
 6    Q.      Okay.  Did you have any experience dealing with
 7            OFCCP prior to becoming TX-60?
 8    A.      No.
 9    Q.      Have you had any experience dealing with HIPAA?
10    A.      No.
11    Q.      Do you know what HIPAA is?
12    A.      No.
13    Q.      How are wages determined for employees in Germany?
14    MR. ELLISON:  Object to the form.
15            You can answer, Eva.
16                      EXAMINATION RESUMED
17    BY MR. MURPHY:
18    Q.      Let me think about it for a minute.
19    A.      I don't know how they are for Germany.
20    Q.      I know.  It was a stupid question.  That's why you
21            don't know.
22    A.      Okay.
23    Q.      For BMW production employees in Germany, how are
24            their wages determined?
25    A.      We have all production function graded based on the
```

```
 1              letter, you just covered the ERA, and based on what
 2              job they do.  They get developed to this personal
 3              grade, respective personal grade, and the personal
 4              grade determines the payment.
 5   Q.   And who determines the payment that goes with a
 6        personal grade?
 7   A.   The tariff contract.  It's written in the tariff
 8        contract.
 9   Q.   Okay.  And who are the parties to the tariff
10        contract?
11   A.   On the one side, the IG Metall.  That's a union.
12        And on the other side, the company representatives
13        that are unionized with the IG Metall.
14   Q.   Tell us how a Work Council works, what it does and
15        --
16   A.   In Germany at the AG you mean?
17   Q.   Yes.
18   A.   Work Council has -- there is a law that determines
19        when a Work Council has to approve certain things.
20        Mostly, HR topics, but also company's general
21        decisions.  For example, every transfer from one
22        shop to the other has to be approved by the Work
23        Council.  Compensation changes have to be approved.
24        They have to be involved when we change shift
25        models, when we call off a shift.  They are the
```

1  representative of the associate if there is.  For

2  example, a performance issue and a discussion about

3  performance or disciplinary actions, they're

4  representative of the associates.

5  Q.   Okay.  And do the employees at BMW MC in

6  Spartanburg have any such representation?

7  MR. ELLISON:  Object to the form.

8  You can answer.

9  THE DEPONENT:  At BMW MC, we do have the associate

10  relations team that represents the interests of the

11  associates.

12  EXAMINATION RESUMED

13  BY MR. MURPHY:

14  Q.   Okay.  Who is the associate relations team?

15  A.   It's part of TX-61.

16  Q.   So you're talking about the organization in TX-61

17  represents associates?

18  A.   They are the associate relations people.  The

19  associates reach out to them.  It's not an elected

20  council, like in Germany, but they represent the

21  interests of the associates in all regard to make

22  sure that we hear them, that they have a voice.

23  Q.   Does anything need to be approved by them like it

24  has to be approved by Work Council in Germany?

25  A.   No, not that I know of.

```
 1    A.    Yes.

 2    Q.    Who?

 3    A.    I mean, I assume there are.  I don't see their

 4          personal grades, but I assume that Dr. Engelhorn is

 5          one, Sherry McCraw.  Basically, the VPs.

 6    Q.    Okay.  And who makes the OFK designation?

 7    A.    What is OFK designation?  A promotion or --

 8    Q.    Who determines whether somebody is OFK?

 9    A.    I mean, in a definition, it's a personal grade 13

10          and higher.  I don't know who is the definition of

11          an OFK.  I don't know.

12    Q.    Are individuals nominated for OFK?

13    A.    In the performance evaluation assessment, the

14          annual one, a manager can nominate or recommend

15          people for the next level, for the next function

16          level, and there is a function level II or function

17          level I.  If you are promoted to this position, you

18          eventually also will be promoted on a personal

19          grade level to an OFK.

20    Q.    Okay.  What personal grades fall within function

21          level II?

22    A.    PG13 and PG14.

23    Q.    Okay.  What function levels fall within -- I'm

24          sorry.  What personal grades fall within function

25          level III?
```

```
 1   A.   PG10 and PG11.  Sorry.  PG11 and PG12.  Sorry.

 2   Q.   Okay.  Function level IV?

 3   A.   Would be, at BMW MC, PG8, PG9, and PG10.

 4   Q.   Okay.

 5   A.   But you have to understand that grading the

 6        function levels and the PGs are independent

 7        structure, so there is no -- I mean, it's not

 8        happening because you take over a function that the

 9        PG has changed.  It's a separate decision that is

10        also kicked off by your manager based on your

11        performance.  So one doesn't necessarily mean the

12        other and the other way around.

13   Q.   Are you aware of anyone ever going from a function

14        level IV position to OFK?

15   A.   No, no.  I have never heard or don't know a case

16        like this.  No.

17   Q.   Is there a validation process for going to function

18        level II?

19   A.   I don't know, but I have heard that they have

20        changed the process, and I don't know if the change

21        is there is none anymore or if it's just a changed

22        process.  I don't know.

23   Q.   What do you understand the process to have been

24        before the change?

25   A.   Before the change, there was a potential evaluation
```

1  A.  Recruiting and temporary workforce steering was

2      moved to TX-66, newly created TX-66.  Global

3      assignment was moved to TX62 as a new TX-621.

4  Q.  Do you have any reason to believe that the

5      frequency with which you communicate with BMW

6      employees in Germany is any different than the

7      frequency with which Kelly Dawsey communicated with

8      the BMW employees in Germany when she was in TX-60?

9  A.  No, because I don't know how frequently she talked

10     to them.  I don't know.

11 Q.  Okay.  When you were in Germany, how frequently did

12     you communicate with Kelly Dawsey?

13 A.  Zero.  Never.

14 Q.  You never communicated with her?

15 A.  No.  I've never talked to her before I came on my

16     look-and-see trip.

17 Q.  Did you communicate with her by e-mail?

18 A.  I mean, if I write an e-mail to the HR network

19     globally and a certain distribution list, it might

20     have been the case that she has received an e-mail

21     by me, but it was not an individual, one-on-one

22     communication or exchange.  I cannot -- well, if

23     that's communication, there might have been one or

24     the other e-mail with a big HR network distribution

25     list that she has received as well because she has