```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
 2                   SPARTANBURG DIVISION
              CASE NO.  7:22-cv-03738-TMC-KFM
 3

 4  Kelly Dawsey,

 5         Plaintiff,

 6  vs.

 7  Bayerische Motoren Werke
    Aktiengesellschaft and BMW
 8  Manufacturing Co., LLC,
    collectively d/b/a "BMW Group",
 9
           Defendants.
10

11  _____

12             DEPOSITION OF ROBERT ENGELHORN

13  _____

14
    DATE TAKEN:         May 4, 2023
15
    TIME BEGAN:         10:00 a.m.
16
    TIME ENDED:         2:48 p.m.
17
    LOCATION:           Jackson Lewis, PC
18                      15 South Main Street, Suite 700
                        Greenville, South Carolina  29601
19
    REPORTED BY:        Traci L. Barr, RPR
20
    _____
21
22              EXPEDITE COURT REPORTING, LLC
                   Traci L. Barr & Associates
23                   Post Office Box 25882
              Greenville, South Carolina 29616
24               info@expeditereporting.com
                       (864) 509-0914
25
```

```
 1  APPEARANCES:

 2


 3  BRIAN P. MURPHY, ESQUIRE
    Stephenson & Murphy, LLC
 4  207 Whitsett Street
    Greenville, South Carolina  29601
 5  Brian@stephensonmurphy.com
    (864) 370-9400
 6
       .........On behalf of the Plaintiff
 7

 8  D. RANDLE MOODY, II, ESQUIRE
    Jackson Lewis, LLP
 9  15 South Main Street, Suite 700
    Greenville, South Carolina  29601
10  Randy.moody@jacksonlewis.com
    (864) 232-7000
11
    and
12
    ELLISON F. McCOY, ESQUIRE
13  Jackson Lewis, PC
    15 South Main Street
14  Suite 700
    Greenville, South Carolina  29601
15  Mccoye@jacksonlewis.com
    (864) 232-7000
16
       .........On behalf of Defendant BMW Manufacturing,
17
                LLC
18
    NATHANIEL P. BRUHN, ESQUIRE
19  Morgan, Lewis & Bockius, LLP
    One Federal Street
20  Boston, Massachusetts  02110-1726
    Nathaniel.bruhn@morganlewis.com
21  (617) 951-8651

22     .........On behalf of Defendant BMWAG

23
    ALSO ATTENDING:  Paul Lindemann, Kelly Dawsey
24

25
```

1       president, right?
2  A.   Yes.
3  Q.   You answered that question grammatically
4       correctly, but it could be construed one of two
5       ways.  I'm not trying to criticize, sir.  I asked
6       the question.  You answered it correctly, but I
7       have to rephrase it.
8       During the time that you have been president, has
9       there been any international associate at level 2
10      other than associates from Germany?
11 A.   We have two US citizens as level 2 right now.
12 Q.   But in terms of international associates, has
13      there been anybody from any country other than
14      Germany?
15 A.   US citizens are also considered as international
16      candidates because for sure, again, production
17      follows the market, and being -- working in an
18      upper-level management position makes
19      international candidate viable and necessary.
20      Also, the US citizens at level 2 function,
21      they're international candidates because they
22      signed up for that.  They're eager to go abroad.
23 Q.   So in Spartanburg, when you're referring to
24      internationals, what's the term you use for the
25      US citizens in Spartanburg?

1        Do you use the word domestic?
2 A.    Domestic or local, yeah.
3 Q.    Domestic or local?
4 A.    If they're working here, yeah.  Having a local
5        contract, yeah.
6 Q.    Okay.
7 A.    It could be also a green card, for example, as
8        having a local contract, considered as local.
9 Q.    There have been no level 2 -- well, let me ask it
10       this way, then.
11       During the time that you have been president, has
12       there been anybody who was not a domestic or
13       local in the level 2 positions that came from any
14       country other than Germany?
15 A.   We have -- in our senior management, we have
16      three Austrians, two US citizens, and rest are
17      Germans.
18 Q.   You have Austrians at level 2?
19 A.   Sure.
20 Q.   Who are the three Austrians at level 2?
21 A.   It's Christian Tschurtschthaler, Siegfrid
22      Mueller, and Manfred Pernitsh.
23 Q.   And they work in Spartanburg?
24 A.   Yes, sir.
25 Q.   Okay.  What are their positions?

```
 1        heading successfully couple of years the assembly
 2        line, and knows what needs this plan in terms of
 3        HR, and more than qualified also being on the
 4        level 2 position for longer period of time to do
 5        this job and was the best candidate.
 6   Q.   When you say, "local international candidate,"
 7        you're referring to domestic or local?
 8   MR. MOODY:  Objection to form.
 9   THE DEPONENT:  In my -- I've been in operations
10        internationally since 20 years, and I'm truly
11        convinced the local international HR leader is,
12        if skilled, the best way to operate.
13                  EXAMINATION RESUMED
14   BY MR. MURPHY:
15   Q.   But you wanted a domestic or local in the TX6
16        position.  Is that what you're saying?
17   A.   Yes, sir.
18   Q.   Why was Kelly Dawsey moved out of TX60?
19   MR. MOODY:  Objection to form.
20        You can answer.
21                  EXAMINATION RESUMED
22   BY MR. MURPHY:
23   Q.   I'll back up.
24        You know that Ms. Dawsey was in TX60, correct?
25   A.   Yes, sir.
```

```
 1  Q.    Well, what do you understand Ms. Burghardt's
 2        position to be?
 3  A.    She's heading human resources Germany and
 4        international.
 5  Q.    What do you mean by international?
 6  A.    To cope with the activities of international
 7        facilities of BMW.
 8  Q.    Were there any domestic or local candidates
 9        considered for the TX60 position awarded to
10        Ms. Burgmeier?
11  A.    We had to look -- we looked for them, but the
12        most suitable one was Eva Burgmeier.
13  Q.    Who did you look at?
14  A.    We looked at the succession planning list, but
15        there was no suitable candidate on it.  To whom
16        we looked, I cannot recall.
17  Q.    Who was on the succession planning list for TX60?
18  A.    I don't recall.
19  Q.    Eva Burgmeier was not on that list, was she?
20  A.    I don't recall, but she was international
21        candidate.
22  Q.    Kathy Keiser was on that list, wasn't she?
23  A.    I don't recall.
24  Q.    Did you review the succession plan for TX60?
25  A.    We discussed the succession plan internally with
```

1          the two VPHR and was in alignment with Germany
2          and came to the conclusion that Eva Burgmeier is
3          the best suitable candidate.  Also was a clear
4          link to the international network, which was one
5          of the cases the local candidates didn't have.
6  Q.     What do you mean by "clear link to the
7          international network?"
8  A.     Look, Eva Burgmeier had held several positions
9          within the human resources network and in
10         different plants and different functions, and for
11         us it's vital to have this close link to the
12         network for several reasons and discussions, and
13         she was the best one.
14 Q.     What are the several reasons that it is vital for
15         you to have a link to this network?
16 A.     Look, as I told you, BMW setup is a global setup.
17         We have 10 fully-scaled plants.  We have 30
18         plants all overall, and for us it's vital that we
19         have a close link to the production network in
20         terms of qualification, in terms of having the
21         right international candidate in time,
22         specifically also looking to the launches, to
23         also have a clear view on the compensation and
24         benefits side, to have a clear view towards
25         business partners in Germany, BMWMC acting as a

|    |    |                                                          |
|----|----|----------------------------------------------------------|
| 1  |    | contract manufacturer for BMW, and these are the         |
| 2  |    | skills.                                                  |
| 3  | Q. | So no domestic or local candidate would have had         |
| 4  |    | that qualification, correct?                             |
| 5  | A. | Eva Burgmeier was the best one.                          |
| 6  | Q. | Why would the TX60 position need to have any             |
| 7  |    | connection to Germany?                                   |
| 8  | A. | I don't understand the question.                         |
| 9  | Q. | Why would it be beneficial at all to have anybody        |
| 10 |    | with international experience in the TX60                |
| 11 |    | position?                                                |
| 12 | A. | Look, what we discussed at BMW is a network              |
| 13 |    | companies.  We have production facilities                |
| 14 |    | worldwide which need common alignment on                 |
| 15 |    | training, on qualification, on setting up the            |
| 16 |    | right schemes and structures on common and agreed        |
| 17 |    | level worldwide because there is only one BMW            |
| 18 |    | quality, and we need to adhere all to the                |
| 19 |    | processes and the needs for car production.              |
| 20 |    | Therefore, knowing that the car engineered and           |
| 21 |    | designed in Munich, it is vital that we have one         |
| 22 |    | common language and understanding of the needs.          |
| 23 |    | In addition, what I can tell you about my                |
| 24 |    | personal experience, I have been four years to           |
| 25 |    | China, and in China, we had similar setup of the         |

|   |   |   |
|---|---|---|
| 1 |   | human resources department that at least one |
| 2 |   | candidate, international candidate, have the |
| 3 |   | strong link to Germany, and it worked perfect.  I |
| 4 |   | truly believe and am truly convinced that this is |
| 5 |   | also, even then having one local domestic |
| 6 |   | candidate as HRVP heading this operation, at |
| 7 |   | least one close link is here in the 60 function. |
| 8 |   | If it is independent, if it's domestic or |
| 9 |   | whoever, we need the person with the skills, and |
| 10 |   | the best one was Eva Burgmeier. |
| 11 | Q. | But the link needs to be a link to Germany? |
| 12 | A. | No. |
| 13 | MR. MOODY:  Objection to form. |   |
| 14 |   | EXAMINATION RESUMED |
| 15 | BY MR. MURPHY: |   |
| 16 | Q. | So you would want somebody who has a close link |
| 17 |   | to China? |
| 18 | A. | To the international network.  The majority of |
| 19 |   | the international network, for sure, is Germany. |
| 20 | Q. | But what does the TX60 position -- how does it |
| 21 |   | interact with anybody internationally?  Why does |
| 22 |   | that matter? |
| 23 | A. | Look, BMW is -- the production premises on |
| 24 |   | worldwide basis, so specifically for the skills |
| 25 |   | of training, education, how to build the cars, |

```
 1  A.    I don't know, but she's communicating globally.
 2  Q.    What came first, the decision to move Kelly
 3        Dawsey out of TX60 into 64 or the decision to
 4        hire Eva Burgmeier into TX60?
 5  A.    The first -- my decision was to put Sherry McCraw
 6        in the succession of Christine Petrasch, and then
 7        there was a common agreement from Christine
 8        Petrasch and Sherry McCraw to have the
 9        organization like just discussed.
10  Q.    But my question is, what was decided first?  Was
11        it decided to move Kelly Dawsey out of 60 and
12        then the decision was made to bring in
13        Ms. Burgmeier, or was the decision made to bring
14        in Ms. Burgmeier and then the decision was made
15        to move out Ms. Dawsey?
16  MR. MOODY:   Objection to form.
17  THE DEPONENT:   I know a proposal from Christine
18        Petrasch and from Sherry McCraw about the setup,
19        but I can only speculate made in common.  I don't
20        know.
21                      EXAMINATION RESUMED
22  BY MR. MURPHY:
23  Q.    But prior to that conversation with Ms. McCraw
24        and Ms. Petrasch, you had already spoken to
25        Germany about bringing Ms. Burgmeier in, correct?
```

```
 1  A.    There was some discussions, yes, how to shape and
 2        organize TX6 in total internally and also with
 3        Germany, yes.
 4  Q.    And why do you speak to the people in Germany
 5        about the organization of TX6 in Spartanburg?
 6  A.    Look, we are -- as I told you, we are production
 7        network.  My job and my responsibility is here to
 8        produce over 400,000 vehicles a year, over 1500
 9        cars a day, and to have here an aligned and
10        agreed way of proceeding.  And, therefore, for
11        sure, the decision how to set up the organization
12        is finally with BMWMC, what I'm laying -- or what
13        I'm heading, I'm the president, and the
14        responsibility, and, therefore, for sure, we made
15        the final decision.
16  Q.    I didn't ask that.
17        I asked, why are you communicating with Germany
18        about -- if you have the final decision, why are
19        you talking to Germany about it?
20  A.    As I told you, we are a production network.  We
21        need the right and skilled people for the right
22        positions, and, as you know, our associates, our
23        managers, they are not only minority-wise.  They
24        are from the US, but we need specially skilled
25        and trained people in the one other position,
```

```
 1          and, therefore, we need to align with
 2          international production network on this.
 3  Q.      Did you speak to anybody in Germany about hiring
 4          Eddie Bailey in TX64?
 5  A.      No.
 6  Q.      Did you speak to anybody in Germany about hiring
 7          Mr. Bailey's successor in TX64?
 8  A.      No.
 9  Q.      Did you speak to anybody in Germany about putting
10          Scott Medley on special project or assignment?
11  A.      Yes.
12  Q.      Who did you speak to in Germany about that?
13  A.      It was Uwe Bald --
14  Q.      And who is she?
15  A.      -- and Barbara Burghardt.
16  Q.      Was the other name Uwe?
17  A.      Bald.
18  Q.      Can you spell that last name, please?
19  A.      B-A-L-D.
20  Q.      And who is Uwe Bald?
21  A.      He's in the first fine of Barbara Burghardt
22          responsible for HR production network.
23  Q.      And why were you speaking to them about putting
24          Scott Medley on special assignment?
25  A.      I look at project, and also, by the way, the
```