1              IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
2                    SPARTANBURG DIVISION
            CASE NO.  7:22-cv-03738-TMC-KFM
3

4    Kelly Dawsey,

5          Plaintiff,

6     vs.

7    Bayerische Motoren Werke
     Aktiengesellschaft and BMW
8    Manufacturing Co., LLC,
     collectively d/b/a "BMW Group",
9
          Defendants.
10

11    _____

12              DEPOSITION OF CHRISTINE PETRASCH

13    _____

14

     DATE TAKEN:          August 16, 2023
15
     TIME BEGAN:          9:58 a.m.
16
     TIME ENDED:          6:34 p.m.
17
     LOCATION:            Jackson Lewis, PC
18                        15 South Main Street, Suite 700
                          Greenville, South Carolina  29601
19
     REPORTED BY:         Traci L. Barr, RPR
20

21    _____

22          EXPEDITE COURT REPORTING, LLC
                Traci L. Barr & Associates
23                 Post Office Box 25882
              Greenville, South Carolina 29616
24              info@expeditereporting.com
                    (864) 509-0914
25

```
 1   APPEARANCES:

 2

 3   BRIAN P. MURPHY, ESQUIRE
     Stephenson & Murphy, LLC
 4   207 Whitsett Street
     Greenville, South Carolina  29601
 5   Brian@stephensonmurphy.com
     (864) 370-9400
 6
       .........On behalf of the Plaintiff
 7

 8   D. RANDLE MOODY, II, ESQUIRE
     Jackson Lewis, LLP
 9   15 South Main Street, Suite 700
     Greenville, South Carolina  29601
10   Randy.moody@jacksonlewis.com
     (864) 232-7000
11
      and
12
     ELLISON F. McCOY, ESQUIRE
13   Jackson Lewis, PC
     15 South Main Street
14   Suite 700
     Greenville, South Carolina  29601
15   Mccoye@jacksonlewis.com
     (864) 232-7000
16
       .........On behalf of Defendant BMW Manufacturing, LLC
17

18   KURT M. ROZELSKY, ESQUIRE
     Spencer Fane, LLP
19   27 Cleveland Street, Suite 201
     Greenville, South Carolina  29601
20   Krozelsky@spencerfane.com
     (864) 906-7694
21
       .........On behalf of Defendant BMWAG
22

23   ALSO ATTENDING:  Paul Lindemann, Kelly Dawsey

24

25
```

1      One thing during a deposition that always gets

2      people, especially in their first deposition, is I

3      need words as answers.  Okay.  You're very polite

4      in that you're a head-nodder and you give good

5      visual signals as to whether you understand

6      something, but the court reporter here can only

7      take down words.  Okay?

8   A.  Okay.

9   Q.  So if the answer to my question is yes, then a head

10     nod isn't good enough and an uh-huh isn't good

11     enough because she needs words.  So I'm not trying

12     to be argumentative with you when I ask you to

13     please put that in words or can you give an answer.

14     What I typically do is I'll point to that little

15     microphone as just kind of a clue to you to please

16     verbalize whatever it is you want your response to

17     be.  Okay?

18  A.  Okay.

19  Q.  Thank you.  All right.

20     During what period of time were you the vice

21     president of human resources for BMW MC?

22  A.  I started my assignment first of January 2018, and

23     I left -- the contract was terminated or run out at

24     the 31st of March, '22.

25  Q.  I've heard that term "contract" before.

```
1    A.     It was Marlyn Owens.

2    Q.     What was her position?

3    A.     Assistant.  She was my assistant at TX-6.

4    Q.     Who is Karl Hacker?

5    A.     Karl Hacker, he is a BMW AG OFK in the HR area.

6    Q.     Does -- is he a direct report to Ms. Burghardt?

7           Let me ask more specifically.

8                   (Exhibit Number 3 marked for

9           identification.)

10   MR. McCOY:  I'm going to exercise my right to talk with

11          the witness about this e-mail.

12   MR. MURPHY:  So you're taking the position that any

13          document exchanged in discovery that's not

14          specifically identified --

15   MR. McCOY:  Identified as an exhibit at least seven days

16          in advance of the deposition we can discuss, yes.

17          Do you want me to get the local rules?  We can read

18          it.

19   MR. MURPHY:  I know what the local rule says.  I -- I

20          don't believe it applies when the documents have

21          been exchanged more than seven days, but if you're

22          going to take that position, I expect you to take

23          that position during Kelly's deposition as well.

24   MR. McCOY:  Certainly.

25   MR. MURPHY:  Okay.  We'll see if it becomes an issue, but
```

```
1    Q.    Okay.  So you succeeded Mr. Hacker?

2    A.    Yes.

3    Q.    Okay.  And in this e-mail, you say, Sherry and

4          Kelly doesn't work.  Do you see that?

5    A.    Yeah.

6    Q.    What did you mean by that?

7    A.    At that time, it was clear that Sherry will take

8          over the TX-6 position, and as HR, during my whole

9          assignment here, you have to work with the

10         technologies together because HR is also a support

11         function for the business.  And during the whole

12         time, I could feel tension between Sherry and

13         Kelly, and this is what I stated here.

14   Q.    Okay.  In the next sentence, you say, I had already

15         expected.  Do you see that?

16   A.    Yes.

17   Q.    Okay.  So you expected Kelly to leave?

18   A.    That's not 100 percent, correct.

19   Q.    Okay.  Tell me what you meant by it, then.

20   A.    So I could feel the tension between both of them.

21         As the decision was clear that Sherry would take

22         over TX-6, I was not sure if they both could have a

23         relationship on a professional level to work

24         together.

25   Q.    Did Kelly ever tell you that she could not work
```

|     |    |                                                              |
|-----|----|--------------------------------------------------------------|
| 1   |    | with Sherry?                                                 |
| 2   | A. | No.                                                          |
| 3   | Q. | After you say, I had already expected, what did you          |
| 4   |    | mean by the rest of that sentence?                           |
| 5   | A. | At that time, so it was one day before, it was the           |
| 6   |    | 3rd of January, I was in Germany on vacation, and            |
| 7   |    | Kelly called me during the vacation time and told            |
| 8   |    | me that she want to resign or she want to leave the          |
| 9   |    | company.                                                     |
| 10  | Q. | Okay.                                                        |
| 11  | A. | I was very disappointed about that because it was            |
| 12  |    | during a time where I was not in US.  She called             |
| 13  |    | me, so we had a phone call about that.  I -- in my           |
| 14  |    | opinion, if we talk about professional behavior, I           |
| 15  |    | would not expect something like that from a                  |
| 16  |    | department manager because I was on my way back to           |
| 17  |    | US at the end of the week anyhow.  She informed me           |
| 18  |    | that she need to call me because this is a two               |
| 19  |    | weeks notice and her last day would be the 14th of           |
| 20  |    | January.                                                     |
| 21  | Q. | Why --                                                       |
| 22  | A. | And this is why I said, that's not good, and it              |
| 23  |    | gave us real big problems because Eva Burgmeier was          |
| 24  |    | not -- at that time, I think she came in January,            |
| 25  |    | same time like me.  10th of January, I think, was            |

```
 1          the Monday, but I would need to check the date
 2          again.  So -- and this was not enough time for a
 3          proper hand-over so that you can bring somebody in
 4          the new position.  And additionally, we planned
 5          Kelly for the 64 function.  We were in front of the
 6          next change of our organization, and this brought
 7          us to the point where we had -- we had, you know,
 8          to rethink everything again, and this is why I said
 9          it's not good.  And we definitely counted on Kelly
10          to take over this huge responsibility we had in 64.
11                   (Exhibit Number 4 marked for
12          identification.)
13  MR. McCOY:  We need to stop and talk about this one as
14          well.
15  MR. MURPHY:  I do want to put on the record, while I
16          don't want to get in any squabbles about that
17          today, the time you spend with her --
18  MR. McCOY:  Doesn't count as your time.  I understand.
19  MR. MURPHY:  Okay.
20                   (Recess taken.)
21                  EXAMINATION RESUMED
22  BY MR. MURPHY:
23  Q.    Back on Exhibit Number 3, you testified a few
24          minutes ago that on January 4th, you were in
25          Germany ; is that correct?
```

```
1    A.    Yeah.  Yes.

2    Q.    Okay.

3    A.    Sorry.

4    Q.    Why were you in Germany on January 4th?

5    A.    I was on vacation.

6    Q.    When did you leave for that vacation?

7    A.    I think it was the 15th of December.

8    Q.    Did you leave for vacation prior to Thanksgiving?

9    A.    When was Thanksgiving?  Sorry.

10   Q.    Thanksgiving is in November, late November.

11   A.    Say your question again.

12   Q.    Late November.  Were you on vacation during

13         Thanksgiving, late November, of 2021?

14   A.    I cannot recall.

15   Q.    Do you believe you were in the states in early

16         December of 2021?

17   A.    What do you mean with "believe"?

18   Q.    Were you in the United States in early December of

19         2021?

20   A.    If I recall correctly, yes.

21   Q.    While you were at BMW MC, did you also take

22         holidays for the month of August?

23   A.    I do not recall.

24   Q.    Going to Exhibit 4, the top e-mail is dated January

25         7, 2022; is that correct?
```

```
 1    A.    Yes.

 2    Q.    Okay.  Who sent that e-mail?

 3    A.    So what I can see here is it was from Ilka

 4          Horstmeier.

 5    Q.    Who did she sent it to?

 6    A.    To Barbara Burghardt.

 7    Q.    Okay.  That's her boss, right?

 8    A.    Ilka Horstmeier is the boss of Barbara Burghardt.

 9    Q.    Okay.  And both of them work for BMW AG; is that

10          correct?

11    A.    Yeah.  Yes.

12    Q.    Okay.  And Ms. Horstmeier is responding to an

13          e-mail that Ms. Burghardt sent her, correct, on

14          January 4?

15    A.    That's correct.

16    Q.    Okay.  And Ms. Burghardt was forwarding to Ms.

17          Horstmeier an e-mail she received from Uwe Bald of

18          January 4 regarding Kelly Dawsey, correct?

19    A.    Correct.

20    Q.    And Mr. Bald was forwarding an e-mail you sent to

21          him, Claudia, and Eva on January 4?

22    A.    Yeah.  Correct.

23    Q.    Who is Uwe Bald?

24    A.    Uwe Bald is a direct report to Barbara Burghardt.

25          He's what Claudia Koepnick is, what we just
```

```
 1              TX-64 there are two possibilities.

 2              Do you see that?

 3    A.    Yes.

 4    Q.    Okay.  Do you see the parenthetical that's at the

 5          end of that paragraph?

 6    A.    Where are you?

 7    Q.    On the same paragraph.  It begins, for TX-64 there

 8          are two possibilities.

 9          Tell me if I'm reading it correctly.

10          You gave an A possibility and a B possibility, and

11          then you give a parenthetical that says, this will

12          certainly only be an FE-4 function.

13    A.    Uh-huh.

14    Q.    Do you see that?

15    A.    Yeah.

16    Q.    Okay.  What does FE mean?

17    A.    FE is -- stands for function level.

18    Q.    And that's a reference to the TX-64 position,

19          correct?

20    MR. McCOY:  Object to the form.

21                    EXAMINATION RESUMED

22    BY MR. MURPHY:

23    Q.    That whole paragraph is discussing the TX-64

24          position?

25    MR. McCOY:  Object to the form.
```

```
 1           Do you know of anyone at BMW MC who ever served on
 2           the FLIV Approval Committee?
 3    A.     I don't know.
 4    Q.     Is Exhibit 6 an example of part of the master
 5           structure that you were referring to?
 6    A.     So to answer correctly, the master structure has
 7           nothing to do with grading.  So the master
 8           structure is the structure how you would organize
 9           an HR organization.  This is not linked to grading.
10                        EXAMINATION RESUMED
11    BY MR. MURPHY:
12    Q.     Okay.  Can you name for me anyone who has served on
13           -- well, strike that.
14           The document we marked as Exhibit Number 6
15           discusses an FLIV Approval Committee.
16           Is there an FLIII Approval Committee?
17    A.     I don't know the structure right now.  I don't know
18           which structure they have.
19    Q.     Are you aware of an International Grading Committee
20           at BMW AG or BMW Group?
21    MR. McCOY:  Object to the form.
22           You can answer, Christine.
23    THE DEPONENT:  We have one department in Germany
24           responsible for grading, but I do not know what
25           kind of structure they have.
```

```
 1                    EXAMINATION RESUMED

 2  BY MR. MURPHY:

 3  Q.    Okay.  What's the name of that department?

 4  A.    It's part of the P zed or the PZ department.

 5               (Discussion held off the record.)

 6                    EXAMINATION RESUMED

 7  BY MR. MURPHY:

 8  Q.    It's part of P zed?

 9  A.    Uh-huh.

10  Q.    Okay.  So would it be somebody who reports to Mr.

11        Batz?

12  A.    Yeah.

13  Q.    Do you know, in 2021, who that person was at BMW AG

14        who reported to Mr. Batz who was responsible for

15        grading?

16  A.    I don't know.

17               (Exhibit Number 7 marked for

18        identification.)

19  MR. McCOY:  We'll take just a minute to talk about this

20        one off the record.

21               (Recess taken.)

22                    EXAMINATION RESUMED

23  BY MR. MURPHY:

24  Q.    Ms. Petrasch, do you recall the e-mails that we've

25        marked as Exhibit Number 7?
```

```
 1   A.   We combined it with the payroll we do for
 2        everybody.
 3   Q.   Okay.  So who was on OFK payroll that was being
 4        handled by TX-620?
 5   A.   All the MC OFKs.
 6   Q.   Okay.  And who was that in 2021?
 7   A.   I do not know all of them because --
 8   Q.   Well, you were one, right?
 9   A.   I was one.  I was on the list.
10   Q.   I assume Dr. Engelhorn was?
11   A.   Also.
12   Q.   Okay.  Anybody else?
13   A.   The whole senior management on an OFK level.
14   Q.   All the level 2s?
15   A.   All the level 2s with a personal grade OFK.
16   Q.   In recruiting, TX-66, why is that in orange?
17   A.   This is in orange because we had the discussion
18        that we had to hire so many people.  So because of
19        the development of our business and all what we had
20        plans for, we were not sure if we can combine it
21        and keep it in one area or we split it and --
22        because it was such an important function at that
23        time, so we split it and make it as a direct report
24        to TX-6, and we decided here that we set up
25        diversity inclusion equity also as a special topic,
```

```
 1              organizational chart here is a proposal.
 2    Q.        Right.  Is the light-shaded boxes, for example, you
 3              read from a promotion for Tina under TX-62, is that
 4              the succession planning that was done by -- in the
 5              meeting with Mr. Epps and Dr. Engelhorn?
 6    A.        No.
 7    Q.        In the light-shaded boxes, are these individuals
 8              who were the possible successors or the planned
 9              successors for each position?
10    A.        No.  These are -- this is not something about a
11              succession plan.  These are my remarks, what I need
12              to do if I would work further on this proposal.
13    Q.        Let's look under the TX-60 group.  You have, expat
14              Stephan Dombrowski will return to Germany mid 2021.
15              Do you see that?
16    A.        Yeah.
17    Q.        Then the next entry is, no further expat planned.
18              Do you see that?
19    A.        Yes.
20    Q.        What did you mean by that?
21    A.        Within Kelly's team, she had Stephan Dombrowski as
22              an expert on her team.  Stephan's contract ended
23              mid of 2021, and so he returned to Germany, and for
24              his replacement, there was no further expat planned
25              at that time for Stephan Dombrowski's replacement,
```

```
 1              and we had a local successor for this position.  It
 2              was Michael Davis.  This was an idea.
 3     Q.       So where it says, local successor Michael Davis
 4              PG-8, that was a possible successor to Mr.
 5              Dombrowski?
 6     A.       Yeah.  This was the information Kelly gave me.
 7     Q.       Under Corey Epps, it says, first and only minority
 8              candidate within HR first line.
 9     A.       Uh-huh.
10     Q.       Under it says, good market value, more offers on
11              FEIII.
12              What does that mean?
13     A.       So Corey Epps had a very good market value.  This
14              means that a lot of level 2 people, OFKs, were
15              interested to get him into positions, so he got
16              offers for TX-45, rework.  He got an offer for
17              TX-16.  He got -- he did some interviews because he
18              was always interested to have this good market
19              value so that people -- OFKs would pull him.  He
20              also had interviews with TV-5 for the TV-54
21              function.  So he had plenty of offers to go on a
22              function -- level 3 function.
23     Q.       It says, very important to keep him in that HR
24              position/signal.
25              What does that mean?
```

```
 1   A.   This means that we were very happy to develop a
 2        minority candidate.  Also, within HR, this was the
 3        first time where we had minority candidate on the
 4        -- how to say -- first line, HR first line, and
 5        this is why we said it is very helpful for us to
 6        keep him to show that we also develop
 7        African-American people.
 8   Q.   What does the word "signal" mean?
 9   A.   This means that it would show -- this would be a
10        signal also for other technologies, you know, that
11        we have somebody and developed somebody on that
12        level.
13   Q.   A minority?
14   A.   Uh-huh.
15   Q.   Ma'am?
16   A.   Yes.
17   Q.   Thank you.
18        Did you ever see a succession plan that came out of
19        the meeting involving Mr. Epps, Dr. Engelhorn, and
20        the OFKs or level 2 executives in which Ms.
21        Burgmeier was ever listed as a successor to -- or
22        possible successor to Ms. Dawsey --
23   MR. McCOY:  Object to the form.
24                   EXAMINATION RESUMED
25   BY MR. MURPHY:
```

1          comparison was -- what was her name?  Steffick

2          [phonetic], Natalie Steffick maybe.  Maybe the

3          first name is wrong.  She was, at that time, part

4          of PM-3, and I think this was the counterpart -- if

5          I'm correct now, if I remember correctly, this was

6          the coordinator for this project, and I think Kelly

7          was working with her.  I don't know anybody else

8          Kelly was working with.

9                    (Exhibit Number 15 marked for

10          identification.)

11                    EXAMINATION RESUMED

12  BY MR. MURPHY:

13  Q.    Ms. Petrasch, we handed you a 3-page document, BMW

14          MC 310 to 312.

15          What is a Job Function Data Sheet?

16  A.    A Job Function Data Sheet is a sheet which

17          describes the function -- the function with -- you

18          see it is structured in position, the purpose, the

19          responsibilities.  This is why we talked before

20          about the eight ich u.a. furs, or TCRs, so that you

21          know what's in the job.

22  Q.    Okay.  And this is the Job Function Data Sheet for

23          TX-61, correct?

24  A.    Here as department code is TX-61 on the sheet.

25  Q.    Okay.

```
 1    A.    But if you see the position and the purpose, it

 2          includes here recruiting, and it was -- recruiting

 3          was not part of the 61 function.

 4    Q.    Well, this was an approved revision from March 1,

 5          2020.  Do you see that?

 6    A.    At 2020, we had recruiting in there.

 7    Q.    Okay.  And who was in TX-61 in March of 2020?

 8          Well, the form is dated March 1, 2020.

 9          Do you see the revision date 10/24/21 at the top of

10          the table?

11    A.    Yeah.

12    Q.    Okay.  So on October 24, 2021, who was in TX-61?

13    A.    October 10, '21?  This was -- I think it was Corey

14          Epps, if I'm correct.

15    Q.    Okay.  Do you know why the Job Function Data Sheet

16          was revised as of October 21 -- excuse me --

17          October 24, 2021?

18    A.    No, I don't know.

19    Q.    And what is the function level for that job as of

20          October 24, 2021?

21    A.    It is stated here it's function level 4.

22    Q.    Do all positions under TX-6 have a function level

23          assigned to them?

24    A.    You have positions, jobs, and if a job is stable,

25          then you do a grading for this function.  Stable
```

1                    EXAMINATION RESUMED

2    BY MR. MURPHY:

3    Q.    Ms. Petrasch, can you identify the document that's

4          marked BMW AG 75 through 77?

5    A.    No, not really.  No.

6    Q.    Okay.  Looking at the first page of it, do you know

7          what PE-TAG stands for?

8    A.    This is what we discussed before.  It's a personal

9          development day where you share information, you

10         talk about candidates.

11   Q.    I remember the term "PE day".

12   A.    It's PDD, how we call it here, personal development

13         day, and PE-TAG is the same in AG.

14   Q.    Okay.  So PE-TAG is PE day, which is the same as

15         PDD?

16   A.    Yes.

17   Q.    And P Kreis, you laughed at me before for

18         mispronouncing that.  I think you've told me.

19         What does that mean?

20   A.    P Kreis, it's the P circle, and we just went

21         through it is Ilka Horstmeier, with her direct

22         reports.

23   Q.    Which would be Ms. Burghardt?

24   A.    Ms. Burghardt, Mr. Batz.

25         And Claudia Koepnick, PM-6, is HR management for

```
 1              the HR people, and this is why she is preparing
 2              information like that.  Like the Corey Epps
 3              function, the PDD, he's preparing this for us, MC,
 4              and PM-6 is preparing all the information for this
 5              PE-TAG.
 6       Q.     Pages 76 and 77, do you see those?
 7       A.     Yeah.
 8       Q.     Okay.  This long word at the top, N-A-C-H-F-O-L-G-E
 9              --
10       A.     Uh-huh.
11       Q.     I bet I can guess the second part, but can you tell
12              me what that word means together?
13       A.     It's succession planning.
14       Q.     And is this a document that was created in the
15              meeting with -- that Mr. Epps has with Dr.
16              Engelhorn and the level 2s?
17  MR. ROZELSKY:  Object to the form.
18                       EXAMINATION RESUMED
19  BY MR. MURPHY:
20       Q.     A while back, you were telling me about a
21              succession plan meeting that Corey Epps has with
22              Dr. Engelhorn and the level 2s?
23       A.     Uh-huh.
24       Q.     Do you remember that?
25       A.     Yeah.
```

```
 1    Q.    Is document 76 and 77 an example of the document

 2          that comes from that?

 3    A.    No.

 4    Q.    Okay.  Do you know who created 76 and 77?

 5    A.    No.

 6                    (Exhibit Number 19 marked for

 7          identification.)

 8    MR. McCOY:  We'll discuss this one as well.

 9              (Recess taken.)

10                    EXAMINATION RESUMED

11    BY MR. MURPHY:

12    Q.    Ms. Petrasch, do you recall the e-mail that's on

13          the first page of Exhibit 19, which is BMW MC 464?

14    A.    Yeah.

15    Q.    Okay.  And this is an e-mail you sent to Ms.

16          Burgmeier and Ms. Koepnick, correct?

17    A.    Yeah.  Uh-huh.

18    Q.    Okay.  And you're telling them, here is my revised

19          version?

20    A.    Yeah.

21    Q.    Okay.  And is that a reference to the last two

22          pages of this exhibit?

23    A.    19?

24    Q.    Of 19, yes.

25    A.    Yes.
```

1        discussions about that.

2    Q.   Did you tell Kelly Dawsey that you wanted to move

3        her to TX-61 to make sure she stayed at level 3?

4    A.   Say it again.  Maybe rephrase it for me.

5    Q.   Let me try it again.

6        Did you tell Ms. Dawsey that you planned to move

7        her to TX-61 so that she remained at level 3?

8    A.   So Kelly Dawsey was a candidate for 61 because of

9        her competences she developed within TX-60 and as

10       next -- potential next step.

11   Q.   That wasn't my question.

12       My question is, did you tell Kelly Dawsey that you

13       planned to move her to TX-61 to make sure she

14       stayed at a level 3?

15   A.   I do not understand the last part where you say to

16       ensure that she stayed on a level 3, because this

17       was a level 3 function, not graded finally in the

18       new organization.

19   Q.   Well, I'm not asking how it was graded.  I'm asking

20       whether you said it or not.

21       Did you tell Kelly Dawsey that you planned to move

22       her to TX-61 so she would stay at level 3?

23   A.   No.

24   Q.   Okay.  Under Corey Epps, you state that it would be

25       a short-term change to TX-64; is that correct?

1    A.    This is what I wrote down at that time.

2    Q.    Okay.  Why did you say it would be a short-term

3          change to TX-64 for Corey Epps?

4    A.    Because, at that time, we had in the succession

5          planning for Corey Epps -- you remember we had --

6          he has a good market situation, so we got a lot of

7          questions from other technologies if they could

8          have him for positions like the TX-16 position, the

9          TV-54 position.  This is why, for me, it was not

10         clear, because if somebody would take him, and he

11         would like to go in such a position, it could be

12         that it is only for a short time.  This is why I

13         mentioned this here.

14   Q.    Is TX-16 logistics?

15   A.    TX-16 is logistics.

16   Q.    And TV-54?

17   A.    Is also a logistic function for our warehouses.

18   Q.    Are those level 3 positions?

19   A.    Yeah.

20   Q.    Under TX-60, why is Alexander Seefelder's name

21         listed under Eva Burgmeier?

22   A.    So BMW AG collected candidates for this position,

23         and the name Alexander Seefelder -- and you see him

24         in gray -- was, in Germany, mentioned for an

25         international assignment.  He was not available,

```
1                    EXAMINATION RESUMED

2    BY MR. MURPHY:

3    Q.    Ms. Petrasch, can you identify the document we've

4          marked as Exhibit 20, which is BMW MC 103 to 107?

5    A.    Uh-huh.  Yes.

6    Q.    And what is that?

7    A.    This is a Portfolio 2020 for Kelly Dawsey.

8    Q.    Okay.  And is this the document you used to

9          evaluate and grade her performance for the period

10         covered by the portfolio?

11   A.    You evaluate her performance, yeah.

12   Q.    Okay.  And the overall appraisal you gave her was a

13         4, or exceeds requirements; is that correct?

14   A.    Uh-huh.  Yes.

15   Q.    Okay.  In 2020, did you give any other direct

16         report of yours a 4, or exceeds requirements?

17   A.    I cannot remember.

18   Q.    Okay.

19                (Exhibit Number 21 marked for

20         identification.)

21                    EXAMINATION RESUMED

22   BY MR. MURPHY:

23   Q.    I've given you documents marked BMW MC 98 through

24         102 marked as Exhibit 21.

25         Is this your evaluation for Ms. Dawsey in 2019?
```

```
 1    A.    Yes.
 2    Q.    And here, you gave her, under target achievement, a
 3          4, and leadership behavior 3.
 4          Do you see that overall?
 5    A.    Yeah.
 6    Q.    Do you know whether you gave any of your direct
 7          reports as good or better a rating than you gave
 8          Ms. Dawsey?
 9    MR. McCOY:  Object to the form.
10          You can answer, Christine.
11                    EXAMINATION RESUMED
12    Q.    I'll break it down.
13          Did anybody get a better appraisal in 2019 than
14          Kelly Dawsey?
15    A.    I cannot remember, but we had -- I think -- no, I
16          cannot remember.  Keep it like that.
17    Q.    Okay.  That's fine.
18          What was the first point in time anybody ever
19          discussed with you the possibility of moving
20          somebody from Germany into the TX-60 position?
21    MR. ROZELSKY:  Object to the form.
22    THE DEPONENT:  I think it was Robert, after he arrived in
23          Greenville.
24                    EXAMINATION RESUMED
25    BY MR. MURPHY:
```

1   Q.    Dr. Engelhorn?

2   A.    Dr. Engelhorn, yes.

3   Q.    Okay.  What did Dr. Engelhorn say?

4   A.    He started his assignment beginning of September.

5         He was here in August, and we had the first meeting

6         together, and we talked about TX-6.  We talked

7         about the current situation, and he told me that we

8         need to work on my contract situation, because my

9         contract was ending end of '21, and we need to

10        clarify the succession for the TX-6 position, and

11        he told me that he met Eva Burgmeier.  He gave me

12        this name and said that -- so in all these

13        conversations, he told me that, in China, he had a

14        very good example or structure.  He felt very

15        confident to work with a local TY, so head of HR,

16        together with somebody who is -- can act like a

17        bridge to Germany, and this is where he brought Eva

18        up.

19  Q.    Okay.  Did you ever interview Eva Burgmeier for the

20        TX-60 position?

21  A.    We had after that -- after he brought up the name,

22        we had a meeting, and we had an interview.

23  Q.    Who is "we," we had a meeting?

24  A.    Eva and I together.

25  Q.    Did you meet with her in person?

1    Q.    You say she studied law.  Where did she study law?

2    A.    In Germany.

3    Q.    Did she ever study any American law?

4    A.    No.

5    Q.    Does a TX-60 position deal at all with German law?

6    A.    No.

7    Q.    What's her Master of Arts in?

8    A.    I cannot remember.

9    Q.    Does it relate to anything -- strike that.

10          Did her Master of Arts degree relate to any

11          disciplines or functions that are performed by the

12          TX-60 position?

13   MR. McCOY:  Object to the form.

14          You can answer, Christine.

15   THE DEPONENT:  Maybe you can rephrase it for me.

16                    EXAMINATION RESUMED

17   BY MR. MURPHY:

18   Q.    Is there anything about the Master of Arts degree

19          that Ms. Burgmeier had that qualified her for

20          TX-60?

21   MR. McCOY:  Object to the form.

22          You can answer, Christine.

23   THE DEPONENT:  I think the whole CV qualified her for

24          TX-60.

25                    EXAMINATION RESUMED

1    THE DEPONENT:  I think this is -- if you study Master of

2            Arts, so if you have business administration, this

3            gives you a very good overview what you have to do

4            in functions like that, planning and steering.

5                        EXAMINATION RESUMED

6    BY MR. MURPHY:

7    Q.    Did she have any experience in planning and

8          steering for BMW MC?

9    A.    What do you mean with planning and steering for BMW

10          MC?

11    Q.    Did she have any experience in dealing with BMW MC

12          prior to becoming TX-60?

13    A.    So the planning and steering people, they also have

14          networks where they exchange, do information

15          sharing, talk about their projects, share

16          initiatives, and Eva Burgmeier was part of that

17          during the planning and steering time in the plant

18          in Germany, and they also had international

19          conferences, and this is where they exchanged

20          information, best practice ideas, so this is where

21          she was part of this network.

22    Q.    Prior to taking the TX-60 job at BMW MC, had Ms.

23          Burgmeier ever been to the United States?

24    MR. McCOY:  Object to the form.

25          You can answer, Christine.

```
 1    THE DEPONENT:  I don't know.
 2                      EXAMINATION RESUMED
 3    BY MR. MURPHY:
 4    Q.    Was Eva Burgmeier the only name that Dr. Engelhorn
 5          gave you?
 6    A.    Yes.
 7    Q.    Did you ever ask Kelly Dawsey about Eva Burgmeier?
 8    A.    No.
 9    Q.    Why not?
10    A.    There was no reason.
11    Q.    Did you have any discussions with Corey Epps about
12          Ms. Burgmeier taking the TX-60 job?
13    A.    If I remember correctly, yes, because Corey was my
14          HR management partner for that level.
15    Q.    When did you have discussions with Mr. Epps?
16    A.    I cannot recall.  During that time, I got the
17          information about Eva, after that, but I did not
18          talk about content of 60 or whatever.  So we talked
19          about Eva as a person, because he had to know this
20          as HR management.  It is his responsibility as 61.
21    Q.    But you weren't telling him what position you were
22          considering her for or BMW was considering her for?
23    A.    I cannot remember.  We talked about Eva, but I
24          cannot remember if we talked about that.
25    Q.    What did Mr. Epps say about Eva?
```

1    A.    I informed him about this topic.

2    Q.    What did you say to him?

3    A.    I -- I don't know.  I cannot recall.

4    Q.    Did you get input or advice from Mr. Epps about Ms.

5          Burgmeier becoming the new TX-60?

6    A.    No.

7    Q.    Do you know anybody else who interviewed Ms.

8          Burgmeier other than yourself?

9    A.    Dr. Engelhorn.

10   Q.    Anybody else?

11   A.    I don't know.

12   Q.    Are you aware of Dr. Engelhorn ever interviewing a

13         candidate for a level 2 or level -- excuse me.

14         Strike that.

15         Are you aware of Dr. Engelhorn ever interviewing a

16         candidate for a level 3 or level 4 position within

17         HR other than Ms. Burgmeier?

18   MR. McCOY:  Object to the form.

19         You can answer, Christine.

20   THE DEPONENT:  I don't know.

21                     EXAMINATION RESUMED

22   BY MR. MURPHY:

23   Q.    Did you discuss with Ms. Dawsey the possibility of

24         her taking the TX-61 position?

25   A.    Yes.

```
 1   BY MR. MURPHY:
 2   Q.    What is the name of this living document?
 3   A.    It's called succession planning, and this is what
 4         we do here within MC, and we do it on each level,
 5         and all our direct reports are the reports we
 6         discuss in senior management with the CEO and the
 7         level 2 people, and we do it regularly because we
 8         have a lot of changes.  People are moving.  We have
 9         changes.  People are moving out.
10   Q.    We don't need to go into that.  I'm asking about a
11         document.
12   A.    But this is what I want to tell you.  Give me one
13         second.
14         The second thing is documents like this is if you
15         have a concrete situation where you need to move
16         people.  This is the difference.  So the one is a
17         general list where you collect ideas, and the other
18         one is so there is something ongoing, and then you
19         make a concrete proposal.
20   Q.    Okay.  Let's use that term "concrete proposal".
21         Prior to Dr. Engelhorn giving you Ms. Burgmeier's
22         name, did you ever make a concrete --
23   A.    Burgmeier.
24   Q.    Burgmeier.  What did I say?
25         Prior to Dr. Engelhorn giving you Ms. Burgmeier's
```

```
 1            name, did you ever make a concrete proposal to move
 2            Kelly Dawsey out of TX-60?
 3    A.      No.
 4    Q.      Prior to Dr. Engelhorn giving you Ms. Burgmeier's
 5            name, did you ever discuss with Kelly Dawsey any
 6            concrete proposal or plan to move her out of TX-60?
 7    MR. McCOY:  Object to the form.
 8            You can answer.
 9    THE DEPONENT:  Thank you.
10            We -- so if we talk about succession planning, MC,
11            the result of this round is what we already
12            discussed together, so this is where I give
13            feedback to all my people and also to Kelly to say,
14            this is the feedback, this is what it is, these are
15            positions we considered, and this is where we
16            talked about other positions.
17                          EXAMINATION RESUMED
18    BY MR. MURPHY:
19    Q.      This document we've been talking about, the second
20            page of Exhibit 19, you had Kelly was a possible
21            candidate for TX-71, or Gene Ko's position,
22            correct?
23    A.      Yeah.  Uh-huh.
24    Q.      Did you ever have a discussion with Kelly Dawsey in
25            which you told her she was a candidate for TX-71?
```

1    I'm just asking, at any point in time, did you ever

2    have any discussion in which Ms. Burghardt conveyed

3    to you her perceptions of Kelly Dawsey's

4    performance in TX-60?

5 A. Yes, but you need to understand, nevertheless, the

6    process when it was.

7 Q. Okay.  That's fine.  You've answered my question,

8    so you're free to explain.

9 A. As I came to Spartanburg beginning of 2018, we had

10    discussions with all the direct reports at that

11    time, and the first time there was the situation

12    that we also -- I also discussed with Kelly about

13    where he would foresee her future, what are her

14    plans, and she told me, at that time, she would be

15    interested in the TX-6 position.  So we had a

16    discussion on that to say what it needs to become

17    -- to come onto a next level, and we were -- during

18    the next time or -- and time is not the next week

19    only.  So the next years, we were working on this

20    topic if Kelly could be a potential candidate for

21    TX-6, so -- and this was part of senior management

22    portfolio, or PDD to get a better understanding or

23    feedback for Kelly, and this was something so where

24    I tried to help Kelly to get a platform exposure,

25    experience with people who would be relevant in

```
 1            this process, and this was where we had -- if we
 2            had visitors here --
 3    Q.      Sorry.  If we had what?
 4    A.      Visitors, people coming.
 5    Q.      Visitors.
 6    A.      Okay.  That I try -- beside exposure in project and
 7            tasks where she could show up at BMW MC, I tried to
 8            connect her to at least to her exchange with
 9            relevant people also from AG, and Barbara Burghardt
10            was one where Kelly had an interview.  It was not
11            an interview.  It was an exchange.  It was, I
12            think, Andreas Batz, so that she had the chance to
13            talk to them, so -- and this is where I got
14            feedback about Kelly.
15    Q.      When were Ms. Burghardt and Mr. Batz in
16            Spartanburg?
17    A.      I cannot recall when it was.  It was definitely
18            before COVID, because during COVID, it was
19            difficult to travel, so must have been '18 or '19.
20    Q.      What feedback did you get?
21    A.      The feedback I got was that they would not see
22            Kelly on the next level.
23    Q.      And why is that important whether Ms. Burghardt or
24            Mr. Batz could see Kelly at the next level?
25    A.      This is not -- so you asked me about the feedback,
```

1          so I -- only for clarification, this is not only

2          feedback for Barbara Burghardt or Andy Batz.  This

3          is also feedback from senior management during the

4          whole process.

5     Q.   Who in senior management?

6     A.   Senior management, as we discussed before, the part

7          is the portfolio round.  It is the CEO.  At that

8          time, it was Knudt Flor, with his level 2 managers.

9     Q.   Well, I'm just asking you about Ms. Burghardt and

10         Mr. Batz.

11         Is it important whether or not they see Kelly at

12         the next level?

13    A.   Look, there is a process which we call nomination,

14         so if you want to become a manager on the next

15         level, you need to run through a nomination

16         process, and you need to run through an assessment

17         center.

18    Q.   Assessment center?

19    A.   Uh-huh.

20    Q.   Ma'am, is that right?

21    A.   Assessment center.

22    Q.   Okay.

23    A.   So -- and this is where you meet higher-level

24         managers, so OFKs talking to you in a very

25         structured process to figure out if they would see

```
 1            you as a candidate or not, and this is why it is
 2            important that you have a good network at BMW, you
 3            have a good platform where you know people, people
 4            know you to really get a feeling about you as a
 5            person, your attitude, how do you deal with this,
 6            what is -- to get to know you, and this is why it
 7            is important that you have people that know about
 8            your performance, they know about what you do, and
 9            they know you.
10    Q.      Who manages the nomination process at BMW?
11    A.      So if it comes to a level 2 position OFK, we have
12            HR management for upper managers.
13    Q.      And what -- who is that?
14    A.      Heike Schniivies.
15    Q.      Can you spell it, please?
16    A.      H-E-I-K-E S-C-H-N-I-I-W-I-E-S.
17    Q.      Okay.  Is that a male or female?
18    A.      She's a female.
19    Q.      Okay.  I'm not good at picking up the gender from
20            the names, obviously.
21    A.      That's fine.
22    Q.      And then you threw me a curve ball earlier on
23            Eszter.
24    A.      But they are responsible for the OFK positions, so
25            if you want to get into this and you asked me about
```

```
1              who is responsible for nomination.
2     Q.    Yes.
3     A.    So this is a process for the whole group.
4              Everybody has the same process.
5     Q.    Okay.
6     A.    So we also have it at BMW MC, and the process is
7              you talk about people in the portfolio process.
8              You nominate somebody.  So I would need to bring up
9              Kelly, and then the circle, senior management,
10             which it would be Knudt Flor with all his level 2,
11             have a discussion on that if we would see her or
12             not.
13    Q.    Heike Schniivies, where does she work?
14    A.    BMW AG.
15    Q.    And do you know what position or who she works for,
16             what group?
17    A.    She is level 1.
18    Q.    She's a level 1?
19    A.    Uh-huh.
20    Q.    Okay.  Do you know what her position is called?
21    A.    HR management for OFKs.  I think it's HR management
22             for -- I would need to check.  I can clarify this
23             afterwards, but I would say for OFKs.
24    Q.    Would she be a peer of Ms. Horstmeier?
25    A.    She would be a peer of Dr. Engelhorn.
```