## BMW Manufacturing Co., LLC
## Job Function Data Sheet

| | | |
|---|---|---|
| Position: 70000981 | Revision Date: 05/22/2022 | Approved JFDS |
| Job Title: Department Manager | | |
| Position Title: Dept Mgr HR Mgmt, Associate Relations | | |
| Function Level: III | | |
| Department Code: TX-61 | | |
| Department Name: HR Management, Associate Relations | | |
| Supervisor Name: Sherry Coonse McCraw | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages, leads, and develops the HR Business Developer and Associate Relations Teams. Ensures fair and consistent treatment of associates.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Manages all Associate Relations Representatives and Associate Relations functions and activities, including off shifts.
Provides HR counsel to all levels of management.
Plans, organizes, manages and coordinates Issue Free Strategies and objectives for all assigned manufacturing areas (off shifts) to ensure fair and consistent treatment of all associates.
Manages all budget activites and forecasting.
Acts as a liaison to Associate Relations Representatives, Associates and Management in conflict/problem resolution, countermeasures and corrective actions.
Manages Policy/Handbook development, interpretation and application of policies.
Supports and manages projects including HR process, programs, policy development and implementation related to HR/AS, specifically Associate Relations.
Monitors, manages, coordinates and supports activities related to the following: roundtable meetings, shift change and department transfers, promotional process, termination review (mediator), Issue Free Environment, Supplier Support, and Management Development.
Develops accident prevention and loss control programs for incorporation into operation and policies of the organization.
Develops HR strategies to align with Plant Spartanburg targets.
Manages Portfolio process for Plant Spartanburg.
Manages target settings and realization Associate Relations.
Coordinates safety activites of unit managers to enhance implementation of safety.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 1 of 3

CONFIDENTIAL                                    BMW MC 000313

Position: 70000981          Revision Date: 05/22/2022          Approved JFDS

Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

### III. Position Competencies

#### A) Education

BA/BS degree in Human Resources, Business Administration or related area.

#### B) Experience

8+ years of related professional experience in Human Resources to include 6+ years of supervisory experience.

#### C) Training

As applicable, per BMWMC training guidelines.

#### D) Licenses and/or Certifications

N/A

#### E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.

5+ years of understanding of State and Federal Employment Laws.
5+ years of interpersonal and communication skills, including oral and written mediation and facilitation skills.
Independent and self-motivated work ethic.
3+ years experience with computer skills.
5+ years experience with management skills.

### IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)

Plant Spartanburg  90%
Off-site  10%

### V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").

Operates computers ("F").
Walking ("F").

### VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 2 of  3

CONFIDENTIAL                                                                                    BMW MC 000314

| Position: 70000981 | Revision Date: 05/22/2022 | Approved JFDS |
|---|---|---|

demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").

Works in open office setting ("F").
Walks on production floor ("F").
Wears personal protective equipment in required areas ("F").
Works shifts or variable hours ("O").

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 3 of 3

CONFIDENTIAL                                                                 BMW MC 000315