

# Portfolio 2018 (Global) for Kelly Dawsey

## Employee Information

| | | | |
|---|---|---|---|
| First Name | Kelly | Last Name | Dawsey |
| Q-Number | qt19034 | Position Title | Dept Mgr HR Planning |
| Manager | Christine Petrasch | Personal Grade (local) | USA/A1/00/FL-III/11 |
| Functional Level (local) | III | Short Code | TS-60 |
| Location | BMW Spartanburg (TS10) | | |

## FINAL PORTFOLIO RESULT

### Portfolio Pre-Dialogue

Pre-Dialogue has taken place:

Date

### Process Partners

Process Partners (name, first name and department code):

### Appraiser's Name

First and last name and the reason for change of appraiser:

### Overall Appraisal

**Target Achievement / Performance Results**  3 Fully Meets Requirements

**(Leadership) Behaviour**  4 Exceeds Requirements

### Target Achievement / Performance Results

BMW MC 000094

| | |
|---|---|
| Comments | Pre Dialogue Date 11/27/18<br>Process Partners Stefan Diregger, TS-7, Sky Foster, AK-60-US-3, John Harald PZ-AM<br><br>All Targets on track/green - very stabile daily operation!! no surprises!! ..also in difficult circumstances and HC situation<br><br>Strategic Workforce planning circle - Set up new(old) process for HC Steering overrun – together with TS and TS-7<br>Improvement mindset within TS-60 team leads to consistent checks and savings - Financial contribution from TS-60 = approx. $12M (Dependent Audit, Positive Medical Trend, Tax Reform Actions, RFP Work)<br>TS & TS-60 Level Targets (Annual Competence Management Process, Competitive Labor Costs Structure & Future Levers Identified, Patient Satisfaction AFHC, TS Permanent Direct & Indirect Associates, OFCCP Compliance Action Plan, Annual Wellbeing Measurable Achievement Results).<br>whole new overarching development of Flexible Benefits Strategy: "Benefits for the Future", AFHC Managerial Oversight and Contract Compliance (See Performance Guarantees) / 5 Year Anniversary and EPIC System Implementation at the AFHC and Wellbeing Culture health initiatives<br>Monthly HR Reporting and Presentation to Senior Management (coordination with South Africa)<br>Represented Plant Spartanburg on the South Carolina Chamber of Commerce Health Care Sub-Committee.<br>2019 TLA Steering (Domestic Talent and Management Capacity) Management Capacity Project Steering, Worktime Flexibility Project Steering, Project iCube Project Steering<br>-Networking/Personal Development: South Carolina Coalition on Health Annual Workshop, Represent BMW MC at the TAPF conference, South Carolina Chamber of Commerce Health Care Sub-Committee, |

## (Leadership) Behaviour

### LEADING BUSINESS & TRANSFORMATION

You plan your actions, define challenging objectives and take courageous decisions. You manage in a solution-oriented way, you evaluate results and processes and make adjustments where necessary.

You actively deal with challenges in a VUCA environment (volatility – uncertainty – complexity – ambiguity) and develop a clear vision for your area of responsibility. You seek different perspectives, create space for creative freedom and pursue unconventional paths in order to find solutions and to enable innovation.

Show criteria and behavioural anchors.

#### Appraisal
4 Exceeds requirements

#### Comments
Kelly has a broad HR knowledge and understanding! This is the foundation for her performance in her TS-60 role. She is accepted as a excellent sparring-partner and counterpart within the management team and also SMM Team.

Based on the new criteria:
Shaping Transformation: she clearly develops a coherent view of the future (Group objectives and own ideas), actively includes new market and competitive requirements (... she acts as a strong HR Strategy function for plant 10)
Driving innovation: questions existing procedures and routines, encourages team and colleagues to try out new approaches in problem-solving (... absolute strong and important sparring-partner and support for the implementation of our HR road map - to avoid mistakes but get things changed...)
Planning: prevents fire fighting activities with forward looking, makes decisions about further developments (...best examples - Flex Benefits, icube) - Kelly's strength!
Implementing: translate strategy into action and tasks, masters target management, solution oriented, balance of costs vs. benefits
Evaluating: Regularly checks effectiveness and consequences correctness of measures/decisions, actively practices quality assurance

### LEADING PEOPLE & COLLABORATION

You inspire people towards common goals and create results with strong teams. You win over, mobilise and support others

BMW MC 000095

on the basis of the Core Values and Principles of Action when actively shaping change.

You shape your diverse working relationships on the basis of the Core Values and Principles of Action while taking into account different perspectives.

You communicate effectively and provide feedback constructively.

LEADING YOUR TEAM (Only applied for disciplinary or comparable ("vertical") leadership roles.)

Show criteria and behavioural anchors.

### Appraisal

4 Exceeds requirements

### Comments

Kelly is a role model as inspiring leader for a diverse US team (.... she knows how to lead her Team) - strong leadership skills to motivate and engage all team members. She has a strong team with top performers - but - if it is the case - she is also very consequent with low performers!

Leading your Team: she inspires her team, very! clear performance requirements and expectations, regularly dialogue, encourages and demands team members in a long-term targeted manner
Leading in Team: involves and integrates new team members to tasks and team, use competences/strength/expertise within the team, allocates responsibility for fulfillment of tasks in a meaningful way
Leading change: actively manages change processes, supports team members/colleagues in dealing with inconsistencies, comprehensive and critical review of change processes
Communicating; cooperative and appreciative communication also in difficult situations, checks own message, if has been understood, reflects perspective of counterparts
Collaborating: acts and behaves in a transparent and consistent way, predictable for other people, shares knowledge and experience openly and responsibly
Embracing Diversity: equally open-minded, operates with foresight and uses different dimensions of diversity

## LEADING YOURSELF & PERSONAL GROWTH

You are self-aware and live the Core Values and Principles of Action. You take care of your long-term performance.

You use change as an opportunity to develop yourself personally and professionally. You embrace life-long learning and personal growth by learning from your successes and mistakes.

Show criteria and behavioural anchors.

### Appraisal

3 Fully meets requirements

### Comments

Kelly is very ambitious and engaged! She is highly motivated to deliver the best for BMW group, Plant 10 and her business. She is a strong team player! She is driving the business and HR topics here at plant Spartanburg!

The implementation of the HR road map for 2019 is extremely challenging - Kelly"s role is to drive the year of change and choice for TS-6 as local leader.

Managing yourself: knows own strengths and weaknesses, reflects on different perspectives, always calm and considerate even under intense pressure, stands by own decisions, even difficult ones
Managing your role: fulfils own leadership task, full responsibility for tasks, deals with risky tasks with determination even under difficult conditions
Managing your performance: shows high level of own initiative, high demand regarding own work-related results in terms of quality and quantity
Embracing changes: recognize the necessity for change, sees positive aspects and opportunities in change
Learning and Development: willing to continuously learn new things, deals with mistakes in an open manner, makes use of own mistakes as a learning potential

## Change of Job

☐ Change of Job within next 12 months

Recommended date:

## International Candidate

[Please specify the region/country preferences.](#)

☐ International Candidate

Recommended date:

## Candidate with Potential

Please refer to the corresponding documents ([nomination for Validation of Potential](#)) as prerequisite for the nomination of your employee.

☐ Proposal for new nomination for the Validation of Potential

☐ Proposal for confirmation of the validated potential

Target Function Level

## Portfolio Feedback Dialogue

Feedback Dialogue conducted:

Date

## Personnel Development

The following development options are recommended:

This document was issued electronically and is therefore valid without signature. A signature is optional. It will be stored by HR in the personnel file. Additional copies are not allowed

_____    _____

Signature Appraiser            Signature Associate