Portfolio-Prozess
Handbuch für das
Personalwesen
PZ-30
Oktober 2010
Seite 1

# Overview on Reference Partner input[1] during the promotion procedure.

Introduction

Basis

Portfolio Process

Portfolio Round

**Linked HR Processes**

Further Information and Handling of Data

| Promotion | ERA12 (or similar) to G8 | G8 to G9 | G9 to G10 | G10 to G11 | G11 to G12 |
|---|---|---|---|---|---|
| ...due to be ≥ as is | FEIV role and at least three reference checks (recommended) | FEIV role and at least three reference checks (mandatory) | FEIII role and at least three reference checks (recommended) | FEIII role and at least three reference checks (mandatory)[2] | FEII role and at least three reference checks (recommended)[2] |
| ...due to potential | Taking over of FEIV is planned for the short term[3]; at least three reference checks | Not possible | Taking over of FEIII is planned for the short term[3]; at least three reference checks | Not possible | Taking over of FEII is planned for the short term[3]; at least three reference checks[2] |
| ...due to long term outstanding performer principle | Not possible | Not possible | At least three reference checks[4] | Not possible | At least three reference checks[2] |

[1] HR is responsible for the reference checks and results will be documented and monitored

[2] Subject to the verification of the department circle

[3] Within the next 12 Months

[4] Should be subject to confirmation by division/plant/technology circle

Dawsey 0365