2/16/23, 9:11 PM                                         kdawsey@charter.net - Webmail

From: Kelly.Dawsey@bmwmc.com
To: kdawsey@charter.net
Cc:
Bcc:
Priority: Normal
Date: Friday October 1 2021 6:39:08AM



Dawsey 0259