CONFIDENTIAL



BMW MC 000301