**Burgmeier**

**Jan-22**

| Functional Area | Topic | Main Transition Message | Presentation | Contact |
|---|---|---|---|---|
| TX-60 New Associate | On-boarding Checklist | Assist with On-boarding and Acclimation | On-boarding Checklist in Teams | |
| TX-60 Job Description | Job Function Data Sheet | Job Description Overview with Details of Position Responsibilites | No, uploaded in Teams (formal storage in SAP on position #) | |
| TX-60 General | TX-60 Functional & Personnel Overview | Diversity of the function. US specific functional areas. (Benefits (ERISA US Law), AFHC, OFCCP Compliance, SAP Organization Management. Blend of central and HR Management functions (i.e. FO, Salary Planning). Responsibility for TX and Non-TX (AK, AJ, AQ, AZ, C4, CA (TX-18), E (TX-54),PZ, PI, TI (W05), TV, TP, TX-5-R, FG, MN). | Yes, TX-60 Functional & Personnel Overview | |
| TX-60 Proxy | Proxy for TX-60 needs to be named and form completed | Compliance Topic | Form uploaded in Teams | |
| TX-60 GroupMe | I started utlization of the GroupMe app for quick emergency communications and team updates | I granted Joe Ziska the ownership of the GroupMe group; you will need to transition ownership when you arrive.  In case of emergency, everyone reports their location/safety through this app. | N/A | |
| TX-60 Office Schedule | Business Continuity 50% Remote Monday – Wednesday, In Office Thursday - Friday.   50% In Office Monday – Wednesday, Remote Thursday - Friday. | All meetings have had a room location and Teams added.  Business Continuity plan running since March 2020. | No, DIVA Folder 0106_Documentation, Office Schedules | |
| TX-60 General | 2021 Associate Survey Results & Action Plan Workshop Overview | November 2021 TX-60 Workshop held for 2022 P Priority Topics, 2021 TX-60 Survey Results overview and Future Action Planning. | Yes, TX-60 2021 Workshop Agenda and 2021 Survey Results | |
| TX-60 General / TX 6 2022 Budget & Headcount Plan | 2022 TX-60 Budget & Headcount Plan / 2022 TX-6 Budget & Headcount Plan | Detailed Budget Plan January – December for TX-60 / TX-6 & TX-6x 2022 Planned Budget against Target | Uploaded in Teams for initial overview (living document in DIVA folders HR Budget) | |
| TX-60 General | 2022 TX-6 & TX-6 Target Overview | 2022 Target Agreement | in DIVA folders (HR, Targets) | |
| TX-60 Admin & Continuous Improvement | Team Boards, 6S Monthly Audit (Desk Standards), 6S Cabinet Audits, Safety Monthly Audit, Strengths Finder, Continuous Improvement, Monthly Target Review, Annual Information Protection Audit (December), Maturity Model Annual Assessment & Goals | Team Boards, 6S Audits, Safety Audits, Maturity Model Assessment, Annual Information Protection Audit = Annual Compliance Requirements. | In DIVA Folders; Yes, 2021 TX-60 Maturity Model Results & TX-60 LOP | |
| TX-60 Communication/Associate Engagement | Weekly 1:1 Direct Reports; Weekly Direct Report Meeting (Thursday 1 - 2:30) Monthly Department Meeting (last Friday of the month 9-10:30), Mid-year Team Event (July), Year-end Team Event (December), Monthly Target Review | January Monthly Meeting & December Target Results Review Scheduled and to be Facilitated by Joe Ziska.  All other meetings need to be scheduled. | | |
| TX-60/TX-6 DIVA Folders | Central storage of all work related materials / presentations, etc. | | Loaded in Teams Overview of DIVA folders | |

Dawsey 0053

| Functional Area | Topic | Main Transition Message | Presentation | Contact |
|---|---|---|---|---|
| TX-60 Special Topics | 1) Retirement Committee (1 per quarter 3 hours), 2) Insurance, 3) OFCCP (US Federal Sub-contractor), 4) Associate Family Health Center, 5) Local MCP SAP / Organization Management, 6) TX and Non-TX functions (BMW MC locations 90 mile radius to plant site) | 1) TX-60 Manages retirement programs: Frozen Pension Plan, 401(k), RIA (Retirement Income Account); 2) TX-60 manages Health Insurance Plans (partners with SF-I-5) | | 1) Thomas Rentschler FF-AM (New Jersey); 2) Ursula Stoeckl SF-I-5 (Munich) |
| External / Internal Roles | 1) South Carolina Manufacturing Association HR Board Member (External), 2) Department Manager Forum TX-6 Core Team Member (Internal); 3) Lead Plant Efficiency Enabler Project (Chad Johnson, TX-21), 4) Team Member DMF Launch Excellence (Wolfgang Dieminger, TX-51) | | | 1) Will transition to another HR Resource, 2) Will transition to Michelle Keith, TX-62 |
| TX-60 Critical (Time & Content) Topics | 1) 2022 Compensation Program; 2) ESA Variable Pay for Performance (4/1/22 payment); 3) ESA Pay for Performance (7/1/22), 4) Health Care Benefits Summary Plan Description Legal Finalization and Publication; 5) Process Lead Pay Premium Implementation (2/1/22), 6) TX Associate Survey Action Plan (1/21 in Senior Management), 7) 2022 Health Care Steering (Fringe / approx. $157,000,000 planned per the actuaries) | Merit, Wage (TBD) & Bonus Planning & Implementation (VAF meeting for budget 1/25/22) | Yes, 2022 Compensation Program Timeline (all other data in DIVA Folder: HR Planning, 30_Comp_Org, 3002_Compensation, Merit, Merit 2022, Presentations. 7) overview of 2022 approved Financial Requisitions in Teams and send to Kathy Keiser | |
| Recurring Meetings | 1) HR Strategy Team (Daily), 2) SWPC (Strategic Workforce Planning Circle) (weekly, International requests to SMM), 3) TX-61 & TX-60 1:1 (weekly), 4) Plant Efficiency Challenge Board (weekly), 5) SPP (Strategic Planning Platform) bi-weekly, 6) Shape the Future (optional) (weekly), 7) TX-64 & TX-60 1:1 (weekly), 8) Department Manager Forum (weekly), 9) TX-6 Direct Report Meeting (weekly), 10) TX-60 Direct Report Meeting (weekly), 11) TX-60 Direct Report 1:1's (weekly), 12) TX-6 & TX-60 1:1 (weekly), 13) Plant Efficiency Enabler Project (weekly); 14) DMF Launch Excellence Project (weekly), 15) Senior Management Meeting (monthly) HR Report Presentation, 16) Retirement Committee Meeting (quarterly); 17) Benefits / AFHC Vendor Partner Quarterly Review Performance Compliance, 18) TX-6 Strategy Workshops (quarterly), 19) TX-6 Budget / Red Target Overview (monthly), 20) monthly TX Management Meeting (TX addressed the FL IV and above managers). (TX-60 often has topics for presentation in this meeting) 21)Financial Steering Meeting (Michael Davis can attend), TX-71 updates on financials and up-coming actions needed | | | |

Dawsey 0054

| Functional Area | Topic | Main Transition Message | Presentation | Contact |
|---|---|---|---|---|
| email Distributions | 1) proofpoint Blue Cross Blue Shield; 2) Daily News, 3) autotelecom, 4) Associate Engagement Report, 5) billing@bcbssc.com, 6) Barrett Black TX-71: Plant Evaluation (UA/BA, etc) kick off and timeline notifications, 7) BlueCross.BlueShield@bcbssc.com, 8) BMW Group Recruiting, 9) PRIMA | 1) Confidential emails from the Health Care Benefit Administrator, 2) Daily publication of important news for BMW MC, 3) TX-60 Cell Phone Utilization Report, 4) Issued from TX-61 with Associate Morale Feedback (relevant TX-60 topics), 5) Stop Loss Claims, 7) Compliance, Regulatory and General Health Care US information, 8) Personnel (Internal & External) that need TX-60 Approval, 9) TX-60 Computer Equipment Overview | 4) Example page uploaded in Teams | 1) Jada Knox, BCBS, jada.knox@bcbssc.com, 2) Marlena Kaindl, 3) should pick up once you are on the TX-60 position # in SAP, 4) Isiah Williams TX-612, 5) Jada.knox@bcbssc.com, 6) Barrett Black, TX-71, and James Grabmeier, TX-71 7) Jada Knox BCBS, 8) Kathy Keiser |
| Plant Status Line for Any Shutdown Announcements | 864-802-5555 or 844-BMW-TEAM (844-269-8326) | Used for Inclement Weather delay or closure announcements; parts or production delay or closures | N/A | |
| TX-60 Recurring Topics: | 1) Monthly HR Report per SMM Schedule, 2) SPP (Strategic Planning Platform), 3) TX Strategy Talk (as needed), 4) Plant Efficiency Enabler Project (Work Package 1 Indirect Headcount TX-60 Lead) Chad Johnson overall Project Lead | 1) Monthtly Reporting to the Senior Leadership team of key HR Topics & Figures 2) Plant Strategic Planning Circle (all UA/BA Evaluations) | Yes, SMM_Recurring_Topics 2022 / DIVA File: 20 HR Planning, 2003 Reports, 03 SMM Report, HR, 2022 | Michael Davis Developer, Joe Ziska / Chris Lominac Presenter Trained |
| TX-60 Active Topics: | 1) Vehicle Grandfathering Change (PG 7 Job Assigned) (Joe). 2) Integrated Section Leader / Technical Section Leader and Process Leads for TX-2, 3) Professional CWF Wage Structure / Benchmarking needed in 2022, 4) Compensation & Benefits Global Policy Review, 5) Management Capacity Steering (Joe Ziska has overview) | . | | |
| TX-60 Steering TX-6 Topics | 1) Budget & Headcount, 2) Targets, 3) Quality (ISO) Compliance Audits, 4) Quarterly Strategy Workshops, 5) Monthly HR Report Look Back Look Forward Topic Overview | | | |
| TX-60 Benefits | Annual Calendar of Regulatory & Non-regulatory Action Items | Benefits has regulatory actions throughout the calendar year. This provides and overview of the actions needed to ensure compliance. | Uploaded in Teams (email sent with calendar from consultant) | |
| TX-60 Benefits | Benefits Presentation in New Hire Orientation | Ensure coverage / presenter for New Hire Orientations. (Michelle Thomas is the only trained resource currently) | | |
| TX-60 Benefits Manual | BMW MC Associate Benefits Plan Overview | Summary Plan Desciptions (SPD's) are the formal legal documents and there is a binder with the plans and summaries. Provides and overview of all of the plans. | Left the Benefits Manual in the TX-60 desk | |
| TX-60 BSC (Benefits Steering Committee) | BMW MC BSC | BSC is made up of TX-6, TX-60, TX-7 and TX-71 to review (usually in May of the previous year) any benefits changes from the previous year, their performance and approve changes for the coming year. | | |
| BMW US Retirement Committee | US Regional Topics on Retirement Programs (Frozen Pension (DB), 401(k) (DC) and RIA (DC). | Meets quarterly for decisions and financial / fudiciary overview. | share folder from Thomas Rentschler. He can grant you access. | |
| TX-60 BMW MC Labor Costs | Labor Costs | Labor Costs has been a focus for many years for TX-60 and TX-71. The results/impact are documented on the Labor Costs overview chart (updated annually by Barry Phillips in TX-71). | Uploaded in Teams the historic overview for the PA top rate | |

Dawsey 0055