```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF SOUTH CAROLINA
 2                        SPARTANBURG DIVISION
                  CASE NO.  7:22-cv-03738-TMC-KFM
 3

 4   Kelly Dawsey,

 5         Plaintiff,

 6    vs.

 7   Bayerische Motoren Werke
     Aktiengesellschaft and BMW
 8   Manufacturing Co., LLC,
     collectively d/b/a "BMW Group",
 9
           Defendants.
10

11   _____

12                    DEPOSITION OF EVA BURGMEIER

13   _____

14
     DATE TAKEN:            January 10, 2024
15
     TIME BEGAN:            9:58 a.m.
16
     TIME ENDED:            3:19 p.m.
17
     LOCATION:              Jackson Lewis, PC
18                          15 South Main Street, Suite 700
                            Greenville, South Carolina  29601
19
     REPORTED BY:           Traci L. Barr, RPR
20

21   _____

22
                     EXPEDITE COURT REPORTING, LLC
23                     Traci L. Barr & Associates
                         Post Office Box 25882
24               Greenville, South Carolina 29616
                    info@expeditereporting.com
25                        (864) 509-0914
```

```
 1   APPEARANCES:

 2


 3   BRIAN P. MURPHY, ESQUIRE
     Stephenson & Murphy, LLC
 4   207 Whitsett Street
     Greenville, South Carolina   29601
 5   Brian@stephensonmurphy.com
     (864) 370-9400
 6
       .........On behalf of the Plaintiff
 7


 8   D. RANDLE MOODY, II, ESQUIRE
     Jackson Lewis, LLP
 9   15 South Main Street, Suite 700
     Greenville, South Carolina   29601
10   Randy.moody@jacksonlewis.com
     (864) 232-7000
11
      and
12
     ELLISON F. McCOY, ESQUIRE
13   Jackson Lewis, PC
     15 South Main Street
14   Suite 700
     Greenville, South Carolina   29601
15   Mccoye@jacksonlewis.com
     (864) 232-7000
16
       .........On behalf of Defendant BMW Manufacturing, LLC
17


18   KURT M. ROZELSKY, ESQUIRE
     Spencer Fane, LLP
19   27 Cleveland Street, Suite 201
     Greenville, South Carolina   29601
20   Krozelsky@spencerfane.com
     (864) 906-7694
21
       .........On behalf of Defendant BMW AG
22


23   ALSO ATTENDING:   Paul Lindemann, Brian Church

24


25
```

| | |
|---|---|
| 1 | Q.   Okay.  And do all of your benefits come from BMW |
| 2 | MC? |
| 3 | MR. ROZELSKY:  Objection to form. |
| 4 | THE DEPONENT:  I know that there are payments from AG due |
| 5 | to some tax reasons because I have to file two tax |
| 6 | reports.  I'm still taxed in Germany, but I'm also |
| 7 | taxed in the US, so that's a very complex payroll |
| 8 | topic from a technical standpoint that I cannot |
| 9 | explain.  That's why we have support from Ernst & |
| 10 | Young in this case to file the tax reports, but my |
| 11 | salary is paid by BMW MC because I'm employed by |
| 12 | BMW MC right now. |
| 13 | EXAMINATION RESUMED |
| 14 | BY MR. MURPHY: |
| 15 | Q.   Okay.  But you still pay taxes in Germany? |
| 16 | A.   Yes. |
| 17 | Q.   Your medical coverage, do you have any medical |
| 18 | coverage through Germany? |
| 19 | A.   Yes. |
| 20 | Q.   Okay. |
| 21 | A.   But it is not employee provided.  That's -- health |
| 22 | insurance is not employee provided in Germany. |
| 23 | It's a private decision or personal decision to |
| 24 | have health insurance and what kind of health |
| 25 | insurance you have.  It has nothing to do with the |

| | | |
|---|---|---|
| 1 | Q. | In terms of -- you say as needed we reach out to |
| 2 | | each other. |
| 3 | | Do you reach out only to individuals in Germany, or |
| 4 | | do you reach out to people in other places in the |
| 5 | | United States or other countries? |
| 6 | A. | We have a very good collaboration with Mexico as a |
| 7 | | P plant there.  We talk with Debrecen because they |
| 8 | | also ramp up a battery plant. |
| 9 | Q. | Who? |
| 10 | A. | That's a plant in Hungary.  Debrecen, |
| 11 | | D-E-B-R-E-C-E-N.  They are one year ahead of us |
| 12 | | with the battery plant, so it's valuable |
| 13 | | information we can get from them when they run into |
| 14 | | issues that might be similar here.  Also, China, |
| 15 | | New Jersey, as well, for -- we look at -- |
| 16 | Q. | I'm sorry? |
| 17 | A. | If we talk about, for example, things that are US |
| 18 | | specific, because other countries won't help us |
| 19 | | with topics like this.  If we have best practice |
| 20 | | shares on benefits topics, for example, what do |
| 21 | | they offer, what do they do, what worked out for |
| 22 | | them in comparison to what we do. |
| 23 | Q. | Okay.  Since you've been in TX-60 at BMW MC, how |
| 24 | | often have you interacted with the BMW AG folks in |
| 25 | | Germany? |

| | | |
|---|---|---|
| 1 | A. | Very frequently. |
| 2 | Q. | Okay. |
| 3 | A. | Because they are part of the production network as |
| 4 | | well. |
| 5 | Q. | Okay.  And on what kind of issues are you working |
| 6 | | with the people in BMW Germany? |
| 7 | MR. ROZELSKY:  Object to the form. | |
| 8 | THE DEPONENT:  Since it's production network, the same | |
| 9 | | issues we talk to someone in Mexico or Hungary, the |
| 10 | | colleague there.  We also talk about -- for |
| 11 | | example, if we want to have something like parent |
| 12 | | leave or talk about part-time options, they can |
| 13 | | give us an overview what the production network |
| 14 | | does because they have this knowledge, and I don't |
| 15 | | have to go to every plant individually, so that's a |
| 16 | | big asset for us that we have the overview with |
| 17 | | them if you just want to do the research on how the |
| 18 | | production work operates to get an idea initially. |
| 19 | | We talk about indirect head count at locations, |
| 20 | | what our needs are, how we will grow in the future, |
| 21 | | how much money we will need to cover this growth, |
| 22 | | how much money we will need for our compensation |
| 23 | | package to stay competitive.  That's what we |
| 24 | | discuss. |
| 25 | Q. | And how often do you have those types of |

```
1                    EXAMINATION RESUMED
2    BY MR. MURPHY:
3    Q.   Did you receive a turnover document from Kelly
4         Dawsey when you assumed the TX-60 position?
5    A.   I have received a link to a Teams group that she
6         had created, and in this Teams group, there were
7         documents uploaded and other documents, yes.
8    Q.   The 67th percentile target, that came from Germany,
9         correct?
10   MR. ELLISON:  Object to the form.
11   MR. ROZELSKY:  Object to the form.
12   MR. ELLISON:  You can answer.
13   THE DEPONENT:  That do have this for BMW AG as well, and
14        there was assumption -- it's my assumption no
15        reason to change it for an entity in the United
16        States, but in the end of the decision from TX and
17        TX-6 where we want to position our compensation or
18        total rewards package.
19                   EXAMINATION RESUMED
20   BY MR. MURPHY:
21   Q.   Okay.  And the 67th percentile was for total
22        compensation, value of benefits, plus value of
23        wages?
24   A.   Cash, bonus, and benefits.
25   Q.   Okay.
```

```
1    A.    Excluding the car, the vehicle benefit.  That's not
2          part of it.
3    Q.    Okay.  What is the US Automotive Salary and
4          Benefits Survey?
5    A.    Say it again, please.
6    Q.    What is the US Automotive Salary and Benefits
7          Survey?
8    A.    I don't know.
9    Q.    Who is Watson Wyatt?
10   A.    Watson Wyatt?  I don't know.  I think it's now
11         Willis, Towers, Watson.  I think the company has
12         changed the name, but that's an assumption.
13   Q.    Okay.  What is it?
14   A.    It's a consulting firm.
15   Q.    Okay.  What do they consult on?
16   A.    I don't know what they consult on.  We do have
17         contracts with them.  Willis, Towers, Watson, as of
18         now, is our consultant for benefits.
19   Q.    Do they consult on anything else right now other
20         than benefits?
21   A.    I do not know, but let me think.  I know the
22         benefits consulting piece, yes.  I don't know.
23   Q.    Okay.  Do you know what services Watson Wyatt or
24         Willis, Towers, Watson provided while Kelly Dawsey
25         was in TX-60?
```