IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
CASE NO.  7:22-cv-03738-TMC-KFM

Kelly Dawsey,

      Plaintiff,

vs.

Bayerische Motoren Werke
Aktiengesellschaft and BMW
Manufacturing Co., LLC,
collectively d/b/a "BMW Group",

      Defendants.

_____

DEPOSITION OF ROBERT ENGELHORN

_____

DATE TAKEN:          May 4, 2023

TIME BEGAN:          10:00 a.m.

TIME ENDED:          2:48 p.m.

LOCATION:            Jackson Lewis, PC
                     15 South Main Street, Suite 700
                     Greenville, South Carolina  29601

REPORTED BY:         Traci L. Barr, RPR

_____

EXPEDITE COURT REPORTING, LLC
Traci L. Barr & Associates
Post Office Box 25882
Greenville, South Carolina 29616
info@expeditereporting.com
(864) 509-0914

```
1  APPEARANCES:

2

3  BRIAN P. MURPHY, ESQUIRE
   Stephenson & Murphy, LLC
4  207 Whitsett Street
   Greenville, South Carolina  29601
5  Brian@stephensonmurphy.com
   (864) 370-9400
6
       .........On behalf of the Plaintiff
7

8  D. RANDLE MOODY, II, ESQUIRE
   Jackson Lewis, LLP
9  15 South Main Street, Suite 700
   Greenville, South Carolina  29601
10 Randy.moody@jacksonlewis.com
   (864) 232-7000
11
   and
12
   ELLISON F. McCOY, ESQUIRE
13 Jackson Lewis, PC
   15 South Main Street
14 Suite 700
   Greenville, South Carolina  29601
15 Mccoye@jacksonlewis.com
   (864) 232-7000
16
       .........On behalf of Defendant BMW Manufacturing,
17
             LLC
18
   NATHANIEL P. BRUHN, ESQUIRE
19 Morgan, Lewis & Bockius, LLP
   One Federal Street
20 Boston, Massachusetts  02110-1726
   Nathaniel.bruhn@morganlewis.com
21 (617) 951-8651

22     .........On behalf of Defendant BMWAG

23
   ALSO ATTENDING:  Paul Lindemann, Kelly Dawsey
24

25
```

7

1     she can only put down words.  So you may be very
2     responsive and being polite and everything, but
3     unless there is words, we don't have a full
4     response.  So if I point to one of those little
5     microphones, that's my little cue to you to
6     please put into words whatever you'd like your
7     response to be.  Okay?
8  A.  [Deponent nods head.]
9  Q.  Dr. Engelhorn, I want to start with the series of
10     moves that happened in HR in Spartanburg in 2021,
11     and I'd like to start with Ms. Petrasch's move.
12     Why did Christine Petrasch return to Germany?
13  A.  Normal proceeding specifically for international
14     assignments lasts from seven to three years --
15     three to seven years, and one point in time after
16     you're ending the contract, you return to another
17     position, and this might be elsewhere in the
18     world.  This could be Germany, could be
19     everywhere.
20  Q.  How many years was Ms. Petrasch the vice
21     president of HR for Spartanburg operations?
22  A.  She did it over four years, almost four years.
23  Q.  And did she have a contract that said she would
24     be in that position for four years?
25  A.  Sure.

Robert Engelhorn                                              May 4, 2023

8

1    Q.   And does she have to return after that four

2         years, then, when her contract is up?

3    A.   What do you mean, return?

4    Q.   To Germany.

5    A.   That's what I meant.  This could be -- it could

6         be even extension in the US.  It could be other

7         appointment internationally, UK.  In her specific

8         case, she went to Dingolfing, a small town in

9         Germany where BMW plant is located.

10   Q.   Who made the decision that Ms. Petrasch would

11        leave Spartanburg and go to this plant in

12        Germany?

13   A.   I think the decision is up to BMW because the

14        assignment ended, and, therefore, there is then

15        the upcoming decision what to do next, and there

16        was a position to fill, and a decision was made

17        by superiors in Germany, supported by the board.

18   Q.   Okay.  The board of what?

19   A.   BMWAG.

20   Q.   Did you have any role in the decision to have

21        Ms. Petrasch leave BMW Manufacturing in

22        Spartanburg?

23   A.   Sure.

24   Q.   Okay.  What was your role?

25   A.   My role was precisely to have here a proper

| | | |
|---|---|---|
| 1 | | Ilka Horstmeier. |
| 2 | Q. | When you say, "the board of BMW," are you |
| 3 | | referring to the board of BMWAG? |
| 4 | A. | Yes, sir. |
| 5 | Q. | And with whom on the board of BMWAG did you |
| 6 | | discuss how to fill the position of TX6 in 2021? |
| 7 | A. | With Ilka Horstmeier. |
| 8 | Q. | Ilka? |
| 9 | A. | Horstmeier. |
| 10 | Q. | It's Ilka -- is that the first name? |
| 11 | A. | Ilka is the first name. |
| 12 | Q. | Okay.  Anybody else from the board of BMWAG that |
| 13 | | you consulted with on the decision of filling the |
| 14 | | TX6 position in 2021? |
| 15 | A. | It was -- it was as of information my boss. |
| 16 | Q. | Who is your boss? |
| 17 | A. | Milan Nedeljkovic. |
| 18 | Q. | Anyone else, sir? |
| 19 | A. | No. |
| 20 | Q. | Was Sherry McCraw listed on the succession plan |
| 21 | | for the TX6 position? |
| 22 | A. | Yes. |
| 23 | Q. | Who else was listed on the succession plan for |
| 24 | | the TX6 position? |
| 25 | A. | A couple of other international candidates, which |

1  Q.    Well, was the meeting with Ms. McCraw and

2        Ms. Petrasch the first time you had a discussion

3        with anybody about Ms. Burgmeier coming to TX60?

4  A.    With anybody?

5  Q.    Yes, sir.

6  A.    No.  It was discussed before.

7  Q.    When was it discussed before?

8  A.    It was discussed with Christine Petrasch and with

9        Germany.

10 Q.    Who in Germany?

11 A.    It was with Barbara Burghardt and Ilka

12       Horstmeier.

13 Q.    I got Ilka Horstmeier.  Who was the first one?

14 A.    Barbara Burghardt.

15 Q.    Okay.  And when was that discussion?

16 A.    September.

17 Q.    Okay.  Was it a phone discussion, e-mails?

18 A.    It was mainly on the phone.

19 Q.    How many conversations did you have with Germany

20       about Eva Burgmeier coming to TX60?

21 A.    I don't know exactly.

22 Q.    Was it more than one?

23 A.    Yes.

24 Q.    Who suggested the name Eva Burgmeier for the

25       position?

1  A.    Eva Burgmeier was international candidate willing

2        to move for the company in different entities.

3        She was an international candidate seen on the

4        horizon.

5  Q.    But who first mentioned her as a possibility for

6        TX60?

7  A.    I think it was in the HR department.  Barbara

8        Burgmeier.

9  Q.    Ms. Burgmeier is BMWAG?

10 A.    Barbara?

11 Q.    Barbara -- I may have missaid it.

12 A.    Barbara Burghardt.  Sorry.

13 MR. MOODY:  Burghardt.

14 THE DEPONENT:  I was wrong.

15                  EXAMINATION RESUMED

16 BY MR. MURPHY:

17 Q.    I may have thrown you off.

18 A.    All these Bs.  It's Barbara Burghardt and Eva

19        Burgmeier.

20 Q.    Yes, sir.  That probably was my fault.

21        And Ms. Burghardt is head of human resources in

22        Germany; is that correct?

23 MR. MOODY:  Objection to form.

24                  EXAMINATION RESUMED

25 BY MR. MURPHY:

1  Q.   Well, what do you understand Ms. Burghardt's
2       position to be?
3  A.   She's heading human resources Germany and
4       international.
5  Q.   What do you mean by international?
6  A.   To cope with the activities of international
7       facilities of BMW.
8  Q.   Were there any domestic or local candidates
9       considered for the TX60 position awarded to
10      Ms. Burgmeier?
11 A.   We had to look -- we looked for them, but the
12      most suitable one was Eva Burgmeier.
13 Q.   Who did you look at?
14 A.   We looked at the succession planning list, but
15      there was no suitable candidate on it.  To whom
16      we looked, I cannot recall.
17 Q.   Who was on the succession planning list for TX60?
18 A.   I don't recall.
19 Q.   Eva Burgmeier was not on that list, was she?
20 A.   I don't recall, but she was international
21      candidate.
22 Q.   Kathy Keiser was on that list, wasn't she?
23 A.   I don't recall.
24 Q.   Did you review the succession plan for TX60?
25 A.   We discussed the succession plan internally with

1      how to qualify the people, this is a worldwide,

2      common global need, and also in terms of how many

3      people you need maybe for this one other

4      operation is a common alignment needed and vital.

5      Therefore, this link with several meetings

6      weekly, monthly is absolutely necessary to cope

7      with the upcoming changes.

8      We, as BMWMC, we deliver daily 1500 vehicles, and

9      we have to launch at least every year one car,

10     and to really be trained, skilled to build this

11     car, they have to be here worldwide international

12     alignment, and that's why it is vital to have

13     here one excellent candidate to play this network

14     function.

15  Q.  My question was, how does TX60 -- well, let me

16     back up.

17     Does TX60 interact with the BMWAG people in

18     Germany?

19  A.  On a regular basis.

20  Q.  On a regular basis?

21  A.  Absolutely.

22  Q.  How regular?

23  A.  Sometimes daily calls.  More than daily, weekly,

24     monthly.

25  Q.  On what types of things does TX60 regularly

1          communicate with Germany?

2   A.     As I said, we are worldwide global network.  We

3          have a common production system, so at least the

4          process, how to build the car, the car quality is

5          on the same level worldwide.  Therefore, we need

6          to align on the skills, on the training for each

7          and every associate.  Specifically, also, what I

8          told you, this 1.7 billion dollar investment

9          which we made here we also made in other entities

10         and locations worldwide.  It's, again, vital to

11         not invent the wheel in every country in the same

12         way.  We need one common standard, and,

13         therefore, in terms of having standards with

14         training, recruiting is absolutely necessary to

15         be on the page.

16  Q.     And who sets those standards for training and

17         recruiting?

18  A.     It's a common and aligned standard on a worldwide

19         basis, so all the plants are the standards

20         together.  For sure, there are local needs with

21         regards to laws and regulation, and the final

22         responsibility, anyhow, because we are a legal

23         entity, is within BMWMC.

24  Q.     Does Ms. Burgmeier communicate with people in

25         Germany on issues other than issues within TX60?

```
 1        and, therefore, we need to align with

 2        international production network on this.

 3   Q.   Did you speak to anybody in Germany about hiring

 4        Eddie Bailey in TX64?

 5   A.   No.

 6   Q.   Did you speak to anybody in Germany about hiring

 7        Mr. Bailey's successor in TX64?

 8   A.   No.

 9   Q.   Did you speak to anybody in Germany about putting

10        Scott Medley on special project or assignment?

11   A.   Yes.

12   Q.   Who did you speak to in Germany about that?

13   A.   It was Uwe Bald --

14   Q.   And who is she?

15   A.   -- and Barbara Burghardt.

16   Q.   Was the other name Uwe?

17   A.   Bald.

18   Q.   Can you spell that last name, please?

19   A.   B-A-L-D.

20   Q.   And who is Uwe Bald?

21   A.   He's in the first fine of Barbara Burghardt

22        responsible for HR production network.

23   Q.   And why were you speaking to them about putting

24        Scott Medley on special assignment?

25   A.   I look at project, and also, by the way, the
```

1  Q.  That's close?

2  A.  Absolutely, sir.

3  Q.  All right.  Do you report to anyone other than

4      Mr. Nedeljkovic?

5  A.  No.

6  Q.  And is Mr. Nedeljkovic the head of the T circle?

7  A.  He's head of production.

8  Q.  Does that make him head of the T circle?

9  A.  He's -- I don't know the legal form.  He's head

10     of production.  That's his title, and I don't

11     know if he is head of the T circle.  He's at

12     least part of it.

13 Q.  Are you a member of the T circle?

14 A.  Yes, sir.

15 Q.  Who else are members of the T circle?

16 A.  Others are essential functions in Munich, like

17     planning, logistics.  It is about technical

18     integration, meaning car development.  There are

19     development business partners of finance, HR, and

20     other plant director.

21 Q.  Are you saying members of HR are part of the T

22     circle?

23 A.  They are sitting in the T circle, but they report

24     to other entities.

25 Q.  They report to a P circle, right?

```
1   A.   Exactly.  I don't know if they report to the P
2        circle.  They report to the P department.
3   Q.   The P department?
4   A.   Yeah.
5   Q.   Okay.  Is there anyone in Spartanburg who is a
6        member of the T circle other than yourself?
7   A.   I am the only one.
8   Q.   Is there any member of the P circle in
9        Spartanburg?
10  A.   No.
11  Q.   Does BMWMC have a board of directors?
12  A.   No.  Maybe I can -- what do you mean by board of
13       directors?  An advisory board, what is the legal
14       term here?
15  Q.   Okay.  So does BMWMC have an advisory board?
16  A.   No.
17  Q.   Does BMWMC -- well, let me back up.
18       You understand that BMWAG has a board of
19       management?
20  A.   Yes, sir.
21  Q.   Okay.  Does BMWMC have a board of management?
22  A.   Yes, sir.
23  Q.   Okay.  Who is on the board of management?
24  A.   Me and my first line.
25  Q.   Okay.  That would be the level 2s?
```

```
1   A.    Exactly.
2   Q.    Does BMWAG have a supervisory board?
3   A.    Yes.
4   Q.    What's the relationship of a supervisory board to
5         a board of management?
6   A.    In AG?
7   Q.    Yes, sir.
8   A.    They are consulting, serving, as described in the
9         German law.  You have to ask the lawyers as of
10        the details.
11  Q.    What's the highest board or form of governance at
12        BMWAG?  Is it a board of management or a
13        supervisory board?
14  A.    It's described in the German law how to set up a
15        stock company, supervisory board and a board of
16        management.
17  Q.    Okay.  Does BMWMC have a supervisory board?
18  A.    No.
19  Q.    Do you hold any positions at any other BMW
20        entities other than BMWMC?
21  A.    No.
22  Q.    Do you report to any entity other than BMWAG?
23  A.    No.
24  Q.    Are you aware of any corporations between BMWAG
25        and BMWMC?
```

1  A.    MC is a fully-owned subsidiary of BMWAG.

2       Connections, we have to ask the lawyers and the

3       finance guys.

4  Q.    But are you personally aware of any connections,

5       other than BMWMC being a fully-owned subsidiary

6       of AG?

7  A.    BMW is a fully-owned subsidiary of BMWMC.

8  Q.    I think you might have gotten that backwards.

9  MR. MOODY:  It's okay.  MC is a subsidiary of AG.

10  THE DEPONENT:  Did I say otherwise?

11  MR. MOODY:  Yes.

12  THE DEPONENT:  Okay.  Thanks for the correction.

13           (Discussion held off the record.)

14                 EXAMINATION RESUMED

15  BY MR. MURPHY:

16  Q.    Other than your understanding that BMWMC is a

17       fully-owned subsidiary of BMWAG, you're not aware

18       of any other relationships between BMWMC and

19       other corporate entities between BMWMC and BMWAG?

20  MR. MOODY:  Objection to form.

21  THE DEPONENT:  There are certain legal and finance

22       bindings with other entities which I'm not aware

23       of details.  You have to ask our lawyers.

24                 EXAMINATION RESUMED

25  BY MR. MURPHY:

1  Q.    But there are no other layers of management

2        between you and BMWAG?

3  A.    No.

4  Q.    And who appointed you as president of BMWMC?

5  A.    It was my boss' proposal to the board of

6        management of BMWAG.

7  Q.    So Mr. Nedeljkovic?

8  A.    Yeah.

9  Q.    You brought up before ideas of contracts and so

10       forth.

11       How long are you planning to be in your current

12       position as president of MC?

13 A.    My plan, I think I am refer to the company's

14       needs.  The company put me in this position.

15       Therefore, if the company sees any other duties

16       for myself, then I will go there.

17 Q.    When you say, "company," you're referring to

18       BMWAG?

19 A.    BMWAG, yes, sir.

20 Q.    So there is no current plan for you to leave as

21       president of MC?

22 A.    No.

23 Q.    Prior to becoming president of BMWMC, had you

24       ever worked in the United States before?

25 A.    No.  Work means with a contract working, right?

1          the COVID pandemic.

2  Q.    What does people releases?

3  A.    People release?

4  Q.    Termination of people, firing people?

5  A.    Not firing.

6  MR. MOODY:  Furloughs.

7  THE DEPONENT:  Furloughs.

8  MR. MOODY:  That's a translation issue.

9  THE DEPONENT:  Sorry for my bad English.

10                    EXAMINATION RESUMED

11  BY MR. MURPHY:

12  Q.    No, I don't mind that at all.

13        Did Ms. McCraw describe to you what her issue was

14        with how furloughs were handled?

15  A.    No.

16  Q.    What was your perception of how furloughs were

17        handled during the pandemic?

18  A.    I cannot comment because I was in Munich.

19  Q.    Let's talk a little bit about that.

20        What was -- let me see.  I may have -- I guess I

21        don't have any detail on it.

22        The position you held immediately before becoming

23        president of MC was with what entity in Munich?

24  A.    I don't understand the question.  Entity?

25  Q.    Corporation, company.

```
 1  A.    It was in BMWAG.
 2  Q.    Okay.  And was that the Munich plant that you
 3        were at right before you came here?
 4  A.    Yes, sir.
 5  Q.    Okay.  What is a lead plant?
 6  A.    A lead plant is responsible for the launch of the
 7        product, responsible to sort out all the
 8        product-related topics, and also responsible to
 9        set up a proper plan to orchestrate with
10        standards the launch in the partner plants.
11  Q.    I just missed the last few words after
12        orchestrate.
13  A.    Orchestrate and guide the launches of new
14        products in the partner plants.
15  Q.    Is Spartanburg a lead plant?
16  A.    Yes, sir.
17  Q.    What are Spartanburg's partner plants?
18  A.    Our partner plants are South Africa and China.
19  Q.    And is the South Africa plant part of BMWMC?
20  A.    No.  Their own legal entity.
21  Q.    Is the China plant part of BMWMC?
22  A.    No.  It's also own legal entity.  But I -- also,
23        as my boss is from AG, I am responsible for Plant
24        South Africa.
25  Q.    You're responsible for the plant in South Africa.
```

1        in Woodruff that you have been working on the

2        planning and the staffing for.

3        Do you recall that?

4   A.   Yes, sir.

5   Q.   Is the battery assembly plant in Woodruff part of

6        BMWMC?

7   A.   Yes, sir.

8   Q.   Is the logistics center part of BMWMC?

9   A.   Operated by a third-party company, yes.

10  Q.   You made several mentions today of the 1.7

11       billion dollar investment.

12       Is that 1.7 billion dollars of BMWMC money?

13  A.   It's of BMWAG money, which will be transferred.

14  Q.   Does BMWMC have its own profit and loss

15       statement?

16  A.   Have to ask our finance guys.  There are other

17       issues, tax payment, legal stuff.

18  Q.   Well, does BMWMC have its own profit numbers?

19  A.   No.

20  Q.   So you don't know how much profit the BMWMC plant

21       in Spartanburg makes?

22  A.   I think we get -- we have revenue over 18 billion

23       US dollars, and we have fixed price setting, but

24       I think together with AG, but it's part of a

25       financial framework which we have to ask our

1        finance guys.

2  Q.    Okay.  The BMWMC plant generates 18 billion in

3       revenue?

4  A.    More or less.

5  Q.    Is that what it made last year in revenue?

6  A.    Somehow.

7  Q.    Have you been given any idea of how much of that

8       revenue is profit or how much profit BMWAG

9       attributes to the BMWMC operations?

10  A.    What I can say that BMWMC is one of contract

11      manufacturer and fully-owned subsidiary, has a

12      big contribution to the BMW earnings due to the

13      high amount of value of our car and also the

14      higher revenue with regards to smaller cars.

15  Q.    Do you have a rough idea of what percentage of

16      BMWAG profit is attributable to BMWMC?

17  A.    No.

18  Q.    If we took 2022 as an example, do you know what

19      the operating expenses for BMWMC totaled?

20  A.    We have a budget over 1 billion US dollar to run

21      this plant.

22  Q.    Okay.  So we know we have revenues of 18 billion

23      and an expense budget of 1 billion, correct?

24  MR. MOODY:  Objection to form.

25      You can answer.

1  THE DEPONENT:  Only operating cost.

2                    EXAMINATION RESUMED

3  BY MR. MURPHY:

4  Q.    1 billion operating cost.  Is that what you're

5        saying?

6  A.    Yeah.

7  Q.    Do you know of anything that would go into a

8        profit number other than your revenue minus your

9        operating costs?

10 A.    It's part of the overall AG finance, and we have

11       to ask our finance guys.

12 Q.    Okay.  When you say, "our finance guys," are you

13       referring to the finance guys in Germany?

14 A.    Germany and also in the US, but the profit and

15       loss of BMWAG have to be asked from Germany.

16 Q.    Have you heard the number 25.85 billion as being

17       the profit of BMWAG for last year?

18 A.    Please repeat.

19 Q.    Is it your understanding that BMWAG's profit for

20       last year was approximately 26 billion dollars?

21 MR. MOODY:  Objection to form.

22 THE DEPONENT:  I cannot recall.  I cannot answer.  I

23       have to look for the finance report.  A lot of

24       factoring figures in my head.

25 MR. MURPHY:  At this time, sir, I want to thank you for