**Von:** Petrasch Christine, TX-6
**Gesendet:** Montag, 1. März 2021 16:07
**An:** Koepnick Claudia, PM-6
**Betreff:** FW: BMW Group Cloud - Exchange Drive

Claudia – nun bin ich etwas weiter mit der Orga und auch in Gespraechen mit Barbara, ▆▆▆, ▆▆▆▆▆▆

Wir versuchen gerade alle hier den 2. Step der TX-6 Orga aufzubauen.

Bitte behalten das wirklich vertraulich, da ich hier auch personenbezogene Themen mit aufgeschrieben habe.

Ich versuche die orga zum 01.05. aufzustellen und bin gerade dabei ▆▆▆ on board zu bekommen.

Gruesse Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** Petrasch Christine, TX-6
**Sent:** Wednesday, February 17, 2021 3:57 PM
**To:** Burghardt Barbara, PM <Barbara.Burghardt@bmw.de>
**Subject:** BMW Group Cloud - Exchange Drive

Barbara – wie besprochen meine Bewertung und Besetzung der TX-6 Orga – Schritt 2! Aus meiner Sicht haben wir damit eine robuste und gute Mannschaft mit sehr unterschiedlichen Stärken. Parallel haben wir alle Zukunftsthemen gut platziert und können ▆▆▆ erleben, wie er sich macht.

Das Team ist auch stark in der Exekutive – sodass ein Wechsel gut funktionieren sollte.

Schau es dir mal an und lass uns sprechen – dann würde ich mit Claudia und auch ▆▆▆ und ▆▆▆ als FO-Vertreter weiterarbeiten.

Liebe Grüße Christine

**BMW Group Cloud - Exchange Drive**

Im folgenden temporären Ordner finden Sie Ihre Austauschdaten:
\\americas.bmw.corp\winfs\_XChange\W10\exdint\until_2021-02-25_7bd5db3cd5365f69a2148b06009b431623401f8fc437f73d8b3d3d397351d8e82241ff052903

Für Mac / Linux:



smb://americas.bmw.corp/winfs/_XChange/W10/exdint/until_2021-02-25_7bd5db3cd5365f69a2148b06009b431623401f8fc437f73d8b3d3d397351d8e82241ff052903

Zugriff aus dem BMW Intranet:
https://exd-prod1.bmwgroup.net/exd/exd.jsf?dir=until_2021-02-25_7bd5db3cd5365f69a2148b06009b431623401f8fc437f73d8b3d3d397351d8e82241ff052903

Beschreibung: -

Achtung: Dieser Ordner wird am 2/24/2021 8:00 PM UTC-05:00 (in 7 Tag(en)) automatisch gelöscht. Hinweise zum Entschlüsseln von ZIP-Dateien unter verschiedenen Betriebssystemen finden Sie in der Online-Hilfe.

---

**BMW Group Cloud - Exchange Drive**

You find your file(s) for data exchange in the following temporary folder:
\\americas.bmw.corp\winfs\_XChange\W10\exdint\until_2021-02-25_7bd5db3cd5365f69a2148b06009b431623401f8fc437f73d8b3d3d397351d8e82241ff052903

For Mac / Linux:
smb://americas.bmw.corp/winfs/_XChange/W10/exdint/until_2021-02-25_7bd5db3cd5365f69a2148b06009b431623401f8fc437f73d8b3d3d397351d8e82241ff052903

Access from the BMW intranet:
https://exd-prod1.bmwgroup.net/exd/exd.jsf?dir=until_2021-02-25_7bd5db3cd5365f69a2148b06009b431623401f8fc437f73d8b3d3d397351d8e82241ff052903

Description: -

Please note that this folder will be deleted automatically on 2/24/2021 8:00 PM UTC-05:00 (in 7 day(s)). Information on decrypting ZIP files under different operating systems can be found in the online help.

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com