| | |
|---|---|
| Cc: | Epps Corey, TX-61[Corey.Epps@bmwmc.com] |
| To: | Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com] |
| From: | Petrasch Christine, TX-6 |
| Sent: | 2021-10-07T10:24:26Z |
| Importance: | Normal |
| Subject: | Re: HR Compact |
| Received: | 2023-03-01T23:10:41Z |

image002.jpg
image006.jpg
image008.jpg
image012.jpg

Thank you Kelly - will give you a feedback after my meeting

Sent from my iPhone

On Oct 7, 2021, at 6:20 AM, Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com> wrote:

Christine/Corey,

Attached below are the links to the multiple HR Compact submittals that we made. The submittals were made on; 4/7/21, 4/19/21, and 4/29/21. Every version that followed the original version, we were forced to comply with the template provided and not to show the full picture of the scope of HR at BMW MC.

Y:\TS-6_VP\80_ManagerShared\TS-6 Management Workshops\2021\03-25-2021\HR Compact\Final Submittal\LIST_21047_TX-6 Roll Up HR COMPACT Overview.xlsx

Y:\TS-6_VP\80_ManagerShared\TS-6 Management Workshops\2021\03-25-2021\HR Compact\Final Submittal II\LIST_210419_Version 2_TX-6 Roll Up HR COMPACT Overview.xlsx

Y:\TS-6_VP\80_ManagerShared\TS-6 Management Workshops\2021\03-25-2021\HR Compact\Final Submittal III\LIST_210429_Version 3_TX-6 Roll Up HR COMPACT Overview.xlsx

There are a couple of things that I want to point out with regards to the Planning and Steering area:

1. I added on the "Headcount in the plant" tab on the first submittal, an explanation of the functions that are performed under the TX-60, "Planning and Steering" area and highlighted for her in red to call the attention to the functional difference from Germany, see below the screenshot from the first submittal.

| Lead plus Planning and Steering (inclu. Benefits, Compensation, Organization, Grading, Associate Wellbeing, AFHC) | *2 + 14 |
|---|---|

EXHIBIT
Petrasch CB
14

By the last submittal, she had told me that I could not submit it this way and that I needed to change the header back to the template version which is, "Lead+Planning and Steering. This change back to the header that only has one portion of the functional areas in the TX-60 area is misleading that all of the resources are focused on Planning & Steering.

| | |
|---|---|
| Lead+Planning and Steering | 16 |

2. Also on the original submittal, I had noted in the "Additional Tasks and Processes" section a number of topics that we manage that did not appear in the standard tasks in the top of the sheet. See below the screenshot from the original submittal.

| HR Category | Relevance | legal/certification | Process/Topic |
|---|---|---|---|
| Planning and Steering | national+international | | Data Analytics |
| Planning and Steering | national+international | | System administration, maintenance, support |
| | | legal/certification | Benefits Legal Document Review/Creation/Distribution |
| | | legal/certification | Benefits Administration (Annual Open Enrollment, Associate Question Benefit Changes, New Hire Onboarding, etc.) |
| | | | Vendor Management / RFP Administration |
| | | | Associate & Team Development |
| Recruiting+Marketing | international | | Welcome - Offer and onboarding |
| Global Assignments | international | | Expat Reporting |

By the last submittal, she told had told me that I could not have so many "additional tasks" as the Functional Area Experts had developed the templates with the tasks that the functional areas should be performing and it could not be that we had so many tasks in addition to what the experts had designated. See below the final submittal sheet for Planning and Steering, which did not include any additional tasks, which is not a true reflection of the TX-60 functional responsibility but fit the template, as per the request from the project leader.

**In case that tasks, processes or complexity drivers are missing, please add them here.**

| HR Category | Relevance | legal/certification | Process/Topic |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

BMW_MC_000391

These are just a couple examples why this process is not an accurate measure of the work content of the Human Resources area at BMW MC. As I have communicated before, multiple times, we were forced to use a template that did not start as an accurate reflection of the HR work content and therefore, the outcome of the analysis is not an accurate reflection of the work content.

Kind regards,

Kelly


**BMW Manufacturing Co., LLC**
Kelly G. Dawsey, SHRM-SCP
Department Manager Planning, Steering, Compensation and Benefits, Grading
P.O. Box 11000
Spartanburg, SC  29304
USA
Tel: +1 864-802-5526
Fax:+1 864-801-5526
Mail: kelly.dawsey@bmwmc.com
Web://www.bmwusfactory.com

Confidentiality Note:  This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail.  If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.