**To:**      Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]
**From:**  Petrasch Christine, TX-6
**Sent:**   2021-04-08T08:08:18Z
**Importance:**    Normal
**Subject:**  Re: Kelly - I would need 2 job descriptions - one is the Head of Recruiting and the other one would be Head of HR - ...but in a format so that I could add or change things. would be super
**Received:**     2021-04-08T08:08:18Z

That's absolutely enough  Kelly - I will create the draft version for my meeting no worries!

Sent from my iPhone

> On Apr 7, 2021, at 9:47 PM, Dawsey Kelly, TX-60
> <Kelly.Dawsey@bmwmc.com> wrote:
>
> ?
> I have included the current JFDS' for the VP HR and Manager Recruiting.  At this point, I don't have time to create a draft for the proposed TX-66 function.  I hope the current will suffice.
>
> Kind regards,
>
> Kelly
>
>
> **BMW Manufacturing Co., LLC**
> Kelly G. Dawsey, SHRM-SCP
> Department Manager, HR Planning
> P.O. Box 11000
> Spartanburg, SC  29304
> USA
> Tel: +1 864-802-5526
> Fax:+1 864-801-5526
> Mail: kelly.dawsey@bmwmc.com
> Web://www.bmwusfactory.com
>
>
> Confidentiality Note:  This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail.  If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Wednesday, April 07, 2021 3:40 PM
**To:** Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com>
**Subject:** RE: Kelly - I would need 2 job descriptions - one is the Head of Recruiting and the other one would be Head of HR - ...but in a format so that I could add or change things. would be super

...would need to create a draft version for tx-66 for my meeting tomorrow with PM, PZ,



EXHIBIT TB
Petrasch
12

BMW_MC_000521

TX and me....
....nothing final!

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** Petrasch Christine, TX-6
**Sent:** Wednesday, April 7, 2021 3:38 PM
**To:** Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com>
**Subject:** Kelly - I would need 2 job descriptions - one is the Head of Recruiting and the other one would be Head of HR - ...but in a format so that I could add or change things. would be super

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

<BMW MC Vice President Human Resources Job Description.pdf>
<BMW MC Recruiting Manager Job Description.pdf>

BMW_MC_000522