| | |
|---|---|
| **Von:** | Petrasch Christine, TX-6 |
| **Gesendet:** | Dienstag, 20. April 2021 14:31 |
| **An:** | Koepnick Claudia, PM-6 |
| **Betreff:** | FW: 2021_Review TX-6 Orga.pptx |
| **Anlagen:** | 2021_Review TX-6 Orga.pdf |

….claudia, dies ist der aktuell letzte Stand nach dem Gespraech mit PM und PZ. Gruesse Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com



**From:** Petrasch Christine, TX-6
**Sent:** Wednesday, April 14, 2021 10:04 PM
**To:** Burghardt Barbara, PM <Barbara.Burghardt@bmw.de>; ▇▇▇, PZ ▇▇▇@bmw.de>
**Cc:** Flor Knudt, TX <Knudt.Flor@bmwmc.com>
**Subject:** 2021_Review TX-6 Orga.pptx

Hallo Barbara, hallo ▇▇▇

anbei die Charts für Eure Diskussion in Deutschland dazu.
Ich hatte zwischenzeitlich Gespräche mit TX-1, ▇▇▇ als TV-54, Scott, Paul und Howard.

Scott ist prinzipiell ein Kandidat für Logistik und auch für den TV-54 Job – daran arbeite ich weiter als mittelfristige Option (2-3 Jahren).

TX-64 einstweilen so zu belassen und ▇▇▇ anzubieten macht auch Sinn! Ist allerhand zu tun – aber wir wollen ihn ja auch testen.

Scott zunächst in einem Projekt zu haben (bis 12/22) – mit Focus auf alle HR Themen mit legal Impact und aktueller Diskussion (Immigration, Visa, Workforce movement between entities, CWF Strategy, Issue Free Überarbeitung, Crisis Management Covid etc.) hilft – macht aber auch viel Sinn, um Know How transfer sicherzustellen und auch alle kommenden Wechsel mit zu begleiten….ebenso Garth mit On board zu bringen.

Wir haben hier nochmals diskutiert, wo Scott dazu disziplinarisch zugeordnet werden sollte und sind letztendlich bei TX-6 geblieben. (quasi als Direct Report) – jedoch sollte er im AJ Office sitzen und überwiegend mit den Kollegen arbeiten. (Projekt-Zeitraum wäre bis 12/22.)

Barbara – wir bleiben eh im Austausch dazu – ich würde damit weiterarbeiten und mit Scott einmal einen Projektstartbrief erstellen und parallel an dem ▇▇▇ Thema weiterarbeiten.
Meine Zielsetzung wäre es in den nächsten 2 Wochen Klarheit zu haben, ob ▇▇▇ dies annehmen würde.

CONFIDENTIAL       BMW AG 00023

Bei Fragen – bitte einfach melden – Grüße Christine

CONFIDENTIAL

2
**BMW AG 00024**