**To:** Koepnick Claudia, PM-6[Claudia.Koepnick@bmw.de]; Burgmeier Eva, PM-62[Eva.Burgmeier@bmw.de]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-09-23T16:56:28Z
**Importance:** Normal
**Subject:** PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx
**Received:** 2021-09-23T16:56:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx

Hallo Ihr beiden,

Anbei meine ueberarbeitete Variante – lasst mich wissen, ob das fuer Euch i.O. ist.
Aber bitte mit Planstand angeben und am Montag darauf hinweisen, dass die lokalen Gespraeche erst nach Bestaetigung von Eva stattfinden.

Und bitte absolut um Vertraulichkeit bitten – keiner meiner Mitarbeiter kennt hierzu einen Stand. Gespraeche fuehre ich erst nach P Kreis ab naechster Woche.

Gruesse Christine



BMW_MC_000464

Document Produced in Native Format

CONFIDENTIAL

BMW_MC_000465



# TX-6 HR PROJECT (2 YEARS WITH STARTING DATE 01/2022 ).

## BMW Manufacturing Co., LLC  Task, Competence, Responsibility:
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

### Responsibility

- Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal managing through volatility, uncertainty, complexity and ambiguity (VUCA).
- Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.
- Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free environment at BMW MC is maintained.
- Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements.  Works as a consultant to all entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.
- Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

### Competence

- BA/BS degree in Business, Engineering or a 4 year applicable field of study.
- 10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.
- Leadership experience, preferably in an automotive manufacturing environment.
- Strategic, Operational planning and implementation skills.
- Project Management and implementation experience.
- Advanced communication skills addressing all levels of the organization.
- Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.
- Excellent communication skills and ability to manage at all levels within BMW MC.
- Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future.

### Task

- Developing an updated BMW MC Issue Free strategy and operational program that ensures the maintenance of the union free environment.
- Conducts a gap analysis in all relevant topics (i.e. leadership, policies, legal compliance) to the updated strategy that serves as the basis for the creation of the action plan / Issue Free Strategy Roadmap.
- Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.
- Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).
- Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.
- Provides direction and guidance on inter-country Workforce Transfers and business area entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).
- Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.
- Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community.

| Creation Date | 05/24/2021 | Valid From | To be confirmed | Comments |
|---|---|---|---|---|
| Creator | Kelly | | Dawsey | TX-60 |
| Participant Business | | | | |
| Reviewer | Christine | | Petrasch | TX-6 |