**INTERNATIONAL GRADING**
**FL IV APPROVAL COMMITTEE**
**TS Spartanburg**



ORG SIZE 14



| | | |
|---|---|---|
| TS-6 Vice President of Human Resources — PC 65, FL n/a | | |
| TS-60 HR Planning — PC 59, FL n/a | TS-62 HR Operations — PC 57, FL n/a | TS-65 Apprentice and Associate Training — PC 56, FL n/a |
| TS-61 HR Management — PC 59, FL n/a | | |

Just for information, already approved 12.12.2011

↑ No Change in FL   ↓ FL-Downgrade   ↑ FL-Upgrade   n/a not applicable

Page 14

CONFIDENTIAL                                                            BMW MC 000301

EXHIBIT TJB
Petrasch
6