**Von:** Horstmeier Ilka, P
**Gesendet:** Freitag, 7. Januar 2022 07:32
**An:** Burghardt Barbara, PM
**Betreff:** Re: Kelly Dawsey

…. Ok. Auch dafür werden wir eine Lösung finden. Bitte auf den guten Mix im Team setzen, fachlich als auch in Punkto Diversity. Da braucht es bei BMW USA Signale, das hat mir auch Sky vor ihrem Austritt noch ans Herz gelegt. Abstimumg dann im P-Kreis.
Beste Grüsse
Ilka
PS. Steht die Einarbeitung von Sherry in Muc schon?

Am 04.01.2022 um 21:03 schrieb Burghardt Barbara, PM <Barbara.Burghardt@bmw.de>:

Hallo Ilka,
Zu Deiner Info.
Für mich Dich doch etwas überraschend, aber wir werden das Beste daraus machen.
LG Barbara

Von meinem iPhone gesendet

Anfang der weitergeleiteten Nachricht:

Von: "Bald Uwe, PM-3" <Uwe.Bald@bmw.de>
Datum: 4. Januar 2022 um 19:30:34 MEZ
An: "Burghardt Barbara, PM" <Barbara.Burghardt@bmw.de>
Betreff: Wtr: Kelly Dawsey

Hallo Barbara,

zum Jahresauftakt bad news aus Spartanburg.
Wir müssen für uns noch mal reflektieren was das heißt.

LG
Uwe

Von meinem iPhone gesendet

Anfang der weitergeleiteten Nachricht:

Von: "Petrasch Christine, TX-6" <Christine.Petrasch@bmwmc.com>
Datum: 4. Januar 2022 um 12:55:01 MEZ
An: "Bald Uwe, PM-3" <Uwe.Bald@bmw.de>, "Koepnick Claudia, PM-6" <Claudia.Koepnick@bmw.de>, "Burgmeier Eva, PM-62" <Eva.Burgmeier@bmw.de>
Betreff: Kelly Dawsey

Hallo ihr lieben,

Zunächst ein gutes neues Jahr 2022!


EXHIBIT 126
Petrasche
4

CONFIDENTIAL                                    BMW AG 00001

BMW AG 00002

Kelly Dawsey hat mich gestern informiert und die Kündigung eingereicht! Letzter Tag ist der 14.01.!

.... Hatte euch ja bereits gesagt, dass ich das erwarte - nun ist es Realität geworden!

Robert und ich werden morgen mit Sherry besprechen wie wir mit TX-64 weitermachen und die Zwischenzeit für TX-60 Brücken bis Eva kommt!

Zeitpunkt ist blöd - aber vielleicht bieten sich auch neue Chancen!

Ich halte euch auf dem laufenden - Eva, wir sollten die Woche von 10-14 intensive Nutzen, um die TX-60 Themen zu besprechen! Vielleicht kannst du deinen Rückflug für 1-2 Tage nach hinten schieben, sodass wir beiden hinkriegen!

Ich telefoniere heute mit Kathy für den look and see, sodass du maximale Zeit im Werk verbringen kannst!

Liebe Grüße Christine


Sent from my iPhone

CONFIDENTIAL