**Dawsey Kelly, TX-60**

**From:** Kamm Sonja, PM-30
**Sent:** Thursday, October 28, 2021 5:02 AM
**To:** Petrasch Christine, TX-6
**Cc:** Niessner Franka, PM-30; Dawsey Kelly, TX-60
**Subject:** DRAFT Input target proposal PM-3 / Ty-6

**Importance:** High

Dear Christine,

please find below a screenshot for the PM-3 / Ty-6 target proposal which I pre-aligned with Franka. Unfortunately I don't have any feedback from Uwe by now but I wanted to stand by my promise to give first input from our side for your TX target Workshop discussion.
It is just a draft which is subject to change. The P change targets (Target 1 to 3) are already fixed, all other target proposals are not aligned by now and are as mentioned subject to change.
Therefore please consider this draft as first input for your discussion and please do not distribute at this time.
If you have any question please let me know.

Thanks and best regards
Sonja


EXHIBIT
Petrasch TLB
13

1

# HR Target Sheet T Division 2022
DRAFT - WORK IN PROGRESS SUBJECT TO CHANGE

| | | Target | KPI |
|---|---|---|---|
| PM-3 / Ty-6 | 1 | **Talent Management** (P Circle Change Target) | Implement projects, initiatives and measures defined centrally and locally to strenghten employer attractiveness for the respective target groups. Support central initiatives and rollouts within talent management in order to create diverse employee structures and building up a talent pipeline for the local / regional critical and leading functions in high quality. <u>Enabler:</u> a.o. Talent Management Next Gen, Connected Works, Leadership Excellence, Talent Network/ Pools, Experience Shenyang Events |
| | 2 | **Sustainability - social dimension** (P Circle Change Target) | Promotion and communication of sustainability topics (focus social dimension) of the BMW Group in the plants (Strategy, Learning Formats, Stakeholder Dialogues, further measures will be defined; own contribution to be more sustainable). |
| | 3 | **Gender Diversity & Inclusion AG & BMW Group** (P Circle Change Target) | Non-AG Targets according to derivated baseline from PZ-S-3 (increase of 0.8% points per year and entity). Support the implementation of the Diversity & Inclusion measures defined by the regions. |
| | 4 | **Flexibility of the plants to handle supply situation** | TBD |
| | 5 | **Competency based Strategic Workforce Planning** | Support for projects / measures to build up competencies, compentency reallocation as well as the reduction of competencies (e.g. TA-2, ramp up plant Hungary, Maintenance, Logistics, Quality): In the <u>planning phase</u> through analyzes of the status quo and the development of competency reallocation scenarios. In the <u>implementation phase</u> through the personnel policy support and the use of personnel measures to realize the reallocation. |
| | 6 | **Management Structures** | Targets Management Structures FL III und FL IV >= 90% of "Pers. Grade > Function Grade" (NAEMAs) are covered by measures or placed on adequate functions |

2