**To:**      Koepnick Claudia, PM-6[Claudia.Koepnick@bmw.de]
**From:**    Petrasch Christine, TX-6
**Sent:**    2021-10-01T18:03:33Z
**Importance:**      Normal
**Subject:** PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6_v3.pptx
**Received:**        2021-10-01T18:03:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6_v3.pptx

…wie erwartet – hier die von Sherry entschiedene Version.

…. sie will noch nicht einmal mit unserer langjaehrigen TX-6 Assistenz arbeiten….

Bitte mache die Eva fix und bitte lasse uns mit dem Assignment prozess – geplanter Starttermin waere bereits der 1.01.

Gruesse christine



EXHIBIT
Petrasch
2

# NACHFOLGEPLANUNG TX-60, TX-61.





**TX-6 (LL II)**

Besetzung durch AF

**TX-6 HR Project (2 Jahre)**

Scott Medley

- **Scott Medley (TX-64)**

in NFP für:

**TV-54** Greer 3 Amerika (akt. Bettina Rahmann, Expat 12/23)
**PI-41** Immobilienbereitst./Region Amerika (Kevin McCraw)
**PI-45** Sicherheit/Region Amerika (Todd Kreisher, 2-3 Jahre vor Retirement)

**TX-64**

Kelly Dawsey

- **Kelly Dawsey (TX-60)**

in NFP für:

**TX-71** (aktuell: Gene Ko – mittelfr.)
Ggf. **MN-7** (Nachbesetzung geplant Mitte 22)
Ggf. **TV-54** Greer 3 Amerika (akt. Bettina Rahmann, Expat 12/23)

**TX-60 (LL III)**

- **Eva Burgmeier**

- Alexander Seefelder

CONFIDENTIAL

# CURRENT TX-6 ORGANIZATIONAL OVERVIEW. DATE 10/2021.

**TX-6**



Human Resources

**Christine Petrasch**

**TX-60**

HR Planning, Steering

**Kelly Dawsey**

- HR Planning, Steering
  - Compensation & Organization
- Benefits (Active/Retiree)
- Associate Family Health Center
  - Associate Wellbeing
  - OFCCP Compliance

**TX-61**

HR Management, Employee Relations

**Corey Epps**

- HR Business Developer
  - Employee Relations/Associate Engagement
- Performance Management
  - Talent Management/Succession Planning

**TX-62**

HR Services



**Michelle Keith**

- HR Service Center
- Domestic & International Payroll & Payroll Accounting
  - Time Management
    - HRIS
- HR VPS Management
  - HR Digitalization

**TX-64**

Recruiting, Health Mgt., Occup. Safety, Gastro



**Scott Medley**

- Domestic & International Recruiting
  - International Associate Relations
- Occupational Health Management
- Occupational Safety Management
  - Food Services

**TX-65**

Talent Programs, Training

**Paul Sinanian**

- Leadership & Professional Development
  - Technical Training & Development
  - Talent Development Program Management
  (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

CONFIDENTIAL

Plant Spartanburg HR | TX-6 | October 2020

# TX-6 HR PROJECT (2 YEARS WITH STARTING DATE 01/2022 ).

Work in progress – we also will add Workforce Development – get qualified WF here in SC together with state/ governmental affairs.

**BMW Manufacturing Co., LLC   Task, Competence, Responsibility:**
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

## Responsibility

- Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal managing through volatility, uncertainty, complexity and ambiguity (VUCA).
- Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.
- Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free environment at BMW MC is maintained.
- Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements.   Works as a consultant to all entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.
- Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

## Competence

- BA/BS degree in Business, Engineering or a 4 year applicable field of study.
- 10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.
- Leadership experience, preferably in an automotive manufacturing environment.
- Strategic, Operational planning and implementation skills.
- Project Management and implementation experience.
- Advanced communication skills addressing all levels of the organization.
- Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.
- Excellent communication skills and ability to manage at all levels within BMW MC.
- Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future.

## Task

- Developing an updated BMW MC Issue Free strategy and operational program that ensures the maintenance of the union free environment.
- Conducts a gap analysis in all relevant topics (i.e. leadership, policies, legal compliance) to the updated strategy that serves as the basis for the creation of the action plan / Issue Free Strategy Roadmap.
- Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.
- Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).
- Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.
- Provides direction and guidance on inter-country Workforce Transfers and business area entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).
- Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.
- Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community.

| Creation Date | 05/24/2021 | Valid From | To be confirmed | Comments | |
|---|---|---|---|---|---|
| Creator | Kelly | | | Dawsey | TX-60 |
| Participant Business | | | | | |
| Reviewer | Christine | | | Petrasch | TX-6 |

PE-Tag im P-Kreis | PM-6 | Juli 2021

CONFIDENTIAL

Seite 3