# Business Entities Online

File, Search, and Retrieve Documents Electronically



## BMW (US) HOLDING CORP.

### Corporate Information

**Entity Id:** 00046086

**Entity Type:** Corporation

**Status:** Good Standing

**Domestic/Foreign:** Foreign

**Incorporated State:** Delaware

### Important Dates

**Effective Date:** 01/05/2001

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** C T CORPORATION SYSTEM

**Address:** 2 Office Park Court Suite 103
Columbia, South Carolina   29223

## Official Documents On File

| Filing Type | Filing Date |
| --- | --- |
| Change of Agent or Office | 05/22/2010 |
| Authority | 01/05/2001 |

For filing questions please contact us at **803-734-2158**    Copyright © 2024 State of South Carolina