**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| **Kelly Dawsey,** | ) | |
| | ) | 7:22-03738-TMC-KFM |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group",** | ) ) ) ) | Notice of Supplemental Authority Regarding Motion for Summary Judgment. |
| **Defendants.** | ) | |

The Supreme Court has decided in *Muldrow v. City of St. Louis*, 22-193. A copy of the decision is attached.

Respectfully submitted this 17th day of April 2024.

                                                s/ Brian P. Murphy_____
                                               Brian P. Murphy
                                               Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400