# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| KELLY DAWSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYERISCHE MOTOREN WERKE )<br>AKTIENGESELLSCHAFT and BMW )<br>MANUFACTURING CO., LLC collectively )<br>d/b/a "BMW GROUP," )<br>)<br>Defendants. )<br>) | C.A. No. 7:22-cv-03738-TMC-KFM |

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S
SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT**

Defendant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") has moved for summary judgment on multiple grounds unique to BMW AG, as well as incorporating by reference BMW MC's summary judgment motion. Pursuant to the April 24, 2024 Order of this Court (ECF No. 108), BMW AG therefore adopts BMW MC's Supplemental Brief in support of Motion for Summary Judgment as if fully restated herein. (ECF 111).

Respectfully submitted this 8th day of May, 2024.

1

*s/ Kurt M. Rozelsky*
Kurt M. Rozelsky (Fed I.D. No. 6299)
krozlesky@spencerfane.com
Spencer Fane LLP
PO Box 294
Greenville, SC 29602-0294
T: (864) 695-5200
F: (864) 695-5201

Daniel S. Savrin (admitted *pro hac vice*)
daniel.savrin@morganlewis.com
Nathaniel P. Bruhn (admitted *pro hac vice*)
nathaniel.bruhn@morganlewis.com
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
P: (617) 951-8674
   (617) 951-8651
F: (617) 428-6310

*ATTORNEYS FOR DEFENDANT BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT*