# Kay McAlister

| | |
|---|---|
| **Subject:** | Phone Conference, 7-22-cv-3738-TMC, Dawsey v. Bayerische Motoren Werke Aktiengesellschaft et al |
| **Start:** | Wed 4/9/2025 11:00 AM |
| **End:** | Wed 4/9/2025 11:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Kay McAlister |
| **Required Attendees:** | L McAlister |

NOTE: Parties need to be prepared to discuss status of the case, mediation and settlement efforts, and readiness for trial.

_____

## Dial in by phone

+1 864-447-3799

Phone conference ID: 959 961 74#