**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| KELLY DAWSEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BAYERISCHE MOTOREN WERKE )<br>AKTIENGESELLSCHAFT and BMW )<br>MANUFACTURING CO., LLC, )<br>)<br>Defendants. )<br>) | **CA: 7:22-cv-3738-TMC** |

**CONSENT MOTION FOR CHANGE OF STATUS CONFERENCE DATE**

By and with the consent of the Parties, Bayerische Motoren Werke Aktiengesellschaft (BMW AG), hereby moves to change the date of the Court's Telephonic Status Conference, currently scheduled for Wednesday April 9, 2025 at 11:00 AM to Tuesday April 8, 2025 at 11:00 AM or other time preferred by the Court. The basis for this motion is that counsel for BMW AG will not have telephone access at the time of the noticed status conference.

April 4, 2025                                     Respectfully submitted,

*s/ Brian P. Murphy*                              *s/ Kurt M. Rozelsky*
Brian P. Murphy                                   Kurt M. Rozelsky, Bar. No. 6299
STEPHENSON & MURPHY, LLC                          SPENCER FANE LLP
207 Whitsett Street                               27 Cleveland St., Suite 201
Greenville, SC 29601                              P.O. Box 294 (29602-0294)
Phone: 864.370.9400                               Greenville, SC 29601
Email: brian@stephensonmurphy.com                 Phone: 864.906.7694
                                                  Facsimile: 303.839.3838
                                                  Email: krozelsky@spencerfane.com

1

<table>
<tr><td>

*s/ Ellison F. McCoy*
Ellison F. McCoy
D. Randle Moody II
Mallory H. Gantt
JACKSON LEWIS, P.C.
15 South Main Street, Ste. 700
Greenville, SC 29601
Phone: 864.232.7000
Email:
ellison.mccoy@jacksonlewis.com
randy.moody@jacksonlewis.com
mallory.gantt@jacksonlewis.com

*Counsel for BMW Manufacturing Co., LLC*

</td><td>

Duke K. McCall, III, Bar No. 6539
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: 1.202.373.6607
Facsimile: 1.202.739.3001
Email: duke.mccall@morganlewis.com

Daniel S. Savrin (admitted *pro hac vice*)
Nathaniel P. Bruhn (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Phone:  1.617.951.8674
             1.617.951.8651
Facsimile: 1.617.428.6310
Email: daniel.savrin@morganlewis.com
            nathaniel.bruhn@morganlewis.com

*Counsel for Defendant Bayerische Motoren Werke Aktiengesellschaft*

</td></tr>
</table>