IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Kelly Dawsey, <br><br> Plaintiff, <br><br> v. <br><br> Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group", <br><br> Defendants. | ) <br> ) <br> ) 7:22-03738-TMC <br> ) <br> ) <br> ) <br> ) Plaintiff's Requests for Protection <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to ECF 125, Plaintiff requests that the Court not schedule proceedings on the following dates:

March 23 – March 31:     Travel and wedding of Plaintiff's daughter.

Respectfully submitted this 15th day of May 2025.

                                           _s/ Brian P. Murphy_____
                                           Brian P. Murphy
                                           Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400