IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

|  |  |
|---|---|
| KELLY DAWSEY,                              )<br>                                                     )<br>            Plaintiff,                      )<br>                                                     )<br>    v.                                           )<br>                                                     )<br>BAYERISCHE MOTOREN WERKE   )<br>AKTIENGESELLSCHAFT and BMW   )<br>MANUFACTURING CO., LLC collectively )<br>d/b/a "BMW GROUP,"                    )<br>                                                     )<br>            Defendants.                 )<br>                                                     ) | C.A. No. 7:22-cv-03738-TMC-KFM |

**DEFENDANT BAYERISCHE MOTOREN WERKE**
**AKTIENGESELLSCHAFT'S REQUEST FOR PROTECTION**

COMES NOW Defendant, Bayerische Motoren Werke Aktiengelsellschaft (BMW AG), pursuant to the Court's direction at the May 6 status conference (ECF No. 128), and requests protection for the following dates from December 1, 2025, through March 31, 2026.

| Dates | Attorney/Witness | Reason for Protection |
|---|---|---|
| February 5-9 | Kurt Rozelsky | SC ACTL Meeting, Bluffton |
| March 12-22 | Kurt Rozelsky | Family vacation |

Respectfully submitted this the 26th day of June. 2025.

> By: s/ Kurt M. Rozelsky
> Kurt M. Rozelsky (Fed. I.D. No. 6299)
> SPENCER FANE LLP
> 27 Cleveland St., Suite 201
> Greenville, SC 29601
> (864) 695-5200
>
> *ATTORNEY FOR DEFENDANT*
> *BAYERISCHE MOTOREN WERKE*
> *AKTIENGESELLSCHAFT*