# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

|  |  |
|---|---|
| KELLY DAWSEY,<br><br>          Plaintiff,<br><br>    v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP,"<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 7:22-cv-03738-TMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT BMW MANUFACTURING CO. LLC'S
## REQUEST FOR PROTECTION

COMES NOW Defendant, BMW Manufacturing Co., LLC, pursuant to the Court's direction at the May 6 status conference (ECF No. 128), and requests protection for the following dates from December 1, 2025, through March 31, 2026.

| Dates | Attorney/Witness | Reason for Protection |
|---|---|---|
| December 11-17 | Scott Medley | Scheduled vacation |
| December 15-19 | Randy Moody | Travel to Texas for son's graduation |
| December 15-January 9 | Eva Burgmeier | Holiday travel |
| December 16-January 2 | Robert Engelhorn | Holiday travel |
| February 16-20 | Eva Burgmeier | Scheduled vacation |

Respectfully submitted this the 26th day of June, 2025.

        By: *s/ Ellison F. McCoy*
        Ellison F. McCoy (Fed. I.D. No. 6389)
        ellison.mccoy@jacksonlewis.com
        D. Randle Moody II (Fed. I.D. No. 7169)
        randy.moody@jacksonlewis.com
        Mallory H. Gantt (Fed. I.D. No. 13867)
        mallory.gantt@jacksonlewis.com
        JACKSON LEWIS P.C.
        15 South Main Street, Suite 700
        Greenville, SC 29601
        (864) 232-7000

        *ATTORNEYS FOR DEFENDANT*
        *BMW MANUFACTURING CO., LLC*