**Kay McAlister**

| | |
|---|---|
| **Subject:** | Phone Status Conference, Dawsey v Bayerische Motoren Werke Aktiengesellschaft et al, 7-22-cv-3738 |
| **Location:** | Phone Conference |
| **Start:** | Fri 8/8/2025 2:30 PM |
| **End:** | Fri 8/8/2025 3:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Kay McAlister |
| **Required Attendees:** | L McAlister; SCDdb_ecf_cain |

## Dial in by phone

+1 864-447-3799,,

Phone conference ID: 314 460 826#