UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Kelly Dawsey, | ) | C/A No. 7:22-cv-3738-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO CONDUCT MEDIATION** |
| | ) | |
| Bayerische Motoren Werke Aktiengesellschaft, BMW Manufacturing Co., LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case has been referred to the undersigned for mediation. ECF No. 139. **All parties and their lead counsel are ORDERED TO APPEAR before the undersigned in Courtroom #3200 at the Carroll A. Campbell Jr. United States Courthouse, 250 East North Street, Greenville, South Carolina, at 1:00 p.m. on Monday, September 8, 2025.** An insured party shall appear by a representative of the insurer who is authorized to discuss and make recommendations relating to settlement. An uninsured corporate party shall appear by a representative authorized to discuss and make recommendations relating to settlement. **In person attendance by the persons described above is mandatory.**

**By Thursday, September 4, 2025, each party shall provide the undersigned, in confidence, a mediation statement that exceeds no more than three pages and sets forth the basic position of the party, possible impediments to settlement, and a summary of evidence the party expects to produce on the merits of the case.** The statements *shall also outline the*

1

*settlement negotiations* to date. Confidential mediation statements should be emailed directly to chambers at brown_ecf@scd.uscourts.gov.

The purpose of the mediation is to facilitate settlement of this case, if that is appropriate. It will be conducted in such a manner as to not prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned in confidence will be kept confidential and will not be disclosed to any other party or to the trial judge. The undersigned, of course, will not serve as the trial judge in this case. Counsel are directed to review the Local Rules on mediation prior to the scheduled date.

After appearing in Courtroom #3200, separate, confidential meetings will be held with each party and the party's representative(s).

**IT IS SO ORDERED.**

s/William S. Brown<br>United States Magistrate Judge

August 13, 2025
Greenville, South Carolina