**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

|  |  |
|---|---|
| KELLY DAWSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 7:22-cv-03738-TMC-KFM |
| ) | |
| BAYERISCHE MOTOREN WORKE ) | |
| AKTIENGESELLSCHAFT and BMW ) | |
| MANUFACTURING CO., LLC collectively ) | |
| d/b/a "BMW GROUP," ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT BMW MANUFACTURING'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

On August 24, 2023, Defendant BMW Manufacturing filed its Disclosure of Expert Witness (ECF No. 80) in which it identified Zachary H. Mueller of GreerWalker LLP as a potential expert witness on the issue of damages. Following the close of discovery in this case, Mr. Meuller left GreerWalker to start his own accounting firm. As a result, BMW Manufacturing has identified Nicholas Harris, who also is with GreerWalker LLP, to replace Mr. Mueller as its potential expert witness. Counsel for Plaintiff consents to this change.

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant BMW Manufacturing Co., LLC, by and through its undersigned counsel, discloses that the following person may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence:

Nicholas R. Harris, CPA/ABV, CFA, CFE
GreerWalker LLP
227 West Trade Street, Suite 1100
Charlotte, NC 28202
704.816.7039

Mr. Harris may offer testimony on Plaintiff's claimed economic damages. In arriving at his opinions, Mr. Harris will rely on his background, education, and experience as an accountant in analysis of economic damages. Additionally, Mr. Harris will base his opinions on a review of deposition testimony and documents produced in this case, documents and records created or relied upon by any expert witness identified by Plaintiff, and other documents related to Plaintiff's claimed damages.

Mr. Harris' expert rebuttal report (BMW MC 001946-001975) is being produced to counsel for Plaintiff today. That report includes all information required under Rule 26(a)(2) of the Federal Rules of Civil Procedure. Any further revisions to the report will be provided to counsel for Plaintiff.

Respectfully submitted this the 20th day of November, 2025.

*s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
T: (864) 232-7000
F: (864) 235-1381

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*