

Forensic & Valuation Services Practice Aid

# Measuring Damages Involving Individuals

## *Notice to Readers*

This publication is designed to provide illustrative information for the subject matter covered. It does not establish standards or preferred practices. The material was prepared by the AICPA staff and volunteers and has not been considered or acted upon by AICPA senior technical committees or the AICPA Board of Directors and does not represent an official opinion or position of the AICPA. It is provided with the understanding that the AICPA staff and the publisher are not engaged in rendering any legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought. The AICPA staff and this publisher make no representations, warranties, or guarantees about, and assumes no responsibility for, the content or application of the material contained herein and expressly disclaim all liability for any damages arising out of the use of, reference to, or reliance on such material.

This practice aid supersedes AICPA Forensic and Valuation Services (FVS) Practice Aid 98-2, *Calculation of Damages From Personal Injury, Wrongful Death, and Employment Discrimination*.

Since the development of this practice aid, the AICPA Code of Professional Conduct (AICPA code) has updated the definition of *client* to be defined as both engaging entity (typically engaging attorney or attorney's firm) and subject entity (typically attorney's client). Effective December 31, 2017, the term *client* is defined as "[a]ny person or entity, other than the member's employer that engages a member or member's firm to perform professional services (engaging entity) and also, a person or entity with respect to which a member or member's firm performs professional services (subject entity). When the engaging entity and the subject entity are different, while there is only one engagement, they are separate clients." (ET sec. 0.400.07) [fn 1]

For purposes of this practice aid "attorney," "litigant's attorney," and "counsel's client" are all considered *client* as defined by the AICPA code.

## **Update as of January 1, 2020**

The AICPA's Forensic and Valuation Services Executive Committee issued Statement on Standards for Forensic Services (SSFS) No. 1 (FS sec.100) [fn 2] to protect the public interest by preserving and enhancing the quality of practice of a member performing forensic services. Effective for engagements accepted on or after January 1, 2020, SSFS No. 1 establishes standards for a member providing services to a client as part of litigation and investigation engagements. The term litigation as used in SSFS No. 1 and throughout this practice aid is not limited to formal litigation but is inclusive of disputes and all forms of alternative dispute resolution, unless otherwise stated. [fn 3]

---

[fn 1] All ET sections can be found in AICPA *Professional Standards*.

[fn 2] All FS sections can be found in AICPA *Professional Standards*.

[fn 3] See SSFS No. 1, paragraph 1.

# Chapter 5

## *Calculation of Losses Involving Individuals*

### Overview

The forensic practitioner who is hired to calculate economic damages involving individuals determines monetary amounts that would have been realized "but for" the damage incident, and then applies reductions for amounts actually realized or received. A further reduction may apply for amounts that would have been received had the claimant mitigated damages, depending on the facts of the case. A reduction for personal consumption (the amount of an individual's expenses that do not benefit other family members) generally applies in cases involving wrongful death and may apply in other damages cases involving damages to individuals. Not all jurisdictions allow a reduction for personal consumption,[fn 1] and some jurisdictions provide deductions for personal maintenance (an individual's basic living expenses) instead of personal consumption.[fn 2] Income taxes may or may not be required to be considered, depending on the rules of the jurisdiction.

The loss period is generally the claimant's work life expectancy, or life expectancy,[fn 3] or other time period, depending on the injury and the loss.[fn 4] The loss is projected over this period, with appropriate growth factors applied, and shown as past losses (to date of trial or other reference date) and future losses (from date of trial or other reference date to the end of the loss period). Future amounts are discounted to present value dollar amounts based on appropriate discount factors. A prejudgment interest rate may be applied to past losses. The jurisdiction of the case determines how prejudgment interest is calculated and the applicable legal rate of interest.

The forensic practitioner may work with other experts in calculating damages involving individuals. Vocational rehabilitation experts, medical experts, and life care planners are examples of other experts in cases involving damages to individuals. The practitioner may be provided with reports of these experts for consideration in performing the damage calculations. Hiring counsel generally coordinates the role of the practitioner with other experts.

---

[fn 1] For example, Kentucky and West Virginia state courts do not allow deductions for self-consumption in wrongful death lost earning calculations.

[fn 2] For example, Pennsylvania and Tennessee provide for deduction of the personal maintenance of the individual; personal maintenance is the amount one spends to maintain a condition of well-being, but there are differences in amounts included in each state.

[fn 3] Medical costs expected to be incurred over the claimant's lifetime are an example of a loss that may be projected over life expectancy.

[fn 4] In cases involving employment termination and employment discrimination, the loss period may be much shorter than work-life expectancy because the loss period may be governed by the jurisdiction and influenced by such factors as the claimant's expected job tenure based on his or her prior work history, the average time in position in most recent employment, or the expected convergence of mitigating earnings.