# EXHIBIT A



# The Expert Report Of John E. Gibson, Jr., CPA/ABV, CVA

SUBMITTED IN THE MATTER OF:

Kelly Dawsey

v.

BMW

January 18, 2023

CONFIDENTIAL

elliottdavis.com

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

# Table of Contents

Introduction ........................................................................................................................................3

Summary of Expert Opinions ...............................................................................................................4

Basis for Opinions ................................................................................................................................5

    Loss Period .....................................................................................................................................5

    Future Compensation ....................................................................................................................5

    Mitigating Compensation ..............................................................................................................6

    Lost Future Compensation ............................................................................................................7

    Present Value ................................................................................................................................7

Exhibit A ...............................................................................................................................................8

Exhibit B ............................................................................................................................................. 10

Exhibit C ............................................................................................................................................. 11

elliott davis

Dawsey 2844

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

## Introduction

Kelly Dawsey began employment with BMW in 1995 and resigned from BMW on January 14, 2022 ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am currently a Shareholder, Forensic Valuation and Litigation Services Specialty Group Leader, with Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina, am Accredited in Business Valuation by the American Institute of Certified Public Accountants, and am a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts. I have testified in various economic damages, family law cases, and business valuation related disputes over the past ten years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the summary schedule supporting the opinions contained herein. My opinions are based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without the express written consent of Elliott Davis.

---

[1] Per discussions with Mrs. Dawsey and attorney.

elliott davis

3

Dawsey 2845

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. Elliott Davis is being compensated for our services at $220 – $560 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinions

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $829,537, see table below.[2]

| Type | Period Beginning Date | Ending Date | Present Value of Lost Future Compensation |
|---|---|---|---|
| Back Pay[i] | 01/15/22 | 12/31/22 | $ 164,462 |
| Front Pay (Pre-Retirement)[ii] | 01/01/23 | 07/05/28 | 624,918 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 40,157 |
| Total | | | $ 829,537 |

Footnotes:
[i] Back pay refers to lost future compensation prior to January 1, 2023 and is not discounted; I intend to update the back pay period as necessary and before trial.
[ii] Front pay refers to lost future compensation from January 1, 2023 through July 5, 2033 and is discounted; I intend to update the front pay period as necessary and before trial.

I intend to update my report upon receipt of additional information, as necessary, and before trial.

---

[2] See Exhibit C-1.

elliott davis

4

Dawsey 2846

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

## Basis for Opinions

### Loss Period

The compensation and benefits Mrs. Dawsey would have generated but for the Incident ("Future Compensation") begin on January 15, 2022, the day immediately following Mrs. Dawsey's resignation. The loss period ends July 5, 2033, the last day Mrs. Dawsey would have received benefits from her employment with BMW.[3]

### Future Compensation

As of January 14, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to generate in the future, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW – 2017 – 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consist of her base salary, bonus, vehicle allowance, 401(k)-matching program, retirement investment account program, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual salary as of the DOI[6] and applying annual increases of 3.27%.[7] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Mrs. Dawsey indicated she was eligible for and did receive an annual bonus in connection with her employment with BMW. I calculated Mrs. Dawsey's implied bonus for each year of the Historical Period by subtracting her base salary from her wages reported on her Form W-2. I then calculated her bonus as a percentage of her base earnings. Finally, I calculated the average bonus percentage for the Historical Period, which is applied to Mrs. Dawsey's annual base earnings through retirement.

BMW provided a company vehicle to Mrs. Dawsey as part of her employment. I calculated the yearly vehicle allowance at $9,600, or $800 per month through the loss period.[8]

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW. As part of the program, BMW would match of $.60 for each $1.00 the employee contributed, up to a maximum match of 6.00% of

---

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per BMW historical pay summary.
[7] Annual increase percentage based on historical growth of Mrs. Dawsey's annual salary during the Historical Period.
[8] Per discussions with Mrs. Dawsey.

elliott davis

5

Dawsey 2847

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

the employee's annual base salary.[9] I applied this formula to Mrs. Dawsey's base earnings to determine the value of the benefit she could have earned but for the Incident.

Mrs. Dawsey was entitled to a Retirement Investment Account ("RIA") as an employee of BMW. As part of the program, BMW contributes 8.00% of base salary for employees aged 50 – 54, 9.00% for employees aged 55 – 59 and 10.00% of base salary when reaching age 60.[10] I applied the above parameters when calculating the contributions BMW would have made to Mrs. Dawsey's RIA but for the Incident.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[11]

## Mitigating Compensation

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as December 2022.[12] Compensation and benefits Mrs. Dawsey has generated since the Incident, and is expected to generate through retirement ("Mitigating Compensation") reduce her Future Compensation in my analysis. Mitigating Compensation consist of her mitigating base salary, mitigating bonus, and mitigating vehicle allowance.

In my analysis, I calculated Mrs. Dawsey's mitigating base salary for 2022 based on her actual reported earnings.[13] To determine Mrs. Dawsey's reasonable mitigating base salary from 2023 through her retirement, I utilized her agreed upon annual salary[14] with GSP and applied annual increases of 3.27%.[15]

GSP offers an annual bonus incentive of 8.00% of base salary, based on eligibility.[16] Mrs. Dawsey would first become eligible for this incentive in 2023. I included the 8.00% bonus amount for the years 2023 – 2027 in Mrs. Dawsey's total mitigating compensation calculation. Mrs. Dawsey's planned retirement at age 60 excludes her from eligibility for the bonus incentive in 2028.

---

[9] Per discussions with Mrs. Dawsey.
[10] Per discussions with Mrs. Dawsey.
[11] Per discussions with Mrs. Dawsey; Annual increases based on historical Social Security Cost of Living Adjustments.
[12] Per discussions with Mrs. Dawsey; Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statement from Greenville-Spartanburg Airport District.
[13] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statement from Greenville-Spartanburg Airport District.
[14] Per signed offer letter from Greenville-Spartanburg Airport District dated July 1, 2022.
[15] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with BMW during the Historical Period.
[16] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.

⬤ elliott davis

6

Dawsey 2848

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

GSP provides a monthly vehicle allowance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle allowance at $6,000, or $500 per month[17] for the portion of the loss period Mrs. Dawsey was, and is expected to be employed by GSP.

## Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

## Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.504% to 4.760%.[18]

John E. Gibson, Jr., CPA/ABV, CVA
Shareholder

---

[17] Per signed offer letter from Greenville-Spartanburg Airport District dated July 1, 2022.
[18] See U.S. Treasury Quotes, *Wall Street Journal*, January 13, 2023.

*elliott davis*

7

Dawsey 2849

**Exhibit A**

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Curriculum Vitae

## PROFESSIONAL OVERVIEW

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Serves as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice.

## EDUCATION

1984    Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

## EMPLOYMENT

| | |
|---|---|
| 2009 – Present | Shareholder, Elliott Davis, LLC, Greenville, SC |
| 2006 – 2009 | Shareholder, Elliott Davis, LLC, Augusta, GA |
| 2005 – 2006 | Senior Manager, Elliott Davis, LLC, Augusta, GA |
| 1999 – 2001 | Senior Manager, Elliott Davis, LLC, Anderson, SC |
| 1984 – 1996 | Various Positions, Elliott Davis, LLC |

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.

elliott davis

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**2001 – 2005**     <u>Vice-President of Finance, Santens of America, Inc.</u>

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999**     <u>Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.</u>

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants

National Association of Certified Valuators and Analysts

*elliott davis*

9

Dawsey 2851

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**Exhibit B**

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

**EXPERT TESTIMONY**

- Sandifer v. Sandifer, Greenville County (SC) Family Court, Docket No 2017-DR-23-3483, March 2018
- William G. Allen, et al v. Commissioner of Internal Revenue, US Tax Court, Docket No 28210-15 & 31951-15, April 2018
- Hearing on Plaintiff's Motion Requiring Turnover or Assignment of Defendant Brent P. Edgerton's Ownership in Tarheel Terrier Corporation, Court of Common Pleas Greenville County (SC), October 10, 2018
- Jensen v. Jensen, Pickens County (SC) Family Court, December 2021
- Vanguard Pai Lung, LLC, and Pai Lund Machinery Mill Co. Ltd. v. William Moody, et al, Mecklenburg County (NC) General Court of Justice Superior Court Division, March 2022
- Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al in Arbitration, Greenville County (SC), May 2022

**DEPOSITION TESTIMONY**

- Sandifer v Sandifer (Docket No 2017-DR-23-3483), March 2018
- Pete A. Lang and Lang Capital, LLC v. Jeffery T. Cutter, et al (Case No: 0:16-CV-00087-JMC), United States District Court for the District of South Carolina Rock Hill Division, October 25, 2018
- Gernado Cato v. SCDOT, et al. (Case 2017-CP-40-4432), Richland County (SC) Court of Common Pleas, May 2020
- Wise, Becky et al v. Spivey, MD, Steven et al in the United States District Court for Northern District of Georgia, September 2021

elliott davis

10

Dawsey 2852

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**Exhibit C**



elliott davis

11

Dawsey 2853

**Dawsey v BMW**
**Exhibit C-1**
**Lost Future Compensation Analysis**

| Present Value of Lost Future Compensation | $ | 829,537 |
|---|---|---|

| Period | Future Compensation [1] | Less: Mitigating Compensation [2] | Lost Future Compensation | Discount Rate [3] | Present Value of Lost Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 14, 2022** | | | | | |
| **Back Pay [4]** | | | | | |
| 01/15/2022 - 12/31/2022 | $ 301,999 | $ (137,537) | $ 164,462 | NA | $ 164,462 |
| Total | $ 301,999 | $ (137,537) | $ 164,462 | | $ 164,462 |
| **Front Pay (Pre-Retirement) [5]** | | | | | |
| 2023 [6] | $ 312,603 | $ (198,090) | $ 114,513 | 4.760% | $ 111,881 |
| 2024 | 323,632 | (204,371) | 119,261 | 4.722% | 111,286 |
| 2025 | 333,900 | (210,859) | 123,041 | 4.209% | 110,991 |
| 2026 | 344,506 | (217,557) | 126,949 | 3.891% | 111,072 |
| 2027 | 355,455 | (224,475) | 130,980 | 3.749% | 110,988 |
| 01/01/2028 - 07/05/2028 [7] | 188,016 | (105,773) | 82,243 | 3.656% | 68,700 |
| Total | $ 1,858,112 | $ (1,161,125) | $ 696,987 | | $ 624,918 |
| **Front Pay (Post-Retirement) [5]** | | | | | |
| 07/06/2028 - 12/31/2028 | $ 4,880 | $ - | $ 4,880 | 3.656% | $ 4,005 |
| 2029 | 10,227 | - | 10,227 | 3.656% | 8,098 |
| 2030 | 10,483 | - | 10,483 | 3.586% | 8,049 |
| 2031 | 10,745 | - | 10,745 | 3.546% | 7,990 |
| 2032 | 11,014 | - | 11,014 | 3.504% | 7,940 |
| 01/01/2033 - 07/05/2033 [8] | 5,753 | - | 5,753 | 3.504% | 4,075 |
| Total | $ 53,102 | $ - | $ 53,102 | | $ 40,157 |
| **Total** | $ 2,213,213 | $ (1,298,662) | $ 914,551 | | $ 829,537 |

**Footnotes:**
[1] See Exhibit C-2; based on historical earnings, vehicle allowance, retirement benefits, and retirement medical payments.
[2] See Exhibit C-3; based on historical earnings and vehicle allowance.
[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published January 13, 2023.
[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.
[5] Front pay refers to the period beginning January 1, 2023 through July 5, 2033.
[6] Mitigating compensation from 2023 to retirement, July 5, 2028, based on current employment agreement. Annual increases based on discussions with client and historical increases.
[7] Estimated retirement date of July 5, 2028.
[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

Dawsey 2854

**Dawsey v BMW**
**Exhibit C-2**
**Lost Future Compensation and Benefits**

| Total Future Compensation and Benefits | $ | 2,213,213 |
|---|---|---|

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle Allowance [3] | Employer 401(k) Match [4] | Retirement Income Account (RIA) [5] | Retiree Medical Payments [6] | Total Future Compensation |
|---|---|---|---|---|---|---|---|
| **DOI: January 14, 2022** | | | | | | | |
| **Back Pay [7]** | | | | | | | |
| 01/15/2022 - 12/31/2022 | $ 205,973 | $ 62,533 | $ 9,600 | $ 7,415 | $ 16,478 | $ - | $ 301,999 |
| Total | $ 205,973 | $ 62,533 | $ 9,600 | | $ 16,478 | $ - | $ 301,999 |
| **Front Pay (Pre-Retirement) [8]** | | | | | | | |
| 2023 | $ 212,708 | $ 64,578 | $ 9,600 | $ 7,657 | $ 18,060 | $ - | $ 312,603 |
| 2024 | 219,664 | 66,690 | 9,600 | 7,908 | 19,770 | - | 323,632 |
| 2025 | 226,847 | 68,871 | 9,600 | 8,166 | 20,416 | - | 333,900 |
| 2026 | 234,265 | 71,123 | 9,600 | 8,434 | 21,084 | - | 344,506 |
| 2027 | 241,925 | 73,448 | 9,600 | 8,709 | 21,773 | - | 355,455 |
| 01/01/2028 - 07/05/2028 [9] | 127,648 | 38,754 | 4,905 | 4,595 | 12,114 | - | 188,016 |
| Total | $ 1,263,057 | $ 383,464 | $ 52,905 | $ 45,469 | $ 113,217 | $ - | $ 1,858,112 |
| **Front Pay (Post-Retirement) [8]** | | | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ - | $ - | $ 4,880 | $ 4,880 |
| 2029 | - | - | - | - | - | 10,227 | 10,227 |
| 2030 | - | - | - | - | - | 10,483 | 10,483 |
| 2031 | - | - | - | - | - | 10,745 | 10,745 |
| 2032 | - | - | - | - | - | 11,014 | 11,014 |
| 01/01/2033 - 07/05/2033 [10] | - | - | - | - | - | 5,753 | 5,753 |
| Total | $ - | $ - | $ - | $ - | $ - | $ 53,102 | $ 53,102 |
| **Total** | $ 1,469,030 | $ 445,997 | $ 62,505 | $ 45,469 | $ 129,695 | $ 53,102 | $ 2,213,213 |

**Footnotes:**
[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.
[2] Based on Mrs. Dawsey's historical earnings.
[3] Per discussions with Mrs. Dawsey, value of vehicle allowance is $800 per month or $9,600 annually.
[4] Per discussions with Mrs. Dawsey, BMW matches $0.60 for each $1.00 of employee contributions, up to a maximum match of 6.00% of the annual base salary.
[5] Per discussions with Mrs. Dawsey, BMW contributes a percentage of the employee's base salary to their RIA based on age.
[6] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Social Security's Cost of Living Adjustments.
[7] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.
[8] Front pay refers to the period beginning January 1, 2023 through July 5, 2033.
[9] Estimated retirement date of July 5, 2028.
[10] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

**Dawsey v BMW**
**Exhibit C-3**
**Mitigating Compensation and Benefits**

| Total Mitigating Compensation and Benefits | $ (1,298,662) |
|---|---|

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle Allowance [3] | Total Mitigating Compensation |
|---|---|---|---|---|
| **DOI: January 14, 2022** | | | | |
| **Back Pay [4]** | | | | |
| 01/15/2022 - 12/31/2022 | $ (135,037) | NA | $ (2,500) | $ (137,537) |
| Total | $ (135,037) | $ - | $ (2,500) | $ (137,537) |
| **Front Pay [5]** | | | | |
| 2023 | $ (177,861) | $ (14,229) | $ (6,000) | $ (198,090) |
| 2024 | (183,677) | (14,694) | (6,000) | (204,371) |
| 2025 | (189,684) | (15,175) | (6,000) | (210,859) |
| 2026 | (195,886) | (15,671) | (6,000) | (217,557) |
| 2027 | (202,292) | (16,183) | (6,000) | (224,475) |
| 01/01/2028 - 07/05/2028 [6] | (102,773) | NA | (3,000) | (105,773) |
| Total | $ (1,052,173) | $ (75,952) | $ (33,000) | $ (1,161,125) |
| **Total** | $ (1,187,210) | $ (75,952) | $ (35,500) | $ (1,298,662) |

**Footnotes:**
[1] Base compensation for 2022 based on actual reported earnings. Base compensation for 2023 through Mrs. Dawsey's retirement, July 5, 2028, based on her offer letter ("Offer Letter") from Greenville-Spartanburg Airport District ("GSP") and increased annually in accordance with annual increases observed during her employment with BMW in the five years preceeding her resignation.
[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.
[3] Vehicle allowance of $500 per month or $6,000 annually per Offer Letter.
[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.
[5] Front pay refers to the period beginning January 1, 2023 through July 5, 2028.
[6] Estimated retirement date of July 5, 2028.

Dawsey 2856