# EXHIBIT C

# The Expert Report Of John E. Gibson, Jr., CPA, ABV

SUBMITTED IN THE MATTER OF:

Kelly Dawsey

v.

Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group"

December 1, 2025

CONFIDENTIAL

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

# Table of Contents

Introduction ........................................................................................................................... 3
Summary of Expert Opinions ................................................................................................. 4
Basis for Opinions .................................................................................................................. 5
    Loss Period ........................................................................................................................ 5
    Future Compensation ....................................................................................................... 5
    Mitigating Compensation ................................................................................................. 6
    Lost Future Compensation ............................................................................................... 8
    Present Value .................................................................................................................... 8
Exhibit A ................................................................................................................................. 9
Exhibit B ............................................................................................................................... 11
Exhibit C ............................................................................................................................... 12

elliott davis

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

## Introduction

Kelly Dawsey began employment with BMW Group in 1995 and resigned from BMW Group in January of 2022 and her last day of employment was January 17, 2022 ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am a retired shareholder of Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I currently provide consulting and advisory services as the sole member of Gibson Advisory, LLC. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina and am Accredited in Business Valuation by the American Institute of Certified Public Accountants. I have testified in various economic damages, family law cases, and business valuation related disputes over the past ten years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals of working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the summary schedule supporting the opinions contained herein. My opinions are based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without the express written consent of Elliott Davis.

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. I am being compensated for my services at $450 per hour. Professionals working under my direction are

---

[1] Per discussions with Mrs. Dawsey and attorney.

*elliott davis*

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

being compensated at $200 – $350 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinions

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $579,471, see table below.[2]

| Type | Period Beginning Date | Period Ending Date | Present Value of Lost Future Compensation |
|---|---|---|---|
| Back Pay[i] | 01/18/22 | 12/31/24 | $ 384,415 |
| Front Pay (Pre-Retirement)[ii] | 01/01/25 | 07/05/28 | 154,170 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 40,886 |
| Total | | | $ 579,471 |

Footnotes:

[i] Back pay refers to lost future compensation prior to January 1, 2025 and is not discounted; I intend to update the back pay period as necessary and before trial.

[ii] Front pay refers to lost future compensation from January 1, 2025 through July 5, 2033 and is discounted; I intend to update the front pay period as necessary and before trial.

I intend to update my report upon receipt of additional information, as necessary, and before trial.

---

[2] See Exhibit C-1.

elliott davis

4

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

## Basis for Opinions

### Loss Period

The compensation and benefits Mrs. Dawsey would have generated but for the Incident ("Future Compensation") begin on January 18, 2022, the day immediately following Mrs. Dawsey's last paid workday for the BMW Group. The loss period ends July 5, 2033, the day Mrs. Dawsey turns sixty-five years old. Mrs. Dawsey would not have received benefits from her employment with BMW Group after July 5, 2033.[3]

### Future Compensation

As of January 17, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to generate in the future working for BMW Group, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW Group – 2017 through 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consist of her base salary, additional compensation, bonus, employer retirement contributions, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual base salary as of the DOI and applying annual increases of 3.27%.[6] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Based on a review of Mrs. Dawsey's Form W-2's for the Historical Period, taxable income exceeded her base salary. Based on discussions with Mrs. Dawsey, she received additional compensation in addition to her base salary consisting of bonuses, company vehicle, and other employee benefits. I calculated Mrs. Dawsey's implied additional compensation for each year of the Historical Period by subtracting her base salary from her wages reported on Box 5 of her Form W-2. I then calculated her additional compensation as a percentage of her base earnings for each year and then computed the average additional compensation percentage to base earnings of 30.36% for the Historical Period. I calculated the future additional compensation by multiplying the historical average percentage of 30.36% to the future base compensation for each period through July 5, 2028, when Mrs. Dawsey reaches the age of sixty.

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW Group. As part of the program, BMW would match of $.60 for each $1.00 the employee contributed, up to a maximum match

---

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per analysis of BMW historical pay summary.

*elliott davis*

5

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

of 4.00% of the employee's annual base salary.[7] In addition, Mrs. Dawsey was entitled to participate in another retirement plan funded completely by BMW known as a Retirement Income Account ("RIA"). As part of the RIA plan, BMW contributes up to 8.00% of base salary for employees aged 50 – 54, up to 9.00% for employees aged 55 – 59 and up to 10.00% of base salary when reaching age 60.[8] For the years 2019 through 2021, BMW made contributions to Mrs. Dawsey's retirement account in the form of the 401(k) match and to the RIA. I reviewed Mrs. Dawsey's BMW Savings Plan Retirement Savings Statements for the years 2019 through 2021 and BMW's contributions ranged from 7.70% to 11.10% of Mrs. Dawsey's base salary. In determining the future employer retirement contribution for 2022, I used the average of the three-year period ended in 2021 of 9.50%. I increased the future retirement contribution by 1.0% when Mrs. Dawsey reached the ages of fifty-five and sixty.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[9]

Based on my analysis, Mrs. Dawsey's future compensation is approximately $2.10 million.

**Mitigating Compensation**

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as November of 2025.[10] Compensation and benefits Mrs. Dawsey has generated since the Incident and expected to generate through retirement ("Mitigating Compensation") will reduce her Future Compensation. Mitigating Compensation consist of her mitigating base salary, mitigating bonus, mitigating vehicle allowance, group term life insurance, and retirement benefits.

In my analysis, I calculated Mrs. Dawsey's mitigating base salary for the years 2022 through 2025 based on her actual reported earnings.[11] To determine Mrs. Dawsey's reasonable mitigating base salary from 2026 through her retirement, I applied annual increases of 6.10%.[12]

---

[7] Per discussions with Mrs. Dawsey.
[8] Per discussions with Mrs. Dawsey.
[9] Per discussions with Mrs. Dawsey, Annual increases based on historical Social Security Cost of Living Adjustments.
[10] Per discussions with Mrs. Dawsey, Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[11] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[12] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with GSP through July of 2025.

*elliott davis*

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

GSP offers an annual bonus incentive of between 5.00% and 10.00% of base salary, based on eligibility.[13] Mrs. Dawsey was eligible for this incentive in 2023. I included the actual bonuses received for the years 2023 and 2024. I applied a 10.00% bonus amount for the years 2025 through 2027 based on Mrs. Dawsey's salary grade as of June of 2025. As Mrs. Dawsey's plans to retire at age sixty, her last day of employment in my calculations is July 5, 2028. I applied a prorated percentage of Mrs. Dawsey's anticipated bonus for the year 2028.

GSP provides a monthly vehicle allowance and group long-term life insurance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle allowance at $6,000, or $500 per month for the portion of the loss period Mrs. Dawsey was and is expected to be employed by GSP.[14] In addition, I calculated the mitigating group long-term life insurance by increasing the actual 2025 benefit by 6.0% for the years 2026 through 2028.

As part of her employment with GSP, Mrs. Dawsey is required to participate and contribute to the South Carolina Retirement System ("SCRS"). All employees are required to contribute 9.00% of their salary to the SCRS. GSP also makes an annual contribution to the SCRS. In the fiscal years (ended June 30th) of 2024 and 2023, GSP contributed 18.41% and 17.41% of employee salaries to the SCRS.[15] Mrs. Dawsey is considered a Class Three member under the SCRS plan and as such must have eight years of service to receive the monthly pension benefit. Mrs. Dawsey will not have eight years of service upon her retirement and will not receive an annuity upon her retirement and as such I have not included any SCRS benefit in my analysis.

GSP also offers employees a 401(k) and 457 plan under the South Carolina Deferred Compensation Plan. GSP matches 100% of employee contributions to the plans up to 5% of the employee's gross income.[16] Based on review of Mrs. Dawsey's pay stubs, she is participating in the 401(k) plan and contributing 5% of her gross income. I have included GSP's matching retirement contribution in my analysis of mitigating compensation.

Based on my analysis, Mrs. Dawsey's mitigating compensation is approximately $1.48 million.

### Health Insurance Benefits

Mrs. Dawsey participated in BMW Group's group health insurance plan for the years 2017 through 2021. Based on a review of Mrs. Dawsey's Form W-2 for the years 2019 through 2021, the total amount reported in Box 12 (Code DD) was $20,075, $23,592, and $23,592, respectively. Box 12 (Code DD) is for informational purposes only as health insurance premiums paid by the employer are no taxable to the employee. Mrs. Dawsey also participates in the GSP group health insurance plan. Based on a review of Mrs. Dawsey's total compensation reports for the years 2023 and 2024 and the year-to-date 2025, the total amount of health insurance premiums (including dental) paid by

---

[13] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.
[14] Based on total compensation reports provided by Mrs. Dawsey.
[15] GSP International Airport 2024 Annual Comprehensive Financial Report.
[16] Ibid.

elliott davis

7

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

GSP were $15,517, $15,567, and $16,121, respectively. Based on discussion with Mrs. Dawsey, GSP pays 80% of the insurance premiums and the employee pays 20% of the premium. Based on my analysis, the health insurance premiums paid by the employers are similar and therefore not included in my analysis.

### Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

### Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.510% to 3.782%.[17]

John E. Gibson, Jr., CPA/ABV, CVA

---

[17] See U.S. Treasury Quotes, *Wall Street Journal*, January 13, 2023.

elliott davis

8

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**Exhibit A**

# John E. Gibson, Jr. ("Jay"), CPA, ABV – Curriculum Vitae

## PROFESSIONAL OVERVIEW

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Serves as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice.

## EDUCATION

**1984**   Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

## EMPLOYMENT

| | |
|---|---|
| 2009 – July 2025 | Shareholder, Elliott Davis, LLC, Greenville, SC |
| 2006 – 2009 | Shareholder, Elliott Davis, LLC, Augusta, GA |
| 2005 – 2006 | Senior Manager, Elliott Davis, LLC, Augusta, GA |
| 1999 – 2001 | Senior Manager, Elliott Davis, LLC, Anderson, SC |
| 1984 – 1996 | Various Positions, Elliott Davis, LLC |

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.

elliott davis

9

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**2001 – 2005**     <u>Vice-President of Finance, Santens of America, Inc.</u>

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999**     <u>Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.</u>

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**Exhibit B**

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

**EXPERT TESTIMONY**

- Sandifer v. Sandifer, Greenville County (SC) Family Court, Docket No 2017-DR-23-3483, March 2018
- William G. Allen, et al v. Commissioner of Internal Revenue, US Tax Court, Docket No 28210-15 & 31951-15, April 2018
- Hearing on Plaintiff's Motion Requiring Turnover or Assignment of Defendant Brent P. Edgerton's Ownership in Tarheel Terrier Corporation, Court of Common Pleas Greenville County (SC), October 10, 2018
- Jensen v. Jensen, Pickens County (SC) Family Court, December 2021
- Vanguard Pai Lung, LLC, and Pai Lund Machinery Mill Co. Ltd. v. William Moody, et al, Mecklenburg County (NC) General Court of Justice Superior Court Division, March 2022
- Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al in Arbitration, Greenville County (SC), May 2022

**DEPOSITION TESTIMONY**

- Sandifer v Sandifer (Docket No 2017-DR-23-3483), March 2018
- Pete A. Lang and Lang Capital, LLC v. Jeffery T. Cutter, et al (Case No: 0:16-CV-00087-JMC), United States District Court for the District of South Carolina Rock Hill Division, October 25, 2018
- Gernado Cato v. SCDOT, et al. (Case 2017-CP-40-4432), Richland County (SC) Court of Common Pleas, May 2020
- Wise, Becky et al v. Spivey, MD, Steven et al in the United States District Court for Northern District of Georgia, September 2021

*elliott davis*

11

THE EXPERT REPORT OF JOHN E. GIBSON, JR.
Confidential

**Exhibit C**

## Dawsey v BMW
## Exhibit C-1
## Lost Future Compensation Analysis

| Present Value of Lost Future Compensation | $ 579,471 |
|---|---|

| Period | Future Compensation [1] | Less: Mitigating Compensation [2] | Lost Future Compensation | Discount Rate [3] | Present Value of Lost Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| **Back Pay [4]** | | | | | |
| 01/18/2022 - 12/31/2022 | $ 276,070 | $ (139,571) | $ 136,499 | NA | $ 136,499 |
| 2023 [6] | 298,535 | (203,720) | 94,815 | NA | 94,815 |
| 2024 | 309,418 | (231,275) | 78,143 | NA | 78,143 |
| 2025 | 319,535 | (244,577) | 74,958 | NA | 74,958 |
| Total | $ 1,203,558 | $ (819,143) | $ 384,415 | | $ 384,415 |
| **Front Pay (Pre-Retirement) [5]** | | | | | |
| 2026 | 329,985 | (254,496) | 75,489 | 3.976% | 65,859 |
| 2027 | 340,774 | (269,653) | 71,121 | 3.550% | 60,789 |
| 01/01/2028 - 07/05/2028 [7] | 171,508 | (138,792) | 32,716 | 3.510% | 27,522 |
| Total | $ 842,267 | $ (662,941) | $ 179,326 | | $ 154,170 |
| **Front Pay (Post-Retirement) [5]** | | | | | |
| 07/06/2028 - 12/31/2028 | $ 4,974 | $ - | $ 4,974 | 3.510% | $ 4,114 |
| 2029 | 10,458 | - | 10,458 | 3.559% | 8,331 |
| 2030 | 10,754 | - | 10,754 | 3.626% | 8,233 |
| 2031 | 11,058 | - | 11,058 | 3.718% | 8,108 |
| 2032 | 11,371 | - | 11,371 | 3.782% | 7,991 |
| 01/01/2033 - 07/05/2033 [8] | 5,958 | - | 5,958 | 3.782% | 4,109 |
| Total | $ 54,573 | $ - | $ 54,573 | | $ 40,886 |
| **Total** | $ 2,100,398 | $ (1,482,084) | $ 618,314 | | $ 579,471 |

**Footnotes:**
[1] See Exhibit C-2.
[2] See Exhibit C-3.
[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published October 24, 2025.
[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2025 and is not discounted.
[5] Front pay refers to the period beginning January 1, 2026 through July 5, 2033.
[6] Mitigating compensation from 2022 to retirement, July 5, 2028, based on current employment with GSP. Annual increases based on discussions with client and historical increases.
[7] Estimated retirement date of July 5, 2028.
[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

## Dawsey v BMW
### Exhibit C-2
### Lost Future Compensation and Benefits

| Total Future Compensation and Benefits | $ 2,100,398 |
|---|---|

| Period | Base Compensation [1] | Additional Compensation [2] | Retirement Benefits [3] | Retiree Medical Payments [4] | Total Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| **Back Pay [5]** | | | | | |
| 01/18/2022 - 12/31/2022 | $ 197,390 | $ 59,928 | $ 18,752 | $ - | $ 276,070 |
| 2023 | 212,707 | 64,578 | 21,250 | - | 298,535 |
| 2024 | 219,663 | 66,690 | 23,065 | - | 309,418 |
| 2025 | 226,846 | 68,870 | 23,819 | - | 319,535 |
| Total | $ 856,606 | $ 260,066 | $ 86,886 | $ - | $ 1,203,558 |
| **Front Pay (Pre-Retirement) [8]** | | | | | |
| 2026 | 234,264 | 71,123 | 24,598 | - | 329,985 |
| 2027 | 241,924 | 73,448 | 25,402 | - | 340,774 |
| 01/01/2028 - 07/05/2028 [6] | 127,648 | 38,754 | 5,106 | - | 171,508 |
| Total | $ 603,836 | $ 183,325 | $ 55,106 | $ - | $ 842,267 |
| **Front Pay (Post-Retirement) [7]** | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ 4,974 | $ 4,974 |
| 2029 | - | - | - | 10,458 | 10,458 |
| 2030 | - | - | - | 10,754 | 10,754 |
| 2031 | - | - | - | 11,058 | 11,058 |
| 2032 | - | - | - | 11,371 | 11,371 |
| 01/01/2033 - 07/05/2033 [8] | - | - | - | 5,958 | 5,958 |
| Total | $ - | $ - | $ - | $ 54,573 | $ 54,573 |
| **Total** | $ 1,460,442 | $ 443,391 | $ 141,992 | $ 54,573 | $ 2,100,398 |

**Footnotes:**

[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.
[2] Based on Mrs. Dawsey's historical earnings and includes vehicle allowance, bonus, and other compensation.
[3] Retirement benefits include a 401(k) matching contribution from BMW and a contribution by BMW to a retirement income account (RIA) based on historical data.
[4] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Social Security's Cost of Living Adjustments.
[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2024 and is not discounted.
[6] Front pay refers to the period beginning January 1, 2025 through July 5, 2033.
[7] Estimated retirement date of July 5, 2028.
[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

**Dawsey v BMW**
**Exhibit C-3**
**Mitigating Compensation and Benefits**

| | Total Mitigating Compensation and Benefits | $ (1,482,084) |
|---|---|---|

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle and GT Life Insurance [3] | Retirement Benefit [4] | Total Mitigating Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| **Back Pay [5]** | | | | | |
| 01/18/2022 - 12/31/2022 | $ (137,071) | NA | $ (2,500) | $ - | $ (139,571) |
| 2023 | (183,591) | (13,439) | (6,689) | - | (203,720) |
| 2024 | (195,688) | (19,527) | (6,751) | (9,310) | (231,275) |
| 2025 | (206,785) | (20,679) | (6,774) | (10,339) | (244,577) |
| Total | $ (723,135) | $ (53,645) | $ (22,715) | $ (19,649) | $ (819,143) |
| **Front Pay [6]** | | | | | |
| 2026 | $ (215,370) | $ (21,537) | $ (6,820) | $ (10,769) | $ (254,496) |
| 2027 | (228,508) | (22,851) | (6,869) | (11,425) | (269,653) |
| 01/01/2028 - 07/05/2028 [7] | (117,636) | (11,764) | (3,510) | (5,882) | (138,792) |
| Total | $ (561,514) | $ (56,152) | $ (17,199) | $ (28,076) | $ (662,941) |
| **Total** | $ (1,284,649) | $ (109,797) | $ (39,914) | $ (47,725) | $ (1,482,084) |

**Footnotes:**
[1] Base compensation for 2022 through 2024 based on actual reported earnings. Base compensation for 2025 through Mrs. Dawsey's retirement, July 5, 2028, are increased based on annual increases observed during her employment with GSP in 2024 and 2025.
[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.
[3] Vehicle allowance of $500 per month or $6,000 annually per annual total compensation report. Group long-term insurance is actual for 2023 through 2025 and projected to increase 6.0% thereafter.
[4] Retirement benefit consists of employer match of the Mrs. Dawsey's 401(k) contribution.
[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2024 and is not discounted.
[6] Front pay refers to the period beginning January 1, 2025 through July 5, 2028.
[7] Estimated retirement date of July 5, 2028.