# EXHIBIT D

Page 1

1    UNITED STATES DISTRICT COURT
2    DISTRICT OF SOUTH CAROLINA
3    SPARTANBURG DIVISION
4
5    KELLY DAWSEY,
6        Plaintiff,
7        vs.                    C/A NO. 7:22-cv-03738-TMC
8    BAYERISCHE MOTOREN WORKE
9    AKTIENGESELLSCHAFT AND BMW
10   MANUFACTURING CO., LLC,
11   COLLECTIVELY D/B/A "BMW
12   GROUP,"
13       Defendants.
14
15   DEPOSITION OF:   JOHN E. GIBSON, JR.
16   DATE:            December 4, 2025
17   TIME:            1:05 p.m.
18   LOCATION:        Law Offices of Jackson Lewis
19                    15 South Main Street
20                    Suite 700
21                    Greenville, SC
22   TAKEN BY:        Counsel for the Defendants
23   REPORTED BY:     ERIC GLAZIER, Court Reporter
24
25

John E. Gibson, Jr.                          December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 91

1    Q.   Okay.
2         Was it within the past couple weeks?
3    A.   I think so.
4    Q.   Before Thanksgiving or after?
5    A.   Could have even been 1st of December.
6    I don't...
7    Q.   Could have been the day that you did
8    the report?
9    A.   It could have been either right before
10   Thanksgiving or the -- the day I finalized her
11   report.
12   Q.   Okay.
13        So it's within the last week?
14   A.   I don't recall the exact date of the
15   conversation.
16   Q.   That's fine.  But within the last --
17   A.   It's in between November 23rd and
18   December 1st.
19   Q.   Thank you for that.
20        So very recent?
21   A.   Yes.
22   Q.   Thank you.
23        Sir, when we're talking all about these
24   numbers and the changes and the adjustments that
25   you made, the -- these are all numbers that you're

7:22-cv-03738-TMC    Date Filed 12/15/25    Entry Number 145-4    Page 4 of 9

John E. Gibson, Jr.                         December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 92

1  calculating alleged damages from January 17th of
2  '22, right?
3       A.   Yes.
4       Q.   There's no calculation of damages
5  before January 17th, right?
6       A.   Correct.
7       Q.   And that's because there are no damages
8  before January 17th, right?
9       A.   Correct.
10      Q.   Thank you.
11           If we look at Page 7, you also state, I
12 applied a ten percent bonus amount for the years
13 2025 through 2027.  And I will say, from my compare
14 version, Page 7 is a lot of new -- new language,
15 isn't it, Mr. Gibson?
16           MR. MURPHY:  Object to the form.
17 BY MR. MOODY:
18      Q.   From your prior reports, there's a lot
19 of additional language, right?
20      A.   I believe so, yes.
21      Q.   Okay.
22           And I -- I just -- I'm trusting
23 technology, but what I'm looking at, Page 7 is
24 almost predominantly new.  And you say, I applied a
25 ten percent bonus amount for the years 2025 through

John E. Gibson, Jr.　　　　　　　　　　　　December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 47

1　　　　Q.　Thank you for that.
2　　　　　　Let's go to Page 3, sir. You say Kelly
3　Dawsey began employment with BMW Group in 1995.
4　　　　　　Do you see that --
5　　　　A.　Yes, sir.
6　　　　Q.　-- right at the top? And resigned from
7　BMW Group in January of 2022. And her last day of
8　employment was January 17, 2022. And then you say,
9　paren, quote, date of incident, close paren, are,
10　quote, DOI, close quote, and, quote, incident,
11　close quote, close paren.
12　　　　　　What is the incident?
13　　　　A.　The way I understand the case is,
14　Ms. Dawsey is alleging discrimination, employment
15　discrimination in the case. And if it is proved in
16　court that there was discrimination, then this
17　would be the damages related to that.
18　　　　Q.　Okay.
19　　　　　　And where did you obtain that
20　understanding?
21　　　　A.　From the complaint.
22　　　　Q.　Okay.
23　　　　　　What -- what specific part of the
24　complaint?
25　　　　A.　Well, it had alleged discrimination in

John E. Gibson, Jr.                     December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 48

1   an -- in the de- -- in the complaint somewhere.  I
2   don't regard exact sections.
3       Q.   Okay.  All right.
4            So you did review the complaint?
5       A.   Yes, sir.
6       Q.   Did you review several versions of the
7   complaint?
8       A.   I don't remember which version I had.
9       Q.   Yeah, and I -- I don't know which
10  version you had either.  Because you're going to
11  send me all that, right?
12      A.   Yes, sir.
13      Q.   All right.
14           And does the complaint use the term,
15  incident?
16      A.   No, sir.
17      Q.   Who chose the word, incident?
18      A.   I chose it as I couldn't think of
19  another word to use for it.
20      Q.   Okay.
21           And so just so I completely understand,
22  and for purposes of the record, your choosing of
23  the word, incident, relates to alleged
24  discrimination?
25      A.   Yes, sir.

John E. Gibson, Jr.                          December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 49

1   Q.   And why did you choose the date of
2   January 17th, 2022?
3   A.   Because that was her last day of
4   employment with BMW.
5   Q.   Okay.
6   And so when you use the date of
7   January 17th, 2022, that's the last date of her
8   employment.  And you say she resigned, correct?
9   A.   That's what I remember reading in...
10  Q.   Thank you.
11  And the significance of January 17th,
12  2022, was the fact that she had resigned.  And that
13  was her last day that she worked, correct?
14  MR. MURPHY:  Object.  Asked and
15  answered.
16  A.   Yes.
17  Q.   Thank you.
18  Are you -- do you recall that you used
19  a different date in prior reports?
20  A.   I don't recall if I did on the initial
21  report or not.
22  Q.   All right.
23  Well, you -- prior to this change to
24  January 17th, you used the date of January 14th.
25  And if you need to see it, I'll -- I'll pull it

John E. Gibson, Jr.                                December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 44

1  on your CV?
2       A.   No, sir.
3       Q.   All right.
4            Mr. Gibson, what were you asked to do
5  in this case?
6       A.   I was asked to provide calculation of
7  wages as if Mrs. Dawsey was still employed with BMW
8  against what her wages were after she left
9  employment.
10      Q.   All right.
11           So if -- if Ms. Dawsey would have
12 stayed at BMW, what would her damages be?
13           MR. MURPHY:  Object to the form.
14      A.   I was not asked to -- I was just asked
15 to provide an opinion as to what her wages would
16 have been versus what they are today.  I wasn't
17 asked to opine on the legality of whether she would
18 have stayed at BMW or not.  She wasn't there, so...
19      Q.   Well, I'm asking you.
20           MR. MURPHY:  Object to the form.
21      A.   Can you repeat the question?
22      Q.   Absolutely.
23           If she would have stayed at BMW, what
24 would her damages be?
25           MR. MURPHY:  Object to the form.  Calls

John E. Gibson, Jr.                                December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 45

1  for speculation.
2      A.   If she had stayed at BMW --
3      Q.   Yes, sir.
4      A.   -- I assume she would have had the same
5  wages that I would have calculated.
6      Q.   Okay.
7           So what would her damages be?
8           MR. MURPHY:  Object to the form.
9      A.   There would be none because she would
10 still be employed there.
11     Q.   So the answer to the question is zero,
12 right?
13          MR. MURPHY:  Object to the form.
14     A.   If she was still there.
15     Q.   So the answer to the question is zero?
16          MR. MURPHY:  Object to the form.
17     Q.   Correct?
18     A.   But she's not there.
19     Q.   I'm not asking that.  I'm asking, if
20 she stayed at BMW, her damages would be zero,
21 right?
22          MR. MURPHY:  Object to the form.  Calls
23 for speculation.
24     A.   Correct.
25     Q.   Thank you, sir.