IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KELLY DAWSEY,<br><br>    Plaintiff,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP,"<br><br>    Defendants. | C.A. No. 7:22-cv-03738-TMC |

**DEFENDANT BMW MANUFACTURING'S RULE 26(a)(3) DISCLOSURES**

Pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and the Trial Notice and Scheduling Order entered in the above-referenced matter (ECF No. 135), Defendant BMW Manufacturing Co., LLC ("BMW MC"), by and through undersigned counsel, hereby submits the following pretrial disclosures:

**(A)**   **IDENTIFICATION OF WITNESSES**.

  1.   Defendant BMW MC expects to call the following witnesses:

    Robert Engelhorn
    Sherry McCraw
    Christine Petrasch
    Corey Epps
    Sherrill Miller

  2.   Defendant BMW MC may call the following witnesses if the need arises:

    Nicholas Harris
    Scott Medley
    Kathy Keiser
    Neal Gilmore
    Eddy Bailey

Eva Burgmeier

Defendants also reserve the right to call any additional witnesses that have been identified by Plaintiff or Defendant BMW AG and that are necessary for purposes of impeachment or rebuttal. Further, Defendant BMW MC may also call any witnesses and record custodians necessary to authenticate any documents noted herein.

**(B)** **DESIGNATION OF WITNESSES WHERE TESTIMONY IS EXPECTED TO BE PRESENTED BY DEPOSITION**.

In accordance with Federal Rule of Civil Procedure Rule 26(a)(3)(A)(ii), Defendant BMW MC does not anticipate presenting any witness testimony at this time by deposition. Defendant BMW MC reserves the right to counter-designate deposition excerpts based on any designations made by Plaintiff under Rule 26(a)(3)(A)(ii). Defendant BMW MC also reserves the right to use deposition testimony of witnesses as needed for the purpose of impeachment, for the purpose of refreshing recollection, or for any other purpose deemed appropriate under the Federal Rules of Evidence.

**(C)** **IDENTIFICATION OF EXHIBITS**.

In accordance with Rule 26(a)(3)(A)(iii), a list of the proposed trial exhibits of Defendant BMW MC are provided in Exhibit A.

Defendant BMW MC will supplement this disclosure prior to trial should the identity of any further witnesses or exhibits that are required to be disclosed pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure become known to them.

Respectfully submitted this the 22nd day of December, 2025.

> By: *s/ Ellison F. McCoy*
> Ellison F. McCoy (Fed. I.D. No. 6389)
> ellison.mccoy@jacksonlewis.com
> D. Randle Moody II (Fed. I.D. No. 7169)
> randy.moody@jacksonlewis.com
> Mallory H. Gantt (Fed. I.D. No. 13867)
> mallory.gantt@jacksonlewis.com
> JACKSON LEWIS P.C.
> 15 South Main Street, Suite 700
> Greenville, SC 29601
> (864) 232-7000
>
> *ATTORNEYS FOR DEFENDANT*
> *BMW MANUFACTURING CO., LLC*