# EXHIBIT A

*Kelly Dawsey v. BMW AG and BMW MC* (C.A. No. 7:22-cv-03738-TMC)
Defendant BMW MC's Proposed Exhibit List

| EXHIBIT # | DOCUMENT REFERENCE # | DOCUMENT IDENTIFICATION |
|---|---|---|
| 1. | ECF 20 | Amended Complaint filed 2/9/2023 |
| 2. | BMW MC 5-6 | 4/25/1995 job offer letter |
| 3. | BMW MC 113-15 | Kelly Dawsey Resume |
| 4. | Dawsey 291-302 | BMW MC Implementation of Exempt Grading, Salary, Bonus, and Benefit Structure |
| 5. | BMW MC 617 (document produced in native format) | Personnel Development/Succession Planning PowerPoint dated June 2021 |
| 6. | BMW MC 636 (document produced in native format) | TX-6 Organizational overview - New structure Since 12/2019 PowerPoint |
| 7. | Dawsey 104 | Promotion to Department Manager dated 12/17/2014 |
| 8. | Dawsey 103 | Personal Grade Promotion dated 9/22/2015 |
| 9. | Dawsey 94-95 | Salary Increase dated 3/18/2016 |
| 10. | Dawsey 85 | Personal Grade promotion dated 3/20/2017 |
| 11. | Dawsey 86 | Bonus letter dated 5/26/2017 |
| 12. | Dawsey 74 | Salary increase dated 3/2/2018 |
| 13. | Dawsey 73 | Salary increase dated 3/8/2019 |
| 14. | Dawsey 66 | Compensation Change Statement dated 3/20/2020 |
| 15. | Dawsey 65 | Compensation Change Statement dated 3/20/2021 |
| 16. | Dawsey 29 | Kelly Dawsey BMW MC Position History |
| 17. | Dawsey 2861-2863 | Kelly Dawsey BMW MC Pay History |

*Kelly Dawsey v. BMW AG and BMW MC* (C.A. No. 7:22-cv-03738-TMC)
Defendant BMW MC's Proposed Exhibit List

| EXHIBIT # | DOCUMENT REFERENCE # | DOCUMENT IDENTIFICATION |
|---|---|---|
| 18. | BMW MC 709 | 2021 TX-6 Department Manager bonuses |
| 19. | BMW MC 1733-34 | Salary Information for Scott Medley and Eva Burgmeier |
| 20. | BMW MC 1936 | Scott Medley BMW MC Position History |
| 21. | BMW MC 1935 | Scott Medley BMW MC Pay History |
| 22. | BMW MC 497-98 | 7/19/2021 email from Christine Petrasch to Claudia Koepnick with succession planning for Kelly Dawsey and Corey Epps |
| 23. | BMW MC 302-05 | Job Function Data Sheet TX-60 dated 2/1/2022 |
| 24. | BMW MC 306-09 | Job Function Data Sheet TX-60 dated 4/1/2019 |
| 25. | BMW MC 310-12 | Job Function Data Sheet TX-61 dated 10/24/2021 |
| 26. | BMW MC 316-18 | Job Function Data Sheet TX-61 dated 4/1/2019 |
| 27. | BMW MC 313-15 | Job Function Data Sheet TX-61 dated 5/22/2022 |
| 28. | BMW MC 319-21 | Job Function Data Sheet TX-64 dated 5/1/2019 |
| 29. | BMW MC 421 (document produced in native format) | TX-64 job requirements |
| 30. | BMW MC 619-20 (document produced in native format) | 6/3/2021 email from Kelly Dawsey to Corey Epps, Ericka Suber, Monique Sanders with attachment "project misaligned" PowerPoint regarding Personal Grade for US |
| 31. | BMW MC 451-52 | 1/19/2021 email from Christine Petrasch with topics for network sent to HR team |
| 32. | BMW MC 453 (document produced in native format) | Substructure HR Plant Spartanburg TX-6 PowerPoint |

*Kelly Dawsey v. BMW AG and BMW MC* (C.A. No. 7:22-cv-03738-TMC)
Defendant BMW MC's Proposed Exhibit List

| EXHIBIT # | DOCUMENT REFERENCE # | DOCUMENT IDENTIFICATION |
|---|---|---|
| 33. | BMW MC 1214 | Sherry McCraw BMW MC Position History |
| 34. | BMW MC 443-44 | 9/23/2021 email from Christine Petrasch to Robert Englehorn with PowerPoint attachment for PE Tag TX-6 presentation |
| 35. | Dawsey 2659-62 | TX-6 and TX-60 Info Share Documents for Kelly Dawsey and Christine Petrasch with handwritten notes |
| 36. | BMW MC 445-46 (document produced in native format) | 10/1/2021 email from Christine Petrasch to Claudia Koepnick with org chart |
| 37. | BMW MC 461-62 | 9/13/2021 email from Christine Petrasch to Kelly Dawsey regarding Corey Epps promotion |
| 38. | BMW MC 441 | 10/1/2021 email from Christine Petrasch to Kelly Dawsey asking to upgrade Corey Epps to G11 |
| 39. | BMW MC 322 (document produced in native format) | TX-6 Management Workshop agenda for November 11, 2021 |
| 40. | BMW MC 248-262 | TX-6 Reorganization PowerPoint |
| 41. | BMW MC 516 | 12/10/2021 email from Christine Petrasch to HR team regarding meeting on TX-6 organization |
| 42. | BMW MC 518-19 (document produced in native format) | 12/13/2021 email from Christine Petrasch to Kelly Dawsey with TX-6 Reorganization PowerPoint |
| 43. | Morse & Savage 1-70 | Documents produced by Sherrill Miller in response to subpoena issued to Morse & Savage |
| 44. | Dawsey 2814-19 | Emails between Sherrill Miller and Kelly Dawsey |
| 45. | Dawsey 2746 | Morse & Savage Consultant Agreement with Kelly Dawsey |
| 46. | Dawsey 2747 | Copy of Check to Morse & Savage from Kelly Dawsey |
| 47. | Dawsey 2820-31 | Emails between Sherrill Miller and Kelly Dawsey |
| 48. | Dawsey 2801-13 | Emails between Kelly Dawsey and Madewell Concrete |

*Kelly Dawsey v. BMW AG and BMW MC* (C.A. No. 7:22-cv-03738-TMC)
Defendant BMW MC's Proposed Exhibit List

| EXHIBIT # | DOCUMENT REFERENCE # | DOCUMENT IDENTIFICATION |
|---|---|---|
| 49. | BMW MC 517 | 12/9/2021 email from Christine Petrasch to all HR Team following up on TX-6 circle |
| 50. | BMW MC 110 | 12/10/2021 offer letter to Kelly Dawsey by Madewell Concrete |
| 51. | Dawsey 2628 | Kelly Dawsey Handwritten notes dated 9/27/2021 |
| 52. | BMW MC 433-34 | 1/3/2022 email from Christine Petrasch to Sherry McCraw with Kelly Dawsey resignation notice |
| 53. | BMW MC 435 | Kelly Dawsey resignation letter |
| 54. | BMW MC 612-13 | Text Messages between Kelly Dawsey and Marlyn Owens |
| 55. | BMW MC 124 | Compensation Details for Kelly Dawsey at Madewell Concrete |
| 56. | Dawsey 2898 | Madewell Concrete Earnings Summary |
| 57. | BMW MC 144-45 | 7/1/2022 offer letter from GSP Airport |
| 58. | BMW MC 275 | Charge of Discrimination |
| 59. | Dawsey 2836-42 | 12/13/2022 email from Kelly Dawsey to John E. Gibson, Jr. with documentation attached |
| 60. | Dawsey 2843-2856 | John E. Gibson, Jr. Expert Report dated January 2023 |
| 61. | | John E. Gibson, Jr. Expert Report dated October 2025 |
| 62. | | John E. Gibson, Jr. Expert Report dated December 2025 |
| 63. | | Expert Rebuttal Report of Nicholas R. Harris dated November 2025 |
| 64. | BMW MC 464-65 (document produced in native format) | 9/23/2021 email from Christine Petrasch to Claudia Koepnick with TX-6 HR Project outline |
| 65. | BMW MC 436 | 1/4/2022 email from Christine Petrasch to Karl Hacker |

*Kelly Dawsey v. BMW AG and BMW MC* (C.A. No. 7:22-cv-03738-TMC)
Defendant BMW MC's Proposed Exhibit List

| EXHIBIT # | DOCUMENT REFERENCE # | DOCUMENT IDENTIFICATION |
|---:|---|---|
| 66. | BMW AG 12 | 1/5/2022 email from Christine Petrasch to Barbara Burghart regarding Kelly Dawsey's resignation |
| 67. | BMW AG 21-22 | 3/1/2021 email from Christine Petrasch to Claudia Koepnick regarding TX-6 Organization |
| 68. | BMW MC 423-29 | 3/19/2021 email from Christine Petrasch to Eszter Belinski with a PowerPoint of the 2021 Review of the TX-6 Organization |
| 69. | BMW AG 23-24 | 4/20/2021 email from Christine Petrasch to Claudia Koepnick regarding review of the TX-6 Organization |
| 70. | BMW AG 36-42 | 6/10/2021 email from Christine Petrasch to Claudia Koepnick regarding TX-6 HR Project |
| 71. | BMW MC 521-22 | 4/8/2021 email from Christine Petrasch to Kelly Dawsey requesting job descriptions for VP of HR and Manager Recruiting |
| 72. | Dawsey 2873-83 | Kelly Dawsey GSP Pay Records |
| 73. | Dawsey 2902-09 | Kelly Dawsey GSP Total Compensation Statements |
| 74. | BMW MC 1826-37 | Kelly Dawsey BMW MC Retirement Savings Plan Statements (2022-25) |
| 75. | Dawsey 2895 | Kelly Dawsey BMW MC Retirement Savings Plan Statement (2021) |
| 76. | BMW MC 1838-44 | Kelly Dawsey BMW MC Pension Plan Distribution |
| 77. | BMW MC 1911-15 | Kelly Dawsey BMW MC Earnings Statements (2019-22) |
| 78. | BMW MC 1928-34 | Scott Medley BMW MC Earnings Statements (2019-25) |
| 79. | BMW MC 1822-25 | Scott Medley BMW MC Compensation Change Statements (2020-2023) |
| 80. |  | Rule 1006 exhibit summarizing Kelly Dawsey BMW MC earnings and Scott Medley BMW MC earnings |

In addition to the specifically enumerated exhibits listed above, Defendant BMW MC states it may also offer the following documents as exhibits at trial if the need arises:

*Kelly Dawsey v. BMW AG and BMW MC* (C.A. No. 7:22-cv-03738-TMC)
Defendant BMW MC's Proposed Exhibit List

- Any exhibits separately identified by Plaintiff;
- All pleadings filed in this action;
- All deposition transcripts and deposition exhibits to the extent not specifically identified above; and
- Any demonstrative exhibits identified at trial.