IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KELLY DAWSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 7:22-cv-03738-TMC |
| | ) |
| BAYERISCHE MOTOREN WERKE | ) |
| AKTIENGESELLSCHAFT and BMW | ) |
| MANUFACTURING CO., LLC collectively | ) |
| d/b/a "BMW GROUP," | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT BAYERISCHE MOTOREN WERKE
AKTIENGESELLSCHAFT'S REQUEST FOR PROTECTION**

COMES NOW Defendant, Bayerische Motoren Werke Aktiengelsellschaft (BMW AG), by and through its undersigned counsel, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby submits the following:

**(i)     The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.**

WILL CALL:

1. Dr. Robert Englehorn

2. Sherry McCraw

3. Christine Petrasch

4. Corey Epps

5. Sherrill Miller

<u>MAY CALL</u>:

6.   Nicolas Harris

7.   Kathy Keiser

8.   Scott Medley

9.   Neal Gilmore

10.  Eva Burgmeier

**(ii)    Designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition; and**

Defendant BMW AG does not anticipate presenting any witness testimony at this time by deposition. Defendant BMW AG reserves the right to counter-designate deposition excerpts based on any designations made by Plaintiff under Rule 26(a)(3)(A)(ii). Defendant BMW AG also reserves the right to use deposition testimony of witnesses as needed for the purpose of impeachment, for the purpose of refreshing recollection, or for any other purpose deemed appropriate under the Federal Rules of Evidence.

**(iii)   Identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

In accordance with Rule 26(a)(3)(A)(iii), a list of the proposed trial exhibits of Defendant BMW AG are provided in Exhibit A.

Defendant BMW AG will supplement this disclosure prior to trial should the identity of any further witnesses or exhibits that are required to be disclosed pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure become known to them.

-3-

Respectfully submitted this the 22th day of December 2025.

> By: s/ Kurt M. Rozelsky
> Kurt M. Rozelsky (Fed. I.D. No. 6299)
> SPENCER FANE LLP
> 27 Cleveland St., Suite 201
> Greenville, SC 29601
> (864) 695-5200
>
> *ATTORNEY FOR DEFENDANT*
> *BAYERISCHE MOTOREN WERKE*
> *AKTIENGESELLSCHAFT*