**In the United States District Court**
**District of South Carolina**
**Greenville Division**

| | | |
|---|---|---|
| **Kelly Dawsey,** | ) | **7:22-03738-TMC** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **Bayerische Motoren Werke** | ) | **Plaintiff's 26(a)(3) Disclosures** |
| **Aktiengesellschaft and BMW** | ) | |
| **Manufacturing Co., LLC collectively** | ) | |
| **d/b/a "BMW Group,"** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**(i) the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises;**

Plaintiff (will)

John E. Gibson (may)

**(ii) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition**

    **1. Robert Engelhorn**

| No. | Page:line |
|---|---|
| 1 | 79:19 – 80:4 |
| 2 | 70:11-16 |
| | 71:17-18 |
| 3 | 71-22-23 |
| 4 | 73:4-8 |

1

| No. | Page:line |
|---|---|
| 5 | 15:16-19 |
| 6 | 69:3-7 |
| 7 | 73:1-3 |
| 8 | 69:6 – 70:7 |
| 9 | 71:24 – 72:3 |
| | 72:16-19<br>72:21-24 |
| 10 | 75:3-6 |
| | 73:9-11 |
| 11 | 70:8-10 |
| 12 | 13:1-12 |
| | 13:20-23 |
| 13 | 14:1 – 15:4 |
| 14 | 21:18 – 22:7 |
| | 22:15-17 |
| 15 | 15:5 – 17 |
| 16 | 22:24 – 23:1 |
| | 23:6-24 |
| 17 | 41:5 ("Please . . . ) – 8 |
| | 41::22 – 42:4 |
| 18 | 51:1 – 52:6 |

| No. | Page:line |
|-----|-----------|
|     | 52:12 (through Burghardt) |
|     | 53:1-7 |
| 19  | 53:24 – 56:10 |
| 20  | 61:9-15 |
| 21  | 51:1 – 53:7 |
| 22  | 59:23 – 61:2 |
| 23  | 57:17 – 58:23 |
| 24  | 7:9-19 |
|     | 8:10-19 |
| 25  | 82:15 – 83:1 |
| 26  | 80:5 – 81:17 |

**2. Christina Petrasch**

| No. | Page:line | Exh. |
|-----|-----------|------|
| 1   | 5:14-20   |      |
| 2   | 10:22 – 11:4 | 1 |
|     | 11:11-14  |      |
| 3   | 12:2-6    | 1    |
| 4   | 13:12-25  | 1    |
| 5   | 14:2-5    | 1    |
|     | 14:8-13   |      |
|     | 14:16-21  |      |

| No. | Page:line | Exh. |
|-----|-----------|------|
| 6 | 14:14 – 15:6 | |
| 7 | 15:21 – 16:4 | |
| 8 | 18:24 – 19:5 | 1 |
| 9 | 19:17-22 | |
| 10 | 17:5-10 | 2 |
| | 17:14-16 | |
| 11 | 20:4-5 | |
| 12 | 21:11 ("At that time . . . ) – 13 | |
| 13 | 22:3-4 | 3 |
| 14 | 22:14-16 | 3 |
| 15 | 22:25 – 24:10 | 3 |
| 16 | 24:23 - 25:23 | 3 |
| 17 | 25:24 - 26:11 | 4 |
| 18 | 26:23 – 27:3 | 4 |
| 19 | 27:4-15 | 4 |
| 20 | 28:12 – 29:10 | 4 |
| | 29:9-10 | |

| No. | Page:line | Exh. |
|-----|-----------|------|
|  | 29:20-22 |  |
|  | 29:25 – 30:1 |  |
| 21 | 30:10-12 | 5 |
|  | 30:25 – 31:17 |  |
| 22 | 32:8-15 | 5 |
|  | 32:16-21 | 5 |
|  | 32:23 – 33:10 | 5 |
| 23 | 33:15-22 | 6 |
|  | 33:25 – 34:10 |  |
|  | 34:13-17 |  |
| 24 | 35:1-3 |  |
| 25 | 35:23-25 |  |
| 26 | 41:17 – 42:16 | 8 |
| 27 | 43:23 – 44:4 | 8 |
|  | 44:20 – 46:6 |  |
| 28 | 64:6-9 | 8 |
|  | 64:23 – 65:16 |  |
| 29 | 51:1-5 | 9 |

| No. | Page:line | Exh. |
|---|---|---|
|  | 51:20-24 |  |
|  | 52:3-7 | 8&9 |
| 30 | 52:22 – 53:4 | 9 |
|  | 55:6-10 |  |
|  | 55:15-24 |  |
|  | 53:19 ["what are . . . "] – 54:7 |  |
| 31 | 72:25 – 73:6 | 10 |
|  | 73:9 – 75:3 |  |
|  | 75:7 – 77:10 |  |
|  | 77:15 – 79:3 |  |
| 32 | 84:20 – 85:4 | 12 |
|  | 85:13 – 86:15 |  |
| 33 | 88:11-13 | 13 |
|  | 88:20 – 90:6 |  |
|  | 90:10 – 91:9 |  |

| No. | Page:line | Exh. |
|-----|-----------|------|
| 34 | 94:2 – 97:16 | 13 |
| 35 | 98:1-4 | 14 |
|  | 98:9-14 |  |
| 36 | 99:1-5 |  |
|  | 99:8 – 100:8 |  |
|  | 100:11 – 101:8 |  |
| 37 | 101:13 – 102:21 | 15 |
| 38 | 106:11-13 | 16 |
|  | 106:18 – 107:6 |  |
| 39 | 113:6 – 114:13 | 18 |
| 40 | 115:12 – 116:10 | 19 |
|  | 116:13 – 117:11, 117:14 |  |
| 41 | 118:24 – 119:19 |  |
| 42 | 119:20 – 120:21 | 19 |
|  | 121:20-24 |  |
|  | 122:12-23 |  |

| No. | Page:line | Exh. |
|-----|-----------|------|
|  | 123:10-21 |  |
| 43 | 124:3-7 | 20 |
|  | 124:15-17 |  |
| 44 | 124:23 – 125:1 | 21 |
|  |  |  |
| 45 | 125:18-20 |  |
|  | 125:22 – 126:2 |  |
|  | 126:3-18 |  |
| 46 | 126:19 – 127:3 |  |
| 47 | 128:3-4 |  |
| 48 | 130:22-23 |  |
|  | 131:1 |  |
| 49 | 132:4-6 |  |
| 50 | 139:25 – 140:3 |  |
| 51 | 142:8-15 |  |
| 52 | 144:18 – 146:22 |  |
|  | 147:9 – 148:16 |  |
|  | 149:13-14 |  |
| 53 | 159:20-25 |  |

| No. | Page:line | Exh. |
|---|---|---|
|  | 160:15 – 161:2 |  |

### 3. Eva Burgmeier

| No. | Page:line | Exh. |
|---|---|---|
| 1 | 4:14-16 |  |
| 2 | 7:20 – 8:13 |  |
| 3 | 23:1-2 |  |
|  | 23:3 – 24:4 |  |
| 4 | 34:23 – 35:6 |  |
|  | 35:8 – 36:4 |  |
| 5 | 44:10-21 |  |
| 6 | 45:5 – 46:7 |  |
| 7 | 47:17 – 48:7 |  |
| 8 | 48:16-18 |  |
| 9 | 50:16 – 51:10 |  |
| 10 | 56:25 – 59:6 |  |
| 11 | 60:23 – 61:23 | 2-3 |

| No. | Page:line | Exh. |
|-----|-----------|------|
| 12 | 70:7-10 | |
| 13 | 63:10 – 63:2 | 2-3 |
| 14 | 63:12 – 64:8 | |
| 15 | 64:18 – 65:1 | |
| 16 | 65:6-7 | |
| | 65:12-14 | |
| 17 | 65:17-21 | |
| 18 | 66:9-12 | |
| 19 | 66:23 – 68:4 | |
| | 69:9-12 | |
| 20 | 69:13-16 | |
| 21 | 69:17-21 | |
| 22 | 71:23 – 72:3 | |
| 23 | 72:13-16 | |

**4. Corey Epps**

| No. | Page:line | Exh. |
|-----|-----------|------|
| 1 | 4:14-16 | |
| 2 | 6:25 – 7:11 | |

| No. | Page:line | Exh. |
|-----|-----------|------|
| 3 | 8:1-4 | |
| 4 | 11:11-12 [through "seen before." | 1 |
| | 11:21 - -12:3 | |
| 5 | 14:12-21 | |
| 6 | 15:21 – 17:2 | |
| 7 | 17:19-23 | |
| 8 | 18:19-23 | |
| 9 | 19:5-20 | |
| 10 | 20:3-4 | |
| 11 | 23:5-14 | |
| 12 | 25:3-5 | 2 |
| 13 | 26:16 – 27:20 | 2 |
| 14 | 28:25 – 30:2 | 2 |
| 15 | 30:13-15 | 2 |
| 16 | 32:2-7 | |
| 17 | 35:24 – 37:2 | |
| 18 | 38:14 – 39:3 | |

| No. | Page:line | Exh. |
|-----|-----------|------|
| 19 | 39:9 – 41:1 | |
| 20 | 42:17 – 43:13 [through level IV direct report] | |

### 5. Clarence Edward (Eddie) Bailey (may)

| No. | Page:line | Exh. |
|-----|-----------|------|
| 1 | 5:14-17 | |
| 2 | 16:3-10 [through "exact dates"] | |
| | 16:15-24 | |
| 3 | 17:22-24 | |
| 4 | 22:12 – 23:2 | |
| 5 | 23:15-17 | 2 |
| 6 | 23:25 – 24:8 | |
| 7 | 25:8 – 26:1 | |
| 8 | 26:14 – 27:5 | |
| 9 | 31:16 – 32:6 | |

| No. | Page:line | Exh. |
|-----|-----------|------|
| 10 | 32:10-23 | |
| 11 | 33:13-24 | |
| 12 | 49:17-20 | |
| 13 | 50:23 – 51:3 | 3 |

### 6. Neal Gilmore (may)

| No. | Page:line |
|-----|-----------|
| 1 | 5:17-23 |
| | 6:1-7 |
| 2 | 8:20-22 |
| 3 | 9:11 – 10:3 |
| 4 | 15:6-7 |
| 5 | 16:7-9 |
| 6 | 19:20-24 |
| 7 | 22:25 – 23:3 |

**(iii)    Identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises**

| No. | Description | Ref | Will/May |
|-----|-------------|-----|----------|
| 01 | Dawsey Dec 2021 Resume | BMW MC 113-15 | Will |
| 02 | Plant Sptg Org Chart | 45-1 pp. 25-26 | Will |
| 03 | 1-10-22 Petrasch email re New Years email to HR network | 45-1 pp. 14-17 | Will |
| 04 | 12-03-21 Petrasch email personnel changes in P-Network | 45-1 pp. 19-21 | Will |
| 05 | [SEALED] TX-6 Org Structure Development Step 2 - For April 2021 | BMW MC 426 | Will |
| 06 | [SEALED] TX-6 & TX-60 Info-Share Documentation Wed 9/29/21 with handwritten notes | 46-2 | Will |
| 07 | [SEALED] T-Vorhalt Request | 46-3 | Will |
| 08 | TX-60 JFDS Rev  4/01/19 | BMW MC 306-09 | Will |
| 09 | TX-61 JFDS Rev 4-01-19 | BMW MC 316-18 | Will |
| 10 | Exempt Organizational Structure BMW MC Aug. 2001 | Dawsey 291-302 | Will |
| 11 | Exempt Organization Structure BMW MC Jan 2018 | BMW MC 1703-10 | Will |
| 12 | Exempt Organization Structure BMW MC Sept 2021 | BMW MC 1711-22 | Will |
| 13 | Exempt Organizational Structure BMW MC 2023 | BMW MC 1723-31 | Will |

14

| No. | Description | Ref | Will/May |
|-----|-------------|-----|----------|
| 14 | Portfolio 2020 - Dawsey | BMW MC 103-07 | Will |
| 15 | Portfolio 2019 - Dawsey | BMW MC 98-102 | Will |
| 16 | Portfolio 2018 - Dawsey | BMW MC 94-97 | Will |
| 17 | Expat Guidelines for Plant Spartanburg | BMW MC 231-39 | Will |
| 18 | TX-6 Organizational overview - New structure SINCE 12/2019 | BMW MC 253 | Will |
| 19 | 3-20-21 Compensation Change Statement - Dawsey | Dawsey 65 | Will |
| 20 | Overview on Reference Partner input during the promotion procedure | Dawsey 365 | Will |
| 21 | 10-1-21 Text Petrasch to Dawsey | Dawsey 259 | Will |
| 22 | International Grading FLIV Approval Committee TS Spartanburg | BMW MC 301 | Will |
| 23 | Transition information for Burgmeier Jan 22 | BMW MC 53-55 | Will |
| 24 | 6-03-21 Epps email PR_210603_Project_Misaligned_PG_Overview_v3.pptx | BMW MC 619 (first page) | Will |
| 25 | 01-21-21 Petrasch email topics she shared with P . . . . | BMW MC 451-52 | Will |
| 26 | 03-19-21 Petrasch email to Belinszki Review TX-6 Org | BMW MC 423-29 | Will |
| 27 | 4-08-21 Petrasch email to Dawsey re draft job descriptions | BMW MC 521-22 | Will |

| No. | Description | Ref | Will/May |
|-----|-------------|-----|----------|
| 28 | 10-07-23 Petrasch email to Dawsey HR Compact | BMW MC 390-92 | Will |
| 29 | JFDS TX-61 Rev 10/24/21 | BMW MC 310-12 | Will |
| 30 | JFDS TX-61 5/22/22 | BMW MC 313-15 | Will |
| 31 | 3-03-21 Petrasch email to Dawsey | BMW MC 520 | Will |
| 32 | 1-05-22 Petrasch email to Burghardt re Dawsey resignation (translation and original) | BMW MC 387-89 (last 3 pp) | Will |
| 33 | Burghardt LinkedIn | 45-7 | May |
| 34 | 3-30-21 Petrasch email to Belinszki (translation and original) | 45-8 | Will |
| 35 | Defendant BMW MC's Responses to PI RTA | 97-34 | Will |
| 36 | 3-01-21 Petrasch email to Koepnik | BMW AG 21-22 | Will |
| 37 | 9-23-21 Petrasch email to Koepnik PE-TAG PE-Kreis | BMW MC 464 (1st p.) | Will |
| 38 | 10-01-21 Petrasch email to Koepmik PE-TAG PE-Kreis | BMW MC 445 (1st p.) | Will |
| 39 | 01-04-22 Petrasch email to Hacker | BMW MC 436 | Will |
| 40 | 01-07-22 Horstmeier email to Burghardt re Dawsey | BMW AG 01-02 | Will |

| No. | Description | Ref | Will/May |
|-----|-------------|-----|----------|
| 41 | 01-05-22 Petrasch email to Burghardt (cc Koepnik) re Dawsey resignation | BMW AG 12 | Will |
| 42 | 4-20-21 Petrasch email to Keopnik re Review TX-6 org | BMW AG 23-24 | Will |
| 43 | 6-10-21 Petrasch email to Keopnik | BMW AG 36-42 | Will |
| 44 | 10-28-21 Kamm email to Petrasch re Draft input target proposal | 104-19 | Will |
| 45 | PE-TAG | BMW AG 75-77 | Will |
| 46 | JFDS TX-60 2-01-22 | BMW MC 302-05 | Will |
| 47 | HRIS screenshots re Epps employment | BMW MC 266-69 | May |
| 48 | Personnel Development Succession Planning June 19, 2020 | BMW MC 1191-92 | May |
| 49 | [SEALED] Bailey compensation statement 5-06-22 | BMW MC 1234 | May |
| 50 | [SEALED] Gilmore Compensation statement 4-19-23 | BMW MC 1503 | May |
| 51 | Defendant BMW MC's First Supp Resp. to Plaintiff's First Interrogatories | 45-2 | May |
| 52 | Portfolio 2022 Bailey | BMW MC 1459-62 | May |
| 53 | BMW Salary History | Dawsey 51-52 | Will |
| 54 | BMW RSA Statement | Dawsey 2895 | May |

| No. | Description | Ref | Will/May |
|-----|-------------|-----|----------|
| 55 | Summary page re retirement contributions | Dawsey 2897 | May |
| 56 | Madewell 2022 W-2 | Dawsey 2840 | May |
| 57 | GSP annual compensation statements | Dawsey 2902-09 | May |
| 58 | 2022 GSP W-2 | Dawsey 2841 | May |
| 59 | 2023 GSP W-2 | Dawsey 2875 | May |
| 60 | 2024 GSP W-2 | Dawsey 2876 | May |
| 61 | 2025 GSP W-2 | | May |
| 62 | 12-22-25 Report of John E. Gibson | | Will |

Respectfully submitted this 22nd day of December 2025.

   s/ Brian P. Murphy_____
Brian P. Murphy, Bar No. 6770
Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400