IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
CASE NO.  7:22-cv-03738-TMC-KFM

Kelly Dawsey,
    Plaintiff,
 vs.
Bayerische Motoren Werke
Aktiengesellschaft and BMW
Manufacturing Co., LLC,
collectively d/b/a "BMW Group",

    Defendants.

_____

DEPOSITION OF EVA BURGMEIER
_____

| | |
|---|---|
| DATE TAKEN: | January 10, 2024 |
| TIME BEGAN: | 9:58 a.m. |
| TIME ENDED: | 3:19 p.m. |
| LOCATION: | Jackson Lewis, PC<br>15 South Main Street, Suite 700<br>Greenville, South Carolina  29601 |
| REPORTED BY: | Traci L. Barr, RPR |

_____

EXPEDITE COURT REPORTING, LLC
Traci L. Barr & Associates
Post Office Box 25882
Greenville, South Carolina 29616
info@expeditereporting.com
(864) 509-0914

| | | |
|---|---|---|
| 1 | Q. | Okay. What do you do that's different than what |
| 2 | | she did? |
| 3 | A. | When I took over the role, obviously you look at |
| 4 | | some -- try to find some documentation about how |
| 5 | | standard processes have been done the years before, |
| 6 | | and we struggled, the whole team struggled, myself |
| 7 | | did as well, in finding documentation, for example, |
| 8 | | how the benchmark was run for the compensation |
| 9 | | decisions, that we could not find documentation to |
| 10 | | this on what was it based, why did we have |
| 11 | | different market positions for different |
| 12 | | classifications of jobs. That's very uncommon, and |
| 13 | | that's not how we should do our business. |
| 14 | | With the head count allocation that's also part of |
| 15 | | my responsibility, we did not find a methodology or |
| 16 | | not documentation that would explain the method of |
| 17 | | thought that had been done the years before. These |
| 18 | | were things I have started to do differently with |
| 19 | | the team. |
| 20 | Q. | Anything else? |
| 21 | A. | Yes. There was a benefit steering committee before |
| 22 | | I took over the position, and -- |
| 23 | Q. | There was a benefit what, ma'am? |
| 24 | A. | Benefit steering committee at Plant Spartanburg, |
| 25 | | BMW MC, with TX-7 and TX-6 where changes to the |

1            benefits package were discussed and confirmed.
2            That was planned annually.  We changed it to a
3            total rewards steering committee because it's not
4            only benefits.  Isolated.  It's always cash and
5            benefits that you have to look at to balance the
6            pay mix out.  And we have it quarterly now because
7            then we are way more flexible to address changes in
8            the region in the market and with our competitors
9            to stay attractive as an employer.  And we have
10           started to document things in a DBA folder
11           structure that everyone on the team has access to
12           that is not dependent on a person to have all the
13           knowledge, information, that is independent from
14           individuals and everyone, has the proper
15           documentation what has been decided and on what
16           basis.  Those are the main things I have changed, I
17           would say.
18      Q.   Anything else?
19      A.   I mean, every manager is different and manages a
20           team differently, but I don't know how Kelly
21           managed the team before.  I can only speak to the
22           lack of documentation for certain things.  That's
23           the only thing that I really know.
24      Q.   Okay.  What documentation with regard to
25           compensation decisions should have existed but did

| | | |
|---|---|---|
| 1 | | not exist or you couldn't find? |
| 2 | A. | I couldn't find it.  Maybe it existed, but it's not |
| 3 | | -- we don't find it at BMW MC, so it was not |
| 4 | | documented, so -- |
| 5 | Q. | What are the documents that should have been there |
| 6 | | that you could not find? |
| 7 | A. | So we're talking about benchmark data from the |
| 8 | | region.  We talk about our total rewards and total |
| 9 | | cash positioning compared to this benchmark data, |
| 10 | | and this based on the salaried associates, as well |
| 11 | | as the production associates, and the ESA, our |
| 12 | | maintenance people, separately.  There was no |
| 13 | | documentation to this what the positioning at that |
| 14 | | time was for the specific three pillars because |
| 15 | | it's very different, the market positioning right |
| 16 | | now, for all three of them.  And so you need to |
| 17 | | really look at every specific job, and you cannot |
| 18 | | give everyone the same percentage increase across |
| 19 | | the board, and that appeared to have happened in |
| 20 | | the past, but I -- I don't understand why. |
| 21 | Q. | Okay. |
| 22 | A. | Because there was no documentation to this |
| 23 | | decision. |
| 24 | Q. | Okay. |
| 25 | A. | Also, on top of it, we research a lot of labor |

1         economics data, inflation rate, unemployment rate,
2         CPI, and try to -- no one can foresee the future,
3         but you research a lot what the analysts say what
4         they expect to happen in the next year so we can
5         already address topics that we expect to happen.
6         No one could expect something like COVID, but it's
7         the best facts we have.  And this is all -- I
8         document those reasons to document why I end up
9         with exact percentage I end up in the end.
10        Everyone who has no clue about compensation read
11        through and has an idea where come from and why we
12        end up with this pay increase.
13   Q.   Okay.  Are you aware of a certain form or document
14        that was required to be kept that Kelly Dawsey did
15        not keep?
16   A.   No.  It's about documenting the things you do to
17        make it -- I mean, to have it fact based because
18        it's hard to go back and understand why one or the
19        other decision has been made the way it has been
20        made without any documentation to the reasoning of
21        the discussions to it.  For example, minutes of
22        meetings that have happened or PowerPoints that
23        visualize labor economics in a management level
24        base so you can discuss it with TX-6 and TX.
25   Q.   Where did you look for the documents?

1              find any documentation of what was proposed or, for
2              whatever reason, was not decided.  That was the
3              lack of information that I mentioned earlier, that
4              it's hard to go through these things because there
5              is a lack of documented information.
6     Q.       Since you've become TX-60, what changes have you
7              made to ESA compensation?
8     A.       You mean the percentages?
9     Q.       Yes, percentage, real dollars.  What have you done?
10    A.       No, it's percentages.  So a lot.  It's definitely
11             over average what the market has done to increase
12             or improve the market position for the ESAs and to
13             retain them, and we have, on top of this,
14             introduced something we call a top skill payment.
15             That's extra pay for the ESAs that pass certain
16             tests, skill tests.
17    Q.       Okay.  Did you ever reach out to Christine Petrasch
18             and ask, hey, where would I find this information
19             or what was the basis for decisions on ESA
20             compensation?
21    A.       No.
22    Q.       Any other examples of where you believe the market
23             position for different classes of jobs did not
24             match what you were paying?
25    A.       Can you repeat this question, please, or reframe

| | | |
|---|---|---|
| 1 | | before was not important for the communication, and |
| 2 | | the scenarios did not contain information on what |
| 3 | | basis the scenarios were derived. |
| 4 | Q. | All right.  You took over on February 1? |
| 5 | A. | Correct. |
| 6 | Q. | Kelly left on January 14? |
| 7 | A. | Correct. |
| 8 | Q. | So as of January 14, there was no recommendation, |
| 9 | | but as of February 1, there was already a decision |
| 10 | | made? |
| 11 | A. | Yes. |
| 12 | Q. | Okay.  Who made the decision? |
| 13 | A. | I don't know.  I assume TX-6 and TX because that's |
| 14 | | their job and responsibility. |
| 15 | Q. | And who was TX-6 between January 14 and February 1? |
| 16 | A. | Christina Petrasch. |
| 17 | Q. | And who was TX? |
| 18 | A. | Dr. Engelhorn. |
| 19 | Q. | All right.  Did you ever ask Christina Petrasch or |
| 20 | | Dr. Engelhorn, where is the information that you |
| 21 | | used to make your decision on what wage rates |
| 22 | | should be in 2022? |
| 23 | A. | No. |
| 24 | Q. | Do you have any reason to believe that Christina |
| 25 | | Petrasch or Dr. Engelhorn had any information when |

```
 1   BY MR. MURPHY:
 2   Q.   Did you ever reach out to Kelly Dawsey and tell
 3        her, I'm having trouble finding some documents, can
 4        you tell me where they are?
 5   A.   No, I have not.
 6   Q.   After you determined that you were having trouble
 7        finding documents, did you go back to the turnover
 8        document to find out where the documents had been?
 9   A.   Yes.
10   Q.   What happened?
11   A.   The hand-over documents did not contain this
12        detailed information.  There was no information
13        regarding the 2022 compensation package, for
14        example.
15   Q.   Did BMW MC obtain a benefits survey in 2022
16        comparing BMW benefits to any other employer
17        benefits?
18   A.   We do have one, but I'm thinking if it was 2022 and
19        we have received it in 2023 or we have received it
20        in -- I think we have received it in late 2022.  I
21        think November, yes, if I recall correctly.
22   Q.   And who provided that survey?
23   A.   AON.
24   Q.   Excuse me?
25   A.   AON, A-O-N.  That's --
```