# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

```
------------------------------------
                                    :
KELLY DAWSEY,                       :
                                    :
        Plaintiff,                  :
                                    :
   vs.                              :   CASE NO.
                                    : 7:22-cv-03738-TMC-KFM
BAYERISCHE MOTOREN WERKE            :
AKTIENGESELLSCHAFT and BMW          :
MANUFACTURING CO., LLC,             :
collectively D/B/A "BMW GROUP",     :
                                    :
        Defendants.                 :
                                    :
------------------------------------
```

        Deposition of:   KATHRYN KEISER

        Taken:           By the Plaintiff
                         Pursuant to Notice


        Date:            January 31, 2024

        Time:            Commencing at 10:05 a.m.

        Place:           Jackson Lewis, PC
                         15 South Main Street, Suite 700
                         Greenville, South Carolina  29601


        Before:          Karen Volk, RPR
                         Notary Public -
                         State of South Carolina

---

EXPEDITE COURT REPORTING, LLC
Traci L. Barr & Associates
Post Office Box 25882
Greenville, South Carolina  29616
info@expeditereporting.com
(864) 509-0914

Page 68

1  leaving.  She had hired me.  We had worked together for so
2  long.  I was shocked, and I told her that.
3       Q.    Anything else you recall saying?
4       A.    I asked her why she was leaving.  She said,
5  It's something that I would have to tell -- that she would
6  have to tell me later.  She couldn't get into the details.
7       Q.    Anything else you can recall from that
8  discussion?
9       A.    Not specifically.
10      Q.    Okay.  Have you had any subsequent
11 communications with Kelly Dawsey since the day she told you
12 she was resigning?
13      A.    Well, I still worked with her for two weeks
14 before she left.
15      Q.    Good point.  Did you ever have any discussions
16 with Kelly Dawsey in which she discussed her reasons for
17 resigning?
18      A.    Not specifically.
19      Q.    So generally?  Or what do you mean by your
20 answer?
21      A.    Generally.  We had dinner.  I don't remember
22 the exact date.  But it was after she left I had dinner
23 with her and with Jean, and she did not explain the reasons
24 why she left.
25            But then we talked about where she was going.

Page 69

1   She explained how she had connected herself with a
2   headhunter and she had been looking and this opportunity
3   came up that she couldn't pass up.  It was a sign.  You
4   know, those kind of things.  She told us that when we were
5   at dinner.
6         Q.    Anything else you recall her saying?
7         A.    I think at the time she told me where she was
8   going.  Because I think she -- if I remember correctly, she
9   was getting ready to start.  She hadn't started there yet.
10        Q.    What do you recall her telling you in terms of
11  where she was going?
12        A.    I remembered -- I remember her telling me it
13  was called Madewell, because the first thing I said was,
14  Oh, the clothing company.
15              And she said, You're not the first person to
16  ask me that.  I didn't know it was a clothing company.  And
17  I said, Yeah, my daughter shops at Madewell.
18              And she said, No, it's not the clothing
19  company.  I said, Okay.  So what is it?
20              And then she explained that it was a concrete
21  company, maybe like a home services company.  She explained
22  that the person who was the CEO was a younger person, and
23  he was working on merging some things together with another
24  company, something like that.  And that she would be
25  responsible for, you know, the merging from an HR

```
 1                      C E R T I F I C A T E

 2    STATE OF SOUTH CAROLINA    :
                                 :     SS
 3    COUNTY OF OCONEE           :

 4             I, Karen Volk, RPR, the undersigned, a duly

 5    qualified and commissioned notary public within and for the

 6    State of South Carolina, do hereby certify that before the

 7    giving of her aforesaid deposition, KATHRYN KEISER was by

 8    me first duly sworn to depose the truth, the whole truth

 9    and nothing but the truth; that the foregoing is the

10    deposition given at said time and place by KATHRYN KEISER;

11    that said deposition was taken in all respects pursuant to

12    stipulations of counsel; that I am neither a relative of

13    nor employee of any of the parties or their counsel, and

14    have no interest whatever in the result of the action; that

15    I am not, nor is the court reporting firm with which I am

16    affiliated, under a contract as defined in Civil Rule

17    28(d).

18             In witness whereof, I hereunto set my hand and

19    official seal of office at Oconee County, South Carolina,

20    this 6th day of February, 2024.

21                                        /S/Karen Volk
                                     _____
22    My Commission Expires:    Karen Volk, RPR
      May 27, 2031              Notary Public -
23                              State of South Carolina

24

25
```