# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
CASE NO.  7:22-cv-03738-TMC-KFM

Kelly Dawsey,

     Plaintiff,

 vs.

Bayerische Motoren Werke
Aktiengesellschaft and BMW
Manufacturing Co., LLC,
collectively d/b/a "BMW Group",

     Defendants.

_____

VIDEOTAPED DEPOSITION OF KELLY DAWSEY

_____

DATE TAKEN:          August 30, 2023

TIME BEGAN:          9:41 a.m.

TIME ENDED:          7:03 p.m.

LOCATION:            Stephenson & Murphy, LLC
                     207 Whitsett Street
                     Greenville, South Carolina  29601

REPORTED BY:         Traci L. Barr, RPR

VIDEOTAPED BY:       Brandon Dufala

_____

EXPEDITE COURT REPORTING, LLC
Traci L. Barr & Associates
Post Office Box 25882
Greenville, South Carolina 29616
info@expeditereporting.com
(864) 509-0914

```
 1    A.    I don't recall.
 2    Q.    But it was -- it was a guideline that you
 3          implemented?
 4    A.    It was a guideline that, based on the management
 5          capacity project, which were the function level
 6          quotas from Germany, and their guidance to us of
 7          people need to come back in line, it was
 8          implemented.
 9    Q.    Okay.
10                    (Exhibit Number 29 marked for
11          identification.)
12                    EXAMINATION RESUMED
13    BY MR. MOODY:
14    Q.    I'll show you 29, Expat Guidelines for Plant
15          Spartanburg.  Did you prepare this, ma'am?
16    A.    I prepared the PowerPoint.
17    Q.    All right.  So you -- this -- it has various dates
18          on it.  It looks like January 8 of 2016 in TS-60.
19          Does that help your recollection as to the date?
20          Is that date accurate?
21    A.    Yes.
22    Q.    Okay.
23    A.    That date looks accurate to me.
24    Q.    Thank you.  There are some that don't have accurate
25          dates.  That's why I asked.
```

1   A.    I would agree.

2   Q.    What was the purpose of this PowerPoint, ma'am?

3   A.    So at this time, Johannes Trauth was the vice

4         president of human resources, and he indicated that

5         he thought there needed to be guidelines for expats

6         in Plant Spartanburg.

7   Q.    Okay.  And so were you the leader of this project?

8   MR. MURPHY:  Object to the form.

9   THE DEPONENT:  I -- I wouldn't call this a project.

10                    EXAMINATION RESUMED

11  BY MR. MOODY:

12  Q.    Okay.

13  A.    I would call this gathering information within HR

14        and documenting it and then rolling it out and

15        discussing it, but it wasn't managed as a project.

16  Q.    Okay.  So what was the purpose of this PowerPoint,

17        ma'am?

18  A.    So formal guidelines for use of expat assignments.

19  Q.    Okay.  And who uses these guidelines?

20  A.    This would be for leaders in the organization.

21  Q.    All right.  Let's go to what you've marked as page

22        5 on your PowerPoint.  It's on the bottom right --

23  A.    Yes.

24  Q.    -- I think.

25        Can you see that?

1          I'm going to ask a quick question about Exhibit 26,

2          which was the Job Function Data Sheet for TX-64.

3          It was May 1, 2019.

4          Do you see where it talks about department name,

5          health management, occupational safety, and food

6          services?

7          TX-64, by 2021, also included recruiting in it,

8          didn't it?

9   A.    Yes.

10  Q.    Okay.  So that was an addition that happened over

11        time?

12  A.    Yes.

13  Q.    Okay.  Thank you, ma'am.

14        And as far as these expat guidelines for

15        Spartanburg, Exhibit 29, that you put together in

16        January of 2016, you said Johannes Trauth was the

17        one who asked you to do this?

18  A.    Yes.

19  MR. MURPHY:  Object to the form.

20                  EXAMINATION RESUMED

21  BY MR. MOODY:

22  Q.    And when did Johannes Trauth leave Spartanburg?

23  A.    I would have to look that up.

24  Q.    Was it 2018?

25  A.    I would have to look it up.

```
 1   Q.   Okay, ma'am.  But we can agree that when Christina
 2        Petrasch came, that Johannes Trauth was no longer
 3        at the plant, correct?
 4   A.   Correct.
 5   Q.   Now, were there any additional expat guidelines
 6        produced after Johannes Trauth left Plant
 7        Spartanburg?
 8   A.   Not in this fashion.
 9   Q.   All right.
10   A.   Let me say that.
11   Q.   Did you update these guidelines since January of
12        2016?
13   A.   No.
14   Q.   Thank you, ma'am.
15        Let's look at what's been marked as Exhibit 30, Ms.
16        Dawsey.  This is an e-mail it looks like January 21
17        of '21.
18        What is this e-mail, to your understanding?
19   A.   I am copied, along with the other HR managers, from
20        Christina on an e-mail that she sent looks like
21        from herself to herself on top themes, four topics
22        for the network.
23   Q.   Okay.  And there is three plant topics and four
24        topics for the network, right?
25   A.   Looking at her subject, it says, top three plant
```

CERTIFICATE

1
2          I, the undersigned, Traci L. Barr, RPR, Notary

3     Public in and for the State of South Carolina, do

4     hereby certify that the deposition of KELLY DAWSEY

5     was taken on the 30th day of August, 2023, that the

6     within deponent was sworn to tell the truth, and

7     that the foregoing is an accurate transcription of

8     the testimony taken under oath; that all exhibits

9     entered herein are attached hereto (if requested by

10    counsel) and made a part of this deposition.

11         I further certify that I am neither counsel

12    nor solicitor to any of the parties in said suit,

13    nor interested in the event of the cause.

14         In witness whereof, I have hereunto set my

15    hand and seal this 13th day of September, 2023.

16

17    _____

18    Traci L. Barr, RPR

19    Notary Public for South Carolina

20    My Commission Expires:  4/24/29

21

22

23

24

25





TS-60, January 8, 2016

# EXPAT GUIDELINES FOR PLANT SPARTANBURG.

**OUTCOME OF TS GESPRÄCH OCTOBER 2015**
**TS-6 WORKSHOP**

**BMW GROUP**



BMW MC 000231

CONFIDENTIAL

## CURRENTLY THERE ARE NO FORMAL GUIDELINES IN PLACE FOR USE OF EXPAT ASSIGNMENTS.

Plant Spartanburg does not currently have defined guidelines for the utilization of international assignments. The process to determine which positions are to be filled with an inbound is quite often unclear.

Requests are often made to fill open jobs with an international assignment because there is a competency or skill set is lacking in the local talent.

International assignments are needed but defined guidelines will help managers make informed decisions and plan for Spartanburg to be sustainable in the future.

Compensation, TS-60, 1/8/16

Page 2
BMW MC 000232

CONFIDENTIAL

# TOPICS TAKEN INTO CONSIDERATION FOR INBOUND ASSIGNMENTS.

| Topic | Explanation | Documentation Needed | For Discussion in TS-6 Workshop | Responsibility |
|---|---|---|---|---|
| International Critical | Function or team is defined as one that will always require an international to fill (strategic positions). Functions to be determined by VP area with VP Discussion. | Defined functions/competencies in agreement with the VP. | Review overall HR org chart. Identify functions that always need to be an int'l position, could be int'l, will not be int'l. | TS-60 |
| Team Structure | In general there is an alternating reporting structure of international and domestic below the Senior Management level. Tie into succession planning. | Reviewing appropriate team structure for the TS-x organization. | Discuss team structure considering Int'l Critical functions (using org charts). | TS-60 |
| International Training/Skills transfer to Domestic | International to be backfilled with a domestic associate. Integrate assessment in the portfolio process. | Signed training plan with set milestones – responsibility lies with the line manager. | Discuss current inbounds and potential succession planning for the role. Manager has accountability for training plan for domestic. | TS-60 / Manager |
| Section Manager and Department Managers | Confirmation of Department Managers and Section Managers by Senior Management – vertical potential is reviewed and confirmed if necessary. | Approval in Senior Management for Direct Reports (T and M Ressorts Only). | Effective January 1, TS-6 in addition to discussion on FL III, will bring in FL IV's inbound to Sr Mgmt. | TS-60 with notification to TS-61 |
| International Personnel Developmental Opportunity | International candidate has a development plan which includes gaining knowledge in Spartanburg. Manager should look to the previous portfolio results, and candidate should add value to the plant. | Development Plan and last 2 years portfolio results. | Not currently applicable for TS-6 . Future plant inbounds should be steered by TS-61. This should be added to current evaluation process. | TS-61 |
| Project Launch, etc. | Requests for launch support should coincide with project length of time for assignment. | Information of project, length of assignment and evaluation against project timing. | Not currently applicable for TS-6. TS-60 via HSC to review future requests from the plant. | TS-60 |
| Set Up of New Initiative within Plant Spartanburg | A new concept/organization needs to be implemented within the plant (i.e. Toolshop Americas) and a team is needed to implement this initiative. | Organization should be reviewed to include development plan for domestic associates. | Not currently applicable for TS-6. Future plant requests steered in HSC with invitation to meeting. | HSC |

Compensation, TS-60, 1/8/16

CONFIDENTIAL

## TS-6 ORGANIZATIONAL CHART FOR WORKSHOP.

One international in this team



CONFIDENTIAL

# TS-60 ORGANIZATIONAL CHART FOR WORKSHOP.

Option 1:

TS-6: International
TS-60: Domestic
Planner: International
Comp Analyst: International possible
Benefits: Not recommended (due to US ERISA & ACA regulatory environment)

Option 2:

TS-6: Domestic
TS-60: International
Planner: Domestic
Comp Analyst: International possible
Benefits: Not recommended (due to US ERISA & ACA regulatory environment)



TS-60 department has a need for an international inbound (Planner or Dept Mgr ideally from AG – tie to network) and should follow the status of TS-6.

CONFIDENTIAL

Page 6

BMW MC 000236

## TS-61 ORGANIZATIONAL CHART FOR WORKSHOP.

TS-6: International
TS-61: Not Recommended
International HR: International
Talent Management: International
possible
Recruiting Manager or Recruiter:
International possible (global) with
alternating reporting line.



Int'l or Dom

Domestic

Global

See Note

Compensation, TS-60, 1/8/16

BMW MC 000237

CONFIDENTIAL

# TS-62 ORGANIZATIONAL CHART FOR WORKSHOP.

TS-6: International
TS-62: Not recommended
HRIS: International
HRSC: International
Payroll: Not recommended



BMW MC 000238

CONFIDENTIAL

# TS-65 ORGANIZATIONAL CHART FOR WORKSHOP.

**Option 1**

TS-6: International
TS-65: Domestic
Talent Programs: International
LPD: Domestic
Technical Manager: International
Technical Supervisor: Not recommended

**Option 2**

TS-6: Domestic
TS-65: International
Talent Programs: International
LPD: Domestic
Technical Manager: International
Technical Supervisor: Not recommended



Int'l or Dom

Domestic

Global

Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 9
BMW MC 000239

# TOPICS TAKEN INTO CONSIDERATION FOR INTERNATIONAL CANDIDATES.

| Criteria | Explanation |
|---|---|
| Exempt Positions | International inbound assignments (long term) are for exempt positions only – consider QE/PSP type roles in lieu of Section Leader functions. |
| Supervisory Positions | Inbound assignments for supervisory positions are FL IV and above. |
| Personal Grade | Candidate is minimum personal grade of EG09 (PG 5) for consideration of inbound assignment. |
| FL IV Positions | Candidate must meet minimum education and experience requirements (4 years of experience in lieu of degree, plus experience requirements). |
| Language Capability | Assessment of language skills and culture topics to be completed as part of interview process, completed by manager and International Human Resources. |
| Length of Assignment | 3 year assignments should be standard to allow for continuity, development of a function and transfer of knowledge, especially for management functions. Strategically align dates of assignments for overlap and continuity. Consider project/launch cycles. |
| Interview/Cultural Assessment | To determine fit with culture, family situation / support needed. Review cultural training based on feedback and lessons learned. |

**Additional considerations:**
- As business needs require, PA/Maintenance and support can be done through EBT or business trips

Compensation, TS-60, 18/16

CONFIDENTIAL

# KNOWLEDGE/SKILLS TRANSFER TOOL.

## Defining objectives:

- The Agreements on Performance Objectives are important to show and track the improvements of the Inbound associates and ensure knowledge is transferred and to gain transparency about progress towards the development of the function as domestic. Results could serve as additional information for portfolio discussions.

- Performance objectives of the function should be identified and translated into concrete areas of responsibilities and tasks with certain milestone dates. Objectives should be SMART (specific, measureable, assignable, realistic and time-related).



Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 11
BMW MC 000241

## NEXT STEPS AND FUTURE ACTIONS.

Workshops to be conducted in each VP area with management team to review guidelines and develop future plan – until the end of January 2016 – TS-6 workshop January 8.

Tool to be implemented for knowledge/skills transfer. Management responsibility to use tool and track effectiveness – provide feedback to TS-60 for further development of the tool.

Recommendations for the future:
Guidelines for Outbounds to be discussed in a future TS Gespräch. The following topics were discussed and should be taken into consideration.

- Budget is topic for future strategies – need to consider in budget planning.
- Every direct report in Production has international experience – have to plan outbound assignments.
- Mentor is mandatory and should not be a former manager.
- Find a way to better focus on Section Managers.

Compensation, TS-60, 18//16

CONFIDENTIAL

**BACKUP.**

CONFIDENTIAL

## GUIDELINES FOR SECTION LEADER INBOUNDS.

- Have a constant inbound assignment for a QE or PSP position that will work closely with the Section Leader on the line.

- No direct supervision of Production Associates.

- Provides technical knowledge transfer opportunity between Domestic and International associate and avoids potential pay/tax/US legal issues.

Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 14
BMW MC 000244

# GUIDELINES FOR LOCALIZATION.

1. Have a Green Card or must qualify and be in the process of obtaining it.
2. Higher qualification than domestic candidates.
3. 5+ years of experience within BMW Group.
4. Performance level that meets requirements or above.
5. Document sponsorship via two different department VPs by indicating willingness to employ (in writing).
6. Fluency in English, written and spoken, as proven through successful assessment.
7. Associate on a project must have a structural job card to stay and may apply for posted external positions.
8. Localization must be requested at the time of the contract renewal decision or prior to a possible 2nd assignment.
9. Must have an existing job where the specialty skill/knowledge is required.
10. TS-6 reserves the right to refuse candidates based on expense of previous international assignments and international benefits received by the associate.
11. Localization is not possible for non-exempt positions.

CONFIDENTIAL

## LOCALIZATION REQUEST PROCESS.

1. Manager reviews available localization guidelines (can put on Manager Self Service site) and gathers relevant data to support the request.
2. Manager contacts TS-60 to request a time with HSC, providing relevant data, name and function requested for localization.
3. Headcount Steering Committee reviews localization request with manager.

CONFIDENTIAL