# EXHIBIT B

```
1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
2                      SPARTANBURG DIVISION
              CASE NO.  7:22-cv-03738-TMC-KFM
3

4   Kelly Dawsey,

5        Plaintiff,

6    vs.

7   Bayerische Motoren Werke
    Aktiengesellschaft and BMW
8   Manufacturing Co., LLC,
    collectively d/b/a "BMW Group",
9
         Defendants.
10

11  _____

12              DEPOSITION OF CHRISTINE PETRASCH

13  _____

14
    DATE TAKEN:          August 16, 2023
15
    TIME BEGAN:          9:58 a.m.
16
    TIME ENDED:          6:34 p.m.
17
    LOCATION:            Jackson Lewis, PC
18                       15 South Main Street, Suite 700
                         Greenville, South Carolina  29601
19
    REPORTED BY:         Traci L. Barr, RPR
20

21  _____

22           EXPEDITE COURT REPORTING, LLC
                Traci L. Barr & Associates
23                Post Office Box 25882
              Greenville, South Carolina 29616
24              info@expeditereporting.com
                    (864) 509-0914
25
```

| | | |
|---|---|---|
| 1 | | One thing during a deposition that always gets |
| 2 | | people, especially in their first deposition, is I |
| 3 | | need words as answers.  Okay.  You're very polite |
| 4 | | in that you're a head-nodder and you give good |
| 5 | | visual signals as to whether you understand |
| 6 | | something, but the court reporter here can only |
| 7 | | take down words.  Okay? |
| 8 | A. | Okay. |
| 9 | Q. | So if the answer to my question is yes, then a head |
| 10 | | nod isn't good enough and an uh-huh isn't good |
| 11 | | enough because she needs words.  So I'm not trying |
| 12 | | to be argumentative with you when I ask you to |
| 13 | | please put that in words or can you give an answer. |
| 14 | | What I typically do is I'll point to that little |
| 15 | | microphone as just kind of a clue to you to please |
| 16 | | verbalize whatever it is you want your response to |
| 17 | | be.  Okay? |
| 18 | A. | Okay. |
| 19 | Q. | Thank you.  All right. |
| 20 | | During what period of time were you the vice |
| 21 | | president of human resources for BMW MC? |
| 22 | A. | I started my assignment first of January 2018, and |
| 23 | | I left -- the contract was terminated or run out at |
| 24 | | the 31st of March, '22. |
| 25 | Q. | I've heard that term "contract" before. |

```
1              of HR, took over FO-1, and I cannot remember when
2              it was.
3    Q.   Okay.
4    A.   But this is what we could figure out.
5                   (Exhibit Number 17 marked for
6              identification.)
7                        EXAMINATION RESUMED
8    BY MR. MURPHY:
9    Q.   Ms. Petrasch, we've marked documents BMW MC 241 to
10             247 as Exhibit 17.  Are you familiar with this
11             document?
12   A.   No.
13   Q.   Have you ever seen it before?
14   A.   I don't know.  It is from 2016.  It was not under
15             my responsibility.
16   Q.   Do you know who developed it?
17   A.   I only see here TS-60.
18   Q.   So you don't know, other than the fact that it says
19             TS-60 on it?
20   A.   No.
21   Q.   Okay.
22                  (Exhibit Number 18 marked for
23             identification.)
24   MR. McCOY:  We'll take a minute to look at this one.
25                  (Recess taken.)
```

```
 1                         CERTIFICATE
 2           I, the undersigned, Traci L. Barr, RPR, Notary
 3      Public in and for the State of South Carolina, do
 4      hereby certify that the deposition of CHRISTINE
 5      PETRASCH was taken on the 16th day of August, 2023,
 6      that the within deponent was sworn to tell the
 7      truth, and that the foregoing is an accurate
 8      transcription of the testimony taken under oath;
 9      that all exhibits entered herein are attached
10      hereto (if requested by counsel) and made a part of
11      this deposition.
12           I further certify that I am neither counsel
13      nor solicitor to any of the parties in said suit,
14      nor interested in the event of the cause.
15           In witness whereof, I have hereunto set my
16      hand and seal this 24th day of August, 2023.
17
18      _____
19      Traci L. Barr, RPR
20      Notary Public for South Carolina
21      My Commission Expires:  4/24/29
22
23
24
25
```




TS-60, January 8, 2016

# EXPAT GUIDELINES FOR PLANT SPARTANBURG.
**OUTCOME OF TS GESPRÄCH OCTOBER 2015**
**TS-6 WORKSHOP**

**BMW GROUP**



BMW MC 000231

**CONFIDENTIAL**

## CURRENTLY THERE ARE NO FORMAL GUIDELINES IN PLACE FOR USE OF EXPAT ASSIGNMENTS.

Plant Spartanburg does not currently have defined guidelines for the utilization of international assignments. The process to determine which positions are to be filled with an inbound is quite often unclear.

Requests are often made to fill open jobs with an international assignment because there is a competency or skill set is lacking in the local talent.

International assignments are needed but defined guidelines will help managers make informed decisions and plan for Spartanburg to be sustainable in the future.

## OBJECTIVES OF EXPAT ASSIGNMENTS.

➤ Provide the tools necessary for managers to make informed decisions

| Bring knowledge and benchmarks to Plant Spartanburg from other locations. |

| Offer opportunity for development for both domestic and inbounds. |

| Obtain the needed support for launches. |

| Define the right setting of the team structure. |

| Define the right number of inbounds to have in the plant for a sustainable future. |

| Define a talent development process for knowledge transfer to Domestic Associates. |

Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 3
BMW MC 000233

# TOPICS TAKEN INTO CONSIDERATION FOR INBOUND ASSIGNMENTS.

| Topic | Explanation | Documentation Needed | For Discussion in TS-6 Workshop | Responsibility |
|---|---|---|---|---|
| International Critical | Function or team is defined as one that will always require an international to fill (strategic positions). Functions to be determined by VP area with VP Discussion. | Defined functions/competencies in agreement with the VP. | Review overall HR org chart. Identify functions that always need to be an int'l position, could be int'l, will not be int'l. | TS-60 |
| Team Structure | In general there is an alternating reporting structure of international and domestic below the Senior Management level. Tie into succession planning. | Reviewing appropriate team structure for the TS-x organization. | Discuss team structure considering Int'l Critical functions (using org charts). | TS-60 |
| International Training/Skills transfer to Domestic | International to be backfilled with a domestic associate. Integrate assessment in the portfolio process. | Signed training plan with set milestones – responsibility lies with the line manager. | Discuss current inbounds and potential succession planning for the role. Manager has accountability for training plan for domestic. | TS-60 / Manager |
| Section Manager and Department Managers | Confirmation of Department Managers and Section Managers by Senior Management – vertical potential is reviewed and confirmed if necessary. | Approval in Senior Management for Direct Reports (T and M Ressorts Only). | Effective January 1, TS-6 in addition to discussion on FL III, will bring in FL IV's inbound to Sr Mgmt. | TS-60 with notification to TS-61 |
| International Personnel Developmental Opportunity | International candidate has a development plan which includes gaining knowledge in Spartanburg. Manager should look to the previous portfolio results, and candidate should add value to the plant. | Development Plan and last 2 years portfolio results. | Not currently applicable for TS-6. Future plant inbounds should be steered by TS-61. This should be added to current evaluation process. | TS-61 |
| Project Launch, etc. | Requests for launch support should coincide with project length of time for assignment. | Information of project, length of assignment and evaluation against project timing. | Not currently applicable for TS-6. TS-60 via HSC to review future requests from the plant. | TS-60 |
| Set Up of New Initiative within Plant Spartanburg | A new concept/organization needs to be implemented within the plant (i.e. Toolshop Americas) and a team is needed to implement this initiative. | Organization should be reviewed to include development plan for domestic associates. | Not currently applicable for TS-6. Future plant requests steered in HSC with invitation to meeting. | HSC |

Compensation, TS-60, 1/8/16

CONFIDENTIAL

# TS-6 ORGANIZATIONAL CHART FOR WORKSHOP.

One international in this team



Compensation, TS-60, 1/8/16

Page 5
BMW MC 000235

CONFIDENTIAL

# TS-60 ORGANIZATIONAL CHART FOR WORKSHOP.



Option 1:

TS-6: International
TS-60: Domestic
Planner: International
Comp Analyst: International possible
Benefits: Not recommended (due to US ERISA & ACA regulatory environment)

Option 2:

TS-6: Domestic
TS-60: International
Planner: Domestic
Comp Analyst: International possible
Benefits: Not recommended (due to US ERISA & ACA regulatory environment)

TS-60 department has a need for an international inbound (Planner or Dept Mgr ideally from AG – tie to network) and should follow the status of TS-6.

Int'l or Dom

Domestic

Global

Compensation, TS-60, 1/8/16

**CONFIDENTIAL**

Page 6

BMW MC 000236

# TS-61 ORGANIZATIONAL CHART FOR WORKSHOP.

TS-6: International
TS-61: Not Recommended
International HR: International
Talent Management: International possible
Recruiting Manager or Recruiter: International possible (global) with alternating reporting line.



Int'l or Dom

Domestic

Global

See Note

Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 7
BMW MC 000237

# TS-62 ORGANIZATIONAL CHART FOR WORKSHOP.

TS-6: International
TS-62: Not recommended
HRIS: International
HRSC: International
Payroll: Not recommended



Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 8

BMW MC 000238

# TS-65 ORGANIZATIONAL CHART FOR WORKSHOP.

**Option 1**

TS-6: International
TS-65: Domestic
Talent Programs: International
LPD: Domestic
Technical Manager: International
Technical Supervisor: Not recommended

**Option 2**

TS-6: Domestic
TS-65: International
Talent Programs: International
LPD: Domestic
Technical Manager: International
Technical Supervisor: Not recommended



Compensation, TS-60, 1/8/16

# TOPICS TAKEN INTO CONSIDERATION FOR INTERNATIONAL CANDIDATES.

| Criteria | Explanation |
|---|---|
| Exempt Positions | International inbound assignments (long term) are for exempt positions only – consider QE/PSP type roles in lieu of Section Leader functions. |
| Supervisory Positions | Inbound assignments for supervisory positions are FL IV and above. |
| Personal Grade | Candidate is minimum personal grade of EG09 (PG 5) for consideration of inbound assignment. |
| FL IV Positions | Candidate must meet minimum education and experience requirements (4 years of experience in lieu of degree, plus experience requirements). |
| Language Capability | Assessment of language skills and culture topics to be completed as part of interview process, completed by manager and International Human Resources. |
| Length of Assignment | 3 year assignments should be standard to allow for continuity, development of a function and transfer of knowledge, especially for management functions. Strategically align dates of assignments for overlap and continuity. Consider project/launch cycles. |
| Interview/Cultural Assessment | To determine fit with culture, family situation / support needed. Review cultural training based on feedback and lessons learned. |

**Additional considerations:**
- As business needs require, PA/Maintenance and support can be done through EBT or business trips

# KNOWLEDGE/SKILLS TRANSFER TOOL.

## Defining objectives:

- The Agreements on Performance Objectives are important to show and track the improvements of the Inbound associates and ensure knowledge is transferred and to gain transparency about progress towards the development of the function as domestic. Results could serve as additional information for portfolio discussions.

- Performance objectives of the function should be identified and translated into concrete areas of responsibilities and tasks with certain milestone dates. Objectives should be SMART (specific, measureable, assignable, realistic and time-related).

### Performance Agreement Objectives

The Agreements on Performance Objectives are important to show and track the improvements of the Inbound and ensure knowledge is transferred and to gain transparency about development of Inbound function. Reached objectives serve as additional information for portfolio discussions.

Please specify the performance objectives of the function in general and translate them into concrete areas of responsibilities and tasks due to certain dates (1st to 3rd Milestone). Complete the due dates to which the three different milestones should be fulfilled. Please make sure objectives are formulated SMART (specific, measureable, assignable, realistic and time-related). Upload the Performance Agreements Objectives Sheet to XXX.

Bring the updated Performance Agreement Sheet after every reached milestone (due date) to your portfolio rounds. It is your responsibility to collect the evaluation and feedback from your manager after every milestone.

| WHO: | Name | | MANAGER | Name |
|---|---|---|---|---|
| WHEN: | from MM/DD/YYYY | to MM/DD/YYYY | | |
| WHERE: | dept. TS-XX | | next target succession: | Domestic or International |
| WHY: | reaso Reason for Assignment | | | |
| WHAT: | Name of Function | Function Level: FL | disciplinary leader: | Yes or No |

**Performance objectives for the international**

| Overall objectives for int. Assigment: | Evaluation of dept. Manger |
|---|---|
| Knowledge / skill transfer: | |

**1st** — approx due after 1st year
| Objectives for 1st milestone: | Due Date: | Evaluation of dept. Manger |
|---|---|---|
| Knowledge / skill transfer: | | |

**2nd** — approx due by mid of assignment
| Objectives for 2nd milestone: | Due Date: | Evaluation of dept. Manger |
|---|---|---|
| Knowledge / skill transfer: | | |

**3rd** — approx due by end of assignment
| Objectives for 3rd milestone: | Due Date: | Evaluation of dept. Manger |
|---|---|---|
| Knowledge / skill transfer: | | |

Associate _____  Manager _____

HR _____

Compensation, TS-60, 1/8/16

CONFIDENTIAL

# NEXT STEPS AND FUTURE ACTIONS.

Workshops to be conducted in each VP area with management team to review guidelines and develop future plan – until the end of January 2016 – TS-6 workshop January 8.

Tool to be implemented for knowledge/skills transfer. Management responsibility to use tool and track effectiveness – provide feedback to TS-60 for further development of the tool.

Recommendations for the future:
Guidelines for Outbounds to be discussed in a future TS Gespräch. The following topics were discussed and should be taken into consideration.
- Budget is topic for future strategies – need to consider in budget planning.
- Every direct report in Production has international experience – have to plan outbound assignments.
- Mentor is mandatory and should not be a former manager.
- Find a way to better focus on Section Managers.

**BACKUP.**

Compensation, TS-60, 1/8/16

Page 13
BMW MC 000243



## GUIDELINES FOR SECTION LEADER INBOUNDS.

- Have a constant inbound assignment for a QE or PSP position that will work closely with the Section Leader on the line.

- No direct supervision of Production Associates.

- Provides technical knowledge transfer opportunity between Domestic and International associate and avoids potential pay/tax/US legal issues.

Compensation, TS-60, 1/8/16

CONFIDENTIAL

Page 14
BMW MC 000244

# GUIDELINES FOR LIMITED LOCAL ASSIGNMENTS.

| Criteria | Explanation |
|---|---|
| Trailing Spouse | Inbound associate on assignment has a spouse working for BMW Group – can offer a limited local assignment to prevent dual expat benefits, if there is a business need. |
| Bridging gap to localization | Candidate is trying to remain with Plant Spartanburg as a localization and needs time to finalize. |