# EXHIBIT A

January 3, 2022

BMW Manufacturing Co., LLC
Attention: Christine Petrasch, VP Human Resources
1400 Highway 101 South
Greer, SC

Christine,

Please accept this as written notification of my employment resignation from BMW Manufacturing Co., LLC. As is customary and professional in the United States, I am providing a two-week notice prior to my resignation date.

Therefore, my last day of work with BMW MC will be Friday, January 14, 2022.

Sincerely,

*Kelly G. Dawsey*
Kelly G. Dawsey

EXHIBIT
Dawsey
54

**EXHIBIT**
Dawsey
59

email received 2022-01-26

436-2022-00637

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | ___ FEPA<br>_X_ EEOC | |

South Carolina Human Affairs Act and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.)<br>Kelly Dawsey | Home Phone (Incl. Area Code)<br>(864) 412-8685 | Date of Birth<br>07-05-1968 |
|---|---|---|
| Street Address<br>403 Carriage Hill Road; | City, State and ZIP Code<br>Simpsonville, SC 29681 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>BMW Manufacturing Co., LLC | No. Employees, Members<br>> 500 | Phone No. (Include Area Code)<br>(864) 802-6000 |
|---|---|---|
| Street Address<br>PO Box 11000; | City, State and ZIP Code<br>Spartanburg, SC 29304 | |
| Name<br>Bayerische Motoren Werke AG | No. Employees, Members<br>>500 | Phone No. (Include Area Code)<br>Phone: +49 89 382-0 |
| Street Address<br>BMW-Vierzylinder, Petuelring 130, | City, State and ZIP Code<br>80809 München | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br>_X_ RACE __ COLOR _X_ SEX __ RELIGION _X_ NATIONAL ORIGIN<br>__ RETALIATION __ AGE __ DISABILITY __ OTHER *(Specify below.)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest      Latest<br>Unkn         December 2021<br>__ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attached extra sheet(s))*:

I was a manager in human resources (Level III). I reported directly to the vice president of human resources, who is German. I was removed from my position and told that BMW in Greer and its parent company needed to replace me with a German national. She confirmed that, because the new vice president of human resources would be a United States citizen, then the number two in the department needed to be German. Respondents replaced me with a German national, who is far less qualified. Respondents have maintained a stated policy and practice of classifying employees by national origin and of requiring that a German national be awarded either the number one or number two spot in each department regardless of relative qualification.

Despite my excellent performance, I was then told I would have to leave the human resources department and look for other another assignment even though I had never worked in manufacturing or engineering. A black male was not required to leave the department and, in fact, Respondents bypassed normal procedures to increase his level to III while telling me that I would be put into a role that would be downgraded to Level IV.

I have been discriminated against, demoted, and constructively discharged on the basis of my national origin, sex, and race.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1-26-22
Date                        *Charging Party Signature*

BMW MC 000275