# EXHIBIT B

| Name | Kelly Groomes Dawsey | | |
|---|---|---|---|
| EE group | 1 Active | Hire Date | 06/05/1995 |
| EE subgroup | 04 Exempt | Cost Center | 1204     HR Plan, Total Rewar |
| Choose | 01/01/1800  o | 12/31/9999 | STy. |

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| O | 07/04/2021 | 12/31/9999 | 00 | A1 | III | 11 | 7,786.54 | USD | 202,450.00 | USD |
| O | 12/01/2020 | 07/03/2021 | 00 | A1 | III | 11 | 7,557.69 | USD | 196,500.00 | USD |
| O | 09/27/2020 | 11/30/2020 | 00 | A1 | FL-III | 11 | 7,557.69 | USD | 196,500.00 | USD |
| O | 03/31/2019 | 09/26/2020 | 00 | A1 | FL-III | 11 | 7,301.19 | USD | 189,831.00 | USD |
| O | 04/01/2018 | 03/30/2019 | 00 | A1 | FL-III | 11 | 7,057.69 | USD | 183,500.00 | USD |
| O | 04/02/2017 | 03/31/2018 | 00 | A1 | FL-III | 11 | 6,846.15 | USD | 178,000.00 | USD |
| O | 03/20/2016 | 04/01/2017 | 00 | A1 | FL-III | 10 | 6,448.85 | USD | 167,670.02 | USD |
| O | 10/04/2015 | 03/19/2016 | 00 | A1 | FL-III | 10 | 6,230.77 | USD | 162,000.02 | USD |
| O | 03/22/2015 | 10/03/2015 | 00 | A1 | FL-III | 09 | 5,903.48 | USD | 153,490.50 | USD |

Entry     1 of  34



EXHIBIT
Dawsey
16

Dawsey 0051

## Overview Basic Pay

Payments and deductions

| | | |
|---|---|---|
| Name | Kelly Groomes Dawsey | |
| EE group | 1 Active | Hire Date: 06/05/1995 |
| EE subgroup | 04 Exempt | Cost Center: 1204   HR Plan, Total Rewar |
| Choose | 01/01/1800 to 12/31/9999 | STy. |

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 04/01/2007 | 03/29/2008 | 00 | A1 | FL-IV | 09 | 3,733.20 | USD | 97,063.32 | USD |
| 0 | 02/19/2006 | 03/31/2007 | 00 | A1 | FL-IV | 09 | 3,589.62 | USD | 93,330.12 | USD |
| 0 | 10/03/2004 | 02/18/2006 | 00 | A1 | FL-IV | 09 | 3,461.54 | USD | 90,000.04 | USD |
| 0 | 09/05/2004 | 10/02/2004 | 00 | A1 | FL-IV | 09 | 3,461.54 | USD | 90,000.04 | USD |
| 0 | 07/04/2004 | 09/04/2004 | 00 | A1 | FL-IV | 09 | 3,214.81 | USD | 83,585.06 | USD |
| 0 | 02/08/2004 | 07/03/2004 | 00 | A1 | FL-IV | 09 | 3,214.81 | USD | 83,585.06 | USD |
| 0 | 02/09/2003 | 02/07/2004 | 00 | A1 | FL-IV | 08 | 2,807.69 | USD | 72,999.94 | USD |
| 0 | 02/11/2002 | 02/08/2003 | 00 | A1 | FL-IV | 08 | 2,615.38 | USD | 67,999.88 | USD |
| 0 | 08/27/2001 | 02/10/2002 | 00 | A1 | FL-IV | 08 | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 04/09/2001 | 08/26/2001 | 00 | A1 | COORD | C | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 05/08/2000 | 04/08/2001 | 00 | A1 | COORD | C | 2,296.14 | USD | 59,699.64 | USD |
| 0 | 06/07/1999 | 05/07/2000 | H1 | H2 | HISTORY | H | 2,180.76 | USD | 56,699.76 | USD |
| 0 | 05/03/1999 | 06/06/1999 | H1 | H1 | HISTORY | H | 1,090.38 | USD | 56,699.76 | USD |
| 0 | 10/26/1998 | 05/02/1999 | H1 | H1 | HISTORY | H | 1,047.11 | USD | 54,449.72 | USD |
| 0 | 05/04/1998 | 10/25/1998 | H1 | H1 | HISTORY | H | 951.92 | USD | 49,499.84 | USD |
| 0 | 06/05/1995 | 05/03/1998 | H1 | H1 | HISTORY | H | 0.00 | USD | 0.00 | USD |

Entry 16 of 31

Dawsey 0052