# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                     SPARTANBURG DIVISION
                CASE NO.  7:22-cv-03738-TMC-KFM
 3

 4   Kelly Dawsey,

 5         Plaintiff,

 6    vs.

 7   Bayerische Motoren Werke
     Aktiengesellschaft and BMW
 8   Manufacturing Co., LLC,
     collectively d/b/a "BMW Group",
 9
           Defendants.
10

11   _____

12                  DEPOSITION OF SHERRY McCRAW

13   _____

14
     DATE TAKEN:            January 23, 2024
15
     TIME BEGAN:            10:03 a.m.
16
     TIME ENDED:            3:12 p.m.
17
     LOCATION:              Jackson Lewis, PC
18                          15 South Main Street, Suite 700
                            Greenville, South Carolina  29601
19
     REPORTED BY:           Traci L. Barr, RPR
20

21   _____

22
                   EXPEDITE COURT REPORTING, LLC
23                   Traci L. Barr & Associates
                        Post Office Box 25882
24               Greenville, South Carolina 29616
                    info@expeditereporting.com
25                       (864) 509-0914
```

```
1    Q.    How many are going to be in the core?
2    A.    I'm not sure yet.  It depends on how many we can
3          find.
4    Q.    How many employees has BMW hired to date for this
5          battery operation in Woodruff?
6    A.    256.
7    Q.    Okay.  And of those 256, are they all BMW direct
8          employees?
9    A.    Yes.
10   Q.    Okay.  So you have almost 2,000 more to go?
11   A.    Yes.
12   Q.    Any other factors you considered in deciding that
13         Kelly Dawsey was a better fit for 64 than 61?
14   A.    Corey Epps had been in the 61 position only about
15         one year.  I thought he was doing a good job in
16         that position.  And again, we move every 3 to 4, so
17         it was early to move him out of the position he had
18         just started a year earlier.
19   Q.    Okay.  Anything else?
20   A.    No.  That's it.
21   Q.    When was a decision made to move recruiting to
22         TX-66?
23   A.    We first decided it in the fall of '22, so '22 is
24         basically when it was drawn on the org chart.
25   Q.    In making the decision that Kelly was better suited
```

| | | |
|---|---|---|
| 1 | | organization. |
| 2 | Q. | Okay. I'll circle back to that, but just to put a |
| 3 | | little bit more on that, who was present in that |
| 4 | | meeting? |
| 5 | A. | Me, Robert, Christina. |
| 6 | Q. | That's Dr. Engelhorn? |
| 7 | A. | Yes. |
| 8 | Q. | And Ms. Petrasch? |
| 9 | A. | Yes. |
| 10 | Q. | Okay. So just go back to my question. |
| 11 | | Did you ever tell Dr. Engelhorn you had any |
| 12 | | concerns about Kelly Dawsey? |
| 13 | A. | Only in that meeting. |
| 14 | Q. | In the meeting in October? |
| 15 | A. | In October, yes. |
| 16 | Q. | Let's go to that meeting. |
| 17 | | What was said during this meeting in October |
| 18 | | between you, Robert Engelhorn, and Christina |
| 19 | | Petrasch? |
| 20 | A. | We just discussed the 64 position and why I felt |
| 21 | | that Kelly was best for the 64 position instead of |
| 22 | | the 61. |
| 23 | Q. | And during that meeting, did you tell Dr. Engelhorn |
| 24 | | and Ms. Petrasch you had concerns about Ms. Dawsey? |
| 25 | A. | Not concerns. I just thought she was stronger for |

```
1            the 64 position.
2   Q.   Okay.  Anything else you told them in the October
3        meeting other than you felt that Ms. Dawsey was
4        stronger for the 64 position?
5   A.   Not that I remember.
6   Q.   Did you ever tell Christina Petrasch that you had
7        concerns about Kelly Dawsey?
8   A.   No, I didn't.
9   Q.   Did you give any consideration to Eva Burgmeier
10       going to TX-64?
11  A.   No.  That was already decided.
12  Q.   It was already decided that she would go to TX-60?
13  A.   Yes, it was.
14  Q.   Prior to accepting the TX-6 position in
15       Spartanburg, had you ever had any conflicts with
16       Kelly Dawsey?
17  A.   Conflicts, no.
18  Q.   Prior to accepting the TX-6 position in
19       Spartanburg, had you ever complained to anybody
20       about Kelly Dawsey?
21  A.   Probably.
22  Q.   Do you recall any?
23  A.   I was not happy sometimes with the policies that
24       were rolled out from the 60 function.
25  Q.   What policies?
```

| | | |
|---|---|---|
| 1 | A. | Downgrading of positions. |
| 2 | Q. | Any others? |
| 3 | A. | The letting go of my temporary workers at the first |
| 4 | | day of COVID. |
| 5 | Q. | Any others? |
| 6 | A. | Those were the two main topics. |
| 7 | Q. | What policy are you referring to with regard to |
| 8 | | downgrading of positions? |
| 9 | A. | Kelly's department and Kelly put in place that if |
| 10 | | people were not in the same -- even if they were in |
| 11 | | the same job, their job would be downgraded to a |
| 12 | | lower grade. They had to find another job at that |
| 13 | | same grade to maintain their benefits. They had |
| 14 | | one year to find another job. |
| 15 | Q. | Are you referring to the policy that if someone's |
| 16 | | in a personal grade that is outside the function |
| 17 | | level range? |
| 18 | MR. MOODY: Objection to form. | |
| 19 | THE DEPONENT: I don't know if it was only personal grade | |
| 20 | | outside. It was -- the function changed in some |
| 21 | | way. |
| 22 | EXAMINATION RESUMED | |
| 23 | BY MR. MURPHY: | |
| 24 | Q. | Okay. Tell me what you understand the policy to |
| 25 | | have been that you disagreed with. |