John E. Gibson, Jr.　　　　　　　　　　　　　　December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

```
                                                       Page 1
 1            UNITED STATES DISTRICT COURT
 2             DISTRICT OF SOUTH CAROLINA
 3                SPARTANBURG DIVISION
 4
 5   KELLY DAWSEY,
 6            Plaintiff,
 7            vs.              C/A NO. 7:22-cv-03738-TMC
 8   BAYERISCHE MOTOREN WORKE
 9   AKTIENGESELLSCHAFT AND BMW
10   MANUFACTURING CO., LLC,
11   COLLECTIVELY D/B/A "BMW
12   GROUP,"
13            Defendants.
14
15   DEPOSITION OF:  JOHN E. GIBSON, JR.
16   DATE:           December 4, 2025
17   TIME:           1:05 p.m.
18   LOCATION:       Law Offices of Jackson Lewis
19                   15 South Main Street
20                   Suite 700
21                   Greenville, SC
22   TAKEN BY:       Counsel for the Defendants
23   REPORTED BY:    ERIC GLAZIER, Court Reporter
24
25
```

John E. Gibson, Jr.                                    December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 44

1   on your CV?
2          A.   No, sir.
3          Q.   All right.
4               Mr. Gibson, what were you asked to do
5   in this case?
6          A.   I was asked to provide calculation of
7   wages as if Mrs. Dawsey was still employed with BMW
8   against what her wages were after she left
9   employment.
10         Q.   All right.
11              So if -- if Ms. Dawsey would have
12  stayed at BMW, what would her damages be?
13              MR. MURPHY:  Object to the form.
14         A.   I was not asked to -- I was just asked
15  to provide an opinion as to what her wages would
16  have been versus what they are today.  I wasn't
17  asked to opine on the legality of whether she would
18  have stayed at BMW or not.  She wasn't there, so...
19         Q.   Well, I'm asking you.
20              MR. MURPHY:  Object to the form.
21         A.   Can you repeat the question?
22         Q.   Absolutely.
23              If she would have stayed at BMW, what
24  would her damages be?
25              MR. MURPHY:  Object to the form.  Calls

John E. Gibson , Jr.                                December 4, 2025
Dawsey, Kelly Vs. Bayerische Motoren Worke Aktiengesellschaft, Et Al.

Page 135

1  ability to speak with you about those, whether they
2  be in another deposition, continuation, whatever.
3  So we reserve those rights.
4           I have -- you have seen the report from
5  GreerWalker and Nick Harris, right?
6       A.  Yes, sir.
7       Q.  What -- do you have criticisms of that
8  report?
9       A.  I don't know what he was asked to do,
10 but it seemed like he went a lot into more the
11 issues of employment and all of this versus the
12 damages.  And he didn't put forth the damage
13 calculation himself other than to say there were
14 zero damages.
15      Q.  Okay.
16          Do you have any criticisms of his
17 approach?
18      A.  Typically, I don't get into -- I'm not
19 hired or get into giving opinion about employment,
20 legal and what all the legal components of it are,
21 whether there's discrimination or not.
22      Q.  Right.
23      A.  And what caused it.  He got in- -- it
24 seemed like he got into that in a lot of his report
25 with charts about this and that and presentations