```
                                                                    1

             IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
                     SPARTANBURG DIVISION
              CASE NO.  7:22-cv-03738-TMC-KFM


   Kelly Dawsey,

         Plaintiff,

    vs.

   Bayerische Motoren Werke
   Aktiengesellschaft and BMW
   Manufacturing Co., LLC,
   collectively d/b/a "BMW Group",

         Defendants.


   _____

                DEPOSITION OF CHRISTINE PETRASCH
   _____


   DATE TAKEN:          August 16, 2023

   TIME BEGAN:          9:58 a.m.

   TIME ENDED:          6:34 p.m.

   LOCATION:            Jackson Lewis, PC
                        15 South Main Street, Suite 700
                        Greenville, South Carolina  29601

   REPORTED BY:         Traci L. Barr, RPR

   _____

              EXPEDITE COURT REPORTING, LLC
                 Traci L. Barr & Associates
                   Post Office Box 25882
              Greenville, South Carolina 29616
                 info@expeditereporting.com
                       (864) 509-0914
```

```
                                                                  113
 1                      EXAMINATION RESUMED
 2    BY MR. MURPHY:
 3    Q.    Ms. Petrasch, can you identify the document that's
 4          marked BMW AG 75 through 77?
 5    A.    No, not really.  No.
 6    Q.    Okay.  Looking at the first page of it, do you know
 7          what PE-TAG stands for?
 8    A.    This is what we discussed before.  It's a personal
 9          development day where you share information, you
10          talk about candidates.
11    Q.    I remember the term "PE day".
12    A.    It's PDD, how we call it here, personal development
13          day, and PE-TAG is the same in AG.
14    Q.    Okay.  So PE-TAG is PE day, which is the same as
15          PDD?
16    A.    Yes.
17    Q.    And P Kreis, you laughed at me before for
18          mispronouncing that.  I think you've told me.
19          What does that mean?
20    A.    P Kreis, it's the P circle, and we just went
21          through it is Ilka Horstmeier, with her direct
22          reports.
23    Q.    Which would be Ms. Burghardt?
24    A.    Ms. Burghardt, Mr. Batz.
25          And Claudia Koepnick, PM-6, is HR management for
```

114

1           the HR people, and this is why she is preparing
2           information like that.  Like the Corey Epps
3           function, the PDD, he's preparing this for us, MC,
4           and PM-6 is preparing all the information for this
5           PE-TAG.
6    Q.     Pages 76 and 77, do you see those?
7    A.     Yeah.
8    Q.     Okay.  This long word at the top, N-A-C-H-F-O-L-G-E
9           --
10   A.     Uh-huh.
11   Q.     I bet I can guess the second part, but can you tell
12          me what that word means together?
13   A.     It's succession planning.
14   Q.     And is this a document that was created in the
15          meeting with -- that Mr. Epps has with Dr.
16          Engelhorn and the level 2s?
17   MR. ROZELSKY:  Object to the form.
18                    EXAMINATION RESUMED
19   BY MR. MURPHY:
20   Q.     A while back, you were telling me about a
21          succession plan meeting that Corey Epps has with
22          Dr. Engelhorn and the level 2s?
23   A.     Uh-huh.
24   Q.     Do you remember that?
25   A.     Yeah.