1

            IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                   SPARTANBURG DIVISION
            CASE NO.  7:22-cv-03738-TMC-KFM

Kelly Dawsey,

       Plaintiff,

 vs.

Bayerische Motoren Werke
Aktiengesellschaft and BMW
Manufacturing Co., LLC,
collectively d/b/a "BMW Group",

       Defendants.

_____

            VIDEOTAPED DEPOSITION OF KELLY DAWSEY

_____

DATE TAKEN:            August 30, 2023

TIME BEGAN:            9:41 a.m.

TIME ENDED:            7:03 p.m.

LOCATION:              Stephenson & Murphy, LLC
                       207 Whitsett Street
                       Greenville, South Carolina  29601

REPORTED BY:           Traci L. Barr, RPR

VIDEOTAPED BY:         Brandon Dufala

_____

            EXPEDITE COURT REPORTING, LLC
                Traci L. Barr & Associates
                  Post Office Box 25882
              Greenville, South Carolina 29616
                 info@expeditereporting.com
                      (864) 509-0914

```
 1    APPEARANCES:

 2

 3    BRIAN P. MURPHY, ESQUIRE
      Stephenson & Murphy, LLC
 4    207 Whitsett Street
      Greenville, South Carolina   29601
 5    Brian@stephensonmurphy.com
      (864) 370-9400
 6
        .........On behalf of the Plaintiff
 7

 8    D. RANDLE MOODY, II, ESQUIRE
      Jackson Lewis, LLP
 9    15 South Main Street, Suite 700
      Greenville, South Carolina   29601
10    Randy.moody@jacksonlewis.com
      (864) 232-7000
11
       and
12
      ELLISON F. McCOY, ESQUIRE
13    Jackson Lewis, PC
      15 South Main Street
14    Suite 700
      Greenville, South Carolina   29601
15    Mccoye@jacksonlewis.com
      (864) 232-7000
16
        .........On behalf of Defendant BMW Manufacturing,
17
                       LLC
18

19    KURT M. ROZELSKY, ESQUIRE
      Spencer Fane, LLP
20    Post Office Box 294
      Greenville, South Carolina   29602-0294
21    Krozelsky@spencerfane.com

22      .........On behalf of Defendant BMW AG

23
      ALSO ATTENDING:  Paul Lindemann, Scott Medley
24

25
```

```
                                                                        3
 1                              INDEX
 2                                                                    PAGE
 3     Stipulation.............................................7
 4     Examination by Mr. Moody................................7
 5     Certificate of Reporter...............................331
 6     Errata Sheet..........................................332
 7
 8                             EXHIBITS
 9     Exhibit 1 (Amended Complaint).........................33
10     Exhibit 2 (Letter)....................................35
11     Exhibit 3 (Resume)....................................39
12     Exhibit 4 (BMW Manufacturing Corp. Human Resources
13        Implementation of Exempt Grading, Salary, Bonus and
14        Benefits Structure)................................65
15     Exhibit 5 (Memorandum Regarding Personal Grade
16        Promotion).........................................74
17     Exhibit 6 (Memorandum Regarding Promotion)............78
18     Exhibit 7 (Personnel Development, Succession Planning,
19        TX)................................................83
20     Exhibit 8 (TX-6 Organizational Overview - New Structure
21        Since 12/2019)....................................101
22     Exhibit 9 (Memorandum Regarding Salary Payment
23        Statement, Memorandum Regarding Bonus Statement)...110
24     Exhibit 10 (Memorandum Regarding Salary Payment
25        Statement)........................................112
```

```
                                                                         4
 1    Exhibit 11 (Memorandum Regarding Bonus Statement)...115
 2    Exhibit 12 (Memorandum Regarding Salary and Bonus Pay
 3       Statement)...........................................116
 4    Exhibit 13 (Memorandum Regarding Salary and Bonus Pay
 5       Statement)...........................................116
 6    Exhibit 14 (Memorandum Regarding Compensation Change
 7       Statement)...........................................117
 8    Exhibit 15 (Memorandum Regarding Compensation Change
 9       Statement)...........................................118
10    Exhibit 16 (Document)................................119
11    Exhibit 17 (Salary Information)......................126
12    Exhibit 18 (2021 TX-6 Department Manager Bonuses)...131
13    Exhibit 19 (Portfolio 2018, Global, for
14       Kelly Dawsey)........................................147
15    Exhibit 20 (Portfolio 2019, Global, for
16       Kelly Dawsey)........................................158
17    Exhibit 21 (Portfolio 2020, Global, for
18       Kelly Dawsey)........................................164
19    Exhibit 22 (E-mail)..................................168
20    Exhibit 23 (International Grading FLIV Approval
21       Committee, TS Spartanburg)..........................172
22    Exhibit 24 (BMW Manufacturing Co., LLC, Job Function
23       Data Sheet).........................................175
24    Exhibit 25 (BMW Manufacturing Co., LLC, Job Function
25       Data Sheet).........................................178
```

5

1    Exhibit 26 (BMW Manufacturing Co., LLC, Job Function
2     Data Sheet)........................................183
3    Exhibit 27 (Document)................................185
4    Exhibit 28 (E-mail)..................................185
5    Exhibit 29 (Expat Guidelines for Plant Spartanburg).191
6    Exhibit 30 (E-mails).................................199
7    Exhibit 31 (Substructure HR Plant Spartanburg TX-6).204
8    Exhibit 32 (E-mails).................................207
9    Exhibit 33 (Document)................................208
10   Exhibit 34 (E-mails).................................217
11   Exhibit 35 (TX-6 & TX-60 Info-Share Documentation)..220
12   Exhibit 36 (E-mail)..................................229
13   Exhibit 37 (E-mails).................................237
14   Exhibit 38 (E-mails).................................240
15   Exhibit 39 (Document)................................241
16   Exhibit 40 (TX-6 HR Workshop VI)....................244
17   Exhibit 41 (BMW Plant 10 HR Reorganization).........245
18   Exhibit 42 (E-mail)..................................252
19   Exhibit 43 (E-mail)..................................254
20   Exhibit 44 (E-mails).................................268
21   Exhibit 45 (E-mail)..................................282
22   Exhibit 46 (Morse and Savage Consultant Agreement)..283
23   Exhibit 47 (Photocopy of Check).....................283
24   Exhibit 48 (E-mails).................................284
25   Exhibit 49 (E-mails).................................284

Kelly Dawsey                                              August 30, 2023

```
                                                                       6
```

1    Exhibit 50 (E-mail)...................................291
2    Exhibit 51 (Letter)...................................293
3    Exhibit 52 (Handwritten Notes).......................293
4    Exhibit 53 (E-mails)..................................300
5    Exhibit 54 (Letter)...................................303
6    Exhibit 55 (Photocopy of Text Messages).............310
7    Exhibit 56 (Concrete Driveway Company Compensation
8        Detail)...........................................314
9    Exhibit 57 (Letter)...................................315
10   Exhibit 58 (Form W-2 Wage & Tax Statement 2022).....316
11   Exhibit 59 (Charge of Discrimination)...............316
12   Exhibit 60 (E-mails)..................................317
13   Exhibit 61 (Calendar Pages)..........................319

                                                                    220

1    Q.   Okay.  The next page, ma'am.
2         The TX-6 HR project, did you have any input into
3         this document?
4    A.   Yes.
5    Q.   Were you the one that did this document?
6    A.   I drafted this document with input from Christina
7         --
8    Q.   Okay.
9    A.   -- and Scott Medley.
10   Q.   And the start date for that project was January of
11        2022, right?
12   A.   Yes.
13   Q.   Why was Scott Medley involved in drafting this
14        document with you?
15   A.   Because this was the project that Christina was
16        planning to move Scott to.
17   Q.   All right.  So Mr. Medley had some input into the
18        scope of the project?
19   A.   Yes, because we had to create this from scratch.
20   Q.   All right.  Thank you, ma'am.
21   MR. MOODY:  Next one.
22              (Exhibit Number 35 marked for
23        identification.)
24                   EXAMINATION RESUMED
25   BY MR. MOODY:

```
                                                                221
 1    Q.    Ms. Dawsey, I'm showing you what is Exhibit 35.
 2          And for everybody's information, it's Dawsey 2659
 3          through 2662.  Okay?
 4    A.    Yes.
 5    Q.    All right.  So on the first page -- you mentioned
 6          that you had info-shares periodically, right?
 7    A.    They were scheduled weekly.
 8    Q.    All right.  Weekly.
 9          And so the first page is Wednesday, September 29 of
10          2021.
11          Just want to ask, on the front page, it says, Rich
12          Everly short on RIA.  What is RIA?
13    A.    Retirement income account.
14    Q.    And Rich Everly is a level II American at Plant
15          Spartanburg, right?
16    A.    Correct.
17    Q.    What was he over at the time of September of 2021?
18    A.    Again, I'd have to confirm, but I would say paint
19          shop.
20    Q.    Thank you, ma'am.
21          And it says, earnings sent from BM were incorrect.
22          What is BM?
23    A.    BM -- I'm -- I'm not sure exactly, but I think that
24          was the tool where they were calculated, the RIA.
25    Q.    Okay.  Is BM a software project?
```

222

1  A.  I can't be sure.
2  Q.  And September 29 of 2021, was Lakeia Harris still
3      there?
4  A.  I don't -- I don't recall --
5  Q.  Okay.
6  A.  -- her actual dates.
7  Q.  But there is a period of time where you were
8      becoming very short-staffed on the benefits side of
9      your department, right?
10 A.  Yes.
11 Q.  And Lakeia Harris and Tiranda Frost were the two
12     primary benefits folks in your department?
13 A.  Correct.
14 Q.  And we know that sometime at the -- near benefits
15     enrollment, Lakeia Harris left you and left your
16     department, right?
17 A.  Sometime in 2021.  I don't -- I don't know the
18     exact date.
19 Q.  All right.  And we also know that, I think, the
20     same day you resigned, Tiranda Frost resigned.
21     Didn't she?
22 A.  Correct.
23 Q.  All right.  The next page is 2660.
24     Is -- in the way you produced it, is 2660 in any
25     way associated with 2659?

                                                                         223

1  A.   Yes.  So this day, we ran out of time, and we came
2       back together on the next day to have further
3       discussion.
4  Q.   Okay.  So this occurred on September 30?
5  A.   Correct.
6  MR. MURPHY:  The record is not going to be clear what
7       "this" is.  You mean the second page?
8  MR. MOODY:  Yeah, yeah.  2660.  Thank you.
9                    EXAMINATION RESUMED
10 BY MR. MOODY:
11 Q.   And, Ms. Dawsey, I've tried to understand your
12      codes and your handwriting, and sometimes it's not
13      the easiest thing.
14      Can you tell me what the arrow that starts with
15      "Corey" means?
16 A.   So this whole section, Christina was communicating
17      to me what the changes were going to be.
18 Q.   Okay.
19 A.   Starting with Scott to project for two year.
20 Q.   All right.
21 A.   Corey to TX-64.  Move out within one year to
22      logistics.
23 Q.   Okay.
24 A.   TX-60 and TX-61 would become real function level
25      IIIs.

```
                                                                    224
 1   Q.   Okay.  So that was 61 was going to -- going to move
 2        to a function level III?
 3   A.   Correct.
 4   Q.   Okay.  What's the -- what's the next arrow?
 5   A.   Johannes Trauth -- it says Jay Tee, Johannes Trauth
 6        waiting to move recruiting and reclass to function
 7        level IV.  That was referring to TX-64.  She said
 8        the only way to help and fix and stabilize is you
 9        take over TX-61 because Sherry will take the
10        associate position and you can balance and help and
11        influence TX-60.
12   Q.   What does "Sherry will take the associate position"
13        mean?
14   A.   These are Christina's words.  I -- I --
15   Q.   Okay.
16   A.   I can't speculate on that.
17   Q.   Well, you wrote it down.  So what did "Sherry will
18        take" --
19   A.   I wrote it down.
20   Q.   What will [sic] "Sherry take the associate position
21        mean"?
22   MR. MURPHY:  Object to the form.
23   THE DEPONENT:  My -- my opinion of what Christina's words
24        were is that Sherry would always side with the
25        associate and not on some of the hard business
```

225

1           decisions.
2                         EXAMINATION RESUMED
3      BY MR. MOODY:
4      Q.   All right.  So do you have a recording of this,
5           ma'am?
6      A.   What kind of recording?
7      Q.   Like you record somebody talking.
8      A.   No.
9      Q.   Do you have a recording of any conversations at
10          BMW?
11     A.   I do not.
12     Q.   Do you have a recording of any conversations with
13          anyone at BMW regarding anything alleged in this
14          lawsuit?
15     A.   I have my written recordings.  No audio recordings.
16     Q.   Of anyone at BMW?
17     A.   No.
18     Q.   All right.  What does the next line say?
19     A.   Sherry will fall back where we were before.
20     Q.   What does that mean?
21     A.   Again, these are Christina's words.  I think, in
22          her view, human resources had moved forward, made
23          strides in business partnership and so forth, and I
24          think she thought we would not move forward as an
25          organization.

226

1  Q.  All right. So what did the meaning "where we were
2      before" -- what kind of time reference does
3      "before" mean in your mind?
4  A.  Again, I can't speculate to potentially she was
5      saying before she got there.
6  Q.  Okay. And there is a reference in the -- the side
7      there. What does that say right there, ma'am?
8  A.  I asked her if we knew who the German was that was
9      coming.
10 Q.  Okay.
11 A.  And she answered.
12 Q.  And then you -- you had the next statement you
13     wrote is what?
14 A.  The only way to get a local TX-6 is to have an
15     international TX-60 to be a bridge to Germany. It
16     is already discussed with T and P and it's done.
17 Q.  And you say Ms. Petrasch said that?
18 A.  Ms. Petrasch said that to me.
19 Q.  What does "bridge to Germany" mean, ma'am?
20 MR. MURPHY:  Object to the form.
21 THE DEPONENT:  Again, I can't interpret her words, but --
22                    EXAMINATION RESUMED
23 BY MR. MOODY:
24 Q.  Well, do you --
25 A.  -- my --