| | |
|---|---|
| From: | Rozelsky, Kurt |
| To: | Brian Murphy |
| Cc: | Moody, D. Randle, II (Greenville) |
| Subject: | BMW AG: Objections to Plaintiff's Proposed Trial Exhibits |
| Date: | Wednesday, December 31, 2025 2:35:55 PM |

Confirming our discussion yesterday, BMW AG objects to the following Plaintiff's Trial Exhibits:

No. 6: confirming Plaintiff will redact top paragraph of ECF 46-2, p. 2 regarding 

No. 32: confirming you will remove first 3 pages (ECF 45-6 pp. 1-3) titled TRANSLATION
No. 33: Barbara Burghardt LinkedIn (ECF 45-7 pp.1-3) – Lacks foundation
No. 34: confirming you will remove first page (ECF 45-8 p. 1) titled TRANSLATION
No. 35: BMW MC Responses to Plaintiff's First Requests to Admit – pleadings not exhibits to jury
No. 51: BMW MC First Suppl. Responses to Plaintiff's First Interrogs. – pleadings not exhibits to jury

Please confirm you position on these so we know whether to file Objections. Thanks.

Kurt

**Kurt M. Rozelsky** Partner
Spencer Fane LLP

PO Box 294 | Greenville, SC 29602-0294
27 Cleveland St., Suite 201 | Greenville, SC 29601
**D** 864.695.5202  **M** 864.906.7694  **O** 864.695.5200
krozelsky@spencerfane.com | www.spencerfane.com