**In the United States District Court
District of South Carolina
Greenville Division**

| | | |
|---|---|---|
| Kelly Dawsey, | ) | 7:22-03738-TMC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Bayerische Motoren Werke | ) | Plaintiff's Amended 26(a)(3) |
| Aktiengesellschaft and BMW | ) | Disclosures |
| Manufacturing Co., LLC collectively | ) | |
| d/b/a "BMW Group," | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**(i) the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises;**

Plaintiff (will)

John E. Gibson (will)

**(ii) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition**

    BMW has made a blanket objection "to any of the designations by Plaintiff for witnesses that are available to testify." Rule 32(a)(3), however, makes clear that "An adverse party may use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, [or] managing agent . . . ." Fed. R. Civ. P. 32(a)(3). Unavailability is now only an issue under Rule 32(a)(4), which allows for use of non-party depositions. Nor will Plaintiff agree to call these witnesses live and allow Defendants to lead them on "cross."

1

That said, Plaintiff has offered the agreement used in Carter v. Ascend, 8:20-cv-4379-TMC in which available witnesses can be called by Defendant BMW MC, Plaintiff will reserve any examination for cross, and the parties will defer Rule 50(a) motions until after all parties rest. This would greatly save trial time as Plaintiff will only call one witness (herself) for the jury trial portion.[1]

BMW did not provide any objections to the individual designations. BMW has counter designated excerpts for Burgmeier, Bailey, and Gilmore, which are addressed in Dawsey's Objections to BMW's 26(a)(3) responses.

### 1. Robert Engelhorn

| No. | Page:line |
|---|---|
| 1 | 79:19 – 80:4 |
| 2 | 70:11-16 |
|   | 71:17-18 |
| 3 | 71-22-23 |
| 4 | 73:4-8 |
| 5 | 15:16-19 |
| 6 | 69:3-7 |
| 7 | 73:1-3 |
| 8 | 69:6 – 70:7 |
| 9 | 71:24 – 72:3 |
|   | 72:16-19 |

---

[1] Mr. Gibson is the damages expert, who Plaintiff does not intend to call during the jury portion of the case unless otherwise directed by the Court.

| No. | Page:line |
|---|---|
|  | 72:21-24 |
| 10 | 75:3-6 |
|  | 73:9-11 |
| 11 | 70:8-10 |
| 12 | 13:1-12 |
|  | 13:20-23 |
| 13 | 14:1 – 15:4 |
| 14 | 21:18 – 22:7 |
|  | 22:15-17 |
| 15 | 15:5 – 17 |
| 16 | 22:24 – 23:1 |
|  | 23:6-24 |
| 17 | 41:5 ("Please . . . ) – 8 |
|  | 41::22 – 42:4 |
| 18 | 51:1 – 52:6 |
|  | 52:12 (through Burghardt) |
|  | 53:1-7 |
| 19 | 53:24 – 56:10 |
| 20 | 61:9-15 |
| 21 | 51:1 – 53:7 |
| 22 | 59:23 – 61:2 |

| No. | Page:line |
|-----|-----------|
| 23  | 57:17 – 58:23 |
| 24  | 7:9-19 |
|     | 8:10-19 |
| 25  | 82:15 – 83:1 |
| 26  | 80:5 – 81:17 |

**2. Christina Petrasch**

| No. | Page:line | Exh. |
|-----|-----------|------|
| 1   | 5:14-20   |      |
| 2   | 10:22 – 11:4 | 1 |
|     | 11:11-14  |      |
| 3   | 12:2-6    | 1    |
| 4   | 13:12-25  | 1    |
| 5   | 14:2-5    | 1    |
|     | 14:8-13   |      |
|     | 14:16-21  |      |
| 6   | 14:14 – 15:6 |   |
| 7   | 15:21 – 16:4 |   |
| 8   | 18:24 – 19:5 | 1 |
| 9   | 19:17-22  |      |
| 10  | 17:5-10   | 2    |

| No. | Page:line | Exh. |
|---|---|---|
|  | 17:14-16 |  |
| 11 | 20:4-5 |  |
| 12 | 21:11 ("At that time . . . ) – 13 |  |
| 13 | 22:3-4 | 3 |
| 14 | 22:14-16 | 3 |
| 15 | 22:25 – 24:10 | 3 |
| 16 | 24:23 - 25:23 | 3 |
| 17 | 25:24 - 26:11 | 4 |
| 18 | 26:23 – 27:3 | 4 |
| 19 | 27:4-15 | 4 |
| 20 | 28:12 – 29:10 | 4 |
|  | 29:9-10 |  |
|  | 29:20-22 |  |
|  | 29:25 – 30:1 |  |
| 21 | 30:10-12 | 5 |
|  | 30:25 – 31:17 |  |
| 22 | 32:8-15 | 5 |

| No. | Page:line | Exh. |
|---|---|---|
|  | 32:16-21 | 5 |
|  | 32:23 – 33:10 | 5 |
| 23 | 33:15-22 | 6 |
|  | 33:25 – 34:10 |  |
|  | 34:13-17 |  |
| 24 | 35:1-3 |  |
| 25 | 35:23-25 |  |
| 26 | 41:17 – 42:16 | 8 |
| 27 | 43:23 – 44:4 | 8 |
|  | 44:20 – 46:6 |  |
| 28 | 64:6-9 | 8 |
|  | 64:23 – 65:16 |  |
| 29 | 51:1-5 | 9 |
|  | 51:20-24 |  |
|  | 52:3-7 | 8&9 |
| 30 | 52:22 – 53:4 | 9 |
|  | 55:6-10 |  |
|  | 55:15-24 |  |

| No. | Page:line | Exh. |
|---|---|---|
|  | 53:19 ["what are . . . "] – 54:7 |  |
| 31 | 72:25 – 73:6 | 10 |
|  | 73:9 – 75:3 |  |
|  | 75:7 – 77:10 |  |
|  | 77:15 – 79:3 |  |
| 32 | 84:20 – 85:4 | 12 |
|  | 85:13 – 86:15 |  |
| 33 | 88:11-13 | 13 |
|  | 88:20 – 90:6 |  |
|  | 90:10 – 91:9 |  |
| 34 | 94:2 – 97:16 | 13 |
| 35 | 98:1-4 | 14 |
|  | 98:9-14 |  |
| 36 | 99:1-5 |  |
|  | 99:8 – 100:8 |  |

| No. | Page:line | Exh. |
|---|---|---|
|    | 100:11 – 101:8 |    |
| 37 | 101:13 – 102:21 | 15 |
| 38 | 106:11-13 | 16 |
|    | 106:18 – 107:6 |    |
| 39 | 113:6 – 114:13 | 18 |
| 40 | 115:12 – 116:10 | 19 |
|    | 116:13 – 117:11, 117:14 |    |
| 41 | 118:24 – 119:19 |    |
| 42 | 119:20 – 120:21 | 19 |
|    | 121:20-24 |    |
|    | 122:12-23 |    |
|    | 123:10-21 |    |
| 43 | 124:3-7 | 20 |
|    | 124:15-17 |    |
| 44 | 124:23 – 125:1 | 21 |
|    |    |    |
| 45 | 125:18-20 |    |

| No. | Page:line | Exh. |
|---|---|---|
|  | 125:22 – 126:2 |  |
|  | 126:3-18 |  |
| 46 | 126:19 – 127:3 |  |
| 47 | 128:3-4 |  |
| 48 | 130:22-23 |  |
|  | 131:1 |  |
| 49 | 132:4-6 |  |
| 50 | 139:25 – 140:3 |  |
| 51 | 142:8-15 |  |
| 52 | 144:18 – 146:22 |  |
|  | 147:9 – 148:16 |  |
|  | 149:13-14 |  |
| 53 | 159:20-25 |  |
|  | 160:15 – 161:2 |  |

3. **Eva Burgmeier**

| No. | Page:line | Exh. |
|---|---|---|
| 1 | 4:14-16 |  |
| 2 | 7:20 – 8:13 |  |

9

| No. | Page:line | Exh. |
| --- | --- | --- |
| 3 | 23:1-2 | |
| | 23:3 – 24:4 | |
| 4 | 34:23 – 35:6 | |
| | 35:8 – 36:4 | |
| 5 | 44:10-21 | |
| 6 | 45:5 – 46:7 | |
| 7 | 47:17 – 48:7 | |
| 8 | 48:16-18 | |
| 9 | 50:16 – 51:10 | |
| 10 | 56:25 – 59:6 | |
| 11 | 60:23 – 61:23 | 2-3 |
| 12 | 70:7-10 | |
| 13 | 63:10 – 63:2 | 2-3 |
| 14 | 63:12 – 64:8 | |
| 15 | 64:18 – 65:1 | |
| 16 | 65:6-7 | |

| No. | Page:line | Exh. |
|---|---|---|
|  | 65:12-14 |  |
| 17 | 65:17-21 |  |
| 18 | 66:9-12 |  |
| 19 | 66:23 – 68:4 |  |
|  | 69:9-12 |  |
| 20 | 69:13-16 |  |
| 21 | 69:17-21 |  |
| 22 | 71:23 – 72:3 |  |
| 23 | 72:13-16 |  |

### 4. Corey Epps

| No. | Page:line | Exh. |
|---|---|---|
| 1 | 4:14-16 |  |
| 2 | 6:25 – 7:11 |  |
| 3 | 8:1-4 |  |
| 4 | 11:11-12 [through "seen before." | 1 |
|  | 11:21 - - 12:3 |  |
| 5 | 14:12-21 |  |

11

| No. | Page:line | Exh. |
|---|---|---|
| 6 | 15:21 – 17:2 | |
| 7 | 17:19-23 | |
| 8 | 18:19-23 | |
| 9 | 19:5-20 | |
| 10 | 20:3-4 | |
| 11 | 23:5-14 | |
| 12 | 25:3-5 | 2 |
| 13 | 26:16 – 27:20 | 2 |
| 14 | 28:25 – 30:2 | 2 |
| 15 | 30:13-15 | 2 |
| 16 | 32:2-7 | |
| 17 | 35:24 – 37:2 | |
| 18 | 38:14 – 39:3 | |
| 19 | 39:9 – 41:1 | |
| 20 | 42:17 – 43:13 [through level IV direct report] | |

### 5. Clarence Edward (Eddie) Bailey (may)

| No. | Page:line | Exh. |
|---|---|---|
| 1 | 5:14-17 | |
| 2 | 16:3-10 [through "exact dates"] | |
|   | 16:15-24 | |
| 3 | 17:22-24 | |
| 4 | 22:12 – 23:2 | |
| 5 | 23:15-17 | 2 |
| 6 | 23:25 – 24:8 | |
| 7 | 25:8 – 26:1 | |
| 8 | 26:14 – 27:5 | |
| 9 | 31:16 – 32:6 | |
| 10 | 32:10-23 | |
| 11 | 33:13-24 | |
| 12 | 49:17-20 | |
| 13 | 50:23 – 51:3 | 3 |

6. **Neal Gilmore (may)**

| No. | Page:line |
|-----|-----------|
| 1   | 5:17-23   |
|     | 6:1-7     |
| 2   | 8:20-22   |
| 3   | 9:11 – 10:3 |
| 4   | 15:6-7    |
| 5   | 16:7-9    |
| 6   | 19:20-24  |
| 7   | 22:25 – 23:3 |

**(iii)    Identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises**

*Note:  Documents highlighted in yellow are for actual damages purposes only and, unless needed to respond to unanticipated arguments or contrary direction from the Court, Plaintiff's intention is to introduce them only during the non-jury portion of the case.*

| No. | Description | Ref | Will/May | BMW Obj |
|-----|-------------|-----|----------|---------|
| 01  | Dawsey Dec 2021 Resume | BMW MC 113-15 | Will | |
| 02  | Plant Sptg Org Chart | 45-1 pp. 25-26 | Will | |
| 03  | 1-10-22 Petrasch email re New Years email to HR network | 45-1 pp. 14-17 | Will | |
| 04  | 12-03-21 Petrasch email personnel changes in P-Network | 45-1 pp. 19-21 | Will | |

14

| No. | Description | Ref | Will/May | BMW Obj |
|---|---|---|---|---|
| 05 | [SEALED] TX-6 Org Structure Development Step 2 - For April 2021 | BMW MC 426 | Will | |
| 06 | [SEALED] TX-6 & TX-60 Info-Share Documentation Wed 9/29/21 with handwritten notes (partial redaction in left upper corner) | 46-2 | Will | |
| 07 | [SEALED] T-Vorhalt Request | 46-3 | Will | |
| 08 | TX-60 JFDS Rev 4/01/19 | BMW MC 306-09 | Will | |
| 09 | TX-61 JFDS Rev 4-01-19 | BMW MC 316-18 | Will | |
| 10 | Exempt Organizational Structure BMW MC Aug. 2001 | Dawsey 291-302 | Will | |
| 11 | Exempt Organization Structure BMW MC Jan 2018 | BMW MC 1703-10 | Will | |
| 12 | Exempt Organization Structure BMW MC Sept 2021 | BMW MC 1711-22 | Will | |
| 13 | Exempt Organizational Structure BMW MC 2023 | BMW MC 1723-31 | Will | |
| 14 | Portfolio 2020 - Dawsey | BMW MC 103-07 | Will | |
| 15 | Portfolio 2019 - Dawsey | BMW MC 98-102 | Will | |
| 16 | Portfolio 2018 - Dawsey | BMW MC 94-97 | Will | |
| 17 | Expat Guidelines for Plant Spartanburg | BMW MC 231-39 | Will | As cited in Motion in Limine [ECF 154] |

| No. | Description | Ref | Will/May | BMW Obj |
|---|---|---|---|---|
| 18 | TX-6 Organizational overview - New structure SINCE 12/2019 | BMW MC 253 | Will | |
| 19 | 3-20-21 Compensation Change Statement - Dawsey | Dawsey 65 | Will | |
| 20 | Overview on Reference Partner input during the promotion procedure | Dawsey 365 | Will | |
| 21 | 10-1-21 Text Petrasch to Dawsey | Dawsey 259 | Will | |
| 22 | International Grading FLIV Approval Committee TS Spartanburg | BMW MC 301 | Will | |
| 23 | Transition information for Burgmeier Jan 22 | BMW MC 53-55 | Will | |
| 24 | 6-03-21 Epps email PR_210603_Project_Misaligned_PG_Overview_v3.pptx | BMW MC 619 (first page) | Will | |
| 25 | 01-21-21 Petrasch email topics she shared with P . . . . | BMW MC 451-52 | Will | |
| 26 | 03-19-21 Petrasch email to Belinszki Review TX-6 Org | BMW MC 423-29 | Will | |
| 27 | 4-08-21 Petrasch email to Dawsey re draft job descriptions | BMW MC 521-22 | Will | |
| 28 | 10-07-23 Petrasch email to Dawsey HR Compact | BMW MC 390-92 | Will | |
| 29 | JFDS TX-61 Rev 10/24/21 | BMW MC 310-12 | Will | |
| 30 | JFDS TX-61 5/22/22 | BMW MC 313-15 | Will | |

| No. | Description | Ref | Will/May | BMW Obj |
|---|---|---|---|---|
| 31 | 3-03-21 Petrasch email to Dawsey | BMW MC 520 | Will | |
| 32 | 1-05-22 Petrasch email to Burghardt re Dawsey resignation | BMW MC 387-89 (last 3 pp) | Will | |
| 33 | Burghardt LinkedIn | 45-7 | May | Authenticity, completeness, lacks foundation, relevance |
| 34 | 3-30-21 Petrasch email to Belinszki | 45-8, pp. 2-3 | Will | |
| 35 | Defendant BMW MC's Responses to Pl RTA | 97-34 | Will | Relevance, confusions, waste of time – pleadings are not exhibits |
| 36 | 3-01-21 Petrasch email to Koepnik | BMW AG 21-22 | Will | |
| 37 | 9-23-21 Petrasch email to Koepnik PE-TAG PE-Kreis | BMW MC 464 (1st p.) | Will | |
| 38 | 10-01-21 Petrasch email to Koepmik PE-TAG PE-Kreis | BMW MC 445 (1st p.) | Will | |
| 39 | 01-04-22 Petrasch email to Hacker | BMW MC 436 | Will | |
| 40 | 01-07-22 Horstmeier email to Burghardt re Dawsey | BMW AG 01-02 | Will | |
| 41 | 01-05-22 Petrasch email to Burghardt (cc Kopnik) re Dawsey resignation | BMW AG 12 | Will | |

| No. | Description | Ref | Will/May | BMW Obj |
|---|---|---|---|---|
| 42 | 4-20-21 Petrasch email to Kopnik re Review TX-6 org | BMW AG 23-24 | Will | |
| 43 | 6-10-21 Petrasch email to Kopnik | BMW AG 36-42 | Will | |
| 44 | 10-28-21 Kamm email to Petrasch re Draft input target proposal | 104-19 | Will | |
| 45 | PE-TAG | BMW AG 75-77 | Will | |
| 46 | JFDS TX-60 2-01-22 | BMW MC 302-05 | Will | |
| 47 | HRIS screenshots re Epps employment | BMW MC 266-69 | May | |
| 48 | Personnel Development Succession Planning June 19, 2020 | BMW MC 1191-92 | May | |
| 49 | [SEALED] Bailey compensation statement 5-06-22 | BMW MC 1234 | May | |
| 50 | [SEALED] Gilmore Compensation statement 4-19-23 | BMW MC 1503 | May | |
| 51 | Defendant BMW MC's First Supp Resp. to Plaintiff's First Interrogatories | 45-2 | May | Relevance, confusions, waste of time – pleadings are not exhibits |
| 52 | Portfolio 2022 Bailey | BMW MC 1459-62 | May | |
| 53 | BMW Salary History | Dawsey 51-52 | Will | |
| 54 | BMW RSA Statement | Dawsey 2895 | May | |

| No. | Description | Ref | Will/May | BMW Obj |
|---|---|---|---|---|
| 55 | Summary page re retirement contributions | Dawsey 2897 | May | |
| 56 | Madewell 2022 W-2 | Dawsey 2840 | May | |
| 57 | GSP annual compensation statements | Dawsey 2902-09 | May | |
| 58 | 2022 GSP W-2 | Dawsey 2841 | May | |
| 59 | 2023 GSP W-2 | Dawsey 2875 | May | |
| 60 | 2024 GSP W-2 | Dawsey 2876 | May | |
| 61 | 2025 GSP W-2 | | May | |
| 62 | 12-22-25 Report of John E. Gibson | | Will | |
| 63 | Burgmeier 4/21/21 email re P Circle | ECF 45-1, p. 12 | Will | |

Respectfully submitted this 12th day of January 2026.

         s/ Brian P. Murphy_____
        Brian P. Murphy, Bar No. 6770
        Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400