## Kay McAlister

| | |
|---|---|
| **Subject:** | Dawsey v Bayerische Motoren Werke Aktiengesellschaft et al, 7-22-cv-3738 |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Thu 1/22/2026 11:00 AM |
| **End:** | Thu 1/22/2026 11:30 AM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Meeting organizer |

### Dial in by phone

+1 864-447-3799,,471329475

Phone conference ID: 471 329 475#