# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| KELLY DAWSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 7:22-cv-03738-TMC |
| ) | |
| BAYERISCHE MOTOREN WERKE ) | |
| AKTIENGESELLSCHAFT and BMW ) | |
| MANUFACTURING CO., LLC collectively ) | |
| d/b/a "BMW GROUP," ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT CONSENT MOTION FOR WITHDRAW OF COUNSEL

Defendant Bayerische Motoren Worke Aktiengesellschaft ("BMW AG"), by and with the consent of counsel for Plaintiff and BMW Manufacturing Co., LLC, respectfully requests this permit the withdraw of Daniel S. Savrin, Nathaniel P. Bruhn, and Duke K. McCall, III of Morgan Lewis. BMW AG will continue to be represented at trial by Kurt M. Rozelsky of Spencer Fane LLP.

Respectfully submitted this the 6th day of February 2026.

                                           */s/ Kurt M. Rozelsky*
                                           Kurt M. Rozelsky (Fed. I.D. No. 6299)
                                           SPENCER FANE LLP
                                           27 Cleveland St., Suite 201
                                           Greenville, SC 29601
                                           (864) 695-5200
                                           krozelsky@spencerfane.com

                                           *ATTORNEY FOR DEFENDANT BAYERISCHE*
                                           *MOTOREN WERKE AKTIENGESELLSCHAFT*

WE CONSENT:

*By: s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT BMW MANUFACTURING CO., LLC*


*s/ Brian P. Murphy*
Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400
brian@murphystephenson.com