## Ķay McAlister

| | |
|---|---|
| **Subject:** | Phone Conference, Dawsey v BMW and BMW (AG), 7-22-cv-3738-TMC |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Thu 2/12/2026 1:30 PM |
| **End:** | Thu 2/12/2026 2:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |

Strikes for cause
Voir Dire
Other issues

## Dial in by phone

+1 864-447-3799,,

Phone conference ID: 667 384 035#