**In the United States District Court
District of South Carolina
Spartanburg Division**

|  |  |  |
|---|---|---|
| Kelly Dawsey, | ) | 7:22-03738-TMC |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Motion in Limine |
|  | ) |  |
|  | ) |  |
| Bayerische Motoren Werke | ) | Motion for Curative Instruction |
| Aktiengesellschaft and BMW | ) |  |
| Manufacturing Co., LLC collectively | ) |  |
| d/b/a "BMW Group," | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This case is being tried in Greenville at the request of BMW, who gave the reason that trying the case in Anderson would be inconvenient for BMW.  That was not the reason.  During opening statements, counsel for BMW MC told the jury that Governor Campbell convinced BMW AG to come to South Carolina.  He told the jury that BMW AG had concerns about the supply of labor, but Governor Campbell convinced BMW AG that it could find the labor here.  He also represented that Governor Campbell's name was on the Courthouse because of his role in bringing BMW to the Upstate.

When the Undersigned objected, counsel for BMW MC said that witnesses would provide testimony to back up his narrative about BMW AG's concerns and their reason for coming to Greenville.   That is not possible and, even if it were possible, it would be improper.

BMW AG has stated throughout that it would not call any witnesses.  And none of BMW MC's witnesses could possibly testify about the negotiations leading to the 1992

1

announcement.  The negotiations over BMW's North American plant began in 1989.[1]  The announcement that BMW AG chose South Carolina occurred on June 23, 1992.[2]  BMW MC was not even formed until later that year.[3]

None of BMW witnesses could possibly testify as to the negotiations leading to the operations here.  Dr. Engelhorn did not join BMW Group until 2011.[4]  Ms. Petrasch joined in 2000 and had no connection to the South Carolina plant until 2018.[5]

During colloquy, counsel for BMW said that he would introduce this evidence through one of the first employees on the ground who was present when the plant was dedicated.  This must a reference to Sherry McCraw.  Ms. McCraw was not with BMW AG.  She joined BMW MC as an assembly manager more than a year *after* the announcement.[6]  So she cannot have first-hand knowledge about what led to BMW AG's decision to locate here.  She was not employed at the time.  At most, Ms. McCraw will

---

[1]     https://www.greenvilleonline.com/story/news/2017/06/20/bmw-25th-anniversary-upstate-south-carolina/398314001/

[2]     https://www.press.bmwgroup.com/global/photo/detail/P90264522/23-june-1992-press-conference-with-board-member-bernd-pischetsrieder-and-governor-carroll-a-campbell

[3]     BMW MC was originally a corporation, formed in November 1992. https://businessfilings.sc.gov/BusinessFiling/Entity/Profile/adbb3718-d9f2-4434-95cb-2de350ab5761   It began operating as an LLC in 2004. https://businessfilings.sc.gov/BusinessFiling/Entity/Profile/e6980025-c7ec-4715-8bf0-52b5ef0c585f

[4]     https://www.press.bmwgroup.com/usa/article/detail/T0341593EN_US/robert-engelhorn-becomes-8th-president-of-bmw-manufacturing?language=en_US

[5]     https://upstatebusinessjournal.com/management-2/petrasch-named-vp-hr-bmw-manufacturing-co/

[6]     https://www.linkedin.com/in/sherry-mccraw-037150112/

attempt to provide inadmissible hearsay testimony about what other people said in 1993 at a dedication ceremony. Fed. R. Evid. 802. Again, this has nothing to do with this case and is being offered solely to improperly suggest to the jury that BMW somehow enjoys the endorsement of South Carolina and this Court.

And neither Defendant identified a witness to testify to these matters. So even if someone somehow could speak for BMW AG and its intentions during 1989-1992, such testimony was never disclosed to Plaintiff either in the 26.03 responses or in discovery.

Nor could any of these witnesses speculate as to why the Courthouse was named for Governor Campbell. Congressman Inglis sponsored the legislation to name a future courthouse for Governor Campbell in 2006.[7] Neither he nor any other legislator is set to testify.

BMW's effort to connect this Court, and its courthouse, to BMW is highly inappropriate. The statement that Governor Campbell's name is on the Courthouse because of BMW is a shocking attempt to improperly influence the jury. And BMW knows that no witness could back it up.

"A witness may testify to a matter only if evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter." Fed R. Evid. 602. None of BMW's witnesses has personal knowledge to back up BMW counsel's statement.

Nor is there any "BMW is good for South Carolina" defense under Title VII or Section 1981. The issue in this case is why did BMW make the challenged decisions to remove Plaintiff from her job and announce that she would be demoted to TX-64. Whether BMW has been good for South Carolina has nothing to do with those issues.

---

7      https://www.congress.gov/bill/109th-congress/house-bill/5546/all-actions

3

And even if there were a competent witness with some theory of relevance, such testimony would still be barred under Rule 403 as the prejudicial effect of suggesting that this Court was dedicated to Governor Campbell because of BMW substantially outweighs any theoretical relevance.

This Court should bar evidence of BMW AG's purported reasons for choosing South Carolina as well as any evidence that this Courthouse was named for Governor Campbell because of BMW.  It also should bar any attempt at improper hearsay as to what other people said as to the reasons why BMW AG located in South Carolina.

Further, the Court should instruct the jury to disregard BMW counsel's statement in that regard and remind the jury that it may only consider evidence admitted during the trial and not arguments of counsel that are unsupported by evidence.  Counsel argued during the colloquy that he would "move on."  But you can't un-ring a bell by making an improper statement and then "move on."  The jury heard the improper statements and should be admonished to ignore them.

Respectfully submitted this 17th day of February 2026.

         _s/ Brian P. Murphy_____
         Brian P. Murphy
         Attorney for Plaintiff

Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601
Phone: (864) 370-9400