AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ South Carolina _____

Kelly Dawsey

V.

BMW

## PLAINTIFF'S EXHIBIT AND WITNESS LIST

Case Number: 7:22-03738-TMC

| PRESIDING JUDGE Cain | PLAINTIFF'S ATTORNEY Brian P. Murphy | DEFENDANT'S ATTORNEY Ellison McCoy, Randy Moody, Kurt Rozelsky |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER Debra Bull | COURTROOM DEPUTY Amy Ruttgers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/17 | ✓ | ✓ | Dawsey Dec 2021 Resume |
| 2 | | 2/17 | ✓ | ✓ | Plant Sptg Org Chart |
| 3 | | 2/17 | ✓ | ✓ | 1-10-22 Petrasch email re New Years email to HR network |
| 4 | | 2/18 | ✓ | ✓ | 12-03-21 Petrasch email personnel changes in P-Network |
| 5 | | 2/17 | ✓ | ✓ | TX-6 Org Structure Development Step 2 - For April 2021 |
| 6 | | 2/18 | ✓ | ✓ | TX-6 & TX-60 Info-Share Documentation Wed 9/29/21 with handwritten notes |
| 7 | | 2/17 | ✓ | ✓ | T-Vorhalt Request |
| 8 | | 2/17 | ✓ | ✓ | TX-60 JFDS Rev 4/01/19 |
| 9 | | 2/23 | ✓ | ✓ | TX-61 JFDS Rev 4-01-19 |
| 10 | | 2/17 | ✓ | ✓ | Exempt Organizational Structure BMW MC Aug. 2001 |
| 11 | | | | | Exempt Organization Structure BMW MC Jan 2018 |
| 12 | | 2/17 | ✓ | ✓ | Exempt Organization Structure BMW MC Sept 2021 |
| 13 | | | | | Exempt Organizational Structure BMW MC 2023 |
| 14 | | 2/17 | ✓ | ✓ | Portfolio 2020 - Dawsey |
| 15 | | 2/17 | ✓ | ✓ | Portfolio 2019 - Dawsey |
| 16 | | 2/17 | ✓ | ✓ | Portfolio 2018 - Dawsey |
| 17 | | 2/18 | ✓ | ✓ | Expat Guidelines for Plant Spartanburg |
| 18 | | 2/17 | ✓ | ✓ | TX-6 Organizational overview - New structure SINCE 12/2019 |
| 19 | | 2/17 | ✓ | ✓ | 3-20-21 Compensation Change Statement - Dawsey |
| 20 | | 2/18 | ✓ | ✓ | Overview on Reference Partner input during the promotion procedure |
| 21 | | 2/18 | ✓ | ✓ | 10-1-21 Text Petrasch to Dawsey |
| 22 | | 2/17 | ✓ | ✓ | International Grading FLIV Approval Committee TS Spartanburg |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___4___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      South Carolina

Kelly Dawsey

V.

BMW

## EXHIBIT AND WITNESS LIST

Case Number: 7:22-03738-TMC

| PRESIDING JUDGE Cain | | | | | PLAINTIFF'S ATTORNEY Brian P. Murphy | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Transition information for Burgmeier Jan 22 |
| 24 | | 2/18 | ✓ | ✓ | 6-03-21 Epps email PR_210603_Project_Misaligned_PG_Overview_v3.pptx |
| 25 | | 2/17 | ✓ | ✓ | 01-21-21 Petrasch email topics she shared with P . . . . |
| 26 | | 2/20 | ✓ | ✓ | 03-19-21 Petrasch email to Belinszki Review TX-6 Org |
| 27 | | 2/17 | ✓ | ✓ | 4-08-21 Petrasch email to Dawsey re draft job descriptions |
| 28 | | 2/17 | ✓ | ✓ | 10-07-23 Petrasch email to Dawsey HR Compact |
| 29 | | 2/20 | ✓ | ✓ | JFDS TX-61 Rev 10/24/21 |
| 30 | | | | | JFDS TX-61 5/22/22 |
| 31 | | 2/18 | ✓ | ✓ | 3-03-21 Petrasch email to Dawsey |
| 32 | | | | | 1-05-22 Petrasch email to Burghardt re Dawsey resignation |
| 33 | | | | | Burghardt LinkedIn |
| 34 | | | | | 3-30-21 Petrasch email to Belinszki |
| 35 | | | | | Defendant BMW MC's Responses to Pl RTA |
| 36 | | | | | 3-01-21 Petrasch email to Koepnik |
| 37 | | 2/20 | ✓ | ✓ | 9-23-21 Petrasch email to Koepnik PE-TAG PE-Kreis |
| 38 | | | | | 10-01-21 Petrasch email to Koepmik PE-TAG PE-Kreis |
| 39 | | 2/20 | ✓ | ✓ | 01-04-22 Petrasch email to Hacker |
| 40 | | | | | 01-07-22 Horstmeier email to Burghardt re Dawsey |
| 41 | | 2/20 | ✓ | ✓ | 01-05-22 Petrasch email to Burghardt (cc Kopnik) re Dawsey resignation |
| 42 | | 2/20 | ✓ | ✓ | 4-20-21 Petrasch email to Kopnik re Review TX-6 org |
| 43 | | 2/20 | ✓ | ✓ | 6-10-21 Petrasch email to Kopnik |
| 44 | | | | | 10-28-21 Kamm email to Petrasch re Draft input target proposal |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of    4    Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ South Carolina

Kelly Dawsey

V.

BMW

**EXHIBIT AND WITNESS LIST**

Case Number:  7:22-03738-TMC

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY<br>Brian P. Murphy | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 45 | | | | | PE-TAG |
| 46 | | 2/24 | ✓ | ✓ | JFDS TX-60 2-01-22 |
| 47 | | 2/23 | ✓ | ✓ | HRIS screenshots re Epps employment |
| 48 | | 2/20 | ✓ | ✓ | Personnel Development Succession Planning June 19, 2020 |
| 49 | | 2/19 | ✓ | ✓ | Bailey compensation statement 5-06-22 |
| 50 | | 2/19 | ✓ | ✓ | Gilmore Compensation statement 4-19-23 |
| 51 | | | | | Defendant BMW MC's First Supp Resp. to Plaintiff's First Interrogatories |
| 52 | | 2/24 | ✓ | ✓ | Portfolio 2022 Bailey |
| 53 | | | | | BMW Salary History |
| 54 | | | | | BMW RSA Statement |
| 55 | | | | | Summary page re retirement contributions |
| 56 | | | | | Madewell 2022 W-2 |
| 57 | | | | | GSP annual compensation statements |
| 58 | | | | | 2022 GSP W-2 |
| 59 | | | | | 2023 GSP W-2 |
| 60 | | | | | 2024 GSP W-2 |
| 61 | | | | | 2025 GSP W-2 |
| 62 | | | | | 12-22-25 Report of John E. Gibson |
| 63 | | 2/17 | ✓ | ✓ | Burgmeier 4/21/21 email re P Circle |
| | | 2/17 & 2/19 | | | Kelly Dawsey |
| | | 2/24 | | | Clarence "Eddie" Bailey via deposition testimony excerpts |
| | | 2/24 | | | Neal Gilmore via deposition testimony excerpts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of _____4_____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ South Carolina _____

Kelly Dawsey

V.

BMW

**EXHIBIT AND WITNESS LIST**

Case Number: 7:22-03738-TMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cain | Brian P. Murphy | |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/24 | | | Eva Burgmeier via deposition testimony excerpts |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.