AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of South Carolina

| | |
|---|---|
| Kelly Dawsey<br>*Plaintiff*<br>v.<br>Bayerische Motoren Werke Aktiengesellschaft, and<br>BMW Manufacturing Co., LLC<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.    7:22-cv-3738-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff Kelly Dawsey recover from the defendant BMW Manufacturing Co., LLC the amount of One Hundred Thousand dollars ($100,000.00) in compensatory damages and Five Million dollars ($5,000,000.00) in punitive damages, which includes plus postjudgment interest at the rate of 3.5%, along with costs.

:


This action was *(check one)*:

❐ tried by a jury, the Honorable Timothy M. Cain presiding, and the jury has rendered a verdict.


Date:    February 25, 2026                    *CLERK OF COURT*


s/ Amy Ruttgers, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*