# Stephenson & Murphy, LLC

Account QuickReport

All Dates

| DATE | TRANSACTION TYPE | NUM | CLIENT | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | | | | | | | | | |
| Cost of Goods - Murphy | | | | | | | | | |
| 10/28/2022 | Expense | | Dawsey, Kelly | Courts/USDC | Filing of Complaint | Cost of Goods Sold:Cost of Goods - Murphy | | 402.00 | 402.00 |
| 01/17/2023 | Expense | | Dawsey, Kelly | Federal Express | Service of Discovery | Cost of Goods Sold:Cost of Goods - Murphy | | 39.75 | 441.75 |
| 01/25/2023 | Check | | Dawsey, Kelly | Elliott Davis, LLC | Litigation Support | Cost of Goods Sold:Cost of Goods - Murphy | | 7,500.00 | 7,941.75 |
| 05/29/2023 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Robert Engelhorn | Cost of Goods Sold:Cost of Goods - Murphy | | 681.75 | 8,623.50 |
| 09/11/2023 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Christine Petrasch | Cost of Goods Sold:Cost of Goods - Murphy | | 1,174.00 | 9,797.50 |
| 10/02/2023 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Kelly Dawsey | Cost of Goods Sold:Cost of Goods - Murphy | | 1,209.90 | 11,007.40 |
| 10/31/2023 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Corey Epps | Cost of Goods Sold:Cost of Goods - Murphy | | 359.50 | 11,366.90 |
| 11/03/2023 | Check | 21061 | Dawsey, Kelly | Clarence Edward Bailey II | Appearance and Mileage -Depo - Dawsey matter | Cost of Goods Sold:Cost of Goods - Murphy | | 64.04 | 11,430.94 |
| 11/07/2023 | Expense | | Dawsey, Kelly | Hampton Inn | Hampton Inn & Suites - Conference Room | Cost of Goods Sold:Cost of Goods - Murphy | | 200.15 | 11,631.09 |
| 11/27/2023 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Neal Gilmore | Cost of Goods Sold:Cost of Goods - Murphy | | 247.25 | 11,878.34 |
| 12/06/2023 | Expense | | Dawsey, Kelly | | Meal in Greensboro, NC | Cost of Goods Sold:Cost of Goods - Murphy | | 21.35 | 11,899.69 |
| 12/06/2023 | Expense | | Dawsey, Kelly | | Lodging | Cost of Goods Sold:Cost of Goods - Murphy | | 186.74 | 12,086.43 |
| 12/06/2023 | Expense | | Dawsey, Kelly | | Conference Room | Cost of Goods Sold:Cost of Goods - Murphy | | 200.16 | 12,286.59 |
| 12/07/2023 | Check | | Dawsey, Kelly | Upstate Legal Support Services | Process of Service upon Clarence Edward Bailey II | Cost of Goods Sold:Cost of Goods - Murphy | | 120.00 | 12,406.59 |
| 12/27/2023 | Check | 21084 | Dawsey, Kelly | Cain & Crane Court Reporters, LLC | Court Reporter | Cost of Goods Sold:Cost of Goods - Murphy | | 448.00 | 12,854.59 |
| 01/23/2024 | Expense | | Dawsey, Kelly | Greenville Parking Garages | Parking Expense | Cost of Goods Sold:Cost of Goods - Murphy | | 6.00 | 12,860.59 |
| 01/30/2024 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Scott Medley | Cost of Goods Sold:Cost of Goods - Murphy | | 643.40 | 13,503.99 |
| 01/30/2024 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Eva Burgmeier | Cost of Goods Sold:Cost of Goods - Murphy | | 800.00 | 14,303.99 |
| 01/31/2024 | Expense | | Dawsey, Kelly | Greenville Parking Garages | Parking Expense | Cost of Goods Sold:Cost of Goods - Murphy | | 5.00 | 14,308.99 |
| 02/12/2024 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Sherry McCraw | Cost of Goods Sold:Cost of Goods - Murphy | | 848.50 | 15,157.49 |
| 02/21/2024 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Sherrill Miller | Cost of Goods Sold:Cost of Goods - Murphy | | 306.00 | 15,463.49 |
| 02/21/2024 | Check | | Dawsey, Kelly | Expedite Court Reporting, LLC | Deposition of Kathryn Keiser | Cost of Goods Sold:Cost of Goods - Murphy | | 542.00 | 16,005.49 |
| 03/15/2024 | Check | | Dawsey, Kelly | Maynard Nexsen | Mediation | Cost of Goods Sold:Cost of Goods - Murphy | | 1,561.00 | 17,566.49 |
| 12/04/2025 | Expense | | Dawsey, Kelly | Greenville Parking Garages | Parking Expense | Cost of Goods Sold:Cost of Goods - Murphy | | 5.00 | 17,571.49 |
| 12/09/2025 | Expense | | Dawsey, Kelly | Federal Express | FedEx | Cost of Goods Sold:Cost of Goods - Murphy | | 36.79 | 17,608.28 |
| 12/16/2025 | Check | | Dawsey, Kelly | Veritext Legal Solutions | Transcript of John E Gibson, Jr | Cost of Goods Sold:Cost of Goods - Murphy | | 560.70 | 18,168.98 |
| 01/07/2026 | Check | | Dawsey, Kelly | Gibson Advisory, LLC | Litigation Support Services | Cost of Goods Sold:Cost of Goods - Murphy | | 5,265.00 | 23,433.98 |
| 01/20/2026 | Expense | | Dawsey, Kelly | Smart Depo | Smart Depo | Cost of Goods Sold:Cost of Goods - Murphy | | 168.00 | 23,601.98 |
| **Total for Cost of Goods - Murphy** | | | | | | | | **$23,601.98** | |
| **Total for Cost of Goods Sold** | | | | | | | | **$23,601.98** | |
| **SUB TOTAL** | | | | | | | | **$23,601.98** | |
| 01/23/26 | Expense | | Dawsey, Kelly | Staples | Trial Exhibit Printing | | | 168.51 | |
| 02/03/26 | Expense | | Dawsey, Kelly | Smart Depo | | | | 323.00 | |
| 02/14/26 | Expense | | Dawsey, Kelly | SC Law Enforcement Div. | | | | 26.00 | |
| 02/20/26 | Expense | | Dawsey, Kelly | Greenville Parking | Trial | | | 10.00 | |
| 02/21/26 | Expense | | Dawsey, Kelly | Greenville Parking | Trial | | | 10.00 | |
| 02/26/26 | Expense | | Dawsey, Kelly | Greenville Parking | Trial | | | 10.00 | |
| 02/27/26 | Expense | | Dawsey, Kelly | Greenville Parking | Trial | | | 10.00 | |
| **TOTAL** | | | | | | | | **$24,159.49** | |