**STATE OF SOUTH CAROLINA**     )
                                       )
**COUNTY OF GREENVILLE**       )

## DECLARATION OF JEFFREY P. DUNLAEVY

I, Jeffrey P. Dunlaevy, based on my personal knowledge, declare as follows:

1. I am a South Carolina licensed attorney.

2. I attended law school at the University of South Carolina School of Law, where I served on the South Carolina Law Review and was admitted to the Order of the Wig and Robe.

3. I was admitted to practice law in South Carolina in 1999. I served for one year as law clerk to the Honorable James C. Williams Jr., South Carolina Circuit Court Judge.

4. Following the completion of my clerkship in August 2000, I moved to Greenville, South Carolina, and began the private practice of law.

5. From August 2000 through November 2004, I practiced law as an associate with the labor and employment law firm Haynsworth, Baldwin, Johnson & Greaves. My practice primarily involved the defense of employment litigation matters.

6. From November 2004 through January 2009, I practiced law as an associate with the labor and employment law firm Ogletree Deakins Nash Smoak & Stewart (now Ogletree Deakins). My practice primarily involved the defense of employment litigation matters.

7. From January 2009 through October 2014, I practiced law as a shareholder with Ogletree Deakins. My practice primarily involved the defense of employment litigation matters.

8. From November 2014 through May 2018, I practiced law with Stephenson & Murphy, LLC. My practice primarily involved litigation of employment cases on behalf of both plaintiffs and defendants.

9. From May 2018 to the present, I have practiced law as a sole practitioner, doing business as the Dunlaevy Law Firm. My current practice primarily involves litigation of

employment cases on behalf of both plaintiffs and defendants.

10. In all, I have practiced law in Greenville, South Carolina as an employment litigator for over 25 years.

11. For the past several years I have been recognized by my peers in Super Lawyers, Best Lawyers in America and Legal Elite of the Upstate in the area of employment litigation.

12. I have served for many years on the South Carolina Bar's Ethics Advisory Committee and am a past chair of that Committee. I have served on several non-profit boards in the Greenville community.

13. I met Brian Murphy in the course of my practice of employment law in Greenville County. Over the course of the past twenty years, I have had cases against Mr. Murphy, practiced with him (2014-2018), litigated matters with him as co-counsel, and used him as a resource on employment law and litigation issues that arise in my practice. This has given me an extensive opportunity to observe his work product and reputation.

14. During my 25 years practicing employment law in Greenville, I have become familiar with the work of most employment law practitioners in the area. I am also familiar with the billing rates of many employment law attorneys in the upstate of South Carolina. As a shareholder with Ogletree Deakins, I regularly received information concerning the billing rates of my colleagues.

15. Mr. Murphy is without question in the very top tier of employment practitioners in South Carolina. He has participated in more employment law trials than the vast majority of his peers, nearly all of which have resulted in favorable results for his clients. Mr. Murphy is highly respected by his peers not only in the upstate but across South Carolina.

16. During my time working in a large defense practice, it was not uncommon for my

colleagues and I to devote additional resources to matters against Mr. Murphy due to his past success and reputation for obtaining favorable results for his clients.

17. While working with Mr. Murphy, I had an opportunity to observe his method of preparing and litigating employment cases. He has a "lean" approach to preparing cases. He is highly organized and prepared but diligently avoids wasting time on inconsequential matters, "churning the file," and engaging in motion practice merely for the sake of delay or to wear down the other side.

18. Unlike many other types of civil litigation, employment cases typically begin with an imbalance of information: virtually all pertinent documents and witnesses are under the control of the defendant.  It is therefore essential to successful prosecution of an employment case that the plaintiff conduct thorough discovery. Conversely, the incentive for defendants is to limit and delay discovery. Mr. Murphy's successful record as a plaintiff's employment lawyer is due in no small part to his skill and diligence during the discovery phase of litigation.

19. Mr. Murphy's requested billing rate of $500 per hour is well below what most employment lawyers with his level of experience charge for cases billed by the hour. I am not familiar with any employment lawyers in South Carolina with more than 25 years of experience trying employment cases who charge an hourly rate below that requested by Mr. Murphy in the instant case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

March 8, 2026                                         s/ Jeffrey P. Dunlaevy
                                                     Jeffrey P. Dunlaevy