**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| **Kelly Dawsey,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **No.: 7:22-cv-3738-TMC** |
| | ) |
| **Bayerische Motoren Werke** | ) |
| **Aktiengesellschaft and BMW Manbufactuing Co., LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

1. My name is Charles Thompson. I am an attorney in good standing and have been licensed to practice law in the state of South Carolina since 1992. I'm also admitted to practice before the United States District Court for the District of South Carolina, United States Court of Appeals for the Fourth Circuit, and in the United States Supreme Court.

2. I've been a certified specialist in employment and labor law for over thirty years.

3. My practice concentrates in the area of employment litigation, predominantly on the defense side.

4. I have made numerous CLE presentations on employment law and related topics to corporations and associations, the NC/SC Labor And Employment Law program, and served as an adjunct professor at the University of South Carolina School of Law teaching employment discrimination and legal writing.

5. Along with Mike Malone and Lake Summers, I've been a partner in the employment law firm of Malone, Thompson and Summers for thirty years.

6. I generally expect a premium above my normal hourly rate when I take a case on a contingency basis because of the additional risks involved in taking such cases and the delay in payment. I generally charge $500 per hour for contingency fee work.

7. I have known and worked with Brian Murphy for about the last twenty-five years, and have high regard for his ability as a trial lawyer, and as an employment law attorney, as well as the high ethical standard he represents. During this time, I've had the opportunity to observe his work habits and to interact with him. I can verify that he works diligently,

efficiently, and effectively for clients. I regard Mr. Murphy as the preeminent employment law litigator on the plaintiff's side of the South Carolina labor and employment bar.

8. I reviewed the activity in this case. and I am aware that he devoted approximately 760 hours representing the plaintiff over four years. His representation included multiple depositions, opposing summary judgment and dismissal motions, extensive pre-trial motions, and a full week jury trial. The jury returned a verdict in plaintiff's favor. I noted that the case involved complicated legal questions including jurisdictional issues and employer responsibility. The amount of time expended appears to be very reasonable given the amount and type of tasks involved. I believe that Mr. Murphy's time entries are appropriate in light of the vigorous defense of this matter mounted by the defendants.

9. In my opinion Mr. Murphy's requested rate of $500 per hour is reasonable given his years of experience, professional reputation and ability, and is consistent with the fees customarily charged in South Carolina by senior attorneys who specialize in labor and employment law and who are of the caliber equivalent to Mr. Murphy.

10. I declare, under penalty of perjury, the foregoing to be true and correct.

Charles F Thompson Jr.

3/8/2026