**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | | |
|---|---|---|
| KELLEY DAWSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 7:22-cv-03738-TMC-KFM |
| | ) | |
| BAYERISCHE MOTOREN WERKE, | ) | |
| AKTIENGESELLSCHAFT and BMW | ) | |
| MANUFACTURING CO., LLC, | ) | |
| Collectively d/b/a "BMW GROUP," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT BMW MANUFACTURING CO., LLC'S
RESPONSES TO PLAINTIFF'S THIRD DISCOVERY**

**TO:    KELLY DAWSEY, Plaintiff, and BRIAN P. MURPHY, her attorney.**

Pursuant to the Federal Rules of Civil Procedure Rule 26 and 33, Defendant BMW Manufacturing Co., LLC ("BMW MC"), by and through its undersigned counsel, serves these responses to Plaintiff's Third Discovery to Defendant BMW MC. These responses reflect Defendant's present knowledge and the results of its investigation to date, but discovery in the case is ongoing. Defendant reserves the right to amend or supplement these responses as may be necessary or appropriate in the future.

1



## **INTERROGATORIES**

21.      Identify by name and position each person who created or contributed to the creation of the document marked as Petrasch Deposition Exhibit 18 and, to the extent that such

2

3

person created or contributed to only certain pages, specify the pages that the identified person created or to which he or she contributed.

**ANSWER:**    BMW MC does not have any knowledge regarding the name and position of the person who created the document marked as Petrasch Deposition Exhibit 18.



3

Dated this the 12th day of January, 2024.

By: *s/ Ellison F. McCoy*

Ellison F. McCoy (Fed. I.D. No. 6389)
Ellison.Mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
Randy.Moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
Mallory.Gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*
