IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

KELLEY DAWSEY,                    )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    C.A. No. 7:22-cv-03738-TMC-KFM
                                  )
BAYERISCHE MOTOREN WERKE,         )
AKTIENGESELLSCHAFT and BMW        )
MANUFACTURING CO., LLC,           )
Collectively d/b/a "BMW GROUP,"   )
                                  )
            Defendants.           )
                                  )

## DEFENDANT BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT'S RESPONSES TO PLAINTIFF'S THIRD DISCOVERY

**TO:    KELLY DAWSEY, Plaintiff, and BRIAN P. MURPHY, her attorney.**

Pursuant to the Federal Rules of Civil Procedure 26, 33, 34, and 36, Defendant BMW Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"), by and through its undersigned counsel, serves these responses to Plaintiff's Third Discovery to BMW AG. BMW AG provides these responses pursuant to the Court's April 27, 2023 Order on BMW AG's Motion to Stay Discovery. ECF No. 54. By responding, BMW AG does not waive and expressly reserves all defenses, including as to the Court's lack of personal jurisdiction over BMW AG, which is the subject of BMW AG's Objections to the Report and Recommendation of the Magistrate Judge pending before the District Court. ECF No. 68.

BMW AG incorporates by reference its General Objections enumerated in BMW AG's August 11, 2023 Responses and Objections to Plaintiff's Interrogatories and Requests for Production, but has not withheld documents or otherwise limited its responses based on those objections. *See also* Aug. 15, 2023 Order (ECF No. 78) (declining to strike or find waiver of BMW AG's general objections). BMW AG reserves the right to amend or supplement these responses as may be necessary or appropriate in the future.



## INTERROGATORIES

9.     Identify by name and position each person who created or contributed to the creation of the document marked as Petrasch Deposition Exhibit 18 and, to the extent that such person created or contributed to only certain pages, specify the pages that the identified person created or to which he or she contributed.

**RESPONSE TO INTERROGATORY NO. 9:**     BMW   AG   has   identified   Claudia

Köpnick, Vice President, Human Resources, as a creator of the document marked as Petrasch

Deposition Exhibit 18.



Dated: January 12, 2024

Respectfully Submitted,

Kurt M. Rozelsky, Fed. Bar No. 6299
SPENCER FANE LLP
27 Cleveland Street, Suite 201
P.O. Box 294 (29602-0294)
Greenville, SC 29601
Tel: (864) 695-5200
Fax: (864) 695-5201
krozelsky@spencerfane.com

Daniel S. Savrin (admitted pro hac vice)
Nathaniel P. Bruhn (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel: (617) 951-8674
Fax: (617) 428-6310
daniel.savrin@morganlewis.com
nathaniel.bruhn@morganlewis.com

*Counsel for Defendant*
*Bayerische Motoren Werke Aktiengesellschaft*