✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF South Carolina

Kelly Dawsey

V.

Bayerische Motoren Werke Aktiengesellschaft, et al

## PLAINTIFF'S EXHIBIT AND WITNESS LIST

Case Number: 7:22-cv-3738

| PRESIDING JUDGE Timothy M. Cain | | | | | PLAINTIFF'S ATTORNEY Brian Murphy | DEFENDANT'S ATTORNEY Ellison McCoy, Randy Moody |
| TRIAL DATE (S) 3/13/2026 | | | | | COURT REPORTER Debra Bull | COURTROOM DEPUTY Amy Ruttgers |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 53 | | | | | BMW Salary History | |
| 54 | | | | | BMW RSA Statement | |
| 55 | | | | | Summary page re retirement contributions | |
| 56 | | | | | Madewell 2022 W-2 | |
| 57 | | | | | GSP annual compensation statements | |
| 58 | | | | | 2022 GSP W-2 | |
| 59 | | | | | 2023 GSP W-2 | |
| 60 | | | | | 2024 GSP W-2 | |
| 61 | | | | | 2025 GSP W-2 | |
| 62 | | | | | 12-22-25 Report of John E. Gibson | |
| | | | | | | |
| | | | | | Kelly Dawsey | |
| | | | | | John Gibson, Jr. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.