✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF South Carolina

Kelly Dawsey

V.

Bayerische Motoren Werke Aktiengesellschaft, et al.

### DEFENDANT'S EXHIBIT AND WITNESS LIST

Case Number: 7:22-cv-3738

| PRESIDING JUDGE Timothy M. Cain | PLAINTIFF'S ATTORNEY Brian Murphy | DEFENDANT'S ATTORNEY Ellison McCoy, Randy Moody |
|---|---|---|
| TRIAL DATE (S) 3/13/2026 | COURT REPORTER Debra Bull | COURTROOM DEPUTY Amy Ruttgers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 36a | | | | Unredacted copy of 7/1/22 Offer Letter from GSP Airport |
| | 38 | | | | John E. Gibson, Jr. Expert Report #1 dated January 2023 |
| | 39 | | | | John E. Gibson, Jr. Expert Report #2 dated October 2025 |
| | 40 | | | | John E. Gibson, Jr. Expert Report #3 dated December 2025 |
| | 41 | | | | John E. Gibson, Jr. Expert Report #4 dated December 2025 |
| | 42 | | | | Expert Rebuttal Report of Nicholas R. Harris dated November 2025 |
| | 55 | | | | Kelly Dawsey BMW MC Earnings Statement (2019-22_ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages