# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Kelly Dawsey                      )
                                 )
                                 )     CASE NUMBER:  7:22-cv-3738
             VS.               )
                                 )     **ORDER**

Bayerische Motoren Werke Aktiengesellschaft et al )
                                 )
_____ )

      The Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

      **IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

      **IT IS SO ORDERED.**

                            **s/ Timothy M. Cain**
                              **UNITED STATES DISTRICT JUDGE**

Dated: March 13, 2026
Greenville, South Carolina

---

      Receipt is hereby acknowledged of the designated exhibits introduced in evidence in the above-captioned case by the Plaintiff and Defendant.

                                 Attorney _Brian Murphy_

Plaintiff's Exhibits 53-62

Defendant's Exhibits 36a, 38, 39, 40, 41, 42, 55