**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| KELLY DAWSEY, )<br><br>Plaintiff, )<br><br>v. )<br><br>BAYERISCHE MOTOREN WORKE )<br>AKTIENGESELLSCHAFT and BMW )<br>MANUFACTURING CO., LLC collectively )<br>d/b/a "BMW GROUP," )<br><br>Defendants. ) | C.A. No. 7:22-cv-03738-TMC |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT BMW
MANUFACTURING CO., LLC TO RESPOND TO PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND EXPENSES**

Pursuant to Local Civil Rule 6.01, DSC, Plaintiff and Defendant BMW Manufacturing

Co., LLC ("BMW MC") hereby jointly request an extension of time for BMW MC to respond to

Plaintiff's Motion for Attorney's Fees and Expenses (ECF No. 225).  In support of this Motion,

the Parties state as follows:

1.      On February 25, 2026, the Court entered judgment in favor of Plaintiff, Kelly

Dawsey, against BMW MC (ECF No. 217).  On March 10, 2026, Plaintiff filed a Motion for

Attorney's Fees and Expenses against BMW MC (ECF No. 225).[1]  Defendant BMW MC's

response to Plaintiff's Motion is currently due by March 24, 2026.

---

[1] Based upon the jury verdict in this matter, the Court entered judgment only against Defendant
BMW MC (ECF No. 217).  Therefore, Plaintiff's Motion for Attorney's Fees and Expenses is
only applicable to Defendant BMW MC, not to Defendant Bayerische Motoren Worke
Aktiengesellschaft.

2.      In the Motion for Attorney's Fees and Expenses, counsel for Plaintiff acknowledges that the Motion was filed on March 10 to comply with the requirements of Rule 54(d)(2)(B)(i), but that the Motion will need to be supplemented to reflect additional work, including fees and costs related to the damages hearing that was held on March 13 and potential post-trial motions.  See ECF No. 225, at p. 1.

3.      In an effort to avoid multiple rounds of briefing related to the issue of Plaintiff's attorney's fees and expenses, the Parties respectfully request that the Court extend Defendant's deadline to respond to Plaintiff's Motion for Attorney's Fees and Expenses and that it set a revised briefing schedule with regard to Plaintiff's Motion.

4.      The Parties propose the following briefing schedule for Plaintiff's Motion for Attorney's Fees and Expenses:

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| Plaintiff to file a Supplement to her pending Motion (ECF 225) | Within seven (7) days after Plaintiff's opposition to any post-trial motions filed by BMW |
| Defendant BMW MC's Response to Plaintiff's Motion (ECF 225) as supplemented | Within fourteen (14) days after the filing of Plaintiff's Supplement |
| Plaintiff's Reply to Defendant BMW MC's Response | Within seven (7) days after the filing of Defendant's Response |

5.      Counsel for Plaintiff and BMW MC certify that they have consulted with each other and agree to the proposed deadlines set forth above.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending the deadline for BMW MC to respond to Plaintiff's Motion for Attorney's Fees and Expenses (ECF No. 225) and adopting the above briefing schedule with regard to such Motion.

Respectfully submitted this 18th day of March, 2026.

| | |
|---|---|
| *s/ Brian P. Murphy* | *s/ Ellison F. McCoy* |
| Brian P. Murphy (Fed I.D. No. 6405) | Ellison F. McCoy (Fed. I.D. No. 6389) |
| brian@stephensonmurphy.com | ellison.mccoy@jacksonlewis.com |
| | D. Randle Moody II (Fed. I.D. No. 7169) |
| Stephenson & Murphy, LLC | randy.moody@jacksonlewis.com |
| 207 Whitsett Street | Mallory H. Gantt (Fed. I.D. No. 13867) |
| Greenville, SC 29601 | mallory.gantt@jacksonlewis.com |
| T: (864) 370- 9400 | |
| F: (864) 240-9292 | Jackson Lewis P.C. |
| | 15 South Main Street, Suite 700 |
| *ATTORNEY FOR PLAINTIFF* | Greenville, SC 29601 |
| | T: (864) 232-7000 |
| | F: (864) 235-1381 |

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*

3