**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| KELLY DAWSEY,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP,"<br><br>Defendants. | C.A. No. 7:22-cv-03738-TMC |

**DEFENDANT BMW MANUFACTURING CO. LLC'S**
**CONSENT MOTION TO AMEND THE JUDGMENT**

COMES NOW Defendant BMW Manufacturing Co., LLC ("BMW MC"), with consent of Plaintiff and Defendant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"), and requests that the Court issue an amended judgment applying the damages cap established by 42 U.S.C. § 1981a.

On February 17, 2026, a jury trial commenced in this action. The jury rendered a verdict on February 25, 2026, finding that Defendant BMW MC discriminated against Plaintiff in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000-e, *et seq*. ("Title VII") (ECF No. 216).  The jury awarded Plaintiff compensatory damages in the amount of $100,000 and punitive damages in the amount of $5,000,000 (ECF No. 216).  On February 25, 2026, this Court entered a judgment on the jury verdict (ECF No. 217).

Damage awards under Title VII are subject to the damage caps set forth in 42 U.S.C. § 1981a(b)(3).  *See Saski v. Class*, 92 F.3d 232, 235 (4th Cir. 1996); *see also Hylind v. Xerox*

*Corp.*, 481  Fed. App'x 819, 823 (4th Cir. 2012) (unpublished) (affirming the district court's decision to reduce the jury award on the plaintiff's successful claims to the $300,000 statutory cap).   Pursuant to that statutory provision, the sum of compensatory damages plus punitive damages is capped depending on the size of the employer. *See* 42 U.S.C. § 1981a(b)(3). For employers with more than 500 employees, the maximum amount of combined compensatory and punitive damages that can be awarded is $300,000.  *Id.*  Here, it is undisputed that Defendant BMW MC had more than 500 employes during the relevant timeframe.  As a result, the maximum amount of compensatory and punitive damages that Plaintiff can be awarded on her Title VII claim is $300,000. Because the jury awarded a total of $5,100,000 in compensatory and punitive damages combined, the jury award for compensatory and punitive damages must be reduced to comply with the statutory cap.

On Friday, March 13, 2026, at the conclusion of a bench trial on damages, the Court raised the issue of the statutory cap and requested that a motion be submitted to amend the judgment. Accordingly, Defendant BMW MC hereby submits this motion requesting that the Court amend the judgment to reduce the total amount of the compensatory and punitive damages award to $300,000 to comply with the applicable statutory damage cap.  Counsel for Defendant BMW MC has conferred with counsel for Plaintiff and Defendant BMW AG, both of whom consent to this Motion.   Plaintiff conditions her agreement on the understanding that the cap will apply to the aggregate of compensatory and punitive damages and that this Motion does not seek the reduction of punitive damages solely.  In other words, should BMW MC challenge the availability or amount of compensatory damages in the verdict, and this or another court accepts BMW MC's argument, the aggregate cap would still apply to the remaining compensatory and punitive damages.

The Parties further agree that the filing of this Consent Motion is made without prejudice to the rights of any party to file any applicable post-trial motions, specifically including, but not limited to, a motion pursuant to Rule 50 or 59 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant BMW MC respectfully requests that the Court grant this Consent Motion to Amend the Judgment for Application of the Statutory Damages Cap and amend the judgment to reduce the award of compensatory and punitive damages to a total of $300,000 to comply with the statutory damages cap under 42 U.S.C. § 1981a(b)(3).

Respectfully submitted this the 18th day of March, 2026.

By: *s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*

3