# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

Kelly Dawsey,

Plaintiff,

v.

Bayerische Motoren Werke Aktiengesellschaft; and BMW Manufacturing Co LLC, *collectively d/b/a "BMW Group,"*

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 7:22-cv-3738-TMC

## ORDER

This matter is before the Court on Defendant BMW Manufacturing Co., LLC's Consent Motion to Amend the Judgment (ECF No. 231). In that uncontested Motion, Defendant BMW Manufacturing asks the Court to amend the judgment entered on February 25, 2026 (ECF No. 217) by applying the statutory damages cap under 42 U.S.C. § 1981a.

Damage awards under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000-e, *et seq*. ("Title VII"), are subject to the damage caps set forth in 42 U.S.C. § 1981a(b)(3). *See Saski v. Class*, 92 F.3d 232, 235 (4th Cir. 1996). This statute, among other things, limits the total amount of compensatory and punitive damages a party may recover in an action under Title VII. Here, there is no dispute that Defendant BMW Manufacturing had more than 500 employes during the relevant timeframe. As a result, under 42 U.S.C. § 1981a(b)(3), the maximum amount of compensatory and punitive damages that Plaintiff can be awarded in this case is $300,000.

In this case, the jury awarded a total of $5,100,000 in compensatory and punitive damages to Plaintiff on her claim under Title VII. Because that award exceeds the statutory cap, the Court

finds that the award of compensatory and punitive damages must be reduced to a total of $300,000.

Therefore, having thoroughly considered the Motion, the record, and relevant authority, the Court

GRANTS Defendant BMW Manufacturing's Consent Motion to Amend the Judgment to apply

the statutory damages cap under 42 U.S.C. § 1981a.

**IT IS SO ORDERED.**

s/Timothy M. Cain
Honorable Timothy M. Cain
Chief United States District  Judge

March 25, 2026
Spartanburg, South Carolina