AO 450 (SCD 11/2011)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Kelly Dawsey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     7-22-cv-3738-TMC |
| Bayerische Motoren Werke Aktiengesellschaft, and | ) | |
| BMW Manufacturing Co., LLC | ) | |
| *Defendant(s)* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*

❒ the plaintiff Kelly Dawsey recover from the defendant BMW Manufacturing Co., LLC the amount of Three Hundred

Thousand dollars ($300,000.00) plus post judgment interest at the rate of 3.5 % along with costs.

This action was:

❒ decided by the Honorable Chief Judge Timothy M. Cain on a consent motion to amend/correct the judgment
(ECF 217).

Date:   March 25, 2026                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/L. K. McAlister

                                                           _____
                                                                    *Signature of Deputy Clerk*