**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| KELLY DAWSEY,  )<br> )<br>        Plaintiff,  )<br> )<br>    v.  )<br> )<br>BAYERISCHE MOTOREN WERKE  )<br>AKTIENGESELLSCHAFT and BMW  )<br>MANUFACTURING CO., LLC collectively  )<br>d/b/a "BMW GROUP,"  )<br> )<br>        Defendants.  )<br> ) | C.A. No. 7:22-cv-03738-TMC |

**DEFENDANT BMW MANUFACTURING CO. LLC'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW**
**OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

COMES NOW Defendant BMW Manufacturing Co., LLC ("BMW MC"), pursuant to Federal Rules of Civil Procedure 50(b) and 59, and moves for judgment as a matter of law or, in the alternative, for a new trial. The grounds for this Motion are fully set forth in the attached Memorandum in Support of Defendant BMW Manufacturing Co., LLC's Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial.

WHEREFORE, Defendant BMW MC respectfully requests that the Court grant its Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

Respectfully submitted this the 25th day of March, 2026.

By: *s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*