AO 450 (SCD 11/2011)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Kelly Dawsey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    7-22-cv-3738-TMC |
| Bayerische Motoren Werke Aktiengesellschaft, and | ) | |
| BMW Manufacturing Co., LLC | ) | |
| *Defendant(s)* | ) | |

### SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*


❑ the plaintiff Kelly Dawsey recover from the defendant BMW Manufacturing Co., LLC the amount of Three Hundred

Thousand dollars ($300,000.00) plus post judgment interest at the rate of 3.5 % along with costs.

   the plaintiff Kelly Dawsey recover from the defendant BMW Manufacturing Co., LLC the amount of Three hundred eighty-nine thousand, nine hundred seven and 00/100($389,907.00) in BACK PAY plus post judgment interest at the rate of 3.69% along with costs.

This action was:

❑ decided by the Honorable Chief Judge Timothy M. Cain, judgment amended by order (ECF 238) following a post-trial hearing on economic damages. (ECF No. 226).


Date:    April 6, 2026

*ROBIN L. BLUME, CLERK OF COURT*


s.A. Marler

---
*Signature of Deputy Clerk*