**In the United States District Court**
**District of South Carolina**
**Spartanburg Division**

| | |
|---|---|
| **Kelly Dawsey,** | ) |
| | ) |
| | ) **7:22-03738-TMC** |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| | ) **Plaintiff's Supplement to Motion for** |
| | ) **Fees and Expenses [ECF 225].** |
| **Bayerische Motoren Werke** | ) |
| **Aktiengesellschaft and BMW** | ) |
| **Manufacturing Co., LLC collectively** | ) |
| **d/b/a "BMW Group,"** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

Pursuant to this Court's Order [ECF 232] on the parties' joint Motion [ECF 230], Plaintiff now supplements her request for fees and expenses.  Plaintiff seeks additional fees, costs and expenses as follows:

| | Initial Request [ECF 225] | Supplemental Request | Total |
|---|---|---|---|
| Fees | $ 385,800 | $23,500  [See Exh. 1 ¶ 1; Exh 2] | $409,300 |
| Costs and Expenses | $ 24,159.49 | $6,345.40 [Exh. 1] | $30,504.89 |
| Grand total to date: | | | $439,804.89 |

Respectfully submitted this 8th day of April, 2026.

    s/ Brian P. Murphy_____
    Brian P. Murphy, Bar No. 6770

Attorney for Plaintiff
Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601