## Time Activities by Customer Detail

### Stephenson & Murphy, LLC

March 11-April 8, 2026

| ACTIVITY DATE | EMPLOYEE | PRODUCT/SERVICE FULL NAME | DESCRIPTION | RATES | DURATION | BILLABLE (Y/N) | AMOUNT |
|---|---|---|---|---|---|---|---|
| Dawsey, Kelly | | | | | | | |
| 03/11/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Final review; meet with client and prep for damages hearing | | 03:12 | No | |
| 03/12/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Draft expert exam; call with Gibson to prep | | 02:00 | No | |
| 03/13/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Meet with client for final prep; attend damages hearing | | 05:30 | No | |
| 03/19/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Research make whole relief cases; draft PFFCL | | 02:24 | No | |
| 03/20/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Draft PFFCL | | 03:12 | No | |
| 03/21/2026 | Brian Murphy | Attorney Fees:Attorney Fees | Draft PFFCL | | 03:30 | No | |
| 03/22/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Draft PFFCL | | 04:06 | No | |
| 04/01/2026 | Brian Murphy | Attorney Fees:Attorney Fees | Outline JNOV/NT Motion - pull Carter stuff; research | | 02:30 | No | |
| 04/02/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Draft response to JNOV/NT motion | | 02:30 | No | |
| 04/03/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Opp JNOV - NT motion | | 05:30 | No | |
| 04/04/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Opposition to JNOV/NT Motion | | 05:15 | No | |
| 04/06/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Draft response to JNOV/NT motion | | 03:00 | No | |
| 04/07/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Draft and finalize response to JNOV/NT motion | | 04:30 | No | |
| **Total for Dawsey, Kelly** | | | | | **47:09** | | |
| **TOTAL** | | | | | **47:09** | | |