**In the United States District Court**
**District of South Carolina**
**Spartanburg Division**

| | |
|---|---|
| Kelly Dawsey, | ) |
| | ) |
| | ) **7:22-03738-TMC** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) **Plaintiff's Second Supplement to** |
| | ) **Motion for Fees and Expenses [ECF** |
| Bayerische Motoren Werke | ) **225].** |
| Aktiengesellschaft and BMW | ) |
| Manufacturing Co., LLC collectively | ) |
| d/b/a "BMW Group," | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

Pursuant to this Court's Order [ECF 232] on the parties' joint Motion [ECF 230], Plaintiff now supplements her request for fees and expenses and to correct an error in ECF 241 and 241-1.  Plaintiff seeks additional fees, costs and expenses as follows:

| | Initial Request [ECF 225] | Supplemental Request | Total |
|---|---|---|---|
| Fees | $ 385,800 | $23,500  [See Exh. 1 ¶ 1; Exh 2] | $409,300 |
| Costs and Expenses | $ 24,159.49 | $5,345.40 [Exh. 1] | $29,504.89 |
| Grand total to date: | | | $438,804.89 |

Respectfully submitted this 14th day of April, 2026.

　　　　 s/ Brian P. Murphy_____
　　　　Brian P. Murphy, Bar No. 6770

Attorney for Plaintiff
Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601