**State of South Carolina** )
)     **Declaration**
**County of Greenville** )

Brian P. Murphy, states that he is over the age of eighteen years of age, and that the assertions of fact in this Declaration are true and correct.

1.    Exhibit 2 to the Supplement is our firm's record of my time entries subsequent to those covered in the initial Motion. The additional 47 hours multiplied by $500 per hour equals $23,500.

2.    In addition to the costs and expenses already submitted, Plaintiff has incurred the following costs, totaling $5,345.40:

| Date | Expense | Amount |
|------|---------|--------|
| 3/13 | Parking | $10 |
| 3/20 | Jay Gibson (expert fees) | $2,675 |
| 4/1 | Debra R. Bull | $2,660.40 |
| Total | | $5,345.40 |

Dated this 14th  day of April, 2026.

**I swear that the foregoing is true and correct subject to the penalties of perjury.  28 U.S.C. § 1746.**

_____ s/ Brian P. Murphy _____
Brian P. Murphy Fed. I.D. No. 6770

1