# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Matthew Dionysius, *Individually,* *on behalf of himself and on behalf* *of others similarly situated,* | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CA No. 2:23-cv-06791-BHH |
| Volvo Car USA, LLC, | ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF MARYBETH MULLANEY

I, Marybeth Mullaney in accordance with the requirements of 28 U.S.C. § 1746, hereby declare:

1.     I am over eighteen years of age and have personal knowledge of and am competent to testify as to the matters stated in this declaration.

2.     I submit this declaration in support of Plaintiffs' petition for attorneys' fees. I, along with my co-counsel, J. Russ Bryant of Jackson, Shields, Holt, Owen & Bryant, represent the Plaintiffs in the following action: *2:23-cv-06791-BHH Dionysius, et al. v. Volvo Car USA, LLC.*

3.     I graduated from the University of South Carolina School of Law in 1993. I have been admitted to practice law in the State of South Carolina since 1993. I have been admitted to practice law in the State of New York since 1996.

4.     I am licensed to practice before the following Courts. The United States Supreme Court, The United States Court of Appeals for the Fourth Circuit; The United States District Court of South Carolina; and all state courts in New York and South Carolina.

5.     I am a member of the National Employment Lawyers Association ("NELA"), the South Carolina Women's Lawyers Association, the South Carolina Bar Association, the New York Bar Association and the Charleston County Bar Association.

6.     I started my legal career working as a public defender in New York City with the Legal Aid Society. In that position, I tried numerous criminal cases.

7.     In 2007, I began working as an Assistant Public Defender with the Ninth Circuit Public Defender's Office in Charleston, SC where I also litigated many cases. In that position, I was named Statewide Public Defender of the Year in 2009.

8.     In 2011, I opened my own practice in Charleston, SC with a focus in the areas of employment law, wage, and hour litigation as well as civil rights. I have primarily represented plaintiffs in employment cases.

9.     Mr. Bryant and I have handled many wage and hour collective actions over the past thirteen (13) years and have represented thousands of employees in such cases.

10.     Mr. Bryant and I have been class counsel in several collective actions under the Fair Labor Standards Act and have obtained favorable results for our clients.

11.     The current case involved substantial drafting, research, investigation, and discovery, including drafting a motion for conditional certification, drafting and reviewing discovery and negotiating a resolution post conditional certification.

12.     My co-counsel and I have also performed calculations relating to damages and hours worked based on Defendant's pay and time records.

13.     Mr. Bryant and I have reviewed our contemporaneous time entries relating to this case. Our firms collectively have spent approximately 125 hours of time in connection with prosecuting this case.

14. The costs and fees indicating the amount of time and expenses spent in prosecuting this case is $44,817.16. It is based upon a lodestar calculation at my hourly rate of $350.00. This is $1,067.16 in costs and $43,750.00 in fees.

15. Mr. Bryant and I have also reviewed the summary of the costs my firm has expended in connection with this case. To date both firms have expanded $1,067.16 in connection with this case. The costs in this case are the filing fee, mailing costs, notice costs, and legal research. Mr. Bryant and I believe the expenses were necessary in the prosecution of this case.

16. Mr. Bryant and I are only seeking a part of our lodestar calculation, $35,000.00 for fees and costs and not the full lodestar of $44,817.16.

17. My regular hourly rate in employment cases is $350.00 per hour. I am not charging, nor have I charged the Named Plaintiff or Opt-In Plaintiffs for any of the costs or fees that been incurred in this case. No contingency percentage fee or common fund fee is being charged to any Plaintiff and the Plaintiffs' recoveries are subject only to deductions to the extent the law requires taxes to be withheld.

18. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best my personal knowledge.

FURTHER DECLARANT SAYETH NOT.

Marybeth Mullaney

This 6th day of February 2026