# EXHIBIT J

## Examples of Time Spent on Litigation Against BMW AG

(from ECF Nos. 225-2, 241-2)

| Activity Date | Billing Attorney | Description | Duration |
|---|---|---|---|
| 01/10/2023 | Brian Murphy | Draft discovery to BMW AG; | 00:48 |
| 02/04/2023 | Brian Murphy | Research on personal jurisdiction issues; review motion to dismiss - BMW AG | 03:30 |
| 02/05/2023 | Brian Murphy | Review cases cited by Def; outline for meeting; meet with Kelly to review key docs and draft declaration | 05:45 |
| 02/08/2023 | Brian Murphy | Draft amended complaint | 03:12 |
| 02/10/2023 | Brian Murphy | Call with E. McCoy; emails re motions; finalize amended complaint | 02:18 |
| 03/15/2023 | Brian Murphy | Research; draft motion to dismiss opp | 06:30 |
| 03/16/2023 | Brian Murphy | Opp MTD | 08:24 |
| 03/17/2023 | Brian Murphy | Draft Opp MTD BMW AG | 05:30 |
| 03/18/2023 | Brian Murphy | Draft 12(b)(1) Opp BMW AG | 03:00 |
| 03/19/2023 | Brian Murphy | Research and revise - MTO Opp | 03:48 |
| 03/20/2023 | Brian Murphy | Review Motion to Stay; research; draft opposition | 03:12 |
| 03/21/2023 | Brian Murphy | Finalize opp Motion to Stay | 00:18 |
| 04/28/2023 | Brian Murphy | Call with Rozelsky | 00:06 |
| 05/15/2023 | Brian Murphy | Research re discovery and Hague Convention; draft Motion to Compel | 03:48 |
| 05/21/2023 | Brian Murphy | Review Englehorn Dep; draft Supplement to Opp MTD | 06:30 |
| 05/22/2023 | Brian Murphy | Revise Supp. | 00:18 |
| 05/31/2023 | Brian Murphy | Review opp. and draft reply re Motion to Compel | 00:18 |
| 07/09/2023 | Brian Murphy | Research; draft reply to objections | 06:12 |

| 07/10/2023 | Brian Murphy | Revise draft; discuss with M. Ozment | 05:30 |
|---|---|---|---|
| 07/30/2023 | Brian Murphy | Draft Motion to Compel | 03:48 |
| 08/01/2023 | Brian Murphy | Emails re Motion consulting | 00:18 |
| 08/02/2023 | Brian Murphy | Motion to Strike and Compel - revise and finalize | 01:30 |
| 08/12/2023 | Brian Murphy | Review Opp to MTC ; draft reply | 06:18 |
| 08/14/2023 | Brian Murphy | Reply re Motion to Strike and MTC | 04:12 |
| 12/12/2023 | Brian Murphy | Draft third discovery to both parties | 01:48 |
| 03/17/2024 | Brian Murphy | Outline issues; research for Opp BMW AG MSJ | 03:30 |
| 03/18/2024 | Brian Murphy | Drafting - Opp BMW AG MSJ | 04:30 |
| 03/19/2024 | Brian Murphy | Drafting Opp BMW AG MSJ; research treaty issues | 06:30 |
| 03/21/2024 | Brian Murphy | Opp BMW AG MSJ draft; outline issues for Dawsey decl | 03:30 |
| 03/22/2024 | Brian Murphy | Meet client; finalize Decl; finalize brief | 10:30 |
| 01/03/2026 | Brian Murphy | Review MIL re AG statements; research; review cited testimony and cases; outline and draft response | 03:30 |
| 01/04/2026 | Brian Murphy | Research; review dep testimony; revise draft opp MIL re AG MIL | 07:30 |
| 01/05/2026 | Brian Murphy | Review draft opposition to motions in limine; finalize | 06:30 |
| 02/16/2026 | Brian Murphy | Prepare opening statement; revise and update research for DV (treaty and integrated employer); cross check exhibit lists to exams and TrialPad load | 07:30 |
| | | **TOTAL HOURS** | **140.35** |