# EXHIBIT L

## Examples of Block Billing

(from ECF Nos. 225-2, 241-2)

| Activity Date | Billing Attorney | Description | Duration |
|---|---|---|---|
| 10/06/2021 | Brian Murphy | Review information sent by Dawsey; follow up meeting | 00:48 |
| 01/26/2022 | Brian Murphy | Meet with client; review information and draft charge | 02:30 |
| 02/16/2022 | Brian Murphy | Meet with client; review damage calculation | 01:06 |
| 10/26/2022 | Brian Murphy | Review info from client and prior data; prep outline for client meeting; meet with client re facts and finalization of issues pre | 04:30 |
| 12/09/2022 | Brian Murphy | Review information; emails with experts re damages | 01:24 |
| 01/09/2023 | Brian Murphy | Review pleadings; outline issues; draft discovery to BMW MC | 04:48 |
| 01/16/2023 | Brian Murphy | Review file; conf call with experts; notes for discovery | 01:30 |
| 01/17/2023 | Brian Murphy | Review file; conf with experts re damages; notes on BMW issues | 02:12 |
| 02/04/2023 | Brian Murphy | Research on personal jurisdiction issues; review motion to dismiss - BMW AG | 03:30 |
| 02/05/2023 | Brian Murphy | Review cases cited by Def; outline for meeting; meet with Kelly to review key docs and draft declaration | 05:45 |
| 02/10/2023 | Brian Murphy | Call with E. McCoy; emails re motions; finalize amended complaint | 02:18 |
| 03/15/2023 | Brian Murphy | Research; draft motion to dismiss opp | 06:30 |
| 03/15/2023 | Brian Murphy | Prep and meet with client re damages issues | 05:30 |
| 03/20/2023 | Brian Murphy | Review Motion to Stay; research; draft opposition | 03:12 |
| 04/02/2023 | Brian Murphy | Prepare discovery responses and compile responsive documents | 07:30 |
| 04/03/2023 | Brian Murphy | Prepare discovery responses and compile responsive documents | 02:24 |
| 05/01/2023 | Brian Murphy | Review file; outline issues for Englehorn Dep | 04:30 |
| 05/02/2023 | Brian Murphy | Draft and revise deposition outline for Engehorn; meet with client to discuss issues for deposition | 05:30 |
| 05/03/2023 | Brian Murphy | Prep for Engelhorn deposition; review possible exhibits; revise chron | 03:30 |
| 05/04/2023 | Brian Murphy | Meet with client; Engelhorn deposition; lunch caucus with client; wrap up meeting with client | 06:15 |

| | | | |
|---|---|---|---|
| 05/15/2023 | Brian Murphy | Research re discovery and Hague Convention; draft Motion to Compel | 03:48 |
| 05/21/2023 | Brian Murphy | Review Englehorn Dep; draft Supplement to Opp MTD | 06:30 |
| 07/09/2023 | Brian Murphy | Research; draft reply to objections | 06:12 |
| 07/10/2023 | Brian Murphy | Revise draft; discuss with M. Ozment | 05:30 |
| 08/12/2023 | Brian Murphy | Review Opp to MTC ; draft reply | 06:18 |
| 08/14/2023 | Brian Murphy | Review Petrasch related docs and prior notes; start outline | 02:06 |
| 08/15/2023 | Brian Murphy | Prep for Petrasch depo; review potential exhibits; review chrons and finalize outline | 05:30 |
| 08/16/2023 | Brian Murphy | Meet with client; attend Petrasch dep; meet with client | 09:30 |
| 08/25/2023 | Brian Murphy | Review all discovery; review notes from depositions; start prep outline for dep | 04:30 |
| 08/26/2023 | Brian Murphy | Meet; review all exhibits; and prep for deposition; revise outline for prep session Sun | 05:36 |
| 08/27/2023 | Brian Murphy | Meet with client; prep for deposition | 04:30 |
| 08/27/2023 | Brian Murphy | Legal research on adverse actions; Muldrow briefing | 02:18 |
| 08/28/2023 | Brian Murphy | Meet; prep; mock dep | 03:30 |
| 08/30/2023 | Brian Murphy | Review damage reports; call with J. Gibson | 01:30 |
| 08/31/2023 | Brian Murphy | Final prep; Dawsey dep; meet with client to debrief | 09:30 |
| 10/08/2023 | Brian Murphy | Review discovery; outline for Epps deposition | 03:30 |
| 10/09/2023 | Brian Murphy | Epps deposition; prep notes for next depos | 02:45 |
| 11/09/2023 | Brian Murphy | Gilmore dep and prep notes for discovery | 02:30 |
| 12/05/2023 | Brian Murphy | Travel to Greensboro; prep for deposition | 06:30 |
| 12/05/2023 | Brian Murphy | Bailey dep (2 hrs); return travel; notes for upcoming deps (McCraw, Burgmeier) | 05:18 |
| 12/12/2023 | Brian Murphy | File review; note discovery needs; meet with client | 02:48 |
| 01/01/2024 | Brian Murphy | Review depositions and outline issues for case memo and upcoming SJ arguments | 08:30 |
| 01/02/2024 | Brian Murphy | Review depositions and outline issues for case memo and upcoming SJ arguments | 06:30 |
| 01/04/2024 | Brian Murphy | Review TX-64 deps and issues; update memo and facts section for motions | 03:30 |
| 01/05/2024 | Brian Murphy | Legal research on Muldrow issues and adverse action; update memo re levels; review Dawsey deposition and update outline and | 07:12 |

| 01/12/2024 | Brian Murphy | Final prep; Medley Dep; notes for McCraw dep | 05:30 |
| 01/21/2024 | Brian Murphy | Review Burgmeier dep; revise facts and notes for trial prep re key passages; notes for Keiser dep and McCraw deps | 04:12 |
| 01/23/2024 | Brian Murphy | Meet with client; take McCraw dep; meet with client and revise notes for trial issues | 05:12 |
| 01/24/2024 | Brian Murphy | Prep and attend Miller dep; conf with client; review trial outline | 02:06 |
| 01/27/2024 | Brian Murphy | Review Medley Dep; revise facts and outline for SJ motion | 03:30 |
| 01/31/2024 | Brian Murphy | Review client notes; prepare and take Keiser dep | 03:48 |
| 02/02/2024 | Brian Murphy | Meet with client; attend mediation; follow up meeting withe client re next steps; call to mediator | 05:48 |
| 02/02/2024 | Brian Murphy | Meet with client; attend mediation; meet to discuss next steps; add issues raised to trial outline | 05:30 |
| 02/26/2024 | Brian Murphy | Draft Dawsey Decl for MC MSJ; meet with client; review draft; revise draft and revise Opp BMW MC MSJ | 09:30 |
| 03/17/2024 | Brian Murphy | Outline issues; research for Opp BMW AG MSJ | 03:30 |
| 03/19/2024 | Brian Murphy | Drafting Opp BMW AG MSJ; research treaty issues | 06:30 |
| 03/21/2024 | Brian Murphy | Opp BMW AG MSJ draft; outline issues for Dawsey decl | 03:30 |
| 03/22/2024 | Brian Murphy | Meet client; finalize Decl; finalize brief | 10:30 |
| 04/17/2024 | Brian Murphy | Review Muldrow; prepare supplemental authority | 00:45 |
| 04/26/2024 | Brian Murphy | Review Muldrow and research new cases; draft supplemental memo | 04:12 |
| 07/02/2024 | Brian Murphy | Review R&R; outline issues and objections; review prior filings | 08:12 |
| 07/04/2024 | Brian Murphy | Research; draft objections | 06:18 |
| 07/06/2024 | Brian Murphy | Research; revise Objections re SJ | 05:18 |
| 07/07/2024 | Brian Murphy | Additional research on DC case support; finalize Objections to R&R | 08:30 |
| 04/27/2025 | Brian Murphy | Emails with client; pull together Dawsey materials and prior statement for early prep; outline Plaintiff direct drafting | 05:42 |
| 04/27/2025 | Brian Murphy | Emails with client re trial; review file and prep materials for client review; discuss status conference | 00:30 |
| 04/30/2025 | Brian Murphy | Emails re PTM; email to judge re Defs not copying Pl; review order | 00:18 |
| 05/02/2025 | Brian Murphy | Review Defs' Pretrial memos; note issues in outline for conference | 00:24 |
| 05/06/2025 | Brian Murphy | Final prep; travel and participate in status conference | 03:45 |
| 05/13/2025 | Brian Murphy | Draft verdict form and voire dire; draft outline of issues needed for requests to charge and pull in Carter charge | 06:18 |

| 05/14/2025 | Brian Murphy | Review Carter case; research; review briefs; outline issues for draft proposed requests to charge and draft same | 08:30 |
|---|---|---|---|
| 05/15/2025 | Brian Murphy | Review calendar and statuses; emails with client; prep request for protection | 00:18 |
| 05/25/2025 | Brian Murphy | Review and outline arguments from SJ briefs; prepare proof point chart and begin draft of outline for DV | 05:42 |
| 07/11/2025 | Brian Murphy | Review Petrasch depo cites in memos; review notes from depos; begin depo designation table for designations in 26(a)(3)'s and | 05:30 |
| 07/12/2025 | Brian Murphy | Review depositions and create spelling list for court reporter at trial; revise outlines for Petrasch including designation table | 04:18 |
| 07/16/2025 | Brian Murphy | Review Petrasch depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 04:30 |
| 07/17/2025 | Brian Murphy | Review Engelhorn depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 03:12 |
| 07/17/2025 | Brian Murphy | Review Petrasch depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 01:30 |
| 07/19/2025 | Brian Murphy | Review Burgmeier depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 02:12 |
| 07/23/2025 | Brian Murphy | Review Bailey depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 02:00 |
| 07/31/2025 | Brian Murphy | Review Epps depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 03:18 |
| 07/31/2025 | Brian Murphy | Review Gilmore depo outline and depo; designations for 26(a)(3) chart and notes for Cross Exam | 01:30 |
| 08/01/2025 | Brian Murphy | Review SJ filings; review draft 26(a)(3) designations; review exhibits; create exhibit plan for 26(a)(3) and trial; notes re | 03:30 |
| 08/04/2025 | Brian Murphy | Review and revise Dawsey direct; notes of side issues to discuss and cross notes | 02:06 |
| 09/05/2025 | Brian Murphy | Call with client; prep for mediation | 02:06 |
| 09/08/2025 | Brian Murphy | Mediation and meet with client re next steps | 04:15 |
| 10/20/2025 | Brian Murphy | Review info; call with client | 00:30 |
| 10/30/2025 | Brian Murphy | Prep; meet with experts to review draft; outline issues for testimony | 01:30 |
| 11/21/2025 | Brian Murphy | Call with E. McCoy; call with J. Gibson; research for motion in limine re Def expert | 00:42 |
| 11/22/2025 | Brian Murphy | Research MIL re Def expert report and draft | 04:30 |
| 11/26/2025 | Brian Murphy | Calls with Jay Gibson; review materials re damages | 00:48 |
| 12/04/2025 | Brian Murphy | Gibson dep; discussion with client re next steps and trial planning | 04:00 |
| 12/15/2025 | Brian Murphy | Review Opp MIL re Harris report; draft reply | 02:36 |
| 12/19/2025 | Brian Murphy | Review notes re exhibits; begin prep exhibit designations | 02:18 |
| 12/20/2025 | Brian Murphy | Review deposition outline notes for designations; draft designation | 07:48 |

| 12/27/2025 | Brian Murphy | Review of designated exhibits; chart dups and comparisons; prep for meeting on 30th | 04:18 |
|---|---|---|---|
| 12/28/2025 | Brian Murphy | Research; review deps; prep MIL re disparagement - Medley & Burgmeier | 05:42 |
| 12/30/2025 | Brian Murphy | Review MIL issues with client; review testimony prep outline; notes for outline revisions; notes for MIL response | 04:30 |
| 12/31/2025 | Brian Murphy | Review; research; draft opp re MIL on various issues and BMW request for bifurcation | 08:48 |
| 01/01/2026 | Brian Murphy | Review MIL re expat guidelines; draft response; revise MIL opp re various issues and bifurcation | 07:30 |
| 01/02/2026 | Brian Murphy | Review and research issues in MIL re forced resignation; draft opp to MIL; review MIL re Gibson report; outline and begin drafting | 08:42 |
| 01/03/2026 | Brian Murphy | Review MIL re AG statements; research; review cited testimony and cases; outline and draft response | 03:30 |
| 01/04/2026 | Brian Murphy | Research; review dep testimony; revise draft opp MIL re AG MIL | 07:30 |
| 01/09/2026 | Brian Murphy | Review draft charges; revise re damages and order; revise proposed verdict and send | 01:12 |
| 01/11/2026 | Brian Murphy | Review 26(a)(3) designations for amendment; research counter-designation issues; review counter-designations and original | 03:30 |
| 01/16/2026 | Brian Murphy | Draft Pretrial brief; revise Dawsey outline for direct and cross | 03:24 |
| 01/18/2026 | Brian Murphy | Review BMW pretrial filings; emails; revise Dawsey direct | 01:30 |
| 01/30/2026 | Brian Murphy | Prep for session; trial prep session with Kelly | 04:30 |
| 02/01/2026 | Brian Murphy | Revise Dawsey direct exam; Revise Petrasch and Epps; Cross indices for quick reference | 06:15 |
| 02/04/2026 | Brian Murphy | Compile drafts and outlines for crossses; Revise McCraw Engelhorn and Epps crosses | 06:30 |
| 02/05/2026 | Brian Murphy | Review and revise DV outline; augment with readings; revise Petrasch exam outline | 04:12 |
| 02/07/2026 | Brian Murphy | Jury research; email draft strikes for cause | 03:48 |
| 02/09/2026 | Brian Murphy | Review def strikes for cause; draft response; emails re same; submit joint requests with my comments | 01:06 |
| 02/11/2026 | Brian Murphy | Status cll with court; call with Sherill Miller | 01:30 |
| 02/12/2026 | Brian Murphy | Prep opening and closing outlines; revise Engelhorn cross | 04:30 |
| 02/14/2026 | Brian Murphy | Revise cross prep for client; notes on opening | 03:30 |
| 02/15/2026 | Brian Murphy | Review and revise Pl outlines (direct and cross); meet with client and prep | 06:30 |
| 02/16/2026 | Brian Murphy | Prepare opening statement; revise and update research for DV (treaty and integrated employer); cross check exhibit lists to | 07:30 |
| 02/17/2026 | Brian Murphy | Meet with client and trial | 09:45 |
| 02/17/2026 | Brian Murphy | Revise cross outlines; draft MIL re courthouse and hearsay | 03:30 |

| 02/18/2026 | Brian Murphy | Revise Petraach, Epps and Medley crosses | 02:48 |
|---|---|---|---|
| 02/19/2026 | Brian Murphy | Prep (revise crosses); trial | 09:42 |
| 02/22/2026 | Brian Murphy | Revise prep notes for Epps and McCraw; notes for DV; revise outline notes for closing; emails re scheduling issues | 06:30 |
| 02/23/2026 | Brian Murphy | Prep and trial | 08:30 |
| 03/01/2026 | Brian Murphy | Emails with Kelly; discuss settlement offer; redline BMW prior form agreement | 00:42 |
| 03/12/2026 | Brian Murphy | Draft expert exam; call with Gibson to prep | 2:00 |
| 03/13/2026 | Brian Murphy | Meet with client for final prep; attend damages hearing | 5:30 |
| 03/19/2026 | Brian Murphy | Research make whole relief cases; draft PFFCL | 2:24 |
| 04/01/2026 | Brian Murphy | Outline JNOV/NT Motion - pull Carter stuff; research | 2:30 |
| | | **TOTAL HOURS** | **563.3** |