# EXHIBIT M

| Examples of Vague Time Entries (from ECF Nos. 225-2, 241-2) | | | |
|---|---|---|---|
| **Activity Date** | **Billing Attorney** | **Description** | **Duration** |
| 10/06/2021 | Brian Murphy | Review information sent by Dawsey; follow up meeting | 00:48 |
| 10/06/2021 | Brian Murphy | Follow up consult | 00:36 |
| 01/26/2022 | Brian Murphy | Meet with client; review information and draft charge | 02:30 |
| 03/17/2022 | Brian Murphy | Client meeting | 01:30 |
| 12/09/2022 | Brian Murphy | Review information; emails with experts re damages | 01:24 |
| 01/09/2023 | Brian Murphy | Review pleadings; outline issues; draft discovery to BMW MC | 04:48 |
| 01/16/2023 | Brian Murphy | Review file; conf call with experts; notes for discovery | 01:30 |
| 01/17/2023 | Brian Murphy | Review file; conf with experts re damages; notes on BMW issues | 02:12 |
| 02/10/2023 | Brian Murphy | Call with E. McCoy; emails re motions; finalize amended complaint | 02:18 |
| 03/15/2023 | Brian Murphy | Call with potential witness | 00:18 |
| 04/02/2023 | Brian Murphy | Prepare discovery responses and compile responsive documents | 07:30 |
| 04/03/2023 | Brian Murphy | Prepare discovery responses and compile responsive documents | 02:24 |
| 04/27/2023 | Brian Murphy | Review Order | 00:12 |
| 04/28/2023 | Brian Murphy | Call with Rozelsky | 00:06 |
| 05/01/2023 | Brian Murphy | Review file; outline issues for Englehorn Dep | 04:30 |
| 05/04/2023 | Brian Murphy | Meet with client; Engelhorn deposition; lunch caucus with client; wrap up meeting with client | 06:15 |
| 05/22/2023 | Brian Murphy | Revise Supp. | 00:18 |
| 07/10/2023 | Brian Murphy | Revise draft; discuss with M. Ozment | 05:30 |

| 08/01/2023 | Brian Murphy | Emails re Motion consulting | 00:18 |
|---|---|---|---|
| 08/14/2023 | Brian Murphy | Review Petrasch related docs and prior notes; start outline | 02:06 |
| 08/16/2023 | Brian Murphy | Meet with client; attend Petrasch dep; meet with client | 09:30 |
| 08/25/2023 | Brian Murphy | Review all discovery; review notes from depositions; start prep outline for dep | 04:30 |
| 08/26/2023 | Brian Murphy | Meet; review all exhibits; and prep for deposition; revise outline for prep session Sun | 05:36 |
| 08/28/2023 | Brian Murphy | Meet; prep; mock dep | 03:30 |
| 08/30/2023 | Brian Murphy | Review damage reports; call with J. Gibson | 01:30 |
| 10/08/2023 | Brian Murphy | Review discovery; outline for Epps deposition | 03:30 |
| 12/05/2023 | Brian Murphy | Travel to Greensboro; prep for deposition | 06:30 |
| 12/12/2023 | Brian Murphy | File review; note discovery needs; meet with client | 02:48 |
| 01/23/2024 | Brian Murphy | Meet with client; take McCraw dep; meet with client and revise notes for trial issues | 05:12 |
| 01/24/2024 | Brian Murphy | Prep and attend Miller dep; conf with client; review trial outline | 02:06 |
| 02/02/2024 | Brian Murphy | Meet with client; attend mediation; follow up meeting withe client re next steps; call to mediator | 05:48 |
| 02/02/2024 | Brian Murphy | Meet with client; attend mediation; meet to discuss next steps; add issues raised to trial outline | 05:30 |
| 03/22/2024 | Brian Murphy | Meet client; finalize Decl; finalize brief | 10:30 |
| 07/04/2024 | Brian Murphy | Research; draft objections | 06:18 |
| 04/27/2025 | Brian Murphy | Emails with client re trial; review file and prep materials for client review; discuss status conference | 00:30 |
| 04/27/2025 | Brian Murphy | Emails with client; pull together Dawsey materials and prior statement for early prep; outline Plaintiff direct | 05:42 |
| 05/06/2025 | Brian Murphy | Final prep; travel and participate in status conference | 03:45 |
| 05/15/2025 | Brian Murphy | Finalize prep plan and update on status for all pretrial filings | 03:30 |
| 05/15/2025 | Brian Murphy | Review calendar and statuses; emails with client; prep request for protection | 00:18 |
| 08/04/2025 | Brian Murphy | Review and revise Dawsey direct; notes of side issues to discuss and cross notes | 02:06 |
| 09/05/2025 | Brian Murphy | Call with client; prep for mediation | 02:06 |
| 10/20/2025 | Brian Murphy | Review info; call with client | 00:30 |

| 10/30/2025 | Brian Murphy | Prep; meet with experts to review draft; outline issues for testimony | 01:30 |
|---|---|---|---|
| 12/27/2025 | Brian Murphy | Review of designated exhibits; chart dups and comparisons; prep for meeting on 30th | 04:18 |
| 12/28/2025 | Brian Murphy | Research; review deps; prep MIL re disparagement - Medley & Burgmeier | 05:42 |
| 01/18/2026 | Brian Murphy | Review BMW pretrial filings; emails; revise Dawsey direct | 01:30 |
| 04/01/2026 | Brian Murphy | Outline JNOV/NT Motion - pull Carter stuff; research | 2:30 |
| | | **TOTAL HOURS** | **153.8** |