| | | |
|---|---|---|
| **State of South Carolina** | ) | |
| | ) | **Declaration** |
| **County of Greenville** | ) | |

Brian P. Murphy, states that he is over the age of eighteen years of age, and that the assertions of fact in this Declaration are true and correct.

1.    I recall the one conversation Mr. Lindemann and I had that he references in his declaration.  As Mr. Lindemann notes, there were no settlement discussions.  There was no demand.  Mr. Lindemann stated that his request to meet was so he could ask Dawsey why she was suing BMW.  I was not about to bring a client to such a meeting where her motives would be questioned.  The only recollection I have about resolving the matter is Mr. Lindemann stating that he could "get her some severance."  That dismissal comment, coupled with the questioning of Dawsey's motive, made further discussions fruitless.

2.    If the Court believes that paragraph 17 of my initial Declaration is unclear [see ECF 225-1 at 4], the $500 rate has been in effect during this case.  This includes our one-hour consultations and new fee matters that have commenced this year.

3.    Attached as Exhibit 2 to Plaintiff's Reply are the time entries for the review of BMW's Opposition, preparation of Dawsey's Reply, including the preparation of this supplemental declaration and the Third Supplemental Request.

4.    Before trial, Kurt Rozelsky inquired about the terms by which I might agree to proceed to trial against only BMW MC.  I stated that, from my side, the issues would be an assurance that BMW MC would not argue at trial that BMW AG caused any violations and that such an arrangement would not affect Dawsey's fee claim if she prevailed.  BMW did not pursue the discussion any further.

1

5.      I have reviewed the entries BMW claims are improper "block billing."  [ECF 255-12].  BMW is wrong that these entries are improper.  Most of them reflect times when I am working on related tasks at the same time or the task involved several steps.  In other words, many of the entries do not involve discrete functions, but detail as to what activities were part of the session.

6.      Many of BMW's "block billing" challenges relate to research and drafting motions and briefs.  To be efficient, those tasks are not done at separate times.  I will often have related documents or research on 2-3 screens open at the same time.  As I draft an argument and see the need for supporting authority, I research and incorporate quotes or cites directly into the brief.  These activities cannot be separated.

7.      By way of example, the review of the myriad entries challenged by BMW required a concurrent review of ECF 255-12 and -13, along with the time entries [ECF 225-2], emails, text messages, notes, calendar entries, motions, briefs, and pleadings.  As I write this, I have dual monitors and a separate computer running to review all these filings and provide the point-by-point responses below.  So "review ECF 255-12" would not be a separate entry from the other things I reviewed to prepare the response.

8.      BMW also challenges as "block billing" detail about what events such as client meetings.  Meeting with a client and reviewing documents or preparing declarations or charges are not separate tasks.  That is what is happening during the meeting.

9.      It appears that BMW has just listed every entry where there is more than one verb describing the tasks performed.

10.      Responding further, BMW's arguments are incorrect for the reasons below:

a. 10/06/2021.  This entry should read review information for the follow up meeting.  The follow up consult is noted in the next entry for the same day, which is an example of how I separated discrete activities without block billing.

b. 01/26/2022.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to explain what transpired during a single working session. .

c. 02/16/2022.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to explain what transpired during a single working session.

d. 10/26/2022 This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to explain what transpired during a single working session.  BMW also fails to accurately copy the time entry, which shows that the meeting was for purposes of preparing the complaint.  As the Court is aware, the amount of data regarding each position in HR is significant, and significant time was necessary to ensure that I fully understood these issues and accurately described them in  a pleading, which was more complex in this case than the typical discrimination case.

e. 12/09/2022.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .

f. 01/09/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what

transpired during a single working session. .  I draft initial discovery (to be supplemented based on the Answer) based on allegations in a pleading, and doing these activities together ensures that the necessary elements are pled and that discovery requests are appropriate in scope based on the allegations.

g.  01/16/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  As with the next entry, the Undersigned was involved in coordinating the exchange of information between the expert witness and his assistants and Dawsey.  So, for example, if the client sends information, I review it and, when complete, forward it to the experts and discuss how the information relates and whether additional or different information is needed.  Where, as here, the activities are noted in a single entry, that means the activities occurred at the same time.

h.  01/17/2023.  See above as to 1/16.

i.  02/04/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is a perfect example of something that is not block billing.  In reviewing an opposing brief, I research cited cases during the review.  At the same time, I will make notes of points for response.  Again, this happens during the same session.

j. 02/05/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This entry relates to work done to respond to BMW AG's Motion to Dismiss [ECF 14].  This required significant time to go through each argument and to determine whether and how to respond.  We ultimately amended the complaint to address several of BMW AG's arguments, and we later used the declaration started during this session in response to the second Motion to Dismiss [ECF 42].  [See ECF 45-1].

k. 02/10/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .

l. 03/15/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.  Researching and writing go hand-in-hand.  They are not separate activities that occur at different times. .  I had to prepare a lengthy and complex response to BMW AG's second motion to dismiss [ECF 42].  [See ECF 45].  As further evidence that unrelated tasks are listed separately, there were two separate entries for that day covering discrete activities (both of which BMW challenges as "vague" or "block billing").

m. 03/1[6]/2023 (erroneously entered as 3/15).[1]  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. The damages issues in this case were more complex than normal, given the variety of comparators, the different types of variable compensation at issue, and the fact that, at this point, there were two separate subsequent employers whose compensation systems had to be understood and information gathered.

n. 03/20/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.

o. 04/02/2023 This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  In maximizing efficiency, discovery responses cannot be drafted separately from the review and compilation of responsive documents.

p. 04/03/2023.  See 4/2/23.

q. 05/01/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  Preparation for a deposition

---

[1]     Having reviewed the contemporaneous communications, it is likely that **this should have been entered as 3/16** as Dawsey was gathering information for "Thursday." Further, it is unlikely that I would have billed 12 hours in a single day on these types of activities.

requires reviewing the file for documents related to that witness. All of that is compiled into the deposition outline. These are not separate tasks as the need for documents and where they will be used can only be determined in conjunction with the development of the subject topics and specific questions. How, for example, can someone question a witness about an email without reviewing the email?

r. 05/02/2023. This is not block billing, it details the activities that occurred concurrently. The purpose of the entry is to provide details about what transpired during a single working session. . The Engelhorn deposition was the first defense deposition, and it was perhaps the most critical one. I had to lock down both Engelhorn's desire to place an American in TX-6 and his desire for a "local" as a "bridge to Germany." All of the listed tasks were part of the same preparation session. Because of Dawsey's unique role in this case (as both plaintiff and HR subject matter expert), her input was invaluable and necessary, especially given the complex management structure at BMW.

s. 05/03/2023. This is not block billing, it details the activities that occurred concurrently. The purpose of the entry is to provide details about what transpired during a single working session. . Again, these are all tasks that are part of the same activity: Preparation for Engelhorn's deposition. Further, while where a review of the documents indicates key dates, I update chronologies at the same time to avoid having to go back and do a separate review.

t. 05/04/2023. This is not block billing, it details the activities that occurred concurrently. The purpose of the entry is to provide details about what transpired during a single working session. . Again, this is detail as to what happened, not separate events. The Engelhorn deposition lasted almost five hours [ECF 97-5 at 1] and, as noted in the entry, Dawsey and I worked through lunch. Thus, there is only 1.25 hours at issue for the final pre-deposition discussion and the post-deposition discussions with Dawsey. That actually strikes me as low given the level of her involvement and the fact that we discussed next steps and what was obtained and still needed after each deposition.

u. 05/15/2023. Researching and writing go hand-in-hand. They are not separate activities that occur at different times.

v. 05/21/2023. This is not block billing, it details the activities that occurred concurrently. The purpose of the entry is to provide details about what transpired during a single working session. . This entry relates to the supplemental filing for the Motion to Dismiss filed the next day. [ECF 59]. I needed to review the Engelhorn deposition, the pending arguments [ECF 42, 49, 52], and then determine what portions of Engelhorn's deposition supported Dawsey's arguments in a very complex motion. The ten-page supplemental filing [ECF 59] had to reference the many existing filings as well.

w. 07/09/2023. Researching and writing go hand-in-hand. They are not separate activities that occur at different times. .

x.  07/10/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  The "M. Ozment" is reference to Matt Ozment.  Mr. Ozment is an excellent plaintiff's lawyer, who is among the group of lawyers with whom I consult for guidance and feedback.  I find this particularly helpful in making calls as to what arguments to make and, just as importantly, what arguments the Court might not appreciate.  The filing at issue here was Dawsey's reply to BMW AG's objections to the Magistrate Judge's Report and Recommendation on BMW AG's Motion to Dismiss.  [See ECF 69].

y.  08/12/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  I draft arguments while reviewing arguments in an opposing brief.  I don't believe that is unique, but the two activities occur simultaneously and any effort to divide up time would be guesswork at best.

z.  08/14/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is a prime example of multi-tasking to save the need to backtrack and start a different task.  This was the start of the preparation for the Petrasch deposition, which was the second key deposition in the case.  Reviewing notes and compiled documents to start the deposition outline are the same task.

aa. 08/15/2023.  See 8/14/23.

bb. 08/16/2023.  BMW's citation to this entry is beyond ridiculous.  As BMW knows, the Petrasch deposition started just before 10 a.m. and ended after 6:30 pm. [ECF 97-11 at 1].  That alone accounts for 8.6 hours.  That leaves less than one hour for both the final discussion pre-deposition and the discussion after the deposition.

cc. 08/25/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This was the beginning of the process for Dawsey's marathon deposition.  The review of these different files did not occur at separate times.  As I develop a deposition prep outline, I have to find and reference documents from various sources to create a review pile and to develop the outline.  There is no way to separate out these tasks.

dd. 08/26/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .

ee. 08/27/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is a perfect example of how wasteful BMW's arguments are.  I met with Dawsey to prepare her for her deposition.  Meeting with her and preparing for her deposition are not separate tasks.

10

ff. 08/27/2023.   Researching and writing go hand-in-hand.   They are not separate activities that occur at different times.

gg. 08/28/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is simply a description of the preparation session, which included mock deposition questions.

hh. 08/30/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.

ii. 08/31/2023.  As noted in Dawsey's Reply, I recorded less time this day than the deposition actually took.  [See ECF 97-4 at 1].  This issue is moot at best and frivolous at worst.

jj. 10/08/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  See above as to other deposition prep entries.

kk. 10/09/2023.  Admittedly, this one could have been split out into two entries. But the total is 2:45 minutes, and, as BMW knows, the deposition itself was almost two hours.  [ECF 97-6 at 1].  Thus, the notetaking for other depositions took less than 45 minutes.

ll. 11/09/2023.  As with the 10/9 entry, BMW knows that, of the total time claimed (2:30), the Gilmore deposition took from 1:58 – 2:41, or 43 minutes.

The note taking for use in preparing for depositions therefore  was less than two hours.

mm.    12/05/2023.  This arguably could have been two separate entries, but the combined amount is still more than reasonable.  The travel time from my house to the Hampton Inn in Greensboro is approximately three hours.  That means that only 3 ½ hours was attributed to preparing for Bailey's deposition.

nn. 12/0[6]/2023 (erroneously recorded as 12/5).  Admittedly, these tasks could have been broken out.  But BMW knows that the time spent is reasonable.  The Bailey deposition began at 9:58 and ended at 11:51.  As discussed above, travel time is approximately three hours.  That alone covers almost all the amount of time claimed.  So the note taking for the McCraw and Burgmeier depositions must have taken very little time.

oo. 12/12/2023.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is a routine entry reflecting work on determining additional discovery needs on conjunction with Dawsey.

pp. 01/01/2024.  .  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This was the point at which I started the process of planning for summary judgment motions, which involves file review, compiling existing facts from notes and document

sources and the concurrent creation of outlines of facts, law, discovery and research needs.  This all happens together and they are not discrete tasks. Again, this is the kind of situation in which I will be working on several documents simultaneously.

qq. 01/02/2024.  See 1/1/24/

rr.  01/04/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This shows I was focused on marshaling the evidence related to the TX-64 issues for briefing, which was central to showing that BMW proposed demoting Dawsey.

ss. 01/05/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  BMW's description of this activity is incomplete.  The complete entry shows that I was working on compiling the evidence and law "to update outline and draft sections for upcoming [summary judgment]" motion with respect to the key issue of whether there was an adverse employment action.    Researching and updating various outlines and planning documents is a single task.

tt.  01/12/2024.  The Medley deposition was over four hours long.  [ECF 97-10 at 1].  Thus, the total time spent in final preparation and in making notes of Medley's testimony for use in the McCraw deposition is less than 1.5 hours.

uu. 01/21/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what

13

transpired during a single working session. .  This is another example of updating the planning documents and outlines while reviewing a deposition. Again, I do all of this at the time to avoid going back over the same deposition for different purposes.

vv. 01/23/2024.  This is another example of BMW complaining about something it knows is not an issue.  The total time claimed is 5.2 hours.  The deposition alone was 5 hours and 9 minutes (i.e., 5.1 hours).  [ECF 97-9 at 1].  Thus, the time spent on adding notes in the trial outlines and discussing issues with Dawsey were minimal, at best.

ww.      01/24/2024.  I recorded less time than the deposition itself took.  The Miller deposition lasted 2.5 hours.  [ECF 92-8 at 1].  I recorded only 2.1 hours.

xx. 01/27/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.

yy. 01/31/2024.  The Keiser deposition was almost three hours long (10:05 a.m. – 12:56 p.m.)  That leaves a mere 48 minutes for preparation and review of client notes provided for input.

zz. 02/02/2024.  I could have broken out the mediation time separately, but the discussions that happen regarding the case happen during and immediately after the mediation depending on the issues raised.  The final entry shows the amount of the additional activity of the follow-up call with the mediator

aaa.     02/02/2024.  **This is a double entry that should be deleted to remove 5.5 hours.**

bbb.     02/26/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  Working on the Dawsey declaration and the opposition brief went hand-in-hand and occurred concurrently.

ccc.     03/17/2024.   Researching and writing go hand-in-hand.  They are not separate activities that occur at different times.

ddd.     03/19/2024.  Researching and writing go hand-in-hand.  They are not separate activities that occur at different times. .  This challenge is even more ridiculous as I specified the specific legal issue that I was working on.

eee.     03/21/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  Again, the language details what I was working on.  It does not describe discrete and unrelated activities.

fff. 03/22/2024.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  Again, finalizing the Plaintiff's declaration [ECF 104-9] is an activity that coincided with the summary judgment briefing and review of arguments raised by BMW.

ggg.     04/17/2024.  Researching and writing go hand-in-hand.  They are not separate activities that occur at different times. .  This is a minimal amount of time to read the Supreme Court's opinion and to prepare ECF 107.

hhh.     04/26/2024.  Researching and writing go hand-in-hand.  They are not separate activities that occur at different times. .  The Court granted leave for supplemental briefing after the issuance of *Muldrow*.  This is the spent preparing ECF 110, a five page memo that recounts the evidence in the case as it pertains to the test set forth by the *Muldrow* Court.  Again, I cannot separate out the writing process to specify how much time I spent reading something and how much time I spent writing.

iii. 07/02/2024.   Researching and writing go hand-in-hand.  They are not separate activities that occur at different times. .

jjj. 07/04/2024.  Researching and writing go hand-in-hand.  They are not separate activities that occur at different times.

kkk.     07/06/2024.  Researching and writing go hand-in-hand.  They are not separate activities that occur at different times.

lll. 07/07/2024.   Researching and writing go hand-in-hand.  They are not separate activities that occur at different times.

mmm.     04/27/2025.[2] There are two entries for this day showing different work sessions on different topics.  This entry relates to the work performed

_____

[2]     The Court might note that these records do not appear in chronological order in the printout.  I do not understand why, but I note that entries with a 0.00 in the rate column appear before entries with a blank in that field.  I do not have an explanation as to why this happens.  I do remember there was some change in Quickbooks online in terms of the formatting for timekeeping, although I do not recall when that occurred.  And  I cannot say if

that day on the discrete issue of starting prepare the Plaintiff's direct examination.  As noted, that involves pulling together prior statements and key materials to begin the outline.

nnn.      04/27/2025.  This second entry of the day is separate from the entry above because it involves discussions and communications with Dawsey regarding materials she needs to prepare and apparently to discuss the forthcoming May 6 status conference [See ECF 125-26].

ooo.      04/30/2025.  This entry relates to a single issue.  As the Court might recall, the parties submitted pre trial memoranda (PTM).  [ECF 125].  I sent Dawsey's and, on the evening of 4/29, I inquired as to the status of BMW's PTMs.  There was a flurry of emails the next morning, arguing over whether BMW's ex parte submission was appropriate.  I emailed the Court to object to BMW submitting a PTM ex parte.  The Court instructed BMW to disclose them.  The emails began at 5:41 a.m. (with Mr. McCoy's response to my April 29 inquiry) and ended that day at 9:26 a.m. with my email to the Court.[3] Despite the time spent sending and reviewing emails, as well as materials BMW attorneys claim as authority for the ex parte submissions,  I recorded only 18 minutes of time.

ppp.      05/02/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about

---

that was the cause.  If the Court needs these entries to be reordered, I can try to get information from Quickbooks as to how to accomplish this.

[3]      The Court responded on May 1 through Ms. McAlister at 10:25 a.m.

what transpired during a single working session. .  This entry merely shows that I spent less than ½ hour reviewing materials and creating an outline for the May 6 pretrial conference.  There is no way to create a document based on things from another document without doing them at the same time.

qqq.     05/06/2025.  There is no need to break out time spent driving to an from Anderson.  As the Court and BMW are both aware, it takes about 40 minutes each way, or 1:20 round trip.  That leaves only 2:20 for preparation and attending the status conference.  Although I arguably could have made three entries, this is not a block billing problem where the total time is obviously reasonable.

rrr. 05/13/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is an example of preparing related documents at the same time for efficiency purposes.  Again, these are not separate activities.  Outlining needs for the verdict form and the charge together saves me from having to start from scratch when creating each document. It also ensures continuity and consistency across the various documents.  It would be wasteful to focus only on one document, only to then start on a separate document that utilizes the same data.

sss.     05/14/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  There is no way to split out these times.  As the entry shows, I used this Court's Carter charge

18

where possible and researched and drafted additional charges to cover issues not addressed in Carter.

ttt. 05/15/2025.  This is all one short activity (only 18 minutes, or .3) involving the preparation of ECF 130, which sought protection on behalf of Dawsey for her daughter's wedding.

uuu.      05/25/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  Drafting a proof point outline, which feeds to the individual witness outlines, and the DV outline concurrently saves considerable time.  The starting point is a review of the issues raised the summary judgment briefs (later augmented with additional issues).  It would be a massive waste of time to review the summary judgment briefs to create one document and then repeat the process to create a second document.  Because this is done at the same time to ensure consistency, it is impossible to guess at how much time went to one document or the other.

vvv.      07/11/2025.  Again, this is using the same base document (a deposition) to prepare several documents necessary for trial preparation. For Petrasch, I needed to provide both a designations chart for the 26(a)(3) responses, as well as an outline for her cross.  Both documents refer to the same testimony from the deposition, so doing them at the same time saves considerable time.

www.     07/12/2025.  This is a continuation of the project started on 7/11.  The only additional task being done at the same time was the creation of the spelling list for the court reporter, which is addressed in Dawsey's Reply.

xxx.     07/16/2025.  See prior two entries.

yyy.     07/17/2025.  This is the same issue for Engelhorn.  Again, I am creating and updating several documents at the same time working from the same base document (Engelhorn's deposition).

zzz.     07/17/2025.  This is a separate entry from the same day because it is a different task involving a different witness (Petrasch).

aaaa.     07/19/2025.  This is the same issue related to the preparation of designations and cross exam of Burgmeier.

bbbb.     07/23/2025.  This is the same issue with regard to Bailey.

cccc.     07/31/2025.  Again, there are two different entries for this day (see below) because I worked on trial preparation for two different witness – with a separate entry for each witness.  Otherwise, this is the same issue as noted above for the other witnesses as I prepare more than one document at a time to ensure consistency and avoid the duplication of effort.

dddd.     07/31/2025.  This is set forth as a separate entry because it relates to a different witness (Gilmore). Otherwise, the issue is the same.  This is not block billing.  It is working on more than one document at the same time.

eeee.     08/01/2025.  All of this is describing one activity: the preparation of the 26(a)(3) disclosures.

ffff. 08/04/2025.  This is one activity.  All of the time relates to work on Dawsey's testimony.  I worked on her direct examination and on a cross outline at the same time with issues noted to discuss as we developed the outline further.

gggg.     09/05/2025.   This is all one activity related to the preparation for the mediation conducted by Judge Brown held three days later [ECF 140].

hhhh.     09/08/2025.  BMW attended the same mediation is aware that there is no issue with this entry.

iiii. 10/20/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This relates to efforts by Dawsey and I to get information for the expert report update.

jjjj. 10/30/2025  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .

kkkk.     11/21/2025.  I do not have a recollection of the call with McCoy, but I started working on issues related to a possible motion in limine as to the original expert report (which BMW ultimately withdrew).

llll. 11/22/2025.   Researching and writing go hand-in-hand.  They are not separate activities that occur at different times.

mmmm.  11/26/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.

21

nnnn.    12/04/2025.    I claimed only four hours this day. The Gibson deposition started at 1:05 pm and ended at 4:29.  So the total time claimed that day is only .6 longer than the deposition itself for the discussion with Dawsey and any revision of notes involved.

oooo.    12/15/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  As discussed above, reviewing a document while drafting a reply is one activity, as I outline or even draft arguments while reading the opposing party's arguments.  This is a prime example of the frivolousness of these challenges.  The BMW opposition that I reviewed [ECF 145] consisted of eleven pages of briefs and fifty pages of exhibits [ECF 145-1 to -4].  The Reply is four pages.  [ECF 146].  And I recorded only 2:36 to complete the task.

pppp.    12/19/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.   Reviewing notes to prepare the 26(a)(3) exhibit lists is one related activity.

qqqq.    12/20/2025.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is where I prepare the deposition designations based on the outlines previously completed.  Each table is edited down to the entries that are necessary for final

submission.  In this case, I initially designated deposition testimony for six witnesses.  [ECF 151 at 1-13].

rrrr.     12/27/2025.  The challenge to this entry is particularly aggravating because a review of the initial 26(a)(3) responses revealed numerous duplicative exhibits submitted by BMW, as well as issues where BMW took contradictory positions.  This necessitated time to compile the lists of these duplications and issues to prepare for the meet-and-exchange meeting required under ECF 135 at 2.

ssss.     12/28/2025  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is all one activity.  I prepared and submitted a Motion in Limine [ECF 152].  It entailed primarily the testimony of Medley and Burgmeier.  This entry merely shows that I was reviewing their testimony while preparing that motion.  Again, this is not block billing.

tttt. 12/30/2025.   This all addresses the activities related to responding to BMW's various motions in limine, a discussion regarding what position(s) to take with respect to ECF 153, and my review of the issues with Dawsey.  During the same meeting, we worked on Dawsey's direct examination outline that was under development.

uuuu.     12/31/2025.  This is not block billing.  This entry shows the work done in preparing ECF 159, which was Dawsey's response to ECF 153.

vvvv.     01/01/2026   This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This all relates to work being done on the motions in limine filed by BMW.

wwww.     01/02/2026.  See above as to 1/1/26.

xxxx.     01/03/2026.   This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  See above as to 1/1/26.

yyyy.     01/04/2026.   This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This is all related to the review of ECF 157 and Dawsey's response [ECF 163].

zzzz.     01/09/2026.  Again, I draft jury-related documents together, and this entry simply reflects time spent revising draft charges and the proposed verdict form, which are related documents.

aaaaa.     01/11/2026.  This is all one activity related to counter-designation issues under Rule 26(a)(3) and the possible need to amend 26(a)(3) responses.

bbbbb.     01/16/2026.  Admittedly, these activities could have been split, as I do not have any record showing that the drafting of one impacted the other.  At the same time, the amount of time spent for both activities is relatively modest.

24

ccccc.     01/18/2026.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  Revising testimony outlines in light of pretrial filings (i.e., amended 26(a)(3) filings) is routine.

ddddd.     01/30/2026.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session.

eeeee.     02/01/202.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  This merely shows that I was working on several outlines at once.  That is typical.  During prep sessions issues arise that result in the additional questions for other witnesses, or the decision to drop issues, which may affect several witness outlines.

fffff.     02/04/2026.  Working on several witnesses outline at one time is normal, as issues can be raised with more than one witness and how one testifies will affect whether and how to question another witness.  So there are occasions where I will work on several at the same time, depending on what issues might overlap or that might be dropped depending on the first witness's testimony.

ggggg.     02/05/2026.  Again, working on DV outlines at the same time as witness outlines is efficient and ensures that the arguments are covered in the testimony.  This entry shows that this was done while augmenting the

DV outline with readings after the parties reached an agreement that readings could be used during DV arguments, even though they were not presented to the jury.  That directly impacted the questions that needed to be asked of Petrasch on cross because the jury was not going to hear the reading of her deposition.  That agreement saved considerable trial time, but required a reworking of several cross examinations to include materials covered in the readings that were not part of the original outlines.

hhhhh.    02/07/2026   This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  I am unaware of any lawyer that does not make notes, including strikes for cause, while reviewing the jury questionnaires.  How else can it be done?

iiiii. 02/09/2026.  This is all one activity, which only took 1.1 hours.

jjjjj. 02/11/2026. Admittedly, these are two separate activities.  The combined time for them, however, is hardly questionable (1.5 hours).

kkkkk.    02/12/2026.  The preparation of opening and closing outlines is one activity, as the hope is to tie them together during trial.  It appears at some point that an issue arose that required some revision to the Engelhorn outline.

lllll. 02/14/2026.  Again, that I would make notes on how to address an issue while preparing a mock cross is unsurprising.  Mock cross prep helps me determine what issues I may need to address head on during opening.  I do

recall one or two such issues I developed while preparing a cross-examination for Dawsey.

mmmmm.02/15/2026.   This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .

nnnnn.    02/16/2026  This is the day before trial.  These activities are the final preparation of all documents, the compilation of the trial notebooks and final outlines, and the final check to ensure that exhibits are ready and properly loaded.  I was definitely multi-tasking that day, jumping from task to task.  There is no practical way to stop while working on every task to do a separate time entry.  If I had to do that, the amount of time would have been substantially higher than 7.5 hours.  Nor can that be expected of one lawyer preparing on the eve of trial.

ooooo.    02/17/2026.  There are two entries for this day: This one related to the trial and the next one related to the work performed that night.  This further dispels the notion that unrelated activities are being lumped together.  It should hardly surprise the Court that Dawsey met me at my office and we traveled to the trial together.  Nor is there any question about how much time was spent pre-jury selection, during jury selection, and at trial.

ppppp.    02/17/2026. This is the second entry for the same day the addresses the activities the night after the first day.  I worked on a motion in limine and revised cross-examinations to prepare for BMW's portended testimony that

BMW was going to take credit for the Caroll Campbell Courthouse, as argued by its counsel in opening.

qqqqq.     02/18/2026.   Revision of multiple outlines simultaneously is one activity.   It also is common to revise outlines during trial based on the testimony (here, Dawsey's cross) and strategies revealed by the questions posed by BMW counsel.

rrrrr.     02/19/2026.  I do not have a recollection or record of what changes were made to cross outlines, but the Court's own review of the time spent should suffice to show that the time claimed is reasonable, if not modest, for a trial day.

sssss.     02/22/2026.  This is not block billing, but working on more than one thing at a time.  As noted above, revising the DV outline along with witness outlines is efficient and ensures continuity.  Given that it involved Epps and McCraw, this was likely an issue regarding TX-64 as a FL IV position that was developed at trial.

ttttt.     02/23/2026.  Again, this is wasteful given everyone's knowledge of how long the parties spent at court alone.

uuuuu.     03/01/2026.  This is not block billing, it details the activities that occurred concurrently.  The purpose of the entry is to provide details about what transpired during a single working session. .  I did everything to discuss, agree upon, put together an offer with my client, and deliver the same.  And I only claimed 7/10 of an hour.  This is just another example of the pointless nature of these

vvvvv. 03/12/2026. This is not block billing, it details the activities that occurred concurrently. The purpose of the entry is to provide details about what transpired during a single working session. Two hours to create an entire expert witness exam and review it with the witness. Yet BMW complains. This is patently frivolous.

wwwww. 03/13/2026. This is the day of the damages hearing, which began at 9:30 and ended at 2:30. That is five hours just for the time spent in court. The total time claimed is only 5.5 hours, which included a pre-hearing discussion with Dawsey.

xxxxx. 03/19/2026. Researching and writing go hand-in-hand. They are not separate activities that occur at different times. .

yyyyy. 04/01/2026. Researching and writing go hand-in-hand. They are not separate activities that occur at different times. . Pulling prior materials while drafting is a time saver; it is not a separate activity.

11. I have reviewed the entries BMW claims to be vague. [ECF 255-13]. I disagree that these do not meet the standard in Hensley that requires only that attorneys "identify the general subject matter of his time expenditures." *Hensley v. Eckerhart*, 461 U.S. 424, 437 n.12 (1983) (emphasis added). BMW is incorrect regarding the specific entries for the following reasons:

a. 10/6/21. This entry should read review information for the follow up meeting. The follow up consult is noted in the next entry for the same day, which is an example of how the Undersigned separated discrete activities without block billing.

b. 10/6/21. This is not vague.  Dawsey consulted (for the second time) with me on this date.

c. 1/26/22.  This again is self-explanatory.  Dawsey and I met and prepared her charge of discrimination, which was filed that day.

d. 3/17/22.  There is nothing vague about a client meeting.  BMW is not entitled to know what was said during the meeting.

e. 12/09/2022.  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

f. 01/09/2023  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

g. 01/16/2023  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

h. 01/17/2023  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

i. 02/10/2023  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

j. 03/15/2023  I will not reveal the name of the potential witness, if that is what BMW is trying to find out.

k.  04/02/2023  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

l.  04/03/2023 BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

m. 04/27/2023  BMW is fully aware that the Court issued its denial of BMW's motion for stay on this date.  [ECF 54].

n.  04/28/2023.  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .  There is no requirement that an attorney detail the contents of the call.  And it is wasteful to argue over .1 entries.

o.  05/01/2023.  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

p.  05/04/2023.  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

q.  05/22/2023.  This obviously relates to the Supplement filed this day [ECF 59].

r.  07/10/2023.  As discussed above, this relates to Dawsey's Reply filed this day [ECF 69], and the discussion with Mr. Ozment that occurred in conjunction with its drafting.

31

s.  08/01/2023. BMW knows full well this is the consultation preceding the Motion to Compel filed the next day. [ECF 72].

t.  08/14/2023. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

u.  08/16/2023. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

v.  08/25/2023. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.   This is all part of the preparation for Dawsey's marathon deposition.

w.  08/26/2023. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.   Again, this all relates (obviously) to Dawsey's deposition preparation.

x.  08/28/2023. Same as prior two entries.

y.  08/30/2023. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

z.  10/08/2023. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .

aa. 12/05/2023.  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

bb. 12/12/2023.  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

cc. 01/23/2024  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

dd. 01/24/2024   BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

ee. 02/02/2024  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

ff.  02/02/2024  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

gg. 03/22/2024  BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .  This is clearly a reference to the summary judgment response filed the same day.   [ECF 104].

hh. 07/04/2024. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. . This is obviously a reference to the objections filed the same day. [ECF 115].

ii. 04/27/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

jj. 04/27/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .

kk. 05/06/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .

ll. 05/15/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .

mm. 05/15/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .

nn. 08/04/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

oo. 09/05/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

pp. 10/20/2025. As explained above, this entry relates to efforts by Dawsey and I to get information for the expert report update.

qq. 10/30/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

rr. 12/27/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

ss. 12/28/2025. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. . The entry even describes the Motion to which this relates [*i.e,*, ECF 152]

tt. 01/18/2026. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection.

uu. 04/01/2026. BMW fails to explain what is "vague" about this entry and, as discussed in *GMW Indus. Supply* (see Reply Brief), BMW is obligated to explain the basis for its objection. .

Dated this 28th day of April, 2026.

**I swear that the foregoing is true and correct subject to the penalties of perjury.  28 U.S.C. § 1746.**

_____s/ Brian P. Murphy_____
Brian P. Murphy