## Time Activities by Customer Detail

### Stephenson & Murphy, LLC

April 13-28, 2026

| ACTIVITY DATE | EMPLOYEE | PRODUCT/SERVICE FULL NAME | DESCRIPTION | RATES | DURATION | BILLABLE (Y/N) | AMOUNT |
|---|---|---|---|---|---|---|---|
| Dawsey, Kelly | | | | | | | |
| 04/23/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Review BMW opp to fee request; notes and outline issues for reply | | 02:30 | No | |
| 04/24/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Research and draft reply regarding fees | | 07:30 | No | |
| 04/25/2026 | Brian Murphy | Attorney Fees:Attorney Fees | Research and drafting of reply re fees | | 03:42 | No | |
| 04/26/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Review 182 objections, review docket entries and filings to clarify, and respond to each objection in supplemental affidavit. | | 05:30 | No | |
| 04/26/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Revise Reply | | 03:12 | No | |
| 04/28/2026 | Brian Murphy | Attorney Fees:Brian Murphy | Review and finalize Reply and Supp. Decl. | | 02:48 | No | |
| **Total for Dawsey, Kelly** | | | | | **25:12** | | |
| **TOTAL** | | | | | **25:12** | | |