**ALM | LAW.COM**

## THE AMERICAN LAWYER

# Jackson Lewis Cracks $1M in PEP in 2025, Boosted by Robust Demand

**By Jon Campisi**

March 18, 2026

**What You Need to Know**

- Jackson Lewis grew profits per equity partner over 20% from the previous year.

- The affirmative action group was the sole lagging practice, which leaders attributed to a presidential executive order on affirmative action.

It was another historic year of growth in 2025 for labor and employment firm Jackson Lewis, as gross revenues surpassed the prior year's figures by nearly 16% to cross the $800 million mark, while net income jumped over 22%.

The firm last year also saw profits per equity partner increase by over 20%, exceeding $1 million for the first time. Chair Kevin Lauri attributed the performance to a number of factors, including a strong increase in demand for services complemented by quality lawyering and significant team additions.

"It's all about client demand," Lauri said in an interview.

The firm, he said, remains "laser focused" on ensuring optimal delivery of client services while also pushing partners to put forth a newfound commitment to help train up-and-coming lawyers.

Lauri said the firm has quadrupled its professional development team to now include 25 lawyers, and he remains excited about the group's work in the year ahead. That team, he said, has continued to grow over the past two to three years, reflecting a desire improve lawyer performance.



Courtesy photo

**Jackson Lewis chair Kevin Lauri.**

"We've made a concerted effort to make sure that we've expanded that group to meet the demand and make sure that we are delivering best-in-class service and best-in-class lawyering," Lauri said.

Part of the increase in work was tied to employer uncertainties stemming from a questionable regulatory environment tied to the new U.S. presidential administration. This type of uncertainty can keep labor and employment lawyers on their toes and can lead to what Lauri termed the "tremendous explosion of demand." While the firm has other practice areas, labor and employment remains its bread and butter.

The growth in both net income and profits per equity partner reflects the ways in which Jackson Lewis is managing business operations, Lauri said.

March 18, 2026



Additionally, the equity partnership ranks last year increased by five over the prior year.

Last year, however, also saw 16 equity partner retirements, offset by the 17 individuals who were promoted to partner in 2025.

"We continue to be a firm that is promoting from within," Lauri said.

The firm in 2025 adjusted billing rates upwards of 4% to 6%, and its realization rate last year was 69.1%, which was roughly the same as the prior year, according to Lauri.

Like other law firms in 2025, Jackson Lewis put a high prize on technology and innovation. To further that aim, the firm hired former Litera executive Ed Empamano as its new chief information officer last year.

Lauri said the firm is making an "enormous investment" in all things tech, which includes embracing artificial intelligence as a tool of the future for legal work.

As for other high-performing practice areas, Jackson Lewis last year saw a particularly significant explosion in litigation demand, countered by a slight drop in its affirmative action practice, which Lauri attributed to an executive order signed by President Trump that eliminated a requirement for federal contractors to maintain affirmative action programs.

"That was the one group that was impacted by the administration," Lauri said. "Even with that group shrinking slightly, we were able to clearly outperform what we had for our 2024 numbers."

Lauri said the firm takes a holistic approach when it comes to both partner and associate compensation, making sure it is rewarding "great lawyering," as well as cultural cohesion, stressing that the firm doesn't consider its compensation to be lockstep, or based on performance of the entire firm.

Moving into 2026, Lauri said the firm is continuing its hiring sprint, with an anticipation of bringing aboard more lawyers than were added in both 2024 and 2025.

"That is the first quarter initiative," Lauri said. "Ensuring that we are out there in the marketplace. We are expanding our internal recruiting team and we are making sure that we are going to be able to meet the demand for services that our clients clearly want us to deliver to them."

While there are no plans for new openings on the horizon, Lauri said the firm will continue focusing on some core markets in Texas, Florida, Chicago and the New York metro region, which includes neighboring New Jersey. They also expect growth in other geographic locales nationwide.

The firm, which has never had a large-scale merger in its history, is also not against the idea of combinations, per se, but it is not currently in any merger talks with any one particular firm, Lauri said.

"We have no plans on the table," he said. "On the other hand, we would discuss anything that would help us serve our clients better."

*The 2025 financial figures reported in this story are preliminary. ALM will report finalized data for the Am Law 200 on The American Lawyer in April and May.*

JacksonLewis

Reprinted with permission from the March 18, 2026 edition of the THE AMERICAN LAWYER © 2026 ALM Global Properties, LLC. All rights reserved. Further duplication without permission is prohibited, contact 877-256-2472 or asset-and-logo-licensing@alm.com. # TAL-03183026-71574