**ALM | LAW.COM**

## THE AMERICAN LAWYER

# Jackson Lewis Posts Double-Digit Revenue Growth in 2024

**By Jon Campisi**
March 10, 2025

### What You Need to Know

- Jackson Lewis, a predominantly labor and employment firm, took in $697.1 million in gross revenue in 2024. Firm leaders say the positive growth trajectory spells high hopes for 2025.

- Practice areas that did particularly well for the firm last year included labor and employment, litigation and immigration.

- The firm in 2024 also put a high priority on individualized training and career development programs for attorneys, especially associates that the firm looks to retain.

Labor and employment firm Jackson Lewis last year continued an upward trajectory of financial success, reporting $697.1 million in gross revenue for the fiscal year, an 11.6% increase over 2023.

The law firm also saw positive results with other key financial metrics, bringing in $256.7 million in net income last year as compared to $233.3 million the year prior.



Courtesy photo

**Kevin Lauri, with Jackson Lewis P.C.**

The firm also reported a a 9% jump in profits per equity partner (PEP) in 2024, hitting $851,000, along with a 4.3% spike in revenue per lawyer, even as the ranks of equity partners and total attorneys both grew.

The total lawyer count for 2024 was 1,025, a 7.1% increase over the 957 attorneys in 2023. There were 304 equity partners in 2024 compared with 301.9 the year before.

"I think the trajectory of our growth is increasing and [we] anticipate seeing that same trend continue in '25," said Jackson Lewis Chair Kevin Lauri. "We kept our expenses under

March 10, 2025



control and it drove profitability, and it drove our net income per partner up."

Lauri attributed much of the firm's financial success last year to an increased demand for services, as well as an increased attorney head count. He also noted that the firm increased its billing rates by roughly 6% in 2024.

Practice areas that saw particularly noteworthy success in 2024 included labor and employment, litigation and immigration.

"I don't think anything under performed," Lauri said. "I think our traditional areas of strength ... were all strong. We have a transactional practice that was strong as well. I think that we are seeing an uptick in demand for our services across the board, [with] litigation driving our revenue to a large extent."

Lauri said PEP has been on a steady increase during the past six or seven years and that the firm places a high value on scheduling individualized meetings with all partners earlier in any given year to assess performance and determine areas for improvement.

"We are staying competitive by actually having one-on-one conversations with all of our equity partners and then having an individualized compensation for that person," he said. "We're a true partnership. It's not a metric driven compensation system."

Jackson Lewis, which is primarily known for its labor and employment work, will continue to deliver "quality lawyering," and focusing on taking care of its people, Lauri said, reiterating the firm's commitment to professional development and quality associate training.

Lauri said the firm is "aggressively hiring," especially in the key markets of California, Florida, New York and Texas, although it doesn't have any immediate plans to open any new offices this year.

Lauri also highlighted a personalized coaching, training and career development advice program that is currently being offered only in California. The firm, he said, is looking to eventually expand the successful in-house program to other key locales, such as Florida, the New York metropolitan area and Texas.

"We are now starting to create that same universe of talent to help people in their career development across the country," Lauri said.

Jackson Lewis also continues to espouse the core values of diversity, equity and inclusion, despite the fact that the issue has become a politically thorny one in recent time.

"Clients are better served when they get a wide variety of views," he said.

The firm in recent time has also placed a great deal of value on expanding innovation and adopting newer technologies such as artificial intelligence as a way to better service clients, but Lauri did not divulge specifically how much is set aside in the firm›s budget for AI tools and training.

As for associate compensation, it definitely went "up across the firm," Lauri said, again restating the firm's commitment to its younger attorneys.

"That was well received, not surprisingly, and I think that it helped us in terms of retention and commitment to our associates," said Lauri, adding that the firm also increased associate bonuses in 2024, another marker of retention rates.

"The increased revenue that we saw in 2024, we shared that with our nonequity (partners)," he said. "I think that it has definitely impacted and helped us in terms of our retention."

That nonequity compensation figure grew by 10% to $51.6 million over the last year.

Jackson Lewis also values the noneconomic contributions made by its attorneys, Lauri said, adding that, "when you have a good year, you're able to reward people."

"The firm was able to share in those profits with most partners," he said.

The firm continues to operate on a fairly consistent, three-day-a-week hybrid schedule, which has worked well the past handful of years, Lauri said.

"It seems to give the flexibility and I think it represents a situation where we are comfortable with that at this point," he said. "We have no plans to change our in-office requirements of three days."

## JacksonLewis

Reprinted with permission from the March 10, 2025 edition of the THE AMERICAN LAWYER © 2025 ALM Global Properties, LLC. All rights reserved. Further duplication without permission is prohibited, contact 877-256-2472 or asset-and-logo-licensing@alm.com. # TAL-3112025-61634