| | |
|---|---|
| **From:** | Paul.Lindemann@bmwmc.com |
| **To:** | Brian Murphy |
| **Subject:** | FW: Kelly Dawsey |
| **Date:** | Friday, February 25, 2022 2:40:31 PM |

Brian,

I will call you at 3 pm using my cell ██████████ …….

Paul B. Lindemann

**From:** Brian Murphy <brian@stephensonmurphy.com>
**Sent:** Wednesday, February 23, 2022 5:31 PM
**To:** Lindemann Paul, AJ-NA-2 <Paul.Lindemann@bmwmc.com>
**Subject:** RE: Kelly Dawsey

| | |
|---|---|
| **Sent from outside the BMW organization** - be CAUTIOUS, particularly with links and attachments. | **Absender außerhalb der BMW Organisation** - Bitte VORSICHT beim Öffnen von Links und Anhängen. |

Sure.  I'll be on my cell. ██████.  If you can let me know what number you are calling from, I'll know to answer.  I don't answer calls not in my contacts.

**From:** Paul.Lindemann@bmwmc.com <Paul.Lindemann@bmwmc.com>
**Sent:** Wednesday, February 23, 2022 5:21 PM
**To:** Brian Murphy <brian@stephensonmurphy.com>
**Subject:** Kelly Dawsey
**Importance:** High

Brian,

Do you have some time on Friday for a telephone call with me?

Thanks,

Paul

Paul B. Lindemann
Associate General Counsel
BMW Group Legal Department
BMW Manufacturing Co., LLC
Tel. 864.802.6929
E-mail: Paul.Lindemann@bmwmc.com