**In the United States District Court**
**District of South Carolina**
**Spartanburg Division**

| | |
|---|---|
| **Kelly Dawsey,** | ) |
| | ) |
| **Plaintiff,** | ) **7:22-03738-TMC** |
| **v.** | ) |
| | ) |
| | ) **Plaintiff's Third Supplement to Motion** |
| | ) **for Fees and Expenses [ECF 225].** |
| **Bayerische Motoren Werke** | ) |
| **Aktiengesellschaft and BMW** | ) |
| **Manufacturing Co., LLC collectively** | ) |
| **d/b/a "BMW Group,"** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

Plaintiff now supplements her request for fees related to her Reply in Support of her Motion for Fees and Expenses.

Plaintiff seeks 25.2 additional hours for her Reply.

Plaintiff reduces her prior request in the amount of $2,750, which represents 5.5 hours that are attributable to a double entry.

| | Initial Request [ECF 225] | Second Supplemental Request (as corrected) | Third Supplemental Request | Total |
|---|---|---|---|---|
| Fees | $ 385,800 | $23,500 [See Exh. 1 ¶ 1; Exh 2] | $12,600<br>- $2,750<br>$9,850 | $419,150 |
| Costs and Expenses | $ 24,159.49 | $5,345.40 [Exh. 1] | | $29,504.89 |
| Grand total to date: | | | | $448,654.89 |

Respectfully submitted this 28th day of April, 2026.

_s/ Brian P. Murphy_____
Brian P. Murphy, Bar No. 6770

Attorney for Plaintiff
Stephenson & Murphy, LLC
207 Whitsett Street
Greenville, SC 29601