**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

|  |  |  |
|---|---|---|
| KELLY DAWSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 7:22-cv-03738-TMC |
| | ) | |
| BAYERISCHE MOTOREN WERKE | ) | |
| AKTIENGESELLSCHAFT and BMW | ) | |
| MANUFACTURING CO., LLC collectively | ) | |
| d/b/a "BMW GROUP," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT BMW MANUFACTURING CO., LLC'S  NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant BMW Manufacturing Co., LLC ("BMW MC") appeals to the United States Court of Appeals for the Fourth Circuit from the Second Amended Judgment (ECF No. 239), which was entered in this action on April 6, 2026.

BMW MC has previously filed post-trial motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure. Therefore, as set forth in Federal Rule of Appellate Procedure 4(a)(4)(B)(i), this Notice will become effective upon issuance of the Court's order disposing of the last such pending motion. Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), BMW MC reserves its right to file a new or amended notice of appeal following the Court's ruling on any pending motions.

1

Respectfully submitted this the 4th day of May, 2026.

By: *s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*