## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** _____

___ First NOA in Case

___ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA     ___ Paper Supp.

 Vols: _____

Other: _____

**District:**

**Division:**

**Caption:**

**District Case No.:**

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

**Exceptional Circumstances:**  ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:

___ Death row-use DP Transmittal

___ Recalcitrant witness

___ In custody

___ On bond

___ On probation

**Defendant Address**-Criminal Case:

**District Judge:**

**Court Reporter** (list all):

**Coordinator**:

**Fee Status:**

___ No fee required (USA appeal)     ___ Appeal fees paid in full     ___ Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**

___ Defendant proceeded under CJA in district court.

___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

____ Portions of record under seal

____ Entire record under seal

____ Party names under seal

____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**

___ Assembled electronic record available upon request

___ Additional sealed record available upon request

___ Paper record or supplement available upon request

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**

___ Assembled electronic record available upon request

___ Additional sealed record available upon request

___ Paper record or supplement available upon request

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

Deputy Clerk: _____ Phone:_____ Date:_____

10/01/2024 LDJ/CD