**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
WWW.CA4.USCOURTS.GOV

Nwamaka Anowi
Clerk

Telephone
(804) 916-2700

May 6, 2026

Robin L. Blume, Clerk
United States District Court
District of South Carolina
201 Magnolia Street
Spartanburg, SC 29306

      Re:   **Kelly Dawsey v. Bayerische Motoren Werke Aktiengesellschaft,
     etc., et al.**
     7:22-cv-03738-TMC

Dear Clerk:

Review of the district court docket discloses that the district court is considering a post-judgment motion which, under Fed. R. App. P. 4(a)(4), has the effect of tolling the period in which to file a notice of appeal. A notice of appeal filed after entry of judgment but before disposition of such a motion becomes effective upon entry of an order disposing of the last such motion.

This court will treat the notice of appeal as filed as of the date the district court disposes of such motion and will docket the appeal following disposition of the motion. Please notify this court upon entry of an order disposing of the motion.

If a party wishes to appeal the district court's disposition of the motion, a notice of appeal or amended notice of appeal must be filed within the time prescribed for appeal, measured from entry of the order disposing of the last such motion.

           Yours truly,

           */s/ Ashley Brownlee*

cc:   Brian P. Murphy
     Kurt Matthew Rozelsky
     Donald Randle Moody, II
     Ellison Ford McCoy
     Mallory Hart Gantt