**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI                                                                   TELEPHONE
    CLERK                                                                       (804) 916-2700

June 8, 2026

Robin L. Blume, Clerk
United States District Court
District of South Carolina
201 Magnolia Street
Spartanburg, SC 29306

> Re:  **Kelly Dawsey v. Bayerische Motoren Werke Aktiengesellschaft,**
> **etc., et al.**
> 7:22-cv-03738-TMC

Dear Clerk:

By letter dated May 6, 2026, notice was sent to your court indicating that an appeal had been received by this office but would not be docketed until action by the district court.

Please continue to update this court as to the status of this case, as necessary.

Thank you for your assistance.

Yours truly,

*/s/ Ashley Brownlee*