**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

|  |  |
|---|---|
| KELLY DAWSEY,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>BAYERISCHE MOTOREN WERKE )<br>AKTIENGESELLSCHAFT and BMW )<br>MANUFACTURING CO., LLC collectively )<br>d/b/a "BMW GROUP," )<br><br>Defendants.  ) | C.A. No. 7:22-cv-03738-TMC |

### <u>DEFENDANT BMW MANUFACTURING CO., LLC'S</u>
### <u>AMENDED NOTICE OF APPEAL</u>

COMES NOW Defendant-Appellant BMW Manufacturing Co., LLC ("BMW MC"), and files this Amended Notice of Appeal to the United States Court of Appeals for the Fourth Circuit.

On May 4, 2026, BMW MC filed a Notice of Appeal (ECF No. 265) in which it appealed to the United States Court of Appeals for the Fourth Circuit from this Court's Second Amended Judgment (ECF No. 239), which was entered on April 6, 2026. BMW MC hereby amends its Notice of Appeal to include the appeal of the District Court's Order denying BMW MC's Motion for Judgment as a Matter of Law or, in the alternative, for a New Trial (ECF No. 271), which was entered on May 14, 2026.

Respectfully submitted this the 11th day of June, 2026.

By: *s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*