## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _____<br><br>___ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA   ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br><br>**Division:**<br><br>**Caption:** | **District Case No.:**<br><br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case:<br><br><br><br><br><br>**District Judge:**<br><br><br>**Court Reporter** (list all):<br><br><br><br><br><br>**Coordinator**: | **Fee Status:**<br>___ No fee required (USA appeal)     ___ Appeal fees paid in full     ___ Fee not paid<br>**If the fee has not been paid, please check one of the following:**<br>**Criminal Cases:**<br>___ Defendant proceeded under CJA in district court.<br>___ Defendant did not proceed under CJA in district court.<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases**:<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)<br><br>**Sealed Status** (check all that apply):<br>____ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request<br><br>___ Additional sealed record available upon request<br><br>___ Paper record or supplement available upon request<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | ___ Assembled electronic record available upon request<br><br>___ Additional sealed record available upon request<br><br>___ Paper record or supplement available upon request<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: |

Deputy Clerk: _____ Phone:_____ Date:_____

10/01/2024 LDJ/CD