**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

|  |  |  |
|---|---|---|
| KELLY DAWSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 7:22-cv-03738-TMC |
| | ) | |
| BAYERISCHE MOTOREN WERKE | ) | |
| AKTIENGESELLSCHAFT and BMW | ) | |
| MANUFACTURING CO., LLC collectively | ) | |
| d/b/a "BMW GROUP," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT BMW MANUFACTURING CO. LLC'S**
**CONSENT MOTION FOR STAY OF JUDGMENT**
**AND FOR APPROVAL OF SUPERSEDEAS BOND**

COMES NOW Defendant BMW Manufacturing Co., LLC ("BMW MC"), pursuant to Federal Rule of Civil Procedure 62(b) and Local Civil Rule 62.01, DSC, and moves this Court to approve a bond from BMW MC, as Principal, and Federal Insurance Company, as Surety, in the amount of $862,383.75 and issue an Order staying the Second Amended Judgment entered on April 6, 2026. (ECF No. 239.)  In support of this Motion, BMW MC states the following:

1.     A jury trial in this matter was held from February 17, 2026, through February 25, 2026.  On February 25, 2026, the jury rendered a verdict in favor of Plaintiff as to her cause of action against BMW MC for national origin discrimination under Title VII.  (ECF No. 216.)  The jury awarded Plaintiff compensatory damages in the amount of $100,000 and punitive damages in the amount of $5 million.  *Id.*

2.      On March 18, 2021, BMW MC filed a Consent Motion to Amend the Judgment requesting that the Court reduce the total award of compensatory and punitive damages to $300,000 based upon the damages cap established by 42 U.S.C. § 1981a.  (ECF No. 231.)  The Court granted the Motion and entered an Amended Judgment on March 25, 2026, in the amount of $300,000. (ECF Nos. 235, 236.)

3.      Following a non-jury hearing on Plaintiff's demand for back pay and front pay damages, the Court entered a Second Amended Judgment on April 6, 2026, in the amount of $689,907.  (ECF No. 239.)

4.      On May 4, 2026, BMW MC filed a Notice of Appeal to the United States Court of Appeals for the Fourth Circuit.  (ECF No. 265.)

5.      Pursuant to the requirements of Local Rule 62.01, DSC, BMW MC has applied for, and been approved for, a bond in the amount of $862,383.75 from Federal Insurance Company, a copy of which is attached as Exhibit A to this Motion. BMW MC is prepared to deliver the original, executed copy of the bond to the Clerk of Court within fourteen (14) days following this Court's approval of this Motion.

6.      To the extent that this Court further amends the amount of the judgment while the appeal is pending, BMW MC will file additional security as required by Local Rule 62.01, DSC.

7.      Counsel for Plaintiff consents to a stay of the judgment pursuant to BMW MC posting a bond as detailed herein.

WHEREFORE, Defendant BMW MC respectfully requests that the Court grant this Consent Motion For Stay of Judgment and For Approval of Supersedeas Bond.

Respectfully submitted this the 15th day of June, 2026.

By: *s/ Ellison F. McCoy*

Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
Mallory H. Gantt (Fed. I.D. No. 13867)
mallory.gantt@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*