# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| KELLY DAWSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 7:22-cv-03738-TMC |
| ) | |
| BAYERISCHE MOTOREN WERKE ) | |
| AKTIENGESELLSCHAFT and BMW ) | |
| MANUFACTURING CO., LLC collectively ) | |
| d/b/a "BMW GROUP," ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SUPERSEDEAS BOND FOR STAY OF JUDGMENT PENDING APPEAL**

KNOW ALL MEN BY THESE PRESENTS that Defendant BMW Manufacturing Co., LLC, as Principal, and Federal Insurance Company, as Surety, are held and firmly bound unto Plaintiff Kelly Dawsey, jointly and severally, in the maximum penal sum of EIGHT HUNDRED SIXTY-TWO THOUSAND THREE HUNDRED EIGHTY-THREE DOLLARS AND SEVENTY-FIVE CENTS ($862,383.75), for which, well and truly to be paid, we bind ourselves, our heirs, executors, administrators and successors, and every one of them firmly by these presents.

SIGNED, SEALED AND DATED THE _____ day of June, 2026.

WHEREAS, BMW Manufacturing Co., LLC, has appealed to the United States Court of Appeals for the Fourth Circuit from the Second Amended Judgment entered on April 6, 2026, in the United States District Court for the District of South Carolina, Spartanburg Division.

NOW, THEREFORE, the condition of this obligation is such that if BMW Manufacturing Co., LLC, shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment of the United States Court of Appeals, this obligation will be void, otherwise to remain in full force and effect.

In no event, however, shall the surety's obligation under this bond exceed the maximum aggregate sum of $862,383.75.

**BMW Manufacturing Co., LLC**

By: _____
Name:
Title:

**Federal Insurance Company**

By: _____
Name:
Title: