**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| KELLY DAWSEY, <br><br> Plaintiff, <br><br> v. <br><br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP," <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 7:22-cv-03738-TMC |

## ORDER STAYING EXECUTION OF JUDGMENT AND APPROVING DEFENDANT'S SUPERSEDEAS BOND

This matter is before the Court on the Defendant BMW Manufacturing Co., LLC's Consent Motion for Stay of Judgment and for Approval of Supersedeas Bond. For the reasons outlined in the Motion, the Court finds that the Motion should be granted and the judgment in this case shall be stayed pending appeal. Defendant BMW Manufacturing is ordered to deposit a supersedeas bond in the amount of $862,383.75 with the Clerk of the Court within fourteen (14) days of the date this Order is entered.

**IT IS SO ORDERED.**

s/Timothy M. Cain
Chief United States District Judge

Anderson, South Carolina
June 16, 2026