JacksonLewis

**Jackson Lewis P.C.**
15 South Main Street, Suite 700
Greenville SC 29601
(864) 232-7000 Direct
(864) 235-1381 Fax
jacksonlewis.com

*Via E-mail (Cain_ecf@scd.uscourts.gov)*

September 21, 2026

The Honorable Timothy M. Cain
Chief United States District Judge
United States District Court for the District of South Carolina
Carroll A. Campbell, Jr. U. S. Courthouse
250 East North Street
Greenville, SC 29601

Re: *Kelly Dawsey v. Bayerische Motoren Worke Aktiengesellschaft and BMW Manufacturing Co., LLC*
Civil Action No. 7:22-cv-03738-TMC

Dear Judge Cain:

I am writing on behalf of BMW Manufacturing Co., LLC in response to your Text Order dated September 14, 2026 (ECF No. 286), in which you requested that BMW MC provide its position regarding amendment of the judgment in the above-referenced case to add the award of attorney's fees and costs to Plaintiff (ECF No. 285).

Based on the Court's ruling on Plaintiff's Motion for Attorney's Fees and Costs, it is appropriate for the Court to amend the judgment to add the award of fees and costs. However, BMW MC would request that the Court consider delaying amendment of the judgment while the appeal on the merits of this case is pending before the Fourth Circuit. A delay in amending the judgment would prevent the parties from having to immediately litigate an additional appeal on the issue of fees and costs, an appeal that may be unnecessary depending upon the ruling of the Fourth Circuit on the merits of the case. Undersigned counsel for BMW MC has discussed this proposal with Brian Murphy, counsel for Plaintiff. Plaintiff does not consent to this request from BMW MC.

Very truly yours,

Ellison F. McCoy
Principal
(864) 672-8049 Direct
ellison.mccoy@jacksonlewis.com
Jackson Lewis P.C.

EFM/pd
cc: Brian P. Murphy, Esq. (by e-mail)