AO 450 (SCD 11/2011) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Kelly Dawsey<br>*Plaintiff*<br>v.<br>Bayerische Motoren Werke Aktiengesellschaft, and BMW Manufacturing Co., LLC<br>*Defendant(s)* | ) ) ) ) ) | Civil Action No. 7-22-cv-3738-TMC |

**THIRD AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

❒ the plaintiff Kelly Dawsey recover from the defendant BMW Manufacturing Co., LLC the amount of Three Hundred Thousand dollars ($300,000.00) plus post judgment interest at the rate of 3.5 % along with costs.

The plaintiff Kelly Dawsey recover from the defendant BMW Manufacturing Co., LLC the amount of Three hundred eighty-nine thousand, nine hundred seven and 00/100($389,907.00) in BACK PAY plus post judgment interest at the rate of 3.69% along with costs.

Attorney fees in the amount of Three Hundred Eight-One Thousand, Three Hundred Fifty-Six Dollars and 66/100 ($381,356.66) along with Twenty-Nine Thousand, Five Hundred and Four Dollars and 89/100 ($29,504.89) in costs and expenses.

This action was:

❒ decided by the Honorable Chief Judge Timothy M. Cain, judgment amended by order (ECF 290) to include attorney fees (ECF 285).

*ROBIN L. BLUME, CLERK OF COURT*

s/L.K. McAlister

*Signature of Deputy Clerk*

Date: September 24, 2026