**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| KELLY DAWSEY,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP,"<br><br>Defendants. | ) | C.A. No. 7:22-cv-03738-TMC |

**DEFENDANT BMW MANUFACTURING CO., LLC'S**
**NOTICE OF APPEAL**

COMES NOW Defendant-Appellant BMW Manufacturing Co., LLC ("BMW MC"), and files this Notice of Appeal to the United States Court of Appeals for the Fourth Circuit.

On May 4, 2026, BMW MC filed a Notice of Appeal (ECF No. 265) in which it appealed to the United States Court of Appeals for the Fourth Circuit from this Court's Second Amended Judgment (ECF No. 239) entered on April 6, 2026. On June 11, 2026, BMW MC filed an Amended Notice of Appeal (ECF No. 275) to include the appeal of the District Court's Order denying BMW MC's Motion for Judgment as a Matter of Law or, in the alternative, for a New Trial (ECF No. 271).

Subsequent to the filing of the above notices of appeal, the District Court entered an Order on September 14, 2026, granting in part Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 285). A corresponding Third Amended Judgment (ECF No. 291) was entered on

September 23, 2026. BMW MC files this Notice of Appeal regarding the District Court's September 14 Order (ECF No. 285) and the Third Amended Judgment (ECF No. 291).

Respectfully submitted this the 14th day of October, 2026.

By: *s/ Ellison F. McCoy*
Ellison F. McCoy (Fed. I.D. No. 6389)
ellison.mccoy@jacksonlewis.com
D. Randle Moody II (Fed. I.D. No. 7169)
randy.moody@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
(864) 232-7000

*ATTORNEYS FOR DEFENDANT*
*BMW MANUFACTURING CO., LLC*